AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA

BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor child,

V.

THE CHILTON COUNTY BOARD OF EDUCATION; MILDRED ELLISON, as superintendent; ANN GLASSCOCK, ALAN CHILDRESS, ANN THOMAS, JOE MIMS, PEGGY HARRIS, CURTIS SMITH, MICHAEL GOTHARD, DARYL BAKER, and DONNIE FINLAYSON as members/employees of the Board.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:05-cv-699-C

TO: (Name and address of defendant)

Daryl BAKER, member
CHILTON COUNTY BOARD OF EDUCATION
1705 Lay Dam Road
Clanton, Alabama 35045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GEORGE E. JONES, III
ATTORNEY & COUNSELOR AT LAW
711 ALABAMA AVENUE
POST OFFICE BOX 9
SELMA, AL 36702-0009
(334) 874-6617
(334) 874-7596 (fax)

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

DATE August 5, 2005

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA

BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor child,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 2:05-CV-699-C

THE CHILTON COUNTY BOARD OF EDUCATION; MILDRED ELLISON, as superintendent; ANN GLASSCOCK, ALAN CHILDRESS, ANN THOMAS, JOE MIMS, PEGGY HARRIS, CURTIS SMITH, MICHAEL GOTHARD, DARYL BAKER, and DONNIE FINLAYSON as members/employees of the Board.

TO: (Name and address of defendant)

Michael Gothard, member
CHILTON COUNTY BOARD OF EDUCATION
1705 Lay Dam Road
Clanton, Alabama 35045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GEORGE E. JONES, III
ATTORNEY & COUNSELOR AT LAW
711 ALABAMA AVENUE
POST OFFICE BOX 9
SELMA, AL 36702-0009
(334) 874-6617
(334) 874-7596 (fax)

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

DATE August 5, 2005

Donna M. Norfleet

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA

BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor child,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 2:05-cv-699-C

THE CHILTON COUNTY BOARD OF EDUCATION; MILDRED ELLISON, as superintendent; ANN GLASSCOCK, ALAN CHILDRESS, ANN THOMAS, JOE MIMS, PEGGY HARRIS, CURTIS SMITH, MICHAEL GOTHARD, DARYL BAKER, and DONNIE FINLAYSON as members/employees of the Board.

TO: (Name and address of defendant)

Donnie Finlayson, principal
CHILTON COUNTY BOARD OF EDUCATION
1705 Lay Dam Road
Clanton, Alabama 35045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GEORGE E. JONES, III
ATTORNEY & COUNSELOR AT LAW
711 ALABAMA AVENUE
POST OFFICE BOX 9
SELMA, AL 36702-0009
(334) 874-6617
(334) 874-7596 (fax)

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

DATE August 5, 2005

Donna M. Norfleet
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA

BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor child,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 2:05-cv-699-C

THE CHILTON COUNTY BOARD OF EDUCATION; MILDRED ELLISON, as superintendent; ANN GLASSCOCK, ALAN CHILDRESS, ANN THOMAS, JOE MIMS, PEGGY HARRIS, CURTIS SMITH, MICHAEL GOTHARD, DARYL BAKER, and DONNIE FINLAYSON as members/employees of the Board.

TO: (Name and address of defendant)

Curtis Smith, member
CHILTON COUNTY BOARD OF EDUCATION
1705 Lay Dam Road
Clanton, Alabama 35045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GEORGE E. JONES, III
ATTORNEY & COUNSELOR AT LAW
711 ALABAMA AVENUE
POST OFFICE BOX 9
SELMA, AL 36702-0009
(334) 874-6617
(334) 874-7596 (fax)

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

August 5, 2005
DATE

Donna M. Crayfleet
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA

BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor child,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 2:05cv699-C

THE CHILTON COUNTY BOARD OF EDUCATION; MILDRED ELLISON, as superintendent; ANN GLASSCOCK, ALAN CHILDRESS, ANN THOMAS, JOE MIMS, PEGGY HARRIS, CURTIS SMITH, MICHAEL GOTHARD, DARYL BAKER, and DONNIE FINLAYSON as members/employees of the Board.

TO: (Name and address of defendant)

Peggy Harris, member
CHILTON COUNTY BOARD OF EDUCATION
1705 Lay Dam Road
Clanton, Alabama 35045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GEORGE E. JONES, III
ATTORNEY & COUNSELOR AT LAW
711 ALABAMA AVENUE
POST OFFICE BOX 9
SELMA, AL 36702-0009
(334) 874-6617
(334) 874-7596 (fax)

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

August 5, 2005
DATE

Donna M. Norfleet
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA

BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor child,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 2:05cv699-C

THE CHILTON COUNTY BOARD OF EDUCATION; MILDRED ELLISON, as superintendent; ANN GLASSCOCK, ALAN CHILDRESS, ANN THOMAS, JOE MIMS, PEGGY HARRIS, CURTIS SMITH, MICHAEL GOTHARD, DARYL BAKER, and DONNIE FINLAYSON as members/employees of the Board.

TO: (Name and address of defendant)

Joe Mims, member
CHILTON COUNTY BOARD OF EDUCATION
1705 Lay Dam Road
Clanton, Alabama 35045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GEORGE E. JONES, III
ATTORNEY & COUNSELOR AT LAW
711 ALABAMA AVENUE
POST OFFICE BOX 9
SELMA, AL 36702-0009
(334) 874-6617
(334) 874-7596 (fax)

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

DATE August 5, 2005

Donna M. Norfleet
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA

BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor child,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 2:05-cv-699-C

THE CHILTON COUNTY BOARD OF EDUCATION; MILDRED ELLISON, as superintendent; ANN GLASSCOCK, ALAN CHILDRESS, ANN THOMAS, JOE MIMS, PEGGY HARRIS, CURTIS SMITH, MICHAEL GOTHARD, DARYL BAKER, and DONNIE FINLAYSON as members/employees of the Board.

TO: (Name and address of defendant)

Ann Thomas, member
CHILTON COUNTY BOARD OF EDUCATION
1705 Lay Dam Road
Clanton, Alabama 35045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GEORGE E. JONES, III
ATTORNEY & COUNSELOR AT LAW
711 ALABAMA AVENUE
POST OFFICE BOX 9
SELMA, AL 36702-0009
(334) 874-6617
(334) 874-7596 (fax)

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

DATE August 5, 2005

(BY) DEPUTY CLERK [signature]

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA

BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor child,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 2:05cv699-C

THE CHILTON COUNTY BOARD OF EDUCATION; MILDRED ELLISON, as superintendent; ANN GLASSCOCK, ALAN CHILDRESS, ANN THOMAS, JOE MIMS, PEGGY HARRIS, CURTIS SMITH, MICHAEL GOTHARD, DARYL BAKER, and DONNIE FINLAYSON as members/employees of the Board.

TO: (Name and address of defendant)

Alan Childress, member
CHILTON COUNTY BOARD OF EDUCATION
1705 Lay Dam Road
Clanton, Alabama 35045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GEORGE E. JONES, III
ATTORNEY & COUNSELOR AT LAW
711 ALABAMA AVENUE
POST OFFICE BOX 9
SELMA, AL 36702-0009
(334) 874-6617
(334) 874-7596 (fax)

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

DATE August 5, 2005

Donna M. Norfleet
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA

BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor child,

V.

THE CHILTON COUNTY BOARD OF EDUCATION; MILDRED ELLISON, as superintendent; ANN GLASSCOCK, ALAN CHILDRESS, ANN THOMAS, JOE MIMS, PEGGY HARRIS, CURTIS SMITH, MICHAEL GOTHARD, DARYL BAKER, and DONNIE FINLAYSON as members/employees of the Board.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:05cv699-C

TO: (Name and address of defendant)

Ann Glasscock, member
CHILTON COUNTY BOARD OF EDUCATION
1705 Lay Dam Road
Clanton, Alabama 35045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GEORGE E. JONES, III
ATTORNEY & COUNSELOR AT LAW
711 ALABAMA AVENUE
POST OFFICE BOX 9
SELMA, AL 36702-0009
(334) 874-6617
(334) 874-7596 (fax)

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

August 5, 2005
DATE

Donna M. Norfleet
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA

BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor child,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 2:05-cv-699-C

THE CHILTON COUNTY BOARD OF EDUCATION; MILDRED ELLISON, as superintendent; ANN GLASSCOCK, ALAN CHILDRESS, ANN THOMAS, JOE MIMS, PEGGY HARRIS, CURTIS SMITH, MICHAEL GOTHARD, DARYL BAKER, and DONNIE FINLAYSON as members/employees of the Board.

TO: (Name and address of defendant)

MILDRED ELLISON, Superintendent
CHILTON COUNTY BOARD OF EDUCATION
1705 Lay Dam Road
Clanton, ALABAMA 35045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GEORGE E. JONES, III
ATTORNEY & COUNSELOR AT LAW
711 ALABAMA AVENUE
POST OFFICE BOX 9
SELMA, AL 36702-0009
(334) 874-6617
(334) 874-7596 (fax)

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

DATE August 5, 2005

Donna M. Norfleet
(BY) DEPUTY CLERK

# United States District Court

MIDDLE DISTRICT OF ALABAMA

BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor child,

V.

THE CHILTON COUNTY BOARD OF EDUCATION; MILDRED ELLISON, as superintendent; ANN GLASSCOCK, ALAN CHILDRESS, ANN THOMAS, JOE MIMS, PEGGY HARRIS, CURTIS SMITH, MICHAEL GOTHARD, DARYL BAKER, and DONNIE FINLAYSON as members/employees of the Board.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:05CV699-C

TO: (Name and address of defendant)

CHILTON COUNTY BOARD OF EDUCATION
c/o MILDRED ELLISON, Superintendent
1705 Lay Dam Road
Clanton, Alabama 35045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GEORGE E. JONES, III
ATTORNEY & COUNSELOR AT LAW
711 ALABAMA AVENUE
POST OFFICE BOX 9
SELMA, AL 36702-0009
(334) 874-6617
(334) 874-7596 (fax)

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

DATE August 5, 2005

Diana M. Mayfleet
(BY) DEPUTY CLERK

7004 0750 0003 8555 7123

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.75 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.80 |

Postmark Here

8-5-05
2:05cv699

Sent To
CURTIS SMITH, member
Chilton County Board of Education
1705 Lay Dam Road
Clanton, Alabama 35045

PS Form 3800, June 2002 — See Reverse for Instructions

7004 0750 0003 8555 6911

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.75 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.80 |

Postmark Here

8-5-05
2:05cv699

Sent To
DARYL BAKER, member
Chilton County Board of Education
1705 Lay Dam Road
Clanton, Alabama 35045

PS Form 3800, June 2002 — See Reverse for Instructions

7004 0750 0003 8555 7178

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.75 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.80 |

Postmark Here

8-5-05
2:05cv699

Sent To
MICHAEL GOTHARD, member
Chilton County Board of Education
1705 Lay Dam Road
Clanton, Alabama 35045

PS Form 3800, June 2002 — See Reverse for Instructions

7004 0750 0003 8555 6874

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.75 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.80 |

Postmark Here

8-5-05
2:05cv699

Sent To
CHILTON COUNTY BOARD OF EDUCATION
c/o MILDRED ELLISON, as superintendent
1705 Lay Dam Road
Clanton, Alabama 35045

PS Form 3800, June 2002 See Reverse for Instructions

7004 0750 0003 8555 7154

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.75 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.80 |

Postmark Here

8505
2:05cv699

Sent To
JOE MIMS, member
Chilton County Board of Education
1705 Lay Dam Road
Clanton, Alabama 35045

PS Form 3800, June 2002 See Reverse for Instructions

7004 0750 0003 8555 7147

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.75 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.80 |

Postmark Here

8505
2:05cv699

Sent To
PEGGY HARRIS, member
Chilton County Board of Education
1705 Lay Dam Road
Clanton, Alabama 35045

PS Form 3800, June 2002 See Reverse for Instructions

7004 0750 0003 8555 6904

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.75 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.80 |

Postmark Here

8-5-05
2:05cv699

Sent To: Ann Glasscock
Street, Apt. No.; or PO Box No.: 1705 Lay Dam Road
City, State, ZIP+4: Clanton, AL 35045

PS Form 3800, June 2002 — See Reverse for Instructions

7004 0750 0003 8555 7130

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.75 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.80 |

Postmark Here

8-5-05
2:05cv699

ANN THOMAS, member
Chilton County Board of Education
1705 Lay Dam Road
Clanton, Alabama 35045

PS Form 3800, June 2002 — See Reverse for Instructions

7004 0750 0003 8555 6928

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.75 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.80 |

Postmark Here

8-5-05
2:05cv699

ALAN CHILDRESS, member
Chilton County Board of Education
1705 Lay Dam Road
Clanton, Alabama 35045

PS Form 3800, June 2002 — See Reverse for Instructions

7004 0750 0003 8555 6898

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.75 | Postmark Here |
| Certified Fee | 2.30 | |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.80 | |

8-5-05
2:05cv699

Sent To
Street, Apt. or PO Box
City, State,

MILDRED ELLISON, Superintendent
Chilton County Board of Education
1705 Lay Dam Road
Clanton, Alabama 35045

PS Form 3800, June 2002 See Reverse for Instructions

7004 0750 0003 8555 6881

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.75 | Postmark Here |
| Certified Fee | 2.30 | |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.80 | |

8-5-05
2:05cv699

Sent To
Street, or PO
City, St

DONNIE FINLAYSON, principal
Chilton County Board of Education
1705 Lay Dam Road
Clanton, Alabama 35045

PS Form 3800, June 2002 See Reverse for Instructions