## Receipt 1

Wright

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DARYL BAKER, member
   Chilton County Board of Education
   1705 Lay Dam Road
   Clanton, Alabama 35045

2:05cv699 (Cmp/summ 20 days)

2. Article Number
   (Transfer from service label)     7004 0750 0003 8555 6911

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Linda L Hand_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Linda Hand    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

## Receipt 2

Wright

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ALAN CHILDRESS, member
   Chilton County Board of Education
   1705 Lay Dam Road
   Clanton, Alabama 35045

2:05cv699 (Cmp/summ 20 days)

2. Article Number
   (Transfer from service label)     7004 0750 0003 8555 6928

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Linda L Hand_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Linda Hand    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Wright

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CHILTON COUNTY BOARD OF EDUCATION
   c/o MILDRED ELLISON, as superintendent
   1705 Lay Dam Road
   Clanton, Alabama 35045

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_ ☐ Agent ☐ Addressee

B. Received by ( Printed Name ): Linda Hard
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2:05cv699 (cmp/summ 20 dys)

2. Article Number (Transfer from service label): 7004-0750-0003-8555-6874

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1640

---

Wright

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MILDRED ELLISON, Superintendent
   Chilton County Board of Education
   1705 Lay Dam Road
   Clanton, Alabama 35045

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_ ☐ Agent ☐ Addressee

B. Received by ( Printed Name ): Linda Hard
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2:05cv699 (cmp/summ 20 dys)

2. Article Number (Transfer from service label): 7004 0750 0003 8555 6898

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

wright

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DONNIE FINLAYSON, principal
   Chilton County Board of Education
   1705 Lay Dam Road
   Clanton, Alabama 35045

2:05CV699 (Cmplsmn 20 dys)

2. Article Number (Transfer from service label)

   7004 0750 0003 8555 6881

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Angela L Hand
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Linda Hand
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

wright

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ANN GLASSOCK, member
   Chilton County Board of Education
   1705 Lay Dam Road
   Clanton, Alabama 35045

2:05CV699 (Cmp|summ 20 dys)

2. Article Number (Transfer from service label)

   7004 0750 0003 8555 6904

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Angela L Hand
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Linda Hand
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Linda L Hand_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Linda Hand
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

MICHAEL GOTHARD, member
Chilton County Board of Education
1705 Lay Dam Road
Clanton, Alabama 35045

2:05cv699 (cmpl summ 20 dys)

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 0750 0003 8555 7178

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Linda L Hand_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Linda Hand
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

PEGGY HARRIS, member
Chilton County Board of Education
1705 Lay Dam Road
Clanton, Alabama 35045

2:05cv699 (cmpl summ 20 dys)

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 0750 0003 8555 7147

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JOE MIMS, member
   Chilton County Board of Education
   1705 Lay Dam Road
   Clanton, Alabama 35045

2. Article Number
   (Transfer from service label)

   2:05CV699 (Cmp/Summ 20 days)

   7004 0750 0003 8555 7154

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Linda L Hand   ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Linda Hand

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CURTIS SMITH, member
   Chilton County Board of Education
   1705 Lay Dam Road
   Clanton, Alabama 35045

2. Article Number
   (Transfer from service label)

   2:05CV699 (Cmp/Summ 20 days)

   7004 0750 0003 8555 7123

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Linda L Hand   ☐ Agent  ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Linda Hand

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

wright

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANN THOMAS, member
Chilton County Board of Education
1705 Lay Dam Road
Clanton, Alabama 35045

2:05cv699 Cmp Summ 20

2. Article Number
   (Transfer from service label)    7004 0750 0003 8555 7130

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Paula L Hand_   ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_Linda Hard_

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes