**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DISTRICT**

| | | |
|---|---|---|
| **BENNY L. WRIGHT and KATHERINE** | ) | |
| **E. WRIGHT, as parents and next** | ) | |
| **friends of JESSICA W., a minor** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 2:05-CV-0699-C** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE CHILTON COUNTY BOARD OF** | ) | |
| **EDUCATION, et al.** | ) | |
| | ) | |

**DEFENDANTS' MOTION TO DISMISS**

COME NOW the defendants, identified as Chilton County Board of Education, Mildred

Ellison, Ann Glasscock, Alan Childress, Ann Thomas, Joe Mims, Peggy Harris, Curtis Smith,

Michael Gothard, Daryl Baker, and Donnie Finlayson, and move this Honorable Court for an order

dismissing the plaintiffs' claims.  In further support of this Motion, the defendants state as follows:

1.    The Complaint fails to state a claim upon which relief can be granted.

2.    The individual defendants have been sued over allegations of discrimination against

the plaintiff student in violation of the Individuals with Disabilities Education Act

("IDEA").  (Complaint, Count 1).  The plaintiffs allege that the Board and these

individual defendants denied the plaintiff student access to education opportunities

and/or benefits of educational programs.  (Complaint, ¶¶ 24- 27, 30).  The plaintiffs

further allege that the minor plaintiff "is a handicapped child who is eligible for

special education and related services under the IDEA and that her ability to learn is

impacted by her health issues."  (Complaint, ¶ 21).

3.    However, the plaintiffs have failed to exhaust the administrative remedies required

under the IDEA. Accordingly, both Counts 1 and 2, based on alleged violations of the IDEA, are due to be dismissed.

4.  Further, the defendant educators have been sued in their individual capacities, and as such, they cannot be held liable under the IDEA. Accordingly, all claims arising under IDEA against Defendants Mildred Ellison, Ann Glasscock, Alan Childress, Ann Thomas, Joe Mims, Peggy Harris, Curtis Smith, Michael Gothard, Daryl Baker, and Donnie Finlayson in their individual capacities are due to be dismissed.

5.  Additionally, the plaintiffs' claims against the individual educator defendants in their official capacities are redundant of the plaintiffs' claims against the Chilton County Board of Education. Therefore, all claims against Mildred Ellison, Ann Glasscock, Alan Childress, Ann Thomas, Joe Mims, Peggy Harris, Curtis Smith, Michael Gothard, Daryl Baker, and Donnie Finlayson in their official capacities are due to be dismissed.

6.  Further, the plaintiffs are alleging that the individual defendants, as well as the defendant school board, have violated the plaintiffs' constitutional rights by violating the IDEA (Complaint, Count 2). The remedies explicitly provided for in the IDEA cannot be circumvented by bringing the same allegations as were brought under the statute itself, as was done here, under the umbrella of constitutional violations under 42 U.S.C. § 1983. Thus, the plaintiffs' claims of constitutional violations under 42 U.S.C. § 1983 are due to be dismissed as to all defendants.

7.  Plaintiffs' state law tort allegations against the Board are due to be dismissed based on sovereign immunity.

8.  Plaintiffs' state law tort claims of negligent and wanton supervision against the

individual educators are due to be dismissed based on State-agent immunity.

9.      The alleged acts of the defendants do not satisfy the required elements of the tort of

outrage.

10.     The plaintiff parents' claim of loss of services is derivative of the student's claims,

and therefore, due to be dismissed.

11.     Plaintiffs' state law claims are better suited for state court.

WHEREFORE, the defendants request an order of dismissal as to the claims against them

in plaintiffs' Complaint.

Respectfully submitted,

/s/ Mark S. Boardman (ASB-8572-B65M)
msboardman@bcwhlaw.com

/s/ Katherine C. Hortberg (ASB-5374-B34K)
kchortberg@bcwhlaw.com

BOARDMAN, CARR, WEED & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211

## CERTIFICATE OF SERVICE

I hereby certify that I have on this **30th** day of **August, 2005**, submitted the foregoing via the CM/ECF system, and that counsel for the plaintiffs are registered to receive a **Notice of Electronic Filing**, to wit:

George E. Jones, III
Post Office Box 9
Selma, AL 36702-0009

/s/ Mark S. Boardman (ASB-8572-B65M)