IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BENNY L. WRIGHT and              )
KATHERINE E. WRIGHT, as          )
parents and next friends         )
of J. W., a minor child,         )
                                 )
    Plaintiffs,                  )
                                 )   CIVIL ACTION NO.
    v.                           )      2:05cv699-T
                                 )
THE CHILTON COUNTY BOARD         )
OF EDUCATION, et al.,            )
                                 )
    Defendants.                  )
```

### ORDER

It is ORDERED that defendants' motion to dismiss (Doc. No. 5) is set for submission, without oral argument, on September 16 2005, with all briefs due by said date.

DONE, this the 1st day of September, 2005.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE