IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 2:05-CV-0699-C |
| v. | )<br>) |
| THE CHILTON COUNTY BOARD OF EDUCATION, et al. | )<br>)<br>) |

**REPORT OF PARTIES' PLANNING MEETING**

1. Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on September 16, 2005 by telephone and was attended by:

George Jones for plaintiffs; and

Katherine C. Hortberg for defendants.

2. Pre-Discovery Disclosures: The parties will exchange by September 29, 2005 the information required by Fed.R.Civ.P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

All discovery commenced in time to be complete by April 28, 2006.

Maximum of 40 interrogatories by each party to any other party. [Responses due 30 days after service.]

Maximum of 40 requests for admissions by each party to any other party. [Responses due 30 days after service.]

Maximum of 20 depositions by plaintiffs and 20 by defendants.

Each deposition limited to maximum of 8 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) are due:

    from plaintiffs:    December 30, 2005;

    from defendants:    January 27, 2006.

Supplementations under Rule 26(e) are due 30 days before the close of discovery.

4.    Other Items.

The parties do not request a conference with the Court before entry of the scheduling order.

The parties request a pretrial conference on May 29, 2006.

Plaintiffs should be allowed until November 30, 2005 to join additional parties and until November 30, 2005 to amend the pleadings.

Defendants should be allowed until November 30, 2005 to join additional parties and until November 30, 2005 to amend the pleadings.

All potentially dispositive motions should be filed by February 27, 2006.

Settlement cannot be evaluated prior to the completion of discovery.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

    from plaintiffs: 15 days prior to trial;

    from defendants: 15 days prior to trial.

Parties should have 7 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by this Court's June 26, 2006 trial term in Montgomery, Alabama [and at this time is expected to take approximately 3 days].

*s/ George Jones*
George E. Jones, III
Counsel for Plaintiffs
Post Office Box 9
Selma, AL 36702-0009


*s/Katherine C. Hortberg*
Mark S. Boardman (ASB-8572-B65M)
Katherine C. Hortberg (ASB-5374-B34K)
Counsel for the Defendants
BOARDMAN, CARR, WEED & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211