ORIGINAL

RECEIVED
2005 SEP 16  P 4:07

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friend of JESSICA W., a minor child, <br><br> Plaintiffs, <br><br> vs. <br><br> THE CHILTON COUNTY BOARD OF EDUCATION, et al., <br><br> Defendants. | CIVIL ACTION NO. <br> 2:05cv699-T |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS

COME NOW THE PLAINTIFFS, by and through their undesigned counsel of record, and for their response to the DEFENDANTS' Motion to Dismiss say as follows:

### I.

The Motion to Dismiss is due to be denied because PLAINTIFFS are not required to exhaust administrative remedies under the Individuals with Disabilities in Education Act ("I.D.E.A.") under the unique facts and circumstance of this case.

### II.

The Motion to Dismiss is due to be denied because DEFENDANTS' argument, that PLAINTIFFS' claims under the I.D.E.A. cannot be brought against the individual educator DEFENDANTS, is not adequately supported by legal authorities.

### III.

*The Motion to Dismiss is due to be denied because DEFENDANTS' argument that PLAINTIFFS cannot bring their claims under 42 U.S.C. Section 1983 is without substance and unsupported by adequate legal authorities.*

### IV.

*The Motion to Dismiss is due to be denied because DEFENDANTS' argument, that PLAINTIFFS' claims against the individual educator DEFENDANTS are redundant of their claims against DEFENDANT CHILTON COUNTY BOARD OF EDUCATION, is due to fail because the individual DEFENDANTS are liable for monetary damages, if at all, only in their individual capacities.*

### V.

*The Motion to Dismiss is due to be denied because DEFENDANTS' argument that their acts do not satisfy the required elements for the tort of outrage presents a genuine issue of material fact which is not ripe for determination on a motion to dismiss.*

### VI.

*The Motion to Dismiss is due to be denied because DEFENDANTS' argument that PLAINTIFFS' State-law tort claims are better suited for State Court amounts to forum shopping which should not be allowed.*

### *VIII.*

The Motion to Dismiss is due to be denied because the individual educator DEFENDANTS' mere status as state officials does not automatically cloak them with the state's sovereign immunity pursuant to Article I, Section 14 of The Constitution of Alabama of 1901.

### *IX.*

The Motion to Dismiss is due to be denied because the parent PLAINTIFF parents' cause of action for loss of services of a child does state a claim upon which relief can be granted.

IN SUPPORT THEREOF PLAINTIFFS have filed by way of separate document a memorandum of authorities, argument, and citations of law.

Respectfully submitted this the __16__ day of September, 2005.

_____
GEORGE E. JONES, III
Ala. Bar I.D. ASB-9546-5826
*Attorney for the Plaintiff*

**ADDRESS OF COUNSEL:**

**GEORGE E. JONES, III**
**ATTORNEY & COUNSELOR AT LAW**
**711 Alabama Avenue**
**P. O. Box 9**
**Selma, Alabama 36702-0009**
**(334) 874-6617**

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 16 day of September, 2005, served a copy of the foregoing by placing same in the United States Mail, postage prepaid and addressed to:

>Mark S. Boardman, Esquire
>Katherine C. Hortberg, Esquire
>BOARDMAN, CARR & WEED, P.C.
>P. O. Box 382886
>Birmingham, Alabama 35238-2886
>ATTORNEYS FOR DEFENDANTS

_____
OF COUNSEL