IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of J. W., a minor child, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05cv699-T |
| THE CHILTON COUNTY BOARD OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that defendants' motion to strike (Doc. No. 13), is set for submission, without oral argument, on October 21, 2005, with all briefs due by said date.

DONE, this the 4th day of October, 2005.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**