IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILTON COUNTY BOARD OF EDUCATION, et al. | Case No. 2:05-CV-0699-C |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants identified as Chilton County Board of Education, Mildred Ellison, Ann Glasscock, Alan Childress, Ann Thomas, Joe Mims, Peggy Harris, Curtis Smith, Michael Gothard, Daryl Baker, and Donnie Finlayson and respectfully move for summary judgment to be granted in their favor as to all claims against them. In further support of this motion, the defendants state as follows:

1. There are no genuine issues of material fact and the defendants are entitled to summary judgment as a matter of law.

2. The plaintiffs have failed to exhaust the administrative remedies required under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq.* ("IDEA").

3. Plaintiffs have failed to submit substantial evidence that it would be futile or improbable to obtain adequate relief by exhausting the administrative remedies

under the IDEA.

4. Plaintiffs cannot show that the plaintiff student is entitled to special education services under the IDEA.

5. No claim under the IDEA can be brought against an individual, and thus, the individual defendants are entitled to summary judgment.

6. Plaintiff's claims under 42 U.S.C. § 1983 are attempts to circumvent the administrative procedures provided for in the IDEA.

7. The individual defendants are entitled to qualified immunity.

8. The plaintiff student has no property interest in becoming a cheerleader, and thus, has no interest protected by the Due Process Clause.

9. Plaintiffs cannot establish a constitutional violation based on their allegation that the plaintiff student was denied access to the restroom.

10. Allegations of comments made by Principal Finlayson and Superintendent Ellison to the plaintiff student do not violate the IDEA.

11. Plaintiffs cannot show that the plaintiff student suffered any damage for not being allowed to use the restroom during instructional time.

12. None of the plaintiffs' claims rises to the level of a constitutional or federal violation, and thus, the individual defendants are entitled to summary judgment in their favor as to those claims.

13. Plaintiffs' claims against the individual educator defendants in their official capacities are redundant of their claims against the Chilton County Board of

Education and are due to be dismissed.

14. The alleged acts of the defendants do not satisfy the required elements for the tort of outrage.

15. The Chilton County Board of Education is entitled to summary judgment on plaintiffs' State law claims against it pursuant to sovereign immunity.

16. Defendants Mildred Ellison and the individual Board members are entitled to the protection of State-agent immunity as to plaintiffs' State law claims of negligent and wanton supervision.

17. The individual defendant educators and Board members are entitled to summary judgment because there is no evidence of any wanton conduct by them.

18. Defendant educators Mildred Ellison, Donnie Finlayson and Daryl Baker are also protected by federal immunity.

19. There is no evidence to support the plaintiffs' allegations that any defendant acted negligently at any time.

20. The plaintiffs' State law claims are in effect an attempt to assert a claim for educational malpractice which is not a recognized cause of action in Alabama.

21. Summary Judgment is due to be granted on the plaintiff parents' claims for loss of services since they are derivative of the plaintiff student's claims.

22. The plaintiffs' request for relief fails to properly state a claim for declaratory relief.

23. In further support of this motion, the defendants rely upon their brief, narrative statement of undisputed facts, and supporting evidentiary materials, including the Affidavits of Mildred Ellison, Ann Glasscock, Daryl Baker, Donnie Finlayson, Jr., and Diane H. Sanders and the portions of the deposition transcripts of the plaintiffs, and further incorporate by reference all arguments previously raised in their Motion to Dismiss and supporting brief.

WHEREFORE PREMISES CONSIDERED, the defendants identified as Chilton County Board of Education, Mildred Ellison, Ann Glasscock, Alan Childress, Ann Thomas, Joe Mims, Peggy Harris, Curtis Smith, Michael Gothard, Daryl Baker, and Donnie Finlayson move this Court to enter summary judgment in their favor as to all claims against them.

Respectfully submitted,

/s/ *Mark S. Boardman* (ASB-8572-B65M)

/s/ *Katherine C. Hortberg* (ASB-5374-B34K)
BOARDMAN, CARR & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
(205) 678-8000
(205) 678-0000 FACSIMILE

**CERTIFICATE OF SERVICE**

      I hereby certify that on **February 14, 2006**, I electronically filed and sent via U.S. mail the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following :

**_VIA U.S. MAIL_**
George E. Jones, III
Post Office Box 9
Selma, AL 36702-0009

                                                                         _s/Katherine C. Hortberg_
                                                                          Of Counsel