# AFFIDAVIT OF ANN GLASSCOCK

Case 2:05-cv-00699-MHT-DRB    Document 17-3    Filed 02/14/2006    Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | | |
|---|---|---|
| BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:05-CV-0699-C |
| v. | ) ) ) | |
| THE CHILTON COUNTY BOARD OF EDUCATION, et al. | ) ) ) ) | |

### AFFIDAVIT OF ANN GLASSCOCK

STATE OF ALABAMA     )
                     )
CHILTON COUNTY       )

COMES NOW the affiant, Ann Glasscock, having been duly sworn and deposes and says the following:

My name is Ann Glasscock. At all times relevant to this suit, I was a member of and President of the Chilton County Board of Education. The Board of Education, in accordance with state law, is the policy making body for the Chilton County School system. Members of the board of education are only able to act or to bind the board when there is a board meeting in session, a vote of the members and the action is spread upon the minutes. At no time relevant to the claims in this lawsuit did I, in my capacity as a Chilton County Board of Education member, act specifically regarding the education of Jessica Wright, and at no time did I bind the Chilton County Board of Education with respect to the education of Jessica Wright. The Chilton County Board of Education has never had a board meeting where the education of Jessica Wright was discussed. I am not aware that Jessica Wright's parents or anyone acting on their behalf ever made any request of the board

with regard to her academics or ability to receive an education.

I am a parent as well as a board member. My daughter is a classmate of Jessica's at Clanton Middle School. To the best of my knowledge, the only discussions I had with either Kathy or Ben Wright related to both of our daughters' not making cheerleading in the eighth grade. I remember one occasion, after Jessica Wright did not make cheerleader, when Kathy Wright told me that she would buy all 24 cheerleaders' uniforms if her daughter were allowed on the eighth grade squad. Both my daughter and Jessica were on the seventh grade cheerleading squad. Like Jessica Wright, my daughter did not make the eighth grade squad. My daughter tried out for the Clanton Middle School dance team with Jessica Wright, but did not make that either. On the other hand, Jessica did make the Clanton Middle School dance team.

I do not know the specific requirements of the Individuals with Disabilities Education Act, and have never advised anyone of their rights under the IDEA. My duties as a member of the Chilton County Board of Education are broad policy-making duties, in conjunction with the other Board members at a Board meeting. I do not become involved in specific day-to-day operations or activities of individual students unless the Board is hearing an issue specific to that student and no issue related to Jessica Wright has been heard). As a member of the board, I do not specifically attempt to locate students with disabilities who are eligible for special education services though the Chilton County Board of Education. I leave that to the professionals employed by the board. The Chilton County Board of Education student handbook provides information on the contact person for special education services.

As a member of the Chilton County Board of Education since 1994, I am familiar with the requirements for and standard of care for a superintendent in a county school board in Alabama.

2

Superintendent Mildred Ellison meets or exceeds the statutory qualifications of superintendent of a county school board in Alabama. To the best of my knowledge and belief, Superintendent Ellison has met or exceeded the requirements of the Chilton County Board of Education and met the standard of care required regarding the education of Jessica Wright and the supervision of Clanton Middle School principal Donnie Finlayson and teacher Daryl Baker.

The foregoing affidavit is based upon my personal knowledge and is true and accurate. I am over nineteen years of age and not otherwise disqualified from giving testimony under oath.

This the 13th day of February, 2006.

_____
ANN GLASSCOCK

STATE OF ALABAMA   )
                   )
CHILTON COUNTY     )

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that Ann Glasscock, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, she executed the same voluntarily on the day the same bears date.

Given under my hand this 13th day of February, 2006.

_____
Notary Public

My commission expires: 2-4-10

3