# AFFIDAVIT OF MILDRED ELLISON

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILTON COUNTY BOARD OF EDUCATION, et al. | )<br>)<br>)<br>)<br>) Case No. 2:05-CV-0699-C<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF MILDRED ELLISON

STATE OF ALABAMA   )
                   )
CHILTON COUNTY     )

COMES NOW the affiant, Mildred Ellison, having been duly sworn and deposes and says the following:

My name is Mildred Ellison. At all times relevant to this suit, I was employed by the Chilton County Board of Education as Superintendent.

I received a B.S. degree in Social Science from the University of Montevallo in 1971. I then received a Master's degree in education with an emphasis in history from Montevallo in 1983. I was certified as a school counselor in 1987. I also received certification in administration in 1987. I was first certified as a school teacher by the State of Alabama in 1971. Since obtaining these certifications, I have met or exceeded the continuing education requirements for school teachers and administrators in Alabama in every year in which I was required to obtain such continuing education credits. I was elected as superintendent of the Chilton County Board of Education first in 1998 and re-elected in 2002.

As of the current school year, I have been employed as an educator with the Chilton County Board of Education for 31 years and 7 months.

As a result of my education, certification, training and experience, I am familiar with the standards of care required of school teachers and administrators in Clanton, Chilton County and in the State of Alabama. I met those standards of care at all times relevant to this litigation. This includes my use of discretion and judgment in supervising all principals and teachers, including Donnie Finlayson and Daryl Baker. I was acting within the line and scope of my employment with the Chilton County Board of Education at all times relevant to this lawsuit. My duties as superintendent include the administration of the school system and the supervision of the principals and teachers. I believe that all of my actions were carried out in conformity with all applicable federal, Alabama and local laws, as I understand them. I acted with the students and faculty of Clanton Middle School's best interests in mind at all times.

All of the teachers and administrators at Clanton Middle School were permitted to use their discretion and judgment in what interruptions in instructional time should be allowed and how to redirect a student who has missed instructional time. I was not involved in the 2005-06 cheerleading tryouts at the middle school. I did not choose the judges for those tryouts.

I was forwarded a letter addressed to one of the Chilton County Board of Eduction's attorneys sent by an attorney for Jessica Wright shortly after she did not make the Clanton Middle School eighth grade cheerleading squad last year. The letter essentially requested that Jessica be allowed on the cheerleading squad, even though she was not selected by the judges. I spoke with the attorney and informed him that the cheerleading selection process was over until the next school year. There was no request either in the letter or in our conversation that an Individualized

2

Education Plan be prepared for Jessica Wright. There was no discussion that Jessica Wright's education was affected by her cystic fibrosis. I understand that Jessica Wright is a good student, who consistently maintains a C or higher average in all of her classes. No one has ever requested tutoring for Jessica Wright. I never made fun of Jessica Wright or her medical condition during my conversation with her attorney. I never spoke to the attorney again.

I am not responsible for locating students with disabilities who are eligible for special education services though the Chilton County Board of Education. Instead, this is done at the direction of the Board's special education coordinator. The Chilton County Board of Education student handbook provides information on the contact person for special education services. Neither Jessica Wright nor her parents ever contacted me or the special education coordinator about whether Jessica Wright was eligible for an IEP. I never received any written or verbal complaint from the Wrights or anyone on their behalf regarding the denial of an IEP for Jessica Wright. Further, I have never received any written or verbal communication from anyone requesting a due process hearing for Jessica Wright. I am familiar with the claims currently made on behalf of Jessica Wright and the facts behind those claims. From my review of both, I can clearly state that Chilton County educators and administrators acted in the best interest of Jessica Wright while she has been at Clanton Middle School and met the standard of care required.

The foregoing affidavit is based upon my personal knowledge and is an accurate statement of the facts known to me. I am over nineteen years of age and not otherwise disqualified from giving testimony under oath.

This the _13th_ day of _February_, 2006.

_Mildred Ellison_
MILDRED ELLISON

STATE OF ALABAMA    )
                    )
CHILTON COUNTY      )

    I, the undersigned, a Notary Public in and for said County in said State, hereby certify that Mildred Ellison, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, she executed the same voluntarily on the day the same bears date.

    Given under my hand this 13th day of February, 2006.

_Debbie H. Armstrong_
Notary Public

My commission expires: 2-4-2010

4