# AFFIDAVIT OF DIANE H. SANDERS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE CHILTON COUNTY BOARD OF EDUCATION, et al. ) | Case No. 2:05-CV-0699-C |

### AFFIDAVIT OF DIANE H. SANDERS

STATE OF ALABAMA )
                 )
CHILTON COUNTY   )

COMES NOW the affiant, Diane H. Sanders, having been duly sworn and deposes and says the following:

My name is Diane H. Sanders. At all times relevant to this suit, I was employed by the Chilton County Board of Education as a special education teacher's assistant at Clanton Middle School. I am not a certified teacher. I am not the special education coordinator for the Chilton County Board of Education. I am not the appropriate person to request a student be evaluated for special education services under the IDEA. The number given in the Chilton County Board of Education Student Handbook for a parent to contact when requesting special education services is that of Ms. Boyd, the special education coordinator, who works at the Board's central office. I assist the special education teacher at Clanton Middle school in caring for and educating students with handicaps and special needs. I have never had Jessica Wright as a student in any of my special education classes. I do not work at the Board's central office.

Jessica's mother was a substitute teacher for the special education teacher on one occasion that I can remember. On that occasion, I remember Mrs. Wright telling me about an incident when Jessica Wright was not permitted to leave the classroom to use the restroom. I advised her to speak with the teacher or the principal about the incident. There was no discussion at all about an IEP for Jessica Wright or no further discussion about the restroom incident. There was no discussion about Jessica being a special education student, needing to be a special education student, or needing any special education services. To the best of my knowledge, I never had any other discussion with Mrs. Wright about her daughter's education.

The foregoing affidavit is based upon my personal knowledge and is true and accurate. I am over nineteen years of age and not otherwise disqualified from giving testimony under oath.

This the 13th day of Feb., 2006.

_Diane N. Sanders_
DIANE H. SANDERS

STATE OF ALABAMA )
)
CHILTON COUNTY )

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that Diane H. Sanders, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, she executed the same voluntarily on the day the same bears date.

Given under my hand this 13th day of February, 2006.

_Debbie H Armstrong_
Notary Public

My commission expires: 2-4-2010