# AFFIDAVIT OF DARRELL BAKER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 2:05-CV-0699-C ) |
| v. | ) ) |
| THE CHILTON COUNTY BOARD OF EDUCATION, et al. | ) ) ) ) |

## AFFIDAVIT OF DARRELL BAKER

STATE OF ALABAMA )
                 )
CHILTON COUNTY   )

COMES NOW the affiant, Darrell Baker, having been duly sworn and deposes and says the following:

My name is Darrell Baker. At all times relevant to this suit, I was employed by the Chilton County Board of Education as a seventh grade history and literature teacher at Clanton Middle School in Clanton, Alabama.

I received a social sciences/ secondary education degree from Auburn University in Montgomery in 1994 and an English certification from Auburn University in Montgomery in 1996. I also received my Master's degree in Education Administration from Auburn University in Montgomery in 1999. I was first certified as a school teacher by the State of Alabama in 1994. I am classified as a "highly qualified" teacher under the No Child Left Behind Act. Since obtaining these certifications, I have met or exceeded the continuing education requirements for school teachers in Alabama in every year in which I was required to obtain such continuing education credits.

As of the current school year, I have been employed as an educator for 12 years. In 1994, I taught history at Verbena High School in Chilton County, Alabama. I then taught 7th and 8th grade history and English at Goodwyn Junior High School in Montgomery County, Alabama for three years. For the past 8 years, I have been the 7th grade history and literature teacher at Clanton Middle School in Chilton County, Alabama.

As a result of my education, certification, training and experience, I am familiar with the standards of care required of school teachers in Clanton, Chilton County and in the State of Alabama. I met those standards of care at all times relevant to this litigation. I was acting within the line and scope of my employment with the Chilton County Board of Education at all times relevant to this lawsuit. My duties as a teacher include the supervision and education of students. I believe that all of my actions were carried out in conformity with all applicable federal, Alabama, and local laws, as I understand them. I acted with the Clanton Middle School students' best interests in mind at all times. As a teacher at Clanton Middle School, I educate and supervise students. Jessica Wright was a student in my last period 7th grade history class during the 2004-05 school year. This was the first time that Jessica Wright had been a student in my class. She made a B in my class for the year. In or about the first few weeks of the 2004-05 school year, Jessica Wright asked to leave my classroom during instructional time to use the restroom. She did not seem uncomfortable or in dire need of using the restroom at the time she asked or at any time after that in class. In fact, that was the only time she asked to leave during that class period. Jessica Wright did not inform me that she had a medical need to leave the classroom or that because of her medical condition she needed to use the bathroom immediately. I did not know Jessica Wright had a medical need to go to the restroom. Nothing in Jessica's request made me believe Jessica Wright had an urgent need to use the restroom.

2

I used my discretion and judgment in determining that Jessica Wright should not miss instructional time. Further, I used my judgment and discretion in deciding that allowing her to leave the class would disrupt the instructional time of other students.

I knew at the time that Jessica Wright would have walked past a restroom on her way into my class that day and could walk by one again on her way out of the classroom or school building after the dismissal bell. Students have three minutes between each class to move from room to room and to use the bathroom. I was unaware of her diagnosis of cystic fibrosis at the time I decided not to allow her to leave the classroom. Upon being informed of her medical condition the next morning by the principal, Jessica Wright was always allowed immediate access to the bathroom. I also helped Jessica Wright keep up with her classwork and tests while she was absent from school. She never requested tutoring from me. I never prohibited Jessica Wright access to my classroom, and I never saw any other teacher prohibit her from their rooms.

I have never seen students or teachers treat Jessica Wright poorly because of her coughing. I have never treated Jessica Wright poorly because of her coughing. I have never made jokes about Jessica Wright's cystic fibrosis. I have never heard students or teachers make fun of Jessica Wright. I have never been around Jessica Wright when she was emitting a foul smelling gas. I have never denied Jessica Wright the opportunity to leave the classroom to cough up mucus or to get a candy bar during cheerleading tryouts. I have never told Jessica Wright that if she was going to be sick, she could just stay at home. In my class, Jessica's medical condition did not interfere with her ability to obtain an education.

The foregoing affidavit is based upon my personal knowledge and is true and accurate. I am over nineteen years of age and not otherwise disqualified from giving testimony under oath.

This the _13th_ day of _February_, 2006.

                                                    _/s/ Darrell Baker_
                                                  Darrell Baker

STATE OF ALABAMA    )
                                )
CHILTON COUNTY     )

      I, the undersigned, a Notary Public in and for said County in said State, hereby certify that Darrell Baker, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily on the day the same bears date.

      Given under my hand this _13th_ day of _February_, 2006.

                                                  _/s/ Debbie N. Armstrong_
                                                Notary Public

                                                My commission expires: _2-4-2010_