# DEPOSITION OF
# BENNY L. WRIGHT

American Court Reporting
toll-free (877) 320-1050

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CIVIL ACTION NUMBER
CASE NO: 2:05-CV-0699-C

BENNY L. WRIGHT and KATHERINE E. WRIGHT,
as parents and next friends of JESSICA W.,
a minor,
    Plaintiff(s),
vs.
THE CHILTON COUNTY BOARD OF EDUCATION, et al.,

    Defendant(s).


DEPOSITION TESTIMONY OF:

BENNY L. WRIGHT


February 3, 2006

    p.m.

3:40

COURT REPORTER:

Gwendolyn P. Timbie, CSR

S T I P U L A T I O N S

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel that the deposition of BENNY L. WRIGHT, may be taken before Gwendolyn P. Timbie, Certified Shorthand Reporter and Notary Public, State at Large, at the Chilton County Board of Education, Clanton, Alabama, on February 3, 2006, commencing at approximately 3:40 p.m.

IT IS FURTHER STIPULATED AND AGREED that the signature to and the reading of the deposition by the witness is waived, the deposition to have the same force and effect as if full compliance had been had with all laws and rules of Court relating to the taking of depositions.

IT IS FURTHER STIPULATED AND AGREED that it shall not be necessary for any objections to be made by counsel to any questions, except as to form or leading questions, and that counsel for

American Court Reporting
toll-free (877) 320-1050

Page 3

1   the parties may make objections and assign
2   grounds at the time of trial or at the
3   time said deposition is offered in
4   evidence, or prior thereto.
5           Please be advised that this is the
6   same and not retained by the Court
7   Reporter, nor filed with the Court.

```
1                    I N D E X
2   EXAMINATION BY:                    PAGE NO.
3   Ms. Hortberg                            6
4   Mr. Jones                              69
5   Certificate                            80
6
7
8   (No exhibits marked to this deposition.)
```

American Court Reporting
toll-free (877) 320-1050

Page 5

APPEARANCES

FOR THE PLAINTIFF(S):
   GEORGE E. JONES, III, Esquire
   Attorney at Law
   711 Alabama Avenue
   Selma, Alabama   36702

FOR THE DEFENDANT(S):

   KATHERINE C. HORTBERG, Esquire
   Boardman, Carr, Weed & Hutcheson, P.C.
   400 Boardman Drive
   Chelsea, Alabama   35043

ALSO PRESENT:
   MILDRED ELLISON
   ANN GLASSCOCK
   ANN THOMAS
   PEGGIE S. HARRIS
   DARRELL BAKER
   DONNY FINLAYSON
   KATHERINE E. WRIGHT
   JESSICA W.

American Court Reporting
toll-free (877) 320-1050

Page 6

```
1        I, Gwendolyn P. Timbie, Certified
2   Shorthand Reporter and Notary Public for
3   the State of Alabama at Large, acting as
4   Commissioner, certify that on this date,
5   pursuant to the Federal Rules of Civil
6   Procedure, and the foregoing stipulation
7   of counsel, there came before me at the
8   Chilton County Board of Education,
9   Clanton, Alabama, commencing at
10  approximately 3:40 p.m., on February 3,
11  2006, Benny L. Wright, plaintiff in the
12  above cause, for oral examination,
13  whereupon the following proceedings were
14  had:
15
16           BENNY L. WRIGHT,
17  Having been first duly sworn, was examined
18  and testified as follows:
19
20  EXAMINATION BY MS. HORTBERG:
21       Q    Mr. Wright, I know you've been
22  in here since nine o'clock this morning
23  when I first took the deposition of your
```

    A    I'm going to say within a week. She gave us advice over months, you know, of trying to handle these problems.
    Q    I'm talking about this one occasion where you saw Ms. Glasscock at San Marcos. When did that occur? How long after your meeting with Mr. Finlayson?
    A    I'm going to say within two weeks.
    Q    I'm going to ask you not to guess here. Do you have --
    A    Within two weeks.
    Q    I will also remind you that you're under oath.
    A    I am.
    Q    You never made any sort of written request to Mr. Finlayson or to anyone up here at the central office for any sort of IEP meeting for Jessica; right?
    A    No.
    Q    You never made a verbal

```
 1  request to anyone for an IEP meeting for
 2  Jessica; right?
 3       A    I didn't understand the term
 4  "IEP".  I never knew what IEP was.
 5       Q    So you never made such a
 6  request; correct?
 7       A    I did request to Mr. Finlayson
 8  that if Jessica -- if there was any way --
 9  anything he could help her, you know, that
10  we needed to do it or try to do it.  I did
11  do that.  He assured me he would do
12  everything he could to help her.
13       Q    Sir, is your answer no, you
14  never made a verbal request to anyone for
15  an IEP meeting?
16       A    I'm not an attorney, and I
17  didn't know what an IEP was.
18       Q    Your answer is no, then;
19  correct?
20       A    Correct.
21       Q    And then you never made a
22  written complaint about any sort of denial
23  of services of Jessica; correct?
```

1   A   I did not.
2   Q   Did you ever make a written
3 request for a due process hearing to
4 anyone at the Chilton County Board of
5 Education?
6   A   I'm not an attorney. I didn't
7 know anything like that was available. I
8 didn't understand 504, IDA, IDE, or
9 anything.
10  Q   Is your answer to that
11 question no, you did not make such a
12 written request for a due process hearing
13 to anyone at the Chilton County Board of
14 Education?
15  A   No.
16  Q   Did you ever make a verbal
17 request to anyone at the Chilton County
18 Board of Education for a due process
19 hearing?
20  A   No.
21  Q   Have you ever seen a copy of
22 this Chilton County Schools Student/Parent
23 Information Guide?

American Court Reporting
toll-free (877) 320-1050

Page 80

1                 C E R T I F I C A T E

3   STATE OF ALABAMA    )
4   MONTGOMERY COUNTY )
5           I hereby certify that the above
6   and foregoing deposition was taken down by
7   me in stenotype, and the questions and
8   answers thereto were transcribed by means
9   of computer-aided transcription, and that
10  the foregoing represents a true and
11  correct transcript of the deposition given
12  by said witness upon said hearing.
13          I further certify that I am
14  neither of counsel nor of kin to the
15  parties to the action, nor am I in anywise
16  interested in the result of said cause.

                    *Gwendolyn P. Timbie*

                GWENDOLYN P. TIMBIE, CSR
19              Certificate No:   AL-CSR-569

21  My Commission Expires
    March 4, 2009

www.AmericanCourtReporting.com
February 3, 2006