# DEPOSITION OF
# KATHERINE E. WRIGHT

American Court Reporting
toll-free (877) 320-1050

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CIVIL ACTION NUMBER
CASE NO:   2:05-CV-0699-C

BENNY L. WRIGHT and KATHERINE E. WRIGHT,
as parents and next friends of JESSICA W.,
a minor,
    Plaintiff(s),
vs.
THE CHILTON COUNTY BOARD OF EDUCATION, et al.,

    Defendant(s).


DEPOSITION TESTIMONY OF:

KATHERINE E. WRIGHT



February 3, 2006

    p.m.

12:45

COURT REPORTER:

Gwendolyn P. Timbie, CSR

American Court Reporting
toll-free (877) 320-1050

Page 2

```
                S T I P U L A T I O N S
               IT IS STIPULATED AND AGREED by and
     between the parties through their
     respective counsel that the deposition of
     KATHERINE E. WRIGHT, may be taken before
     Gwendolyn P. Timbie, Certified Shorthand
     Reporter and Notary Public, State at
     Large, at the Chilton County Board of
     Education, Clanton, Alabama, on February
     3, 2006, commencing at approximately
     12:45 p.m.
               IT IS FURTHER STIPULATED AND
     AGREED that the signature to and the
     reading of the deposition by the witness
     is waived, the deposition to have the same
     force and effect as if full compliance had
     been had with all laws and rules of Court
     relating to the taking of depositions.
               IT IS FURTHER STIPULATED AND
     AGREED that it shall not be necessary for
     any objections to be made by counsel to
     any questions, except as to form or
     leading questions, and that counsel for
```

Page 3

1  the parties may make objections and assign
2  grounds at the time of trial or at the
3  time said deposition is offered in
4  evidence, or prior thereto.
5          Please be advised that this is the
6  same and not retained by the Court
7  Reporter, nor filed with the Court.

American Court Reporting
toll-free (877) 320-1050

Page 4

```
1                    I N D E X
2  EXAMINATION BY:                      PAGE NO.
3  Ms. Hortberg                             7
4  Mr. Jones                              147
5  Ms. Hortberg                           177
6  Certificate                            187
7
8
9                INDEX OF EXHIBITS
10 EXHIBITS                              PAGE NO.
11 DEFENDANTS'  1    Letter                99
12 DEFENDANTS'  2    Letter               114
13
```

```
 1              A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF(S):
 4        GEORGE E. JONES, III, Esquire
          Attorney at Law
 5        711 Alabama Avenue
          Selma, Alabama   36702
 6
 7
     FOR THE DEFENDANT(S):
 8
          KATHERINE C. HORTBERG, Esquire
 9        Boardman, Carr, Weed & Hutcheson, P.C.
          400 Boardman Drive
10        Chelsea, Alabama   35043
11
12   ALSO PRESENT:
13        MILDRED ELLISON
14        ANN GLASSCOCK
15        ANN THOMAS
16        PEGGIE S. HARRIS
17        DARRELL BAKER
18        DONNY FINLAYSON
19        BENNY WRIGHT
20        JESSICA W.
21
22
23
```

American Court Reporting
toll-free (877) 320-1050

Page 6

1 　　　　　I, Gwendolyn P. Timbie, Certified
2 Shorthand Reporter and Notary Public for
3 the State of Alabama at Large, acting as
4 Commissioner, certify that on this date,
5 pursuant to the Federal Rules of Civil
6 Procedure, and the foregoing stipulation
7 of counsel, there came before me at the
8 Chilton County Board of Education,
9 Clanton, Alabama, commencing at
10 approximately 12:45 p.m., on February 3,
11 2006, Katherine E. Wright, plaintiff in
12 the above cause, for oral examination,
13 whereupon the following proceedings were
14 had:

15

16 　　　　　MR. JONES: I want the record
17 to reflect that I just presented counsel
18 for the defendants with a copy of a letter
19 dated March 9, 2005, sent to Mr. John
20 Hollis Jackson by Brandon L. Blankenship,
21 an attorney in Birmingham, concerning this
22 matter. And if there is a second letter,
23 we will get it to you immediately.

1  　　　　　　MS. HORTBERG:  Is he going to
2  look for that today?
3  　　　　　　MR. JONES:  Yes.
4  　　　　　　MS. HORTBERG:  Do you have any
5  idea who this John Shivick is?
6  　　　　　　MR. JONES:  I think it's his
7  legal assistant that did the faxing.
8  　　　　　　MS. HORTBERG:  And this is an
9  unsigned version of this March 9th letter.
10
11 　　　　　　KATHERINE E. WRIGHT,
12 having been first duly sworn, was examined
13 and testified as follows:
14
15 EXAMINATION BY MS. HORTBERG:
16 　　　Q　　Mrs. Wright, my name is
17 Katherine Hortberg.  I go by Kate.  And I
18 understand your full name is Katherine as
19 well, but you go by Kathy?
20 　　　A　　Kathy.
21 　　　Q　　Is it okay if I call you
22 Kathy?
23 　　　A　　Yes.

1  individual claims in this lawsuit? Did he
2  explain that to you? Do you understand
3  that?
4       A     I don't really -- I don't
5  really understand what you mean. I went
6  to him and gave him my case, and then he
7  filed it for me.
8       Q     Do you know who all you've
9  sued in this lawsuit?
10      A     It will be board members, a
11 principal, and also one teacher. He's
12 only in there because of the incident that
13 came out.
14      Q     Do you know the teacher's
15 name?
16      A     Darrell Baker.
17      Q     Had you ever met Mr. Baker
18 before today?
19      A     Yes.
20      Q     You have?
21      A     Yes.
22      Q     When did you have an
23 opportunity to meet Mr. Baker?

```
 1   Jackson County?
 2        A    Worked in a lab.  I took blood
 3   samples.
 4        Q    Are you a registered nurse?
 5        A    No.  I was a phlebologist.
 6        Q    Sorry?
 7        A    I was a phlebologist.  I only
 8   went around and collected the blood
 9   samples.  I wasn't a nurse.
10        Q    These medical conditions that
11   Jessica told us about during her
12   deposition, are any of those
13   hereditary-type conditions?
14        A    Her cystic fibrosis is a
15   genetic disease.  The cirrhosis has came
16   about because of the CF, but it wasn't
17   hereditary.  The mucus that she's talking
18   about causes sludging in her liver, and it
19   can't function.  So everything just backs
20   up, and it causes cirrhosis.
21        Q    But that's not hereditary?
22        A    No.  It's caused from CF.
23        Q    The diabetes, does that run in
```

1   your family?
2       A       All CFs eventually become CFs
3   -- I mean, become diabetics too.  That's a
4   very -- we knew one day she would anyway.
5                    1:10 p.m.
6                  (Recess taken)
7                    1:19 p.m.
8       Q       Mrs. Wright, we're back on the
9   record now.  So you understand that means
10  you're back under oath?
11      A       Yes.
12      Q       And you said diabetes was
13  something that occurs with pretty much
14  every CF person?
15      A       Yes.
16      Q       Did Jessica give us her
17  correct chronology of schools when she
18  went through each of the schools she had
19  been through and the grades that she had
20  been there?
21      A       Yes.
22      Q       So she went to the private
23  school from kindergarten through third

```
 1   resend it?
 2        A      I don't -- I don't recall.
 3        Q      You don't recall ever doing
 4   that?
 5        A      Huh-uh.  I don't recall.  I'm
 6   sorry.
 7        Q      Is this letter truthful?  Does
 8   it state the facts as they are?
 9        A      I would think so, yes.
10        Q      You agree with it?
11        A      Uh-huh.
12        Q      Have you ever prepared any
13   written correspondence to John Hollis
14   Jackson?
15        A      No.
16        Q      Have you ever prepared any
17   written correspondence to Mildred
18   Ellison?
19        A      No.
20        Q      Have you ever prepared any
21   written correspondence to Mr. Finlayson?
22        A      No, not that I recall.
23        Q      What about to any of the board
```

1  members that you've sued in this lawsuit?
2  Have you ever prepared any written
3  correspondence to any of them?
4        A    No.
5        Q    Have you ever prepared any
6  written correspondence to be read out loud
7  during any board meeting about your
8  daughter?
9        A    No.
10       Q    Have you ever prepared any
11 written correspondence to Mr. Baker?
12       A    No.
13       Q    What about any other teacher?
14       A    No.  Not that I remember, no.
15       Q    So you never made a request in
16 writing for an IEP meeting to anyone at
17 the Chilton County Board of Education;
18 right?
19       A    No.
20       Q    Did you ever make a verbal
21 request for an IEP meeting to anyone at
22 the Chilton County Board of Education?
23       A    I did not come here to the

1  board of education.  But, yes, I have
2  mentioned -- I didn't call it IEP.  Maybe
3  not.  But I have mentioned special
4  programs or something I felt that Jessie
5  is entitled to that she's not getting at
6  this school system.
7       Q    But you don't remember ever
8  making a verbal request for an IEP
9  meeting?
10      A    I made a verbal request for
11 the type of program that she is entitled
12 to.  I'm not going to say I called it an
13 IEP.  I do not remember what I called it.
14      Q    You don't have a recollection
15 of using the words "IEP meeting" with
16 anyone at the Chilton County Board of
17 Education or any educator employed by the
18 Chilton County Board of Education?
19      A    Yes.  Now, I could have said
20 IEP to someone, yes.
21      Q    Do you have a specific
22 recollection of that?  I'm not asking you
23 to speculate.  I'm asking for your

Case 2:05-cv-00699-MHT-DRB   Document 17-8   Filed 02/14/2006   Page 15 of 17
American Court Reporting
toll-free (877) 320-1050

Page 111

Q     Was it more than once?

A     Oh, yes, I'm sure.  Several.

Q     Did you ever go talk to Mr. Finlayson about -- did you ever go make a verbal complaint to Mr. Finlayson about any services you believed Jessica was being denied?

A     I verbally told Mr. Finlayson and handed him papers from the hospital on what Jessica would need for the school year.

Q     The papers that Jessica was saying Dr. Grad would give?

A     Yes.  The ones that we'd get from the hospital that they -- they give us -- they give to us to give to the school.  It may be called a school care pack or something.  I don't know how they title it.

Q     Is it more than one page?

A     Yes, I think so.

Q     Have you ever made a written request for a due process hearing for

Case 2:05-cv-00699-MHT-DRB  Document 178  Filed 02/14/2006  Page 16 of 17
American Court Reporting
toll-free (877) 320-1050

Page 112

```
 1   Jessica?
 2        A    No.
 3        Q    Have you ever made a verbal
 4   request for a due process hearing for
 5   Jessica?
 6        A    What is a due process?
 7        Q    You've never made such a
 8   request?
 9        A    No, I guess not.
10        Q    Have you ever asked anyone to
11   make a request for you for a due process
12   hearing?
13        A    Is that not what the letter
14   from Brandon would be?
15        Q    No.
16        A    Well, then, no.
17        Q    Who was Ms. Martin?
18        A    She's a teacher at the middle
19   school.
20        Q    Is that someone that you knew
21   from your days of subbing there?  Or how
22   did you know her?
23        A    I suppose that's how I met
```

C E R T I F I C A T E

STATE OF ALABAMA )

MONTGOMERY COUNTY )

     I hereby certify that the above and foregoing deposition was taken down by me in stenotype, and the questions and answers thereto were transcribed by means of computer-aided transcription, and that the foregoing represents a true and correct transcript of the deposition given by said witness upon said hearing.

     I further certify that I am neither of counsel nor of kin to the parties to the action, nor am I in anywise interested in the result of said cause.

*Gwendolyn P. Timbie*

GWENDOLYN P. TIMBIE, CSR

Certificate No: AL-CSR-569

My Commission Expires
March 4, 2009