# DEPOSITION OF
# JESSICA W.

American Court Reporting
toll-free (877) 320-1050

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CIVIL ACTION NUMBER
CASE NO:  2:05-CV-0699-C

BENNY L. WRIGHT and KATHERINE E. WRIGHT,
as parents and next friends of JESSICA W.,
a minor,

        Plaintiff(s),

vs.

THE CHILTON COUNTY BOARD OF EDUCATION, et
al.,

        Defendant(s).


            DEPOSITION TESTIMONY OF:

                    JESSICA W.



February 3, 2006                                9:10

        a.m.


COURT REPORTER:

Gwendolyn P. Timbie, CSR

ORIGINAL

1        S T I P U L A T I O N S

2           IT IS STIPULATED AND AGREED by and

3    between the parties through their

4    respective counsel that the deposition of

5    JESSICA W., may be taken before Gwendolyn

6    P. Timbie, Certified Shorthand Reporter

7    and Notary Public, State at Large, at the

8    Chilton County Board of Education,

9    Clanton, Alabama, on February 3, 2006,

10   commencing at approximately 9:10 a.m.

11          IT IS FURTHER STIPULATED AND

12   AGREED that the signature to and the

13   reading of the deposition by the witness

14   is waived, the deposition to have the same

15   force and effect as if full compliance had

16   been had with all laws and rules of Court

17   relating to the taking of depositions.

18          IT IS FURTHER STIPULATED AND

19   AGREED that it shall not be necessary for

20   any objections to be made by counsel to

21   any questions, except as to form or

22   leading questions, and that counsel for

23   the parties may make objections and assign

Page 3

1   grounds at the time of trial or at the

2   time said deposition is offered in

3   evidence, or prior thereto.

4           Please be advised that this is the

5   same and not retained by the Court

6   Reporter, nor filed with the Court.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

American Court Reporting
toll-free (877) 320-1050

Page 4

```
 1                    I N D E X

 2    EXAMINATION BY:                    PAGE NO.

 3    Ms. Hortberg                          12

 4    Mr. Jones                            130

 5    Ms. Hortberg                         159

 6    Mr. Jones                            171

 7    Ms. Hortberg                         174

 8    Certificate                          180

 9

10

11    (No exhibits marked to this deposition.)

12

13

14

15

16

17

18

19

20

21

22

23
```

www.AmericanCourtReporting.com
February 3, 2006

Page 5

```
1              A P P E A R A N C E S

2

3   FOR THE PLAINTIFF(S):

4        GEORGE E. JONES, III, Esquire

         Attorney at Law

5        711 Alabama Avenue

         Selma, Alabama  36702

6

7

    FOR THE DEFENDANT(S):

8

         KATHERINE C. HORTBERG, Esquire

9        Boardman, Carr, Weed & Hutcheson, P.C.

         400 Boardman Drive

10       Chelsea, Alabama  35043

11

12  ALSO PRESENT:

13       MILDRED ELLISON

14       ANN GLASSCOCK

15       ANN THOMAS

16       PEGGIE S. HARRIS

17       DARRELL BAKER

18       DONNY FINLAYSON

19       BENNY WRIGHT

20       KATHERINE WRIGHT

21

22

23
```

Page 6

1      I, Gwendolyn P. Timbie, Certified

2  Shorthand Reporter and Notary Public for

3  the State of Alabama at Large, acting as

4  Commissioner, certify that on this date,

5  pursuant to the Federal Rules of Civil

6  Procedure, and the foregoing stipulation

7  of counsel, there came before me at the

8  Chilton County Board of Education,

9  Clanton, Alabama, commencing at

10  approximately 9:10 a.m., on February 3,

11  2006, Jessica W., plaintiff in the above

12  cause, for oral examination, whereupon the

13  following proceedings were had:

14

15          JESSICA W.,

16  having been first duly sworn, was examined

17  and testified as follows:

18

19      THE REPORTER:  Will these be

20  usual stipulations?

21      MR. JONES:  Yeah.  Middle

22  District, I think the usual stipulations

23  are, number one, we waive any objections

1    out loud responses.  Okay?  And I'll try

2    to remind you if you don't do that.

3    Okay?

4         A    Okay.

5         Q    And would you --

6         MS. HORTBERG:  Well, I guess

7    there is no protective order as far as her

8    last name in this case, although you filed

9    it under Jessica W.  Are we going to have

10   this deposition --

11        MR. JONES:  No.  I don't

12   object to you identifying her full name.

13        Q    Jessica, what is your full

14   name, please?

15        A    Jessica Nicole Wright.

16        Q    And what's your birthday?

17        A    February 13th of 1992.

18        Q    So you're getting ready to be

19   fourteen years old?

20        A    Yes, ma'am.

21        Q    What grade are you in today?

22        A    Eighth.

23        Q    What school do you attend?

Page 18

1       A       Clanton Middle.

2       Q       Besides your attorney,

3   Mr. George Jones, who else are the other

4   two people that are on your side of the

5   table today?

6       A       My mama and my daddy.

7       Q       What are their names?

8       A       Benny Wright and Kathy Wright.

9       Q       Kathy Wright?

10      A       Yes, ma'am.

11      Q       Do you have any siblings?

12      A       I have a brother and a sister.

13      Q       What's your brother's name?

14      A       Jonathan.

15      Q       How old is he?

16      A       Twenty-seven.

17      Q       Does he live at home with you?

18      A       No, ma'am.

19      Q       Where does he live?

20      A       Montevallo.

21      Q       Does he attend school there?

22      A       No, ma'am.

23      Q       Is he married?

Page 27

1      Q      Yes.  The title of each

2   class.

3      A      English, computer, tech team

4   class, pre-algebra, science, history --

5      Q      Is that world history?

6      A      Yes, ma'am.  Review and PE.

7      Q      Have you already gotten your

8   first semester's grades in all those

9   classes?

10      A      Yes, ma'am.

11      Q      What sort of grades did you

12   make your first semester of your eighth

13   grade year?

14      A      As, Bs, Cs, and a D.

15      Q      What did you make the D in?

16      A      Science, I think.  It may have

17   been a low C.  I don't remember.

18      Q      Seventy-three, does that sound

19   like the right grade?

20      A      Yes, ma'am.

21      Q      So that's not a D; right?

22      A      Right.

23      Q      A C is cut off at seventy at

American Court Reporting
toll-free (877) 320-1050

Page 28

1    Clanton Middle School?

2         A       Yes, ma'am.

3         Q       So a seventy-three is still a

4    C?

5         A       Yes, ma'am.

6         Q       Do these grades sound right to

7    you:  A seventy-seven in English for the

8    semester, a seventy-six in pre-algebra, a

9    seventy-three in science, an eighty in

10   world history, a hundred in girls' PE, an

11   eighty-nine in tech team, and eighty-one

12   in your review class?

13        A       Yes, ma'am.

14        Q       So those are all Bs and Cs and

15   the one hundred in the PE class; right?

16        A       Yes, ma'am.

17        Q       So you were mistaken when you

18   said you made a D; right?

19        A       That was on my progress

20   report.

21        Q       So that's not a semester

22   grade?

23        A       Right.

Page 30

```
1          A       No, ma'am.

2          Q       You just go in your normal

3   clothes?

4          A       Yes, ma'am.

5          Q       Who is the PE coach or

6   teacher?

7          A       Ms. Jackson.

8          Q       Are you involved in any

9   extracurricular activities in the eighth

10  grade?

11         A       Dance team.

12         Q       Dance team?  Is that one of

13  those classes that you named, or is that

14  an after-school activity?

15         A       After-school.

16         Q       Who's the teacher that's the

17  sponsor of the dance team?

18         A       Ms. Adams.

19         Q       How long have you been on the

20  dance team?

21         A       Since March of last year.

22         Q       Did you take dance prior to

23  being on the dance team, like dance
```

Page 37

```
1          A        Yes, ma'am.

2          Q        But Ms. Martin was one of the

3     sponsors at one point?

4          A        Yes, ma'am.

5          Q        And when you were talking

6     about -- that was last year when she asked

7     about whether anybody was available to be

8     an aide for her class?

9          A        Yes, ma'am.

10         Q        And was that while you were a

11    seventh grade cheerleader that you're

12    saying that discussion occurred?

13         A        Yes, ma'am.

14         Q        Christina or Keisha, were they

15    cheerleaders with you?

16         A        No, ma'am.

17         Q        So you tried out for

18    cheerleading in the sixth grade and then

19    made it for the seventh grade year?

20         A        Yes, ma'am.

21         Q        Were there tryouts in the

22    fifth grade for the sixth grade year?

23         A        No, ma'am.
```

American Court Reporting
toll-free (877) 320-1050

Page 42

1    you make in the seventh grade?

2         A      As and Bs, and I think I had

3    one C.

4         Q      It looks to me like an

5    eighty-eight in English for the year,

6    eighty in pre-algebra, eighty-nine in

7    science, eighty-six in world geography,

8    ninety-eight in PE, and a ninety-two in

9    band.  Does that sound right?

10        A      Yes, ma'am.

11        Q      Would that have put you on the

12   A-B honor roll last year?

13        A      Yes, ma'am.

14        Q      Besides the band and

15   cheerleading in the seventh grade, were

16   you involved in any other extracurricular

17   activities?

18        A      No, ma'am.

19        Q      What about in the eighth

20   grade, besides the dance team?  Were you

21   involved in any extracurricular

22   activities?

23        A      No, ma'am.

American Court Reporting
toll-free (877) 320-1050

Page 43

1      Q      In the middle school, are you

2  required to be in a club of some sort?

3      A      No, ma'am.

4      Q      Have you ever been a member of

5  a club at the school?

6      A      At the middle school?

7      Q      Yes.

8      A      Beta Club.

9      Q      What's that for?

10     A      I don't know.  You have -- you

11 have to have good grades to be in it.

12     Q      What year were you in the Beta

13 Club?

14     A      Seventh and eighth.

15     Q      So you're in it this year?

16     A      Yes, ma'am.

17     Q      And that's for students who

18 have good grades?

19     A      Yes, ma'am.

20     Q      Do y'all do service projects,

21 or do y'all -- what sort of work does the

22 Beta Club do?

23     A      I know we did a fundraiser,

Page 57

1  out of PE to go to Mr. Finlayson's

2  office.   And when I got in there, he

3  started yelling at me.   And he said that I

4  was -- he said that I needed to stop all

5  this pity party, and if I was going to act

6  like a teaty baby, I just need to go home

7  with my mama, and I need to stop using my

8  sickness as an excuse to miss class.

9          Q     And so is this the one and

10  only time you ever discussed this going to

11  your mother's classroom with

12  Mr. Finlayson?

13          A     Yes, ma'am.

14          Q     And this is in the seventh

15  grade?

16          A     Yes, ma'am.   I don't want to

17  go to him about nothing else because the

18  way he treated me that day.

19          Q     Do you need to take a break?

20          A     No, ma'am.   I'm fine.

21          Q     Now, I understand in the sixth

22  grade that you kept snacks in the

23  refrigerator of the teachers -- there at

Page 59

```
1    eat.  And then they --
2         Q     And you said they -- I'm
3    sorry.
4         A     It's fine.
5         Q     They did allow you to eat in
6    the sixth grade?
7         A     It was, like, once, and that
8    was Ms. Springer.  But she allowed
9    everybody to eat.
10        Q     That was when y'all were at
11   the old building; right?
12        A     Yes, ma'am.
13        Q     And pretty much everyone was
14   allowed to eat in certain classrooms if
15   the teachers allowed that; right?
16        A     Yes, ma'am.  It was only in
17   that one, though.
18        Q     Did you have snacks with you
19   at all times in the sixth grade?
20        A     Most of the time I kept
21   something in my purse, but I couldn't eat
22   it.
23        Q     Were you able to eat that in
```

Page 60

1    between class, at the class change, if you

2    needed to?

3         A    Sometimes I did, but most of

4    the time -- we only had so many minutes to

5    go from somewhere to my locker, so it was

6    a rush to get from place to place.

7         Q    But you had it in your purse

8    or your backpack if you needed it in sixth

9    grade; right?

10        A    Right.  But then I wasn't

11   allowed to eat it in the classroom.  So...

12        Q    You could eat it in the

13   hallway; right?

14        A    Yes, ma'am.

15        Q    And in the sixth grade, who

16   was your principal that year?

17        A    Mr. Finlayson.

18        Q    And who was the guidance

19   counselor?

20        A    I think it was Mr. Norman.

21   Maybe it was Ms. Davis.  I'm not sure.

22        Q    Where was Mr. Norman or

23   Ms. Davis' office?  Was it in the same

Page 62

1    you talk to the office secretary?

2          A      I'd go over and ask the office

3    secretary if I could use the phone.

4          Q      Who is that?

5          A      Either Ms. Johnson or the

6    workers in there or Ms. Smitherman.

7          Q      And what year are we talking

8    -- are we still talking about sixth grade?

9          A      Yes, ma'am.

10          Q      And on the day that your

11   mother was at the school, you could have

12   told her that you didn't feel well, right,

13   when she was in your English class in the

14   sixth grade?

15          A      Yes, ma'am.  I didn't feel bad

16   that day.

17          Q      Let's see.  In the sixth

18   grade, did you also -- sorry.  In the

19   seventh grade, did you also keep snacks in

20   your backpack or your purse?

21          A      Yes, ma'am.

22          Q      But y'all had moved to the new

23   middle school at that point?

Page 63

```
 1           A       Halfway -- after Christmas
 2   break, I think it was.
 3           Q       And that's also the year that
 4   you were living with your stepfather?
 5           A       No.  We moved back in with
 6   them -- with mama and Daddy before the --
 7   probably at the beginning of the seventh
 8   grade year.
 9           Q       And in the eighth grade, you
10   said that you're allowed to keep your
11   snacks in your purse or your backpack
12   too?  Or where are they kept this year?
13           A       They allow me to put snacks in
14   the rooms.
15           Q       In each teacher's classroom
16   that you go to during the day, there are
17   snacks for you there?
18           A       Yes, ma'am.
19           Q       And are there also snacks for
20   you on your bus?
21           A       No, ma'am.
22           Q       But you still have them in
23   your purse or your backpack?
```

**American Court Reporting**
**toll-free (877) 320-1050**

Page 64

1       A       On the bus?

2       Q       Uh-huh.

3       A       Unless it's in my lunchbox.

4    No.

5       Q       I thought you said earlier you

6    do keep snacks in your purse or backpack.

7       A       That was in sixth grade when

8    they told me to keep them in my purse.

9    This year I keep them in the rooms.

10      Q       But you don't keep anything in

11   your purse?

12      A       But most of the time I have

13   something because I take my lunch every

14   day.

15      Q       Do you pack your own lunch, or

16   does your mom pack it for you?

17      A       Both.

18      Q       And this year there's a nurse

19   at the school; right?

20      A       Yes, ma'am.

21      Q       What's that nurse's name?

22      A       Ms. Blackman.

23      Q       Ms. Blackman?

Page 82

```
 1            Q     And pre-algebra is a class
 2     that you took last semester?
 3            A     Yes, ma'am.  And it's hard to
 4     catch up on when you're out.
 5            Q     And so you made a B and a C
 6     and an overall semester C in pre-algebra
 7     last semester; right?
 8            A     Yes, ma'am.
 9            Q     Have y'all taken any tests yet
10     so far this semester?
11            A     We took a quiz.
12            Q     Was that this week?
13            A     It was on Wednesday, but it
14     was on what we covered Monday and Tuesday.
15            Q     So you've been back at school
16     for the material that was covered in the
17     quiz?
18            A     Yes, ma'am.
19            Q     So your mother went up to the
20     middle school and got your work while you
21     were in the hospital?
22            A     Yes, ma'am.
23            Q     Were you able to do any of it
```

American Court Reporting
toll-free (877) 320-1050

Page 83

1   while you were hospitalized?

2          A       A little bit.

3          Q       But you've been working on

4   making up that class work this week?

5          A       Yes, ma'am.

6          Q       And in your seventh grade

7   year, were you ever hospitalized?

8          A       Yes, ma'am.

9          Q       How often?

10          A       I think twice.

11          Q       Do you remember whether you

12   were hospitalized in January of last year?

13          A       I don't remember.

14          Q       Do you remember at any point

15   in the seventh grade where Ms. Bradberry

16   and Ms. Mitchell came to see you in the

17   hospital?

18          A       Yes, ma'am.

19          Q       And they brought some homework

20   to you while you were there?

21          A       Yes, ma'am.

22          Q       Any other time you've been

23   hospitalized and teachers have come to

American Court Reporting
toll-free (877) 320-1050

Page 93

```
 1            A       No, ma'am.
 2            Q       And you weren't the only girl
 3    who had made it in the sixth grade who
 4    didn't make it in the seventh grade;
 5    right?
 6            A       Was I the only girl that
 7    didn't make it?
 8            Q       No.  Right.  You were not the
 9    only girl?  There was another girl who
10    didn't make it too; right?
11            A       That had been on there
12    before?
13            Q       Right.
14            A       Yes, ma'am.
15            Q       What's her name?
16            A       Lindsey Glasscock.
17            Q       Is that Ms. Glasscock's
18    daughter?
19            A       Yes, ma'am.
20            Q       And she was on it when you
21    were both in the seventh grade?
22            A       Yes, ma'am.
23            Q       But neither one of y'all made
```

Page 94

1    it in the eighth grade?

2         A     Yes, ma'am.

3         Q     Ms. Glasscock's daughter, is

4    she on the dance team with you this year?

5         A     No, ma'am.

6         Q     Did she try out for any other

7    team after that?

8         A     She tried out for dance team.

9         Q     And she didn't make it?

10        A     Yes, ma'am.

11        Q     But you tried out for dance

12   team and did make it; right?

13        A     Yes, ma'am.

14        Q     Have you talked with Lindsey

15   about whether she's going to try out for

16   cheerleading at the high school?

17        A     No, ma'am.  We don't really

18   talk.

19        Q     Now, during the time you've

20   been at the middle school, have you ever

21   attended any of the school dances?

22        A     I went to the Valentine's

23   dance last year.

Page 103

1    believe you've already said that you know

2    who that is?

3         A      Yes, ma'am.

4         Q      And you have talked to him

5    before?

6         A      Yes, ma'am.

7         Q      Do you know how many times

8    you've made an appointment to go see

9    Mr. Finlayson in his office?

10        A      I've never really went and sat

11   down and talked to him other than when I

12   got called up there.  I mean, I've said

13   hey in the hall or something, but other

14   than that, no.

15        Q      Have you ever made an

16   appointment to see Mr. Baker outside of

17   class?

18        A      No, ma'am.

19        Q      Did Mr. Baker ever have, like,

20   a time that he told the students you can

21   come talk to me about questions you have

22   about class or anything like that?

23        A      He just said if you have any

American Court Reporting
toll-free (877) 320-1050

Page 104

```
1    questions, raise your hand or something.

2         Q     Did he always address your

3    questions if you asked him anything?

4         A     Answer them?

5         Q     Yeah.

6         A     Most of the time.

7         Q     Did you like geography and

8    history?

9         A     I don't really like history,

10   but the class itself, I liked it.

11        Q     You liked it.  And I think you

12   made a B in that class; right?

13        A     I think so.

14        Q     Mr. Baker was a good teacher,

15   wasn't he?

16        A     Yes, ma'am.  He explained

17   stuff.

18        Q     And when you were out from

19   school, Mr. Baker allowed you to make up

20   your work; right?

21        A     Yes, ma'am.

22        Q     Or make up any tests you had

23   missed?
```

Page 105

1          A       Yes, ma'am.

2          Q       And you said you don't

3    remember ever actually making an

4    appointment to go talk to Mr. Finlayson;

5    right?

6          A       No, ma'am.

7          Q       Just the one time you were

8    called out of class?

9          A       Yes, ma'am.

10         Q       Do you remember any other

11   times you've ever talked to Mr. Finlayson

12   besides saying hello to him in the hall?

13         A       Not that I remember.

14         Q       So just that one time is all

15   you remember really having a discussion

16   with Mr. Finlayson?

17         A       Yes, ma'am.

18         Q       And you've never had a

19   discussion with Ms. Ellison?

20         A       No, ma'am.

21         Q       And you've never had a

22   discussion with any of the other board

23   members whose names I said, and you said

Page 109

1    before, but Ann Thomas, do you know that

2    name?

3        A    I don't know that name.

4        Q    Have you ever talked to

5    Ms. Thomas?

6        A    (Witness shook head in the

7    negative.)

8        Q    Do you recognize Ms. Thomas?

9        A    I've never talked to her.

10       Q    Now, I know that recently

11   you -- let's go back.

12       Tell me what your medical diagnoses

13   are.

14       A    All of them?

15       Q    Yes.

16       A    Cystic fibrosis.  Do you want

17   me to tell you what they are -- I mean,

18   like, about them?

19       Q    Sure.

20       A    Cystic fibrosis.  It's where I

21   don't digest food, and I have to go to the

22   bathroom a lot, and I have to eat a lot.

23   And then diabetes.

Page 111

```
1        Q      And is that a different shot
2   than the one you give yourself at eleven
3   every day?
4        A      Yes, ma'am.  I give myself an
5   insulin shot.
6        Q      That's at eleven?
7        A      Right.
8        Q      Right before lunch you take
9   the medicine for the digestion --
10       A      Yes, ma'am.
11       Q      -- and you check your blood
12  sugar?
13       A      Yes, ma'am.
14       Q      All that is done in front of
15  the nurse this year?
16       A      Yes, ma'am.
17       Q      What other diagnoses?
18       A      Cirrhosis.
19       Q      Cirrhosis?
20       A      Yes, ma'am.
21       Q      When did you have that
22  diagnosis made?
23       A      Two or three years ago, or
```

Page 116

1    any of them?

2         A    Sometimes.  Sometimes when I

3    have an appointment, they tell me not to

4    go to school at all.

5         Q    The doctors do?

6         A    Yes, ma'am.

7         Q    So you miss school that day?

8         A    Sometimes.

9         Q    Do the doctors send you back

10   to school with a note, or does your mother

11   write a note?

12        A    They send me an excuse.

13        Q    And on the days when you have

14   to miss school for a doctor's appointment,

15   are you allowed to make up any work that

16   you've missed?

17        A    Yes, ma'am.

18        Q    And the times that you're out

19   for the orthodontist appointment, if you

20   miss any class, are you allowed to make up

21   what you've missed?

22        A    Yes, ma'am.

23        Q    As far as any counselors, have

Page 119

1    something that the nurse keeps, or is that

2    something you keep in your purse during

3    schooldays?

4         A    I don't keep it at school.

5         Q    Does the nurse have one for

6    you at school?

7         A    I don't think so.

8         Q    Have you ever had one at

9    school?

10        A    Yes.

11        Q    What year was that?

12        A    I don't remember, but I know I

13   had one because -- I think it was at

14   Chilton Christian.

15        Q    And I think you mentioned

16   earlier one of the issues that you have

17   with CF is that you have to drink a lot of

18   water and that you have to go to the

19   bathroom a lot; is that correct?

20        A    Yes.

21        Q    And I think you testified that

22   there was one occasion where you had

23   problems with that after school one day?

Page 120

```
 1          A      There's one I told you?

 2          Q      Right.

 3          A      Yes, ma'am.

 4          Q      And was that in Mr. Baker's

 5   class?

 6          A      Yes, ma'am.

 7          Q      And was his class the last

 8   class of the day?

 9          A      Yes, ma'am.

10          Q      And after his class was over,

11   you would have had an opportunity to go to

12   the bathroom at the school; right?

13          A      I had to go get on the bus.

14          Q      Your mom didn't take you home

15   from school that day?

16          A      Yes, ma'am.  But...

17          Q      So you would have had the

18   opportunity from the time that you left

19   Mr. Baker's class to use the restroom at

20   the school before you went out to your

21   mother's car; correct?

22          A      Yes, ma'am.

23          Q      And, then, how far was your
```

Page 121

1   house -- what year was that?   Seventh

2   grade?

3        A     Yes, ma'am.

4        Q     How far was your house from

5   Clanton Middle School that year?

6        A     About three or four miles.

7        Q     Took you a couple of minutes

8   to get home?

9        A     Yes, ma'am.   But when I asked

10  him to go -- I can't hold it.   And then I

11  didn't want to go to the bathroom and --

12  if I didn't make it to the bathroom -- I

13  didn't want to use it all in my clothes

14  and then have to go outside and get in the

15  car.

16        Q     But you didn't do that in his

17  classroom; right?

18        A     Right.

19        Q     You passed by a bathroom on

20  your way out of school to get into your

21  mother's car and chose not to go to the

22  bathroom; right?

23        A     Yes, ma'am.

Page 122

1   Q    Then you got in your mother's
2   car, and that's when you had a problem?
3   A    Yes, ma'am.
4   Q    Is that correct?
5   A    Uh-huh.  Because I didn't want
6   to go to the bathroom --
7   Q    In school?
8   A    -- and use it my britches and
9   then walk out of school with it in my
10  britches.
11  Q    I mean, if you had gone to the
12  bathroom, you wouldn't have used the
13  bathroom in your clothes; right?
14  A    I don't know.  I was running.
15  Q    You ran out to your mother's
16  car and passed a bathroom?
17  A    Yes, ma'am.
18  Q    And after that day, which --
19  do you remember when that was?  First of
20  school sometime, seventh grade year?
21  A    It was sometime in the seventh
22  grade year.  Probably about the middle,
23  maybe.

Page 123

1    Q    You don't have an exact

2    recollection of when it was?

3    A    No, ma'am.

4    Q    Do you remember if after that

5    you were allowed to use the restroom any

6    time you needed to in Mr. Baker's class?

7    A    Most of the time.

8    Q    Do you remember ever having

9    any other occasion where you were not

10   allowed to use the restroom while you were

11   in Mr. Baker's class?

12   A    Not while I was in Mr. Baker's

13   class.

14   Q    During your seventh grade

15   year, was there any other teacher that did

16   not allow you to use the restroom when you

17   asked?

18   A    Not in seventh grade.

19   Q    What about in the sixth

20   grade?  Was there any teacher ever that

21   did not allow you to use the restroom when

22   you asked?

23   A    Ms. Mitchell.

Page 124

```
1          Q       Ms. Mitchell?   What did she

2   teach you?

3          A       PE.

4          Q       She's the one that came to

5   visit you at the hospital?

6          A       Yes, ma'am.   Because when I

7   asked her, may I go to the restroom, she

8   said, this ain't a time to rest.   So no.

9          Q       Was that just on one occasion?

10         A       Yes, ma'am.

11         Q       Did you have the problem like

12  you had when you were in your mother's car

13  where you used the restroom in your

14  pants?

15         A       No, ma'am.   I just kind of --

16  I had the stomach cramps all day, though.

17         Q       But you held it, and you used

18  the restroom when you had the next

19  opportunity?

20         A       Yes, ma'am.

21         Q       At the school?

22         A       Yes, ma'am.   But I had her

23  seventh period, so I went home.
```

American Court Reporting
toll-free (877) 320-1050

Page 125

```
1          Q      Did you report that to anyone,
2    that Ms. Mitchell had not allowed you to
3    go to the restroom?
4          A      I told my mama, and I think
5    she called the school.
6          Q      But did you tell anyone
7    besides your mother at the school?
8          A      No, ma'am.
9          Q      And then in the eighth grade
10   you've always been allowed to use the
11   restroom whenever you've needed to; right?
12         A      Yes, ma'am.
13         Q      And I think we mentioned not
14   only did Ms. Mitchell come to visit you at
15   the hospital, Ms. Bradberry did too?
16         A      Yes, ma'am.
17         Q      And was she your teacher in
18   the sixth grade?
19         A      Ms. Bradberry?
20         Q      Uh-huh.
21         A      I never had her.
22         Q      Oh, you never had her.  Okay.
23   Did she ever teach you for anything?  Or
```

Page 126

1  how did she know you to come to the
2  hospital?
3        A     Because I was on -- she was
4  the cheerleading sponsor.  I was a
5  cheerleader.
6        Q     So this is while you were in
7  the seventh grade?
8        A     Yes, ma'am.
9        Q     And you remained on the
10 cheerleading team the entire year that
11 they had a season; right?
12       A     Yes, ma'am.
13       Q     You didn't quit or have any
14 issues with the cheerleading team while
15 you were on it?
16       A     No, ma'am.
17       Q     Were you ever disciplined by
18 Ms. Bradberry while you were a
19 cheerleader?
20       A     No, ma'am.
21       Q     Have you been disciplined this
22 year while you've been on the dance team?
23       A     Like, I had to skip a game or

Page 127

1    something?

2         Q      Is that --

3         A      I never got in trouble about

4    it.  No, ma'am.

5         Q      Have you ever received any

6    kind of suspension, either in-school

7    suspension or out-of-school suspension?

8         A      No, ma'am.

9         Q      Have you ever been suspended?

10        A      No, ma'am.

11        Q      Have you ever been expelled?

12        A      No, ma'am.

13        Q      Do y'all get some sort of

14   discipline slips or anything like that if

15   something happens at school and the

16   teacher writes you up, or anything like

17   that?

18        A      I don't know.  I think they

19   send something around.  I don't know.

20        Q      You've never received anything

21   like that?

22        A      No, ma'am.

23        Q      And I believe you testified

Page 128

1    the only time you've ever had to go to

2    Mr. Finlayson's office was the one time

3    where you had missed your class to go see

4    your mother; correct?

5          A      Yes, ma'am.

6          Q      Mr. Finlayson, was he the one

7    that disciplined students at the middle

8    school?

9          A      I think it's the assistant

10   principal.

11         Q      Who is that?

12         A      Mr. Griffin.

13         Q      Mr. Griffin?  Did you ever get

14   sent to Mr. Griffin's office for any kind

15   of discipline?

16         A      No, ma'am.

17         Q      Have you ever talked to

18   Mr. Griffin besides just hey in the halls

19   or something?

20         A      No.

21         Q      I think you testified earlier

22   Ms. Bradberry said something that upset

23   you?

1    had ever had him as a teacher?

2         A     Seventh grade?

3         Q     Uh-huh.

4         A     Yes, sir.

5         Q     Did he know about your -- did

6    you and him ever discuss your illness?

7         A     No, sir.  But when Mama went

8    up there sixth grade year, they were

9    supposed to tell all my teachers.

10        Q     At any time during that year,

11   did Mr. Baker ever say anything to you,

12   favorable or unfavorable, about your

13   illness, or did he make any comments?

14        A     No, sir.

15        Q     And I believe you testified

16   that you did not go to the bathroom after

17   you walked out the door because you were

18   afraid of soiling your clothes?

19        A     Right.

20        Q     Have you ever soiled your

21   clothes at school before?

22        A     Not in school.

23        Q     And so is that why you didn't

Page 168

1    able to go to the bathroom and stuff.  He

2    was going to send stuff like that to them.

3           Q     But during the seventh grade,

4    after the incident with Mr. Baker, you

5    were allowed to go to the bathroom

6    whenever you wanted to; right?

7           A     Yes, ma'am.

8           Q     Do you know whether the school

9    ever received anything from Dr. Grad?

10          A     No, ma'am.

11          Q     The day that Mr. Finlayson

12   called you to his office to discuss your

13   being out of class because you went to

14   visit your mother, was there anyone else

15   in his office when he was talking to you?

16          A     No, ma'am.

17          Q     Was the door shut, or was the

18   door open?

19          A     It was cracked.  I don't

20   really remember.

21          Q     You don't remember whether the

22   door was open or not?

23          A     No, ma'am.

Page 178

1    My question more is, has any student ever

2    come up to you and said, hey, I heard this

3    teacher say this to you, or anything like

4    that?

5         A    No, ma'am.

6         Q    You've never failed any class;

7    right?

8         A    No.

9         Q    Do you know how many absences

10   you've had from school this year?

11        A    Exactly?  No, ma'am.

12        Q    Do you always turn in some

13   sort of excuse after you're absent?

14        A    Yes, ma'am.

15        Q    Do you always get those signed

16   by the doctor or the orthodontist?

17        A    Yes, ma'am.

18        Q    Do you know how many absences

19   you had last year?

20        A    No, ma'am.

21             MS. HORTBERG:  I think that's

22   all I have.

23             MR. JONES:  I don't have

Page 180

1                C E R T I F I C A T E

2

3   STATE OF ALABAMA    )

4   MONTGOMERY COUNTY )

5           I hereby certify that the above

6   and foregoing deposition was taken down by

7   me in stenotype, and the questions and

8   answers thereto were transcribed by means

9   of computer-aided transcription, and that

10  the foregoing represents a true and

11  correct transcript of the deposition given

12  by said witness upon said hearing.

13          I further certify that I am

14  neither of counsel nor of kin to the

15  parties to the action, nor am I in anywise

16  interested in the result of said cause.

17

18                *Gwendolyn P. Timbie*

    GWENDOLYN P. TIMBIE, CSR

19  Certificate No:   AL-CSR-569

20

21  My Commission Expires

    March 4, 2009

22

23