IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BENNY L. WRIGHT and          )
KATHERINE E. WRIGHT, as      )
parents and next friends     )
of J. W., a minor child,     )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )       2:05cv699-MHT
                             )
THE CHILTON COUNTY BOARD     )
OF EDUCATION, et al.,        )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that defendants' motion for summary judgment (Doc. No. 15) is set for submission, without oral argument, on March 6, 2006, with plaintiffs' brief and evidentiary materials due by said date.

DONE, this the 15th day of February, 2006.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE