

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 MAR -3 P 2: 02

| | |
|---|---|
| BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CHILTON COUNTY BOARD OF EDUCATION, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>2:05cv699-T |

## PLAINTIFFS' VERIFIED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT

COME NOW THE PLAINTIFFS, by and through their undersigned counsel of record, and respectfully move this Honorable Court for an extension of time of seven (7) additional days to respond to DEFENDANTS' pending Motion for Summary Judgment. As grounds therefor it is shown unto the Court as follows:

1.

On or about February 14, 2006, and pursuant to the Court's Rule 16 Uniform Scheduling Order, the DEFENDANTS filed their consolidated Motion for Summary Judgment with supporting evidentiary materials and brief.

2.

This Court subsequently issued a written Order directing that the PLAINTIFFS

submit their response and evidentiary materials in opposition to the Motion for Summary Judgment on or before March 6, 2006.

3.

In order to adequately respond PLAINTIFFS must obtain copies of transcripts of their depositions previously taken by the DEFENDANTS in this cause.  Up until this date PLAINTIFFS have been without sufficient funds to purchase the said transcripts and the court reporting service would not extend them credit.  The total cost of the transcripts is slightly over $1,000.00.  The PLAINTIFFS have now tendered this amount in full to the court reporting service and their counsel expects to receive the transcripts via overnight delivery on March 3, 2006.

4.

Based on the foregoing PLAINTIFFS respectfully request an extension of seven (7) additional days, to and including March 13, 2006, to prepare and file their response in opposition to the motion for summary judgment.  If an extension is granted we submit that the DEFENDANTS shall not be prejudiced because to date the PLAINTIFFS have been unable to begin any work whatsoever on their response because they have not had access to the said deposition transcripts.

5.

This motion is made in good faith and not merely for purposes of delay.

WHEREFORE, THE PREMISES CONSIDERED, PLAINTIFFS pray this Court shall grant this motion and enter an appropriate Order granting them a period of seven (7) additional days, to and including March 13, 2006, to file their response with supporting

materials in opposition to the pending Motion for Summary Judgment.

Respectfully submitted this the __2__ day of March, 2006.

> _____
> GEORGE E. JONES, III
> Ala. Bar I.D. ASB-9546-S82G
> Attorney for the Plaintiff

**ADDRESS OF COUNSEL:**

**GEORGE E. JONES, III**
**ATTORNEY & COUNSELOR AT LAW**
**711 Alabama Avenue**
**P. O. Box 9**
**Selma, Alabama 36702-0009**
**(334) 874-6617**

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| **COUNTY OF DALLAS** | ) |

### VERIFICATION

Before me, the undersigned Notary Public, personally appeared GEORGE E. JONES, III, who being known to me and being first duly sworn, deposes and says that the contents of the foregoing are true and correct to be the best of his knowledge, information and belief, and that this motion is made in good faith and not merely for purposes of delay.

SWORN TO AND SUBSCRIBED BEFORE, me this the __2__ day of March, 2006.

> _____
> GEORGE E. JONES, III

> _____
> Notary Public

(SEAL)

My Commission Expires: __10-30-08__

## CERTIFICATE OF SERVICE

I hereby certify that I have this the __2__ day of March, 2006, served a copy of the foregoing by hand delivery upon:

> Mark S. Boardman, Esquire
> Katherine C. Hortberg, Esquire
> BOARDMAN, CARR & WEED, P.C.
> 400 Boardman Drive
> Chelsea, Alabama 35043-8211
> ATTORNEYS FOR DEFENDANTS

_____
OF COUNSEL