IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BENNY L. WRIGHT and           )
KATHERINE E. WRIGHT, as       )
parents and next friends      )
of J. W., a minor child,      )
                              )
     Plaintiffs,              )
                              )    CIVIL ACTION NO.
     v.                       )      2:05cv699-MHT
                              )
THE CHILTON COUNTY BOARD      )
OF EDUCATION, et al.,         )
                              )
     Defendants.              )
```

ORDER

It is ORDERED that the motion for extension of time Doc. No. 19) is denied for the following reasons.

"A request or motion for extension of a deadline in any court order ... must indicate that movant has, in a timely manner, previously contacted counsel for all other parties; and ..., based on that contact, must state whether counsel for all other parties agree to or oppose the extension request or motion," and "[a] request or motion that fails to meet this requirement will be denied

outright, unless the movant offers a credible explanation in the request or motion why this requirement has not been met." Scheduling Order (Doc. No. 12), § 9(B). Movant here has failed to comply with these requirements.

Moreover, "[a]bsent stated unforeseen and unavoidable circumstances beyond the control of the movant, ... 'eleventh hour' extension requests and motions will be denied outright." Id.

DONE, this the 7th day of March, 2006.

                     /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE