

# AMERICAN COURT REPORTING

Federal I.D. Number: **63-1205423**

**George E. Jones III**
Jones Law Office
711 Alabama Avenue
Selma, AL  36702

Invoice Date: **2/8/2006**
Invoice #:   **WT57789**
Total Due:   ~~$1,013.83~~
             ~~$713.83~~
             $0

*PAID*

**Re:** Benny L. Wright and Katherine E. Wright, as parents and next friends of Jessica W., a minor v. The Chilton County Board of Education, et al.
    Clanton
    On 2/3/2006 by Wendy Timbie

## Invoicing Information

**Deponents:**

1. Jessica W.            180 pages
2. Katherine Wright      187 pages
3. Benny Wright          80 pages

| Product | Qty | UOM | Extended Price |
|---|---|---|---|
| Copy Deposition Pages | 447 | page | $916.35 |
| Travel Transcript | 3 | each | $75.00 |
| Exhibit Pages | 3 | each | $1.05 |
| Handling | 1 | each | $10.00 |
| Federal Express | 1 | each | $11.43 |
| | | Total Price: | $1,013.83 |
| | | Total Paid: | ~~300.00~~ $0.00 |
| | | Total Due: | ~~$1,013.83~~ ~~$713.83~~ $0 |


*PAID*

## "Notice Us"
P.O. Box 12765    Birmingham, Alabama 35202
(205) 320-1050    FAX (205) 320-0023    1-877-320-1050
AmericanCourtReporting.com

```
ORIGIN ID: RLIA (205) 320-1050        Ship Date: 02MAR06
SHANNON WHITT                          Actual Wgt: 7.0 LB MAN
AMERICAN COURT REPORTING               System#: 343982/CAFE2286
2100 A SOUTHBRIDGE PARKWAY             Account:  S 229679899
SUITE 375
BIRMINGHAM, AL 35209
UNITED STATES US

TO GEORGE JONES
   JONES LAW OFFICE
   711 ALABAMA AVE

   SELMA, AL 36702

REF: WT57789
```



FedEx Express



Delivery Address Barcode

BILL SENDER

```
PRIORITY OVERNIGHT                    FRI
                                      Deliver By
TRK# 6675 4273 3606   Form 0201       03MAR06

36702  -AL-US    39   BHM    AM
                      MGMA
```



*ld On Time* BOX Large