ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR 14 P 4: 36
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor child, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| THE CHILTON COUNTY BOARD OF EDUCATION, et al., | ) ) ) |
| Defendants. | ) ) |

CIVIL ACTION NO.
2:05cv699-T

## NOTICE OF FILING OF DEPOSITION TRANSCRIPTS

PLEASE TAKE NOTICE that on this date the PLAINTIFFS have filed with the Clerk of the Court, as part of their CONSOLIDATED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION SUMMARY JUDGMENT, the following:

  1.) a full and complete transcript of the deposition testimony of PLAINTIFF JESSICA WRIGHT;

  2.) a full and complete transcript of the deposition testimony of PLAINTIFF KATHERINE WRIGHT; and

  3.) a full and complete transcript of the deposition testimony of PLAINTIFF BENNY WRIGHT.

Respectfully submitted this the _14_ day of March, 2006.

GEORGE E. JONES, III
Ala. Bar I.D. ASB-9546-5826
Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have this the _15th_ day of March, 2006, served a copy of the foregoing by placing same in the United States Mail, postage prepaid and addressed to:

Mark S. Boardman, Esquire
Katherine C. Hortberg, Esquire
BOARDMAN, CARR & WEED, P.C.
P. O. Box 382886
Birmingham, Alabama 35238-2886
ATTORNEYS FOR DEFENDANTS

_____
OF COUNSEL

**ADDRESS OF COUNSEL:**

**GEORGE E. JONES, III
ATTORNEY & COUNSELOR AT LAW
711 Alabama Avenue
P. O. Box 9
Selma, Alabama 36702-0009
(334) 874-6617**