**American Court Reporting**
**toll-free (877) 320-1050**

Page 1

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3              NORTHERN DIVISION
4
5    CIVIL ACTION NUMBER
6    CASE NO:  2:05-CV-0699-C
7
8    BENNY L. WRIGHT and KATHERINE E. WRIGHT,
     as parents and next friends of JESSICA W.,
9    a minor,
10        Plaintiff(s),
11   vs.
12   THE CHILTON COUNTY BOARD OF EDUCATION, et
     al.,
13
         Defendant(s).
14
15
           DEPOSITION TESTIMONY OF:
16
              JESSICA W.
17
18
19
     February 3, 2006
20                                              9:10
         a.m.
21
22
     COURT REPORTER:
23
     Gwendolyn P. Timbie, CSR



Page 2

1          S T I P U L A T I O N S

2          IT IS STIPULATED AND AGREED by and

3    between the parties through their

4    respective counsel that the deposition of

5    JESSICA W., may be taken before Gwendolyn

6    P. Timbie, Certified Shorthand Reporter

7    and Notary Public, State at Large, at the

8    Chilton County Board of Education,

9    Clanton, Alabama, on February 3, 2006,

10   commencing at approximately 9:10 a.m.

11        IT IS FURTHER STIPULATED AND

12   AGREED that the signature to and the

13   reading of the deposition by the witness

14   is waived, the deposition to have the same

15   force and effect as if full compliance had

16   been had with all laws and rules of Court

17   relating to the taking of depositions.

18        IT IS FURTHER STIPULATED AND

19   AGREED that it shall not be necessary for

20   any objections to be made by counsel to

21   any questions, except as to form or

22   leading questions, and that counsel for

23   the parties may make objections and assign

**American Court Reporting**
**toll-free (877) 320-1050**

1    grounds at the time of trial or at the

2    time said deposition is offered in

3    evidence, or prior thereto.

4         Please be advised that this is the

5    same and not retained by the Court

6    Reporter, nor filed with the Court.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**American Court Reporting**
**toll-free (877) 320-1050**

```
1                    I N D E X

2   EXAMINATION BY:                    PAGE NO.

3   Ms. Hortberg                          12

4   Mr. Jones                            130

5   Ms. Hortberg                         159

6   Mr. Jones                            171

7   Ms. Hortberg                         174

8   Certificate                          180

9


10


11   (No exhibits marked to this deposition.)

12

13

14

15

16

17

18

19

20

21

22

23
```

**www.AmericanCourtReporting.com**
**February 3, 2006**

**American Court Reporting**
**toll-free (877) 320-1050**

```
1              A P P E A R A N C E S

2

3   FOR THE PLAINTIFF(S):

4       GEORGE E. JONES, III, Esquire
        Attorney at Law
5       711 Alabama Avenue
        Selma, Alabama  36702

6

7

    FOR THE DEFENDANT(S):
8

        KATHERINE C. HORTBERG, Esquire
9       Boardman, Carr, Weed & Hutcheson, P.C.
        400 Boardman Drive
10      Chelsea, Alabama  35043

11

12  ALSO PRESENT:

13      MILDRED ELLISON

14      ANN GLASSCOCK

15      ANN THOMAS

16      PEGGIE S. HARRIS

17      DARRELL BAKER

18      DONNY FINLAYSON

19      BENNY WRIGHT

20      KATHERINE WRIGHT

21

22

23
```

**www.AmericanCourtReporting.com**
**February 3, 2006**

**American Court Reporting**
**toll-free (877) 320-1050**

1    I, Gwendolyn P. Timbie, Certified

2  Shorthand Reporter and Notary Public for

3  the State of Alabama at Large, acting as

4  Commissioner, certify that on this date,

5  pursuant to the Federal Rules of Civil

6  Procedure, and the foregoing stipulation

7  of counsel, there came before me at the

8  Chilton County Board of Education,

9  Clanton, Alabama, commencing at

10  approximately 9:10 a.m., on February 3,

11  2006, Jessica W., plaintiff in the above

12  cause, for oral examination, whereupon the

13  following proceedings were had:

14

15    JESSICA W.,

16  having been first duly sworn, was examined

17  and testified as follows:

18

19    THE REPORTER:  Will these be

20  usual stipulations?

21    MR. JONES:  Yeah.  Middle

22  District, I think the usual stipulations

23  are, number one, we waive any objections

**www.AmericanCourtReporting.com**
**February 3, 2006**

**American Court Reporting**
**toll-free (877) 320-1050**

1    to the qualifications of the reporter;

2    number two, all objections except

3    objections that go to the form of the

4    question are reserved until trial.  Is

5    that your understanding?

6             MS. HORTBERG:  It is.

7             MR. JONES:  And, number

8    three -- I think that's pretty much it in

9    the Middle District.

10            MS. HORTBERG:  Okay.  Did you

11   have something that you needed to state on

12   the record before we started?

13            MR. JONES:  Yes.  For the

14   record -- if we could ask each person here

15   to identify themselves aloud for the

16   record, please.

17            MS. HORTBERG:  I've already

18   provided a list of everybody to sign in.

19   Is that not --

20            MR. JONES:  I think it would

21   be better, you know, if we go around the

22   table and the person state their name and

23   if they're a party to the lawsuit.

**American Court Reporting**
**toll-free (877) 320-1050**

1    MS. HORTBERG:  Sure.  I mean,

2    I represent to you that everyone here is a

3    party to the lawsuit or else a member of

4    the Chilton County Board of Education,

5    which you have sued, so they would

6    obviously be allowed to be here as

7    representative.

8    MR. JONES:  Well, I would like

9    to know their title if they're not -- if

10   it's someone who's not named as a

11   defendant, but who is here representing

12   the Board.

13   MS. ELLISON:  Mildred Ellison,

14   superintendent.

15   MS. GLASSCOCK:  Ann Glasscock,

16   president.

17   MS. THOMAS:  Ann Thomas,

18   member.

19   MS. HARRIS:  Peggy Harris,

20   member.

21   MR. BAKER:  Darrell Baker,

22   teacher.

23   MR. FINLAYSON:  Donny

**American Court Reporting**
**toll-free (877) 320-1050**

1   Finlayson, principal.

2          MR. JONES:  Thank you very

3   much for the roll call.

4          MS. HORTBERG:  Was there

5   something that you had in regard to the

6   written discovery that was served on your

7   clients that is now past due?

8          MR. JONES:  Yes.  It was my

9   understanding from your and our

10   conversations last week that even though

11   we did not have the written discovery

12   ready, that you wanted to go ahead with

13   the depositions and give us the

14   opportunity to get that to you next week

15   in advance of your motion cutoff date.

16          MS. HORTBERG:  Correct.  And

17   if there are any documents provided or

18   additional information that's not provided

19   here today that I feel like I need to go

20   back over, we will redepose.

21          MR. JONES:  Certainly.

22          MS. HORTBERG:  That was the

23   agreement.

**American Court Reporting**
**toll-free (877) 320-1050**

1      MR. JONES: Certainly. And I

2  would also like to state that as you and I

3  discussed by telephone, the only two

4  documents that -- well, first of all,

5  we're not in possession of any documents

6  here today. We've searched pursuant to

7  your request for production of documents.

8  At the present time, we don't have -- we

9  cannot find anything that is responsive.

10  We do know of two letters written by an

11  attorney to John Hollis Jackson requesting

12  that the Board comply with the Individuals

13  with Disabilities in Education Act.

14      MS. HORTBERG: And I'm going

15  to object to that as what those documents

16  reflect.

17      MR. JONES: Sure. Well, then,

18  let me just say this.

19      MS. HORTBERG: The documents

20  will speak for themselves.

21      MR. JONES: Yes. There are

22  two letters which will be responsive to

23  your request, and as soon as we can obtain

1    those, we will provide those to you.

2              MR. HORTBERG:  The attorney in

3    Birmingham, what's his name?

4              MR. JONES:  Brandon --

5              MR. WRIGHT:  Blankenship.

6              MS. HORTBERG:  And he is

7    looking for those today?

8              MR. JONES:  I talked with him

9    yesterday after I talked with you, and he

10   says that he is searching for them.

11             MS. HORTBERG:  If he were to

12   find them today, is he aware that he can

13   fax them here to this office?

14             MR. JONES:  Yes, ma'am.  Yes,

15   ma'am.  Absolutely.

16             MS. HORTBERG:  Have you given

17   him the fax number to the Chilton County

18   Board of Education?

19             MR. JONES:  Absolutely.  We're

20   going to try to touch base with him later

21   this morning.

22             MS. HORTBERG:  You didn't try

23   to touch base with him this morning and

Page 12

1    let him know this is where we'd be?

2              MR. JONES:  I went over that

3    with him yesterday, I believe.

4              MS. HORTBERG:  Who would it be

5    addressed to?

6              MR. JONES:  It would be

7    addressed to me.

8              MS. HORTBERG:  He has not made

9    an appearance in this case, though;

10   correct?

11             MR. JONES:  That is correct.

12   EXAMINATION BY MS. HORTBERG:

13        Q      Jessica, my name is Kate

14   Hortberg, and I represent all of these

15   folks here today, along with others, that

16   your parents have sued.  Were you aware

17   that a lawsuit had been brought on your

18   behalf?

19        A      Yes, ma'am.

20        Q      And today, during this

21   deposition, I'm going to have to get you

22   to speak out loud.  Okay?  The court

23   reporter cannot take down head shakes or

**American Court Reporting**
**toll-free (877) 320-1050**

Page 13

1    nodding of your head.  So you're going to
2    have to give an out loud verbal answer
3    every time.  Is that okay?
4           A       Yes, ma'am.
5           Q       And I'd like for you to speak
6    up so that Mr. Finlayson on the other end
7    of this table can hear your responses.
8    Okay?
9           A       Okay.
10          MR. JONES:  I'm going to
11    object to that.  I'm also going to object
12    to you raising your voice to this child.
13    She can hear what you're saying without
14    you raising your voice, and you don't need
15    to point out who's staring at her at the
16    end of the table.
17          MS. HORTBERG:  Sir, this is my
18    normal voice to take depositions.  And if
19    you feel like it is loud, then I will take
20    it down a notch.
21          MR. JONES:  Yeah.  I feel like
22    it's loud, and I also feel like she
23    doesn't -- before she answers a question,

**American Court Reporting**
**toll-free (877) 320-1050**

Page 14

1    she doesn't have to make sure that the

2    people at the end of the table can hear

3    her.

4              MS. HORTBERG:  Well, sir, I

5    can stay down there at the end of the

6    table, and she can --

7              MR. JONES:  My point is this,

8    Counsel:  If she -- if one of them cannot

9    hear her, they should say so.  But as far

10   as right here, you know, telling her to

11   address specific people --

12             MS. HORTBERG:  I'm not asking

13   her to address specific people.  I was

14   asking her to make sure that everyone in

15   the room could hear her response.

16             MR. JONES:  Well, I'm sure if

17   everyone can't hear her, they'll let her

18   know.

19        Q    (By Ms. Hortberg)  Jessica, am

20   I speaking loudly to you right now?

21        A    No, ma'am.

22        Q    Would you please let me know

23   if any time during the deposition you feel

1  like I'm speaking too loudly?

2      A      Yes, ma'am.

3      Q      Jessica, do you understand

4  that you are under oath today?

5      A      Yes, ma'am.

6      Q      Do you understand what that

7  means, to tell the truth under oath?

8      A      Yes, ma'am.

9      Q      You understand this court

10 reporter swore you in just like the judge

11 will swear you in if this case goes to

12 trial; right?

13     A      Yes, ma'am.

14     Q      And to tell the truth, do you

15 know what that means?

16     A      Yes, ma'am.

17     Q      Can you tell me what it means,

18 to tell the truth?

19     A      Don't lie.

20     Q      And that's all we're asking

21 you here to do today, is to give the

22 answer to the best of your ability and not

23 to lie.

**American Court Reporting**
**toll-free (877) 320-1050**

1          And at any point today you need to

2     take a break, will you just let me know,

3     and we'll be happy to take a break.  Okay?

4          A     (Witness nodded head in the

5     affirmative.)

6          Q     There's some water there

7     behind you, but I think you can also take

8     a break if you need to go get another kind

9     of beverage or use the restroom or talk to

10    your parents or your attorney.  You're

11    always allowed to do that.  Okay?

12         A     Okay.

13         Q     And I'm going to ask you today

14    if you do not understand my question, if

15    you could please tell me that, and I'll

16    ask them in a different way.  Is that

17    fair?

18         A     Yes, ma'am.

19         Q     But if you do answer my

20    question, I'm going to assume that you

21    understood it.  Is that fair?

22         A     Yes, ma'am.

23         Q     And just continue giving those

1    out loud responses.  Okay?  And I'll try

2    to remind you if you don't do that.

3    Okay?

4        A      Okay.

5        Q      And would you --

6              MS. HORTBERG:  Well, I guess

7    there is no protective order as far as her

8    last name in this case, although you filed

9    it under Jessica W.  Are we going to have

10   this deposition --

11             MR. JONES:  No.  I don't

12   object to you identifying her full name.

13       Q      Jessica, what is your full

14   name, please?

15       A      Jessica Nicole Wright.

16       Q      And what's your birthday?

17       A      February 13th of 1992.

18       Q      So you're getting ready to be

19   fourteen years old?

20       A      Yes, ma'am.

21       Q      What grade are you in today?

22       A      Eighth.

23       Q      What school do you attend?

Page 18

1        A        Clanton Middle.

2        Q        Besides your attorney,

3    Mr. George Jones, who else are the other

4    two people that are on your side of the

5    table today?

6        A        My mama and my daddy.

7        Q        What are their names?

8        A        Benny Wright and Kathy Wright.

9        Q        Kathy Wright?

10       A        Yes, ma'am.

11       Q        Do you have any siblings?

12       A        I have a brother and a sister.

13       Q        What's your brother's name?

14       A        Jonathan.

15       Q        How old is he?

16       A        Twenty-seven.

17       Q        Does he live at home with you?

18       A        No, ma'am.

19       Q        Where does he live?

20       A        Montevallo.

21       Q        Does he attend school there?

22       A        No, ma'am.

23       Q        Is he married?

**American Court Reporting**
**toll-free (877) 320-1050**

```
 1        A      Well, he dates somebody.

 2        Q      Are they married?

 3        A      No, ma'am.

 4        Q      Do they have any children?

 5        A      No, ma'am.

 6        Q      Do you have a sister too?

 7        A      Yes, ma'am.

 8        Q      What's her name?

 9        A      Emily Wright.

10        Q      How old is she?

11        A      Ten.

12        Q      Does she live with you?

13        A      Yes, ma'am.

14        Q      Where does she go to school?

15        A      Clanton Intermediate.

16        Q      And do you live with both your

17 mother and your father right now?

18        A      Yes, ma'am.

19        Q      And your sister?

20        A      (Witness nodded head in the

21 affirmative.)

22        Q      What is y'all's address?

23        A      2174 County Road 41.
```

**www.AmericanCourtReporting.com**
**February 3, 2006**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 20

1       Q       Is that in Clanton?

2       A       Yes, ma'am.

3       Q       How long have you lived at

4   2174 County Road 41?

5       A       Almost all my life, except

6   when I moved.

7       Q       Where did you move?

8       A       Ola Street.

9       Q       Spell "Ola".

10      A       O-L-A.

11      Q       Is that in Clanton?

12      A       Yes, ma'am.

13      Q       What was that street address?

14  Do you remember?

15      A       No, ma'am.

16      Q       When did you move to Ola

17  Street?

18      A       Sixth grade.

19      Q       Was that in a house or an

20  apartment?

21      A       House.

22      Q       Who lived with you on Ola

23  Street?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 21

```
1          A      My mama and I guess you would
2   call him my step daddy.
3          Q      What's his name?
4          A      Rocky Beach.
5          Q      Is "Beach" spelled like
6   B-E-A-C-H or B-E-E-C-H?
7          A      B-E-A-C-H.
8          Q      Has your mother been married
9   to Mr. Beach?
10         A      No, ma'am.
11         Q      Why would you call him your
12  stepfather?
13         A      I don't know.
14         Q      Has he ever adopted you?
15         A      No.
16         Q      The house on Ola Street, was
17  that Mr. Beach's home?
18         A      He bought it for us.
19         Q      Did he live there with you?
20         A      No, ma'am.  He lived in
21  Birmingham.
22         Q      He lives in Birmingham?
23         A      Uh-huh.
```

**American Court Reporting**
**toll-free (877) 320-1050**

1    Q    Did he ever stay at that house

2  with you and your mother?

3    A    Yes.

4    Q    Was your father also living at

5  the Ola Street house?

6    A    No.

7    Q    Where did he live?

8    A    In the house we live in now.

9    Q    The County Road 41?

10   A    Yes, ma'am.

11   Q    So you and your mother moved

12 out of the County Road 41 house and moved

13 into the house on Ola Street in the sixth

14 grade?

15   A    Yes, ma'am.  They got

16 divorced.

17   Q    Did your mother ever marry

18 Mr. Beach after she divorced your father?

19   A    No.

20   Q    At what point did you move

21 back into the house on County Road 41?

22   A    About a year ago.

23   Q    Do you remember what month?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 23

1    A       Not exactly.

2    Q       Do you remember if it was

3    first semester or second semester of your

4    seventh grade year?

5    A       It was probably in the

6    beginning; sometime in the beginning.

7    Q       Why did you and your mother

8    move back to the County Road 41 house?

9    A       Because he was treating me --

10   he was just being mean to me.  He was --

11   he told me that I was going to have to go

12   stay with my daddy.  He just was -- he

13   just wouldn't let me eat no more.  He told

14   me that I had to stop eating.  Told me I

15   wasted food.  And I told him I was just

16   going to stay with my daddy.  And my mama

17   said she wasn't going to have him speak to

18   me that way, so we left.

19   Q       This is Mr. Beach that told

20   you that you wasted food and you didn't

21   need to eat anymore?

22   A       (Witness nodded head in the

23   affirmative.)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 24

1      Q      Do you need to take a break?

2      A      I'm fine.

3      Q      Did Mr. Beach abuse you ever?

4      A      No.

5      Q      No physical abuse?

6      A      No.

7      Q      Just the verbal abuse where he

8   told you you were wasting food and you

9   shouldn't eat anymore?

10     A      Yes, ma'am.

11     Q      How long do you think you and

12  your mother lived with Mr. Beach?  Over a

13  year?

14     A      Yes, ma'am.  Probably a year

15  and a half, maybe.

16     Q      Did your sister also live with

17  you and Mr. Beach and your mom?

18     A      Yes, ma'am.

19     Q      Did he ever say anything mean

20  to her, your sister?

21     A      She -- she really didn't do

22  nothing.  She's laid back.  She just kind

23  of sat there.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 25

1        Q      So when you and your mother

2   and your sister moved back into the County

3   Road 41 house, was your dad living there

4   still?

5        A      Yes, ma'am.

6        Q      Did your mother and father

7   remarry at that point in time?

8        A      No, ma'am.

9        Q      Are they remarried to this

10  day?

11       A      No, ma'am.

12       Q      But they live together?

13       A      Yes, ma'am.

14       Q      Did your father ever give up

15  custody of you?

16       A      No, ma'am.

17       Q      Were there any kind of

18  visitation arrangements where you would go

19  -- you and your sister would go visit your

20  father while you and your mother and your

21  sister lived with Mr. Beach?

22       A      Every other weekend.

23       Q      Did you go and visit your

Page 26

1    father every other weekend while you lived

2    with Mr. Beach?

3        A        Yes, ma'am.

4        Q        So during the time that you

5    lived on the Ola Street road -- or the Ola

6    Street house, you stayed at the same

7    school; right?

8        A        Yes, ma'am.

9        Q        So for the last three years,

10   have you been at Clanton Middle School?

11       A        Yes, ma'am.

12       Q        Do you know your Social

13   Security number?

14       A        415 -- 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.

15       Q        Are you currently in school?

16       A        Yes, ma'am.

17       Q        You are in the eighth grade at

18   Clanton Middle School?

19       A        Yes, ma'am.

20       Q        What classes are you taking

21   this year?

22       A        You mean my -- what each class

23   is?

Page 27

1      Q      Yes.  The title of each

2   class.

3      A      English, computer, tech team

4   class, pre-algebra, science, history --

5      Q      Is that world history?

6      A      Yes, ma'am.  Review and PE.

7      Q      Have you already gotten your

8   first semester's grades in all those

9   classes?

10     A      Yes, ma'am.

11     Q      What sort of grades did you

12   make your first semester of your eighth

13   grade year?

14     A      As, Bs, Cs, and a D.

15     Q      What did you make the D in?

16     A      Science, I think.  It may have

17   been a low C.  I don't remember.

18     Q      Seventy-three, does that sound

19   like the right grade?

20     A      Yes, ma'am.

21     Q      So that's not a D; right?

22     A      Right.

23     Q      A C is cut off at seventy at

**American Court Reporting**
**toll-free (877) 320-1050**

Page 28

1    Clanton Middle School?

2         A    Yes, ma'am.

3         Q    So a seventy-three is still a

4    C?

5         A    Yes, ma'am.

6         Q    Do these grades sound right to

7    you:  A seventy-seven in English for the

8    semester, a seventy-six in pre-algebra, a

9    seventy-three in science, an eighty in

10   world history, a hundred in girls' PE, an

11   eighty-nine in tech team, and eighty-one

12   in your review class?

13        A    Yes, ma'am.

14        Q    So those are all Bs and Cs and

15   the one hundred in the PE class; right?

16        A    Yes, ma'am.

17        Q    So you were mistaken when you

18   said you made a D; right?

19        A    That was on my progress

20   report.

21        Q    So that's not a semester

22   grade?

23        A    Right.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 29

```
 1        Q      And are you already in the
 2   second semester now?
 3        A      Yes, ma'am.
 4        Q      How long have y'all been in
 5   school for the second semester?
 6        A      Three or four weeks now.
 7        Q      You started back sometime in
 8   January?
 9        A      The 4th.
10        Q      January 4th?
11        A      I think so.
12        Q      And out of those classes you
13   named for me earlier, which one of those
14   is your favorite class?
15        A      PE.
16        Q      PE?  What do y'all do in PE
17   that you like so much?
18        A      Nothing really.  It's just we
19   don't have to work.
20        Q      No school work involved in PE?
21        A      Yes, ma'am.
22        Q      Do you have to dress out to go
23   to PE class?
```

1          A       No, ma'am.

2          Q       You just go in your normal

3   clothes?

4          A       Yes, ma'am.

5          Q       Who is the PE coach or

6   teacher?

7          A       Ms. Jackson.

8          Q       Are you involved in any

9   extracurricular activities in the eighth

10  grade?

11         A       Dance team.

12         Q       Dance team?  Is that one of

13  those classes that you named, or is that

14  an after-school activity?

15         A       After-school.

16         Q       Who's the teacher that's the

17  sponsor of the dance team?

18         A       Ms. Adams.

19         Q       How long have you been on the

20  dance team?

21         A       Since March of last year.

22         Q       Did you take dance prior to

23  being on the dance team, like dance

1    classes or --

2         A      Before the tryouts?

3         Q      Uh-huh.

4         A      I didn't take no classes.  I

5    went to somebody's house and practiced for

6    tryouts.

7         Q      But, I mean, as far as taking

8    ballet or tap dance --

9         A      No, ma'am.

10         Q      -- or something through the

11    years.  This was the first time you had

12    actually done any competition as far as

13    dance when you tried out?

14         A      As far as dancing-wise, yes,

15    ma'am.

16         Q      How big is the dance team this

17    year?

18         A      Fourteen people.

19         Q      And how many girls tried out?

20         A    .  Maybe twenty-five.  I don't

21    really remember.

22         Q      So there were some girls that

23    didn't make it?

Page 32

1   A  Yes, ma'am.

2   Q  Did any of your friends make

3 it on the team with you?

4   A  Yes, ma'am.

5   Q  What are their names?

6   A  Christina Brown.

7   Q  I'm sorry.  What's her first

8 name?

9   A  Christina.

10   Q  Christina?  Any other friends

11 on the dance team?

12   A  Keisha Haynes.  Those are my

13 two best friends.

14   Q  Christina Brown and Keisha

15 Haynes?

16   A  Yes, ma'am.

17   Q  Now, is this their first year

18 to be on the dance team too?

19   A  Yes, ma'am.

20   Q  And the fourteen girls that

21 are on the dance team, are y'all all

22 eighth graders, or is it a mixture of

23 other grades?

1       A       Seventh and eighth.

2       Q       Is it, like, seven seventh

3  graders and seven eighth graders, or is it

4  split up differently than that?

5       A       Just split up differently.

6       Q       And is the dance team

7  something that they also have at the high

8  school?

9       A       Yes, ma'am.

10      Q       Is that something that you

11 plan on doing at the high school?

12      A       I want to try out for JV

13 cheerleader.

14      Q       And is JV cheerleader

15 something that they do at the high school?

16      A       Yes, ma'am.

17      Q       And is that high school the

18 Clanton High School?

19      A       Yes, ma'am.

20      Q       Is that where you will attend

21 next year?

22      A       Yes, ma'am.

23      Q       And do you know when the JV

Page 34

1  cheerleader tryouts are?

2      A      Probably sometime in March or

3  April.  I'm not sure.

4      Q      You haven't signed up for

5  those already?

6      A      No, ma'am.

7      Q      Have you talked with Christina

8  and Keisha about their trying out for JV

9  cheerleader too?

10     A      Keisha is trying out for dance

11 team again this year for the middle

12 school, and Christina is not trying out

13 for nothing.

14     Q      Keisha, is she just a seventh

15 grader?

16     A      Yes, ma'am.

17     Q      Christina, is she an eighth

18 grader?

19     A      Yes, ma'am.

20     Q      And she doesn't want to

21 participate in any extracurricular

22 activity next year at the high school?

23     A      No, ma'am.

Page 35

1    Q    Have you talked with

2    anybody -- any JV cheerleaders or the JV

3    cheerleading sponsor about your trying out

4    in March or April for that team?

5    A    No, ma'am.

6    Q    Do you know how many girls

7    will be trying out for JV cheerleader?

8    A    No, ma'am.

9    Q    And then last year when you

10   were in the seventh grade, what sort of

11   classes did you take?

12   A    Band, English, pre-algebra,

13   PE, teacher helper, and history -- history

14   and geography.

15   Q    Did you take science too?

16   A    Yes, ma'am.

17   Q    Whose teacher helper were you?

18   A    Ms. Martin.

19   Q    What does Ms. Martin teach?

20   A    English.

21   Q    Were you selected to be

22   Ms. Martin's aide, or did you ask to do

23   that?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 36

1      A      We was at cheerleading

2   practice one day, and she was there.  And

3   she was saying she needed somebody, and me

4   and Rachel Mims was sitting there.  And

5   she asked either one of us do we do

6   anything, and I said, no, ma'am.  And then

7   she asked me would I do it.

8      Q      And did you accept?

9      A      Yes, ma'am.

10     Q      And what does that involve,

11  being Ms. Martin's aide?

12     A      I just graded her papers.

13     Q      And was Ms. Martin involved in

14  the dance team or the cheerleading squad?

15     A      She was involved in the dance

16  team.

17     Q      When was that?

18     A      When we tried out and half of

19  this year.  But something happened and --

20     Q      She's no longer involved?

21     A      Yes, ma'am.

22     Q      And who did you tell me is the

23  dance squad -- Ms. Adams now?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 37

1      A      Yes, ma'am.

2      Q      But Ms. Martin was one of the

3  sponsors at one point?

4      A      Yes, ma'am.

5      Q      And when you were talking

6  about -- that was last year when she asked

7  about whether anybody was available to be

8  an aide for her class?

9      A      Yes, ma'am.

10      Q      And was that while you were a

11  seventh grade cheerleader that you're

12  saying that discussion occurred?

13      A      Yes, ma'am.

14      Q      Christina or Keisha, were they

15  cheerleaders with you?

16      A      No, ma'am.

17      Q      So you tried out for

18  cheerleading in the sixth grade and then

19  made it for the seventh grade year?

20      A      Yes, ma'am.

21      Q      Were there tryouts in the

22  fifth grade for the sixth grade year?

23      A      No, ma'am.

Page 38

1    Q    Seventh grade is the first

2    year you can be a cheerleader at the

3    middle school?

4    A    Yes, ma'am.

5    Q    And do you know how many girls

6    tried out the year that you tried out in

7    sixth grade?

8    A    Maybe around twenty-five,

9    thirty.

10    Q    And, then, how many girls were

11    on your squad?

12    A    Twelve.

13    Q    Had you ever taken any kind of

14    cheerleading classes or been a little

15    league cheerleader or something like that

16    before?

17    A    I had been a little league

18    cheerleader.  I was on CAC --

19    Q    What's that?

20    A    -- all-star team.

21    Q    What's CAC?  I'm sorry.

22    A    Central Alabama Cheer.

23    Q    Is that something that your

**American Court Reporting**
**toll-free (877) 320-1050**

Page 39

1  parents paid for, and you go -- I don't

2  know very much about cheerleading.  Tell

3  me what that is.

4      A     They paid for it.  We went

5  twice a week.  And one day we had

6  tumbling, and one day we had -- and then

7  we went to competition.

8      Q     And how large of a group was

9  that that belonged to the CAC?

10     A     Talking about my -- what I was

11 on or the whole thing together?

12     Q     I guess whatever you were on.

13     A     I think there was maybe

14 twenty-something.

15     Q     And what grades did you do the

16 CAC team?

17     A     In sixth grade.

18     Q     Were those other sixth graders

19 from Clanton Middle School, or were they

20 from other schools?

21     A     All other schools.  I mean,

22 there was Clanton too, but different

23 schools.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 40

1    Q    And cheerleading, was that an

2    after-school activity in the seventh

3    grade?

4    A    Yes, ma'am.

5    Q    Band was a during-school

6    activity?

7    A    Yes, ma'am.

8    Q    What kind of band is that?  A

9    marching band or symphonic band or jazz

10   band?

11   A    Symphonic.

12   Q    Symphonic?  What instrument do

13   you play?

14   A    Flute.

15   Q    But you're not taking band

16   this year?

17   A    No, ma'am.

18   Q    Have you finished with your

19   band days?

20   A    I just didn't want to take it

21   this year.

22   Q    Are you considering taking

23   band at some point in the high school?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 41

```
1          A      I'm thinking about it.
2          Q      Leaving your options open?
3          A      Yes, ma'am.
4          Q      Are you still taking flute
5   lessons?
6          A      No, ma'am.
7          Q      How many years were you in the
8   band?
9          A      Two.
10         Q      Sixth and seventh grade?
11         A      Yes.
12         Q      Played flute both years?
13         A      Yes, ma'am.
14         Q      Were you ever the first chair
15  flute?
16         A      I was second.
17         Q      What year was that?
18         A      My beginning of the year.
19         Q      Who was the band director?
20         A      Mr. Binion.
21         Q      B-I-N-Y-O-N?
22         A      B-I-N-I-O-N.
23         Q      And what sort of grades did
```

**American Court Reporting**
**toll-free (877) 320-1050**

Page 42

1    you make in the seventh grade?

2        A    As and Bs, and I think I had

3    one C.

4        Q    It looks to me like an

5    eighty-eight in English for the year,

6    eighty in pre-algebra, eighty-nine in

7    science, eighty-six in world geography,

8    ninety-eight in PE, and a ninety-two in

9    band.  Does that sound right?

10        A    Yes, ma'am.

11        Q    Would that have put you on the

12    A-B honor roll last year?

13        A    Yes, ma'am.

14        Q    Besides the band and

15    cheerleading in the seventh grade, were

16    you involved in any other extracurricular

17    activities?

18        A    No, ma'am.

19        Q    What about in the eighth

20    grade, besides the dance team?  Were you

21    involved in any extracurricular

22    activities?

23        A    No, ma'am.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 43

1      Q      In the middle school, are you

2  required to be in a club of some sort?

3      A      No, ma'am.

4      Q      Have you ever been a member of

5  a club at the school?

6      A      At the middle school?

7      Q      Yes.

8      A      Beta Club.

9      Q      What's that for?

10     A      I don't know.  You have -- you

11  have to have good grades to be in it.

12     Q      What year were you in the Beta

13  Club?

14     A      Seventh and eighth.

15     Q      So you're in it this year?

16     A      Yes, ma'am.

17     Q      And that's for students who

18  have good grades?

19     A      Yes, ma'am.

20     Q      Do y'all do service projects,

21  or do y'all -- what sort of work does the

22  Beta Club do?

23     A      I know we did a fundraiser,

**American Court Reporting**
**toll-free (877) 320-1050**

Page 44

1   and we're going on a trip this Thursday.

2       Q      Where's the trip to?

3       A      To see Treasure Island

4   something.

5       Q      Is that a movie or a play, or

6   do you know?

7       A      It's a play.

8       Q      How large of a group is the

9   Beta Club?

10      A      It's huge.

11      Q      Any other clubs that you've

12  been in while you've been at the middle

13  school?

14      A      Science Club.  But every time

15  they had a meeting -- I've only went to

16  two meetings.

17      Q      What year did you go to those

18  two meetings?

19      A      This year, because I wasn't in

20  it last year.

21      Q      The eighth grade year?

22      A      Yes, ma'am.

23      Q      Going back to the Beta Club,

**American Court Reporting**
**toll-free (877) 320-1050**

Page 45

1    who's the sponsor of that?  Teacher

2    sponsor.

3        A    Ms. Easterland.

4        Q    Easterland?

5        A    I think that's it.  I'm not

6    sure.

7        Q    How about the Science Club?

8    Is there a teacher sponsor?

9        A    Mr. Jones.

10       Q    What about in the sixth

11   grade?  Do you remember the classes that

12   you took?

13       A    Science, beginner band, math,

14   history, reading, English, and PE.

15       Q    And any favorite class amongst

16   those that year?

17       A    Reading.

18       Q    Reading?  Who was your reading

19   teacher?

20       A    Ms. Springer.

21       Q    Did you like the way

22   Ms. Springer taught reading, or did you

23   like the books that y'all read?  Or what

1   was it about reading that you liked?

2        A     Both.

3        Q     And I forgot to ask you that

4   about your seventh grade year.  What was

5   your favorite class that year?

6        A     English.

7        Q     Who was your teacher in

8   English?

9        A     Ms. Chaney.

10       Q     What made you like seventh

11  grade English so much?

12       A     Well, English is my favorite,

13  and Ms. Chaney was just so sweet.

14       Q     She was a nice teacher to

15  you?

16       A     Yes, ma'am.

17       Q     Who's your English teacher

18  this year?

19       A     Mr. Dover.

20       Q     Mr. Dover?

21       A     Yes, ma'am.

22       Q     Do you like English again this

23  year?

Page 47

1    A    Not really.

2    Q    Is it a little bit harder

3 subject matter?

4    A    I'm just -- I don't know.

5 Last year English was kind of on my mind,

6 and this year it's kind of -- it's on my

7 mind, but I'm just so self-conscious about

8 what's going on around me, like who's

9 talking about me.  I don't know.  I just

10 don't feel like I do good in those

11 classes.

12    Q    But your grades are still As,

13 Bs, and Cs this year; right?

14    A    Yes, ma'am.

15    Q    You're still in the Beta Club;

16 right?

17    A    Yes, ma'am.

18    Q    Now, let's see.  Before you

19 came to Clanton Middle School, where did

20 you go to school?

21    A    First through third I went to

22 Victory.

23    Q    What's the full name of

**American Court Reporting**
**toll-free (877) 320-1050**

Page 48

1    Victory?

2        A    Chilton Christian Academy.

3        Q    Victory Chilton Christian

4    Academy?

5        A    It's Chilton Christian

6    Academy, but I think they call it Victory

7    too.  And then in fourth grade I went to

8    Skyline.

9        Q    Is that an elementary school?

10        A    Yes, ma'am.

11        Q    Is that here in Clanton?

12        A    No, ma'am.  It's when we

13    stayed with my grand mom when she was

14    sick.

15        Q    Where is that?

16        A    Skyline.

17        Q    Alabama?

18        A    Yes, ma'am.

19        Q    Because you didn't tell me

20    about that earlier.  At some point you

21    moved to Skyline, Alabama?

22        A    We just -- yes, ma'am.

23    Somewhat.

1        Q        In the fourth grade you moved
2    to Skyline?
3        A        Yes, ma'am.
4        Q        Who moved there with you and
5    your grandmother?
6        A        My mama and my daddy.
7        Q        And your sister?
8        A        Yes, ma'am.
9        Q        How long did y'all live in
10   Skyline?
11       A        Just that year.
12       Q        And you went to Skyline
13   Elementary School?
14       A        Yes, ma'am.
15       Q        And what about in the fifth
16   grade?  Where did you go?
17       A        Here.
18       Q        What school is that?
19       A        Clanton Intermediate.
20       Q        So was that your first year at
21   one of the Chilton County Public Schools,
22   fifth grade?
23       A        Yes, ma'am.

Page 50

```
1        Q     What sort of grades did you
2   make in the fifth grade at Clanton
3   Intermediate School?
4        A     My yearly was all As.
5        Q     Do you remember the classes
6   that you took?  Did y'all change classes
7   in the fifth grade?
8        A     Yes, ma'am.  There was PE,
9   reading, history, remediation, science,
10  math, and I think that's it.  And English.
11       Q     And what was your favorite
12  course that year?
13       A     All of them.
14       Q     You liked the intermediate
15  school fifth grade?
16       A     Yes, ma'am.  Teachers were
17  different.
18       Q     But the higher you go in
19  school, the more difficult classes are
20  going to be; right?
21       A     Yes, ma'am.
22       Q     Middle school is just a little
23  bit different, little bit harder than an
```

**American Court Reporting**
**toll-free (877) 320-1050**

1    intermediate or elementary school; right?

2         A    Yes, ma'am.

3         Q    Now, have your friends changed

4    from the time you were at the fifth grade

5    intermediate school to the time you came

6    to the middle school?

7         A    Like, my best friends?

8         Q    Yes.

9         A    Yes, ma'am.

10        Q    So what year did your best

11   friends change?  Or have you had different

12   best friends every year?

13        A    Well, I've always had

14   Christina.

15        Q    She's always been your best

16   friend?

17        A    Yes, ma'am.

18        Q    Christina Brown?

19        A    Yes, ma'am.

20        Q    And I don't remember if I

21   asked you this or not, but were you and

22   she on the cheerleading squad in the

23   seventh grade?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 52

1       A       No, ma'am.

2       Q       Have y'all been in the band

3   together?

4       A       No, ma'am.

5       Q       The dance team is the only

6   extracurricular activity y'all have done

7   together?

8       A       Yes, ma'am.

9       Q       Does she live near you?  Or

10  why are y'all best friends?

11      A       She lives right down the road

12  from me.

13      Q       And do y'all ride the bus home

14  after school together?

15      A       Yes, ma'am.

16      Q       Have you always ridden the bus

17  home from school since you've been in the

18  Clanton schools?

19      A       I didn't do it always last

20  year, but most of the time.  Yes, ma'am.

21      Q       What about on the days when

22  you weren't taking the bus?  Who picked

23  you up from school?

Page 53

1         A      My mama.

2         Q      Does your mom work outside of

3    the home?

4         A      No, ma'am.

5         Q      Has she ever during the time

6    that you can remember?

7         A      All she did was ever sub.

8    That's all she ever did.

9         Q      Substitute teach?

10        A      Yes, ma'am.

11        Q      Was she ever a substitute

12   teacher in any of your classes?

13        A      Once in sixth grade.

14        Q      Do you remember what class

15   that was?

16        A      English.

17        Q      Is that the year you liked

18   English?

19        A      No, ma'am.  That was seventh

20   grade.

21        Q      Seventh grade?  Sixth grade

22   was the year you liked reading.

23        So your mom substitute taught at the

**American Court Reporting**
**toll-free (877) 320-1050**

Page 54

1    middle school that day?

2            A       Yes, ma'am.

3            Q       The day in sixth grade.

4    During the last two years, has your mom

5    been a substitute teacher at Clanton

6    Middle School?

7            A       Yes, ma'am.

8            Q       Do you remember how often

9    she'd be up there substitute teaching?

10           A       Not much.

11           Q       Not much?  At least once this

12   year?

13           A       I don't know.  None this year.

14           Q       What about last year?  Did she

15   substitute at least once last year?

16           A       She substituted a couple of

17   times last year.

18           Q       And in sixth grade, she

19   substituted at least that time she was in

20   your English class; right?

21           A       Yes, ma'am.  She subbed a lot

22   in alternative school in my sixth and

23   seventh grade years.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 55

1      Q      But she was up at your actual
2  middle school some days too; right?
3      A      Yes, ma'am.
4      Q      Would you ever go down to her
5  classroom, wherever she was substitute
6  teaching, and visit her while you were --
7  while she was at your school?
8      A      I did one day, and I got
9  blessed out for it.  Like, it -- he hurt
10  my feelings really bad.
11      Q      What year was that?
12      A      Last year.
13      Q      Seventh grade year?
14      A      Yes, ma'am.  But I wasn't just
15  going to visit her, though.
16      Q      I'm sorry.  Why were you going
17  to see your mother in her classroom where
18  she was substitute teaching?
19      A      Because the day before an
20  incident had happened where I didn't get
21  to go to the bathroom, and another girl
22  got to go.  And when I got in the car, I
23  was, like, in stomach cramps.  And then

**American Court Reporting**
**toll-free (877) 320-1050**

Page 56

before I got home, I just used the
bathroom all in my clothes.  And when I
did get home, I just -- I didn't do my
homework that night.  I just laid down,
and, like, I was so sick.

And the next morning I didn't want
to eat nothing.  And I had to take my
Actigall, and it's my liver medicine.  It
makes me sick to my stomach.  And Mama
took snacks in her purse, and she told me
if I felt like I was going to get sick or
if I needed to eat, come get it from her.

And I was in band, and we had a
substitute that day.  And I asked her if I
could go see my mama to get my snack, and
she said yes.  And I -- so I went and got
my snack.  When I got it, I was about to
puke, so she told me to sit down and eat
my snack.  And then I went to the
bathroom, and I sat in there for a little
while.  And then when the bell rang, I
went.

And then fourth period I got called

Page 57

1    out of PE to go to Mr. Finlayson's

2    office.  And when I got in there, he

3    started yelling at me.  And he said that I

4    was -- he said that I needed to stop all

5    this pity party, and if I was going to act

6    like a teaty baby, I just need to go home

7    with my mama, and I need to stop using my

8    sickness as an excuse to miss class.

9         Q      And so is this the one and

10   only time you ever discussed this going to

11   your mother's classroom with

12   Mr. Finlayson?

13        A      Yes, ma'am.

14        Q      And this is in the seventh

15   grade?

16        A      Yes, ma'am.  I don't want to

17   go to him about nothing else because the

18   way he treated me that day.

19        Q      Do you need to take a break?

20        A      No, ma'am.  I'm fine.

21        Q      Now, I understand in the sixth

22   grade that you kept snacks in the

23   refrigerator of the teachers -- there at

**American Court Reporting**
**toll-free (877) 320-1050**

Page 58

the middle school; snacks or drinks?

    A    I didn't keep them in the classroom.

    Q    No.  In the teachers' refrigerator.

    A    No, ma'am.  That was started this year after all this -- after we went to Mr. Jones.  That's when they allowed me to put stuff in the rooms.  Now, I got to keep it with me.

    Q    I'm asking about in the sixth grade.

    MR. JONES:  I'm going to object, and let the witness be permitted to finish answering the question.

    Q    Finish your answer, please.

    A    I got to keep it with me this year, but it was after all this was filed and stuff.  But sixth grade they kind of let me keep it with me, but they let me eat, like, once out of a blue moon.  But they never let me go to the bathroom, and most of the time they didn't allow me to

1   eat.  And then they --

2        Q      And you said they -- I'm

3   sorry.

4        A      It's fine.

5        Q      They did allow you to eat in

6   the sixth grade?

7        A      It was, like, once, and that

8   was Ms. Springer.  But she allowed

9   everybody to eat.

10        Q      That was when y'all were at

11   the old building; right?

12        A      Yes, ma'am.

13        Q      And pretty much everyone was

14   allowed to eat in certain classrooms if

15   the teachers allowed that; right?

16        A      Yes, ma'am.  It was only in

17   that one, though.

18        Q      Did you have snacks with you

19   at all times in the sixth grade?

20        A      Most of the time I kept

21   something in my purse, but I couldn't eat

22   it.

23        Q      Were you able to eat that in

1    between class, at the class change, if you

2    needed to?

3         A       Sometimes I did, but most of

4    the time -- we only had so many minutes to

5    go from somewhere to my locker, so it was

6    a rush to get from place to place.

7         Q       But you had it in your purse

8    or your backpack if you needed it in sixth

9    grade; right?

10        A       Right.  But then I wasn't

11   allowed to eat it in the classroom.  So...

12        Q       You could eat it in the

13   hallway; right?

14        A       Yes, ma'am.

15        Q       And in the sixth grade, who

16   was your principal that year?

17        A       Mr. Finlayson.

18        Q       And who was the guidance

19   counselor?

20        A       I think it was Mr. Norman.

21   Maybe it was Ms. Davis.  I'm not sure.

22        Q       Where was Mr. Norman or

23   Ms. Davis' office?  Was it in the same

**American Court Reporting**
**toll-free (877) 320-1050**

Page 61

1    place as Mr. Finlayson's?

2        A      Yes, ma'am.

3        Q      If at any point during the day

4    you ever felt sick, you could go to the

5    office; right?

6        A      Yes, ma'am.  But --

7        Q      You just ask a teacher and

8    say, I don't feel well, and then you're

9    allowed to go to the office; right?

10       A      Most of the time, yes, ma'am.

11       Q      If you ever felt that -- did

12   you ever do that, where you did not feel

13   well and you asked your teacher if you

14   could go to the office?

15       A      Yes, ma'am.  Then they

16   wouldn't allow me to call home, though.

17   Tell me -- I don't know.  They'd just

18   start screaming at me.  So I told them I

19   was okay, and I'd go back to class.

20       Q      Normally when you did not feel

21   well and you asked to go to the office,

22   whose office would you go to, Mr. Norman

23   and Ms. Davis' or Mr. Finlayson?  Or did

Page 62

1    you talk to the office secretary?

2        A    I'd go over and ask the office

3    secretary if I could use the phone.

4        Q    Who is that?

5        A    Either Ms. Johnson or the

6    workers in there or Ms. Smitherman.

7        Q    And what year are we talking

8    -- are we still talking about sixth grade?

9        A    Yes, ma'am.

10       Q    And on the day that your

11   mother was at the school, you could have

12   told her that you didn't feel well, right,

13   when she was in your English class in the

14   sixth grade?

15       A    Yes, ma'am.  I didn't feel bad

16   that day.

17       Q    Let's see.  In the sixth

18   grade, did you also -- sorry.  In the

19   seventh grade, did you also keep snacks in

20   your backpack or your purse?

21       A    Yes, ma'am.

22       Q    But y'all had moved to the new

23   middle school at that point?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 63

1        A       Halfway -- after Christmas

2    break, I think it was.

3        Q       And that's also the year that

4    you were living with your stepfather?

5        A       No.  We moved back in with

6    them -- with mama and Daddy before the --

7    probably at the beginning of the seventh

8    grade year.

9        Q       And in the eighth grade, you

10   said that you're allowed to keep your

11   snacks in your purse or your backpack

12   too?  Or where are they kept this year?

13       A       They allow me to put snacks in

14   the rooms.

15       Q       In each teacher's classroom

16   that you go to during the day, there are

17   snacks for you there?

18       A       Yes, ma'am.

19       Q       And are there also snacks for

20   you on your bus?

21       A       No, ma'am.

22       Q       But you still have them in

23   your purse or your backpack?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 64

1       A       On the bus?

2       Q       Uh-huh.

3       A       Unless it's in my lunchbox.

4    No.

5       Q       I thought you said earlier you

6    do keep snacks in your purse or backpack.

7       A       That was in sixth grade when

8    they told me to keep them in my purse.

9    This year I keep them in the rooms.

10      Q       But you don't keep anything in

11   your purse?

12      A       But most of the time I have

13   something because I take my lunch every

14   day.

15      Q       Do you pack your own lunch, or

16   does your mom pack it for you?

17      A       Both.

18      Q       And this year there's a nurse

19   at the school; right?

20      A       Yes, ma'am.

21      Q       What's that nurse's name?

22      A       Ms. Blackman.

23      Q       Ms. Blackman?

1      A      Uh-huh.

2      Q      And she's there every day;

3  right?

4      A      Yes, ma'am.

5      Q      Have you had to deal with

6  Ms. Blackman at all this year?  Have you

7  had to go visit her?

8      A      Yes, ma'am.  My sugar would go

9  low, and then I would just be sick to my

10  stomach.

11      Q      And so what would happen at

12  that point?  You would ask to go see

13  Ms. Blackman?

14      A      Yes, ma'am.

15      Q      And the teacher would allow

16  you to go see Ms. Blackman?

17      A      Yes, ma'am.

18      Q      And what would Ms. Blackman do

19  when you told her that you felt sick to

20  your stomach?

21      A      She'd let me call my mama.

22  But I've only called her one time.

23      Q      So you've only felt sick to

**American Court Reporting**
**toll-free (877) 320-1050**

Page 66

1   your stomach once at school where you've

2   told a teacher and you've asked to go see

3   Ms. Blackman?

4         A     Blackman, yes, ma'am.

5         Q     Has Ms. Blackman ever given

6   you any medications while you're at

7   school?

8         A     She gives me my Pancrease,

9   which I have to go to the office and get

10  my Pancrease.

11        Q     Is Ms. Blackman's office in

12  the office?

13        A     Yes, ma'am.  Then I have to

14  get -- I'll be ten, fifteen minutes --

15        Q     I'm sorry.  You're going to

16  have to --

17        A     Slow down?

18        Q     -- slow down a little bit.

19  Yeah.  Say what you just said before.  Ten

20  or fifteen minutes?

21        A     Yes, ma'am.  I have to leave

22  my classroom ten or fifteen minutes to go

23  get my medicine and take my sugar.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 67

Q      What time of the day is this?

A      At twelve.

Q      Is this during lunch?  Or what class are you in at twelve?

A      Mr. Nealy.

Q      What is that?

A      History.

Q      Does Mr. Nealy know that you leave class every day to go get your medicine?

A      Yes, ma'am.

Q      And he allows you to do that every day?

A      Yes, ma'am.  But when I'm in the hospital, they tell me don't depend on somebody else to give it to you because that -- they wouldn't even let my mama give me my medicine.  They make me give my own.  They give me bottles to keep in my room now.  They say I'm old enough to give it to myself.

Q      And you keep the bottles in your room at home or in school?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 68

1      A      No, ma'am.  At the hospital,

2  they usually give them to you.  But they

3  told me to get them for myself.  They told

4  mama to stop giving me my medicines.  I

5  have to do it on my own now.  And I even

6  have to go in the clinic by myself.

7      Q      But when you're at school, the

8  nurse gives you your medicine?

9      A      I have to go to the nurse.

10     Q      And that's just been this

11 year?

12     A      I've took them always in the

13 office.

14     Q      Who in the office would give

15 it to you before Ms. Blackman was the

16 nurse?

17     A      Either Ms. Johnson or

18 Ms. Smitherman.

19     Q      And is that something you have

20 to take every day at noon?

21     A      Every time I eat.

22     Q      So would you normally go

23 before lunch or during your lunchtime to

Page 69

1    get your medicine?

2          A       Right before.

3          Q       So would you miss class to go

4    get your medicine and then go to lunch

5    from there?

6          A       Yes, ma'am.

7          Q       And do you remember in the

8    seventh grade whose class you were in

9    prior to lunch?

10          A       Ms. Mitchell.  And she made me

11    go right when they were going to lunch.

12    And there was this one day Ms. Johnson

13    wasn't in the office, and I was waiting on

14    her to give me my medicine before I went

15    back.  And I, like, missed almost all my

16    lunch.  My mama brought me something.  I

17    sat in the office and ate it.

18          Q       Was your mother up there

19    substituting that day?

20          A       No, ma'am.

21          Q       Had you called her?

22          A       Yes, ma'am.

23          Q       Did you use the office phone

**American Court Reporting**
**toll-free (877) 320-1050**

Page 70

1    that day to call her?

2         A     Yes, ma'am.

3         Q     Did you ask permission before

4    you called?

5         A     Yes, ma'am.

6         Q     And so Ms. Johnson did give

7    you your medicine that day?

8         A     Finally.  Yes, ma'am.

9         Q     And you got to eat lunch when

10   your mom brought it to you?

11        A     And skip sixth period class.

12        Q     And then in the sixth grade

13   Ms. Johnson or Ms. Smitherman would also

14   be the one to give you your medicine?

15        A     Yes, ma'am.

16        Q     And who was the class that you

17   had right before lunch in the sixth grade?

18        A     Ms. Springer.  She had me go

19   as soon as the bell rang.

20        Q     She's the teacher in reading

21   that you liked so much?

22        A     Yes, ma'am.

23        Q     So right when her class was

**American Court Reporting**
**toll-free (877) 320-1050**

Page 71

1    over, then you would walk to the office?

2         A      Right before.

3         Q      Oh, right before.  She let you

4    leave class a few minutes early?

5         A      Well, when I went to her

6    class, I just put my books down and went

7    and got my medicine, because we went to

8    lunch first.

9         Q      Oh.  So lunch is built into

10   one of your academic classes?

11        A      Yes, ma'am.

12        Q      So you go to the classroom,

13   and at some point during that class

14   period, you leave and go to lunch for a

15   little while, and then you come back to

16   that class?

17        A      Yes, ma'am.

18        Q      So it's not like lunch is its

19   own separate -- you take all your books to

20   the lunch room, and then you take them all

21   to your classroom-type thing?

22        A      No, ma'am.

23        Q      So Ms. Springer was your

1    reading teacher, and you had lunch during

2    her class period?

3         A     Yes, ma'am.

4         Q     And she allowed you to go to

5    Ms. Johnson or Ms. Smitherman to get your

6    medicine every day before lunch?

7         A     Yes, ma'am.

8         Q     Now, was noon the only time

9    you had to get medicine during the day on

10    a regular basis while you've been at the

11    middle school?

12         A     Yes, ma'am.  But this year I

13    have to take a shot.

14         Q     What time of the day do you

15    take the shot?

16         A     Eleven.

17         Q     So you take the shot at

18    eleven, and you take your liver medicine

19    at twelve?

20         A     My eating medicine to make me

21    digest.

22         Q     That happens at twelve?

23         A     Yes, ma'am.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 73

```
 1          Q      So you get medicine twice
 2   during the day?
 3          A      At school.
 4          Q      Yes.
 5          A      Yes, ma'am.
 6          Q      So the eleven o'clock shot,
 7   who gives you that?
 8          A      Me.
 9          Q      And do you go to the office
10   and do that in front of the nurse, or do
11   you go to the bathroom?  Or where do you
12   do that?
13          A      I go to Ms. Blackman.
14          Q      Does Ms. Blackman watch you
15   give yourself the shot every day?
16          A      Yes, ma'am.
17          Q      Does she have an office or
18   something where y'all can go in and you
19   give yourself the shot?
20          A      She has a room.
21          Q      So you see Ms. Blackman twice
22   during the day for medication during the
23   eighth grade?
```

**American Court Reporting**
**toll-free (877) 320-1050**

```
1         A      Yes, ma'am.

2         Q      And all other medicines that

3    you take, you either take before you go to

4    school or after you get home?

5         A      Yes, ma'am.

6         Q      There's no medicine you take

7    on the bus or anything like that?

8         A      No, ma'am.

9         Q      I forgot to ask you this

10   earlier.  Do you belong to a church?

11        A      We're trying to figure out

12   which one we want to go to.  So right now

13   I'm visiting Living Waters in Alabaster.

14        Q      Did you have a particular

15   church you grew up in?

16        A      Concord.

17        Q      Concord what?

18        A      Baptist.

19        Q      Is that here in Clanton?

20        A      Yes, ma'am.

21        Q      And when did y'all stop going

22   to Concord?

23        A      When we moved.
```

**American Court Reporting**
**toll-free (877) 320-1050**

Page 75

1    Q  To Ola Road?

2    A  Yes, ma'am.

3    Q  Was there a particular

4 reason?  I mean, was it further away when

5 you moved or something?

6    A  No, ma'am.  But he just didn't

7 want -- he wanted us to go where he wanted

8 to go on Sundays.  He didn't want us to do

9 nothing but stay at home.

10    Q  Mr. Beach?

11    A  Yes, ma'am.

12    Q  Did your father continue going

13 to Concord while your parents were

14 divorced?

15    A  Sometimes.

16    Q  And so then when you moved

17 back in with your father, y'all did not go

18 back to Concord?

19    A  No, ma'am.  We started going

20 to First Baptist for a little while.

21    Q  Is that here in Clanton?

22    A  Yes, ma'am.

23    Q  So you went to First Baptist

**American Court Reporting**
**toll-free (877) 320-1050**

Page 76

1   for a little while?

2          A      A little while.

3          Q      Did your whole family go?

4          A      Yes, ma'am.

5          Q      And then why did y'all stop

6   going there?

7          A      Because Christina asked me to

8   go with her.

9          Q      Does she go to Living Waters?

10         A      Yes, ma'am.  And I like it up

11  there.

12         Q      You and Christina, do y'all go

13  to a youth group at Living Waters?

14         A      Yes, ma'am.

15         Q      Are you in the church choir?

16         A      There ain't one.  There's a

17  drama, though.

18         Q      There's a what?

19         A      Drama.

20         Q      A drama group?

21         A      Uh-huh.

22         Q      Are you in that?

23         A      I watch it and I go to it, but

Page 77

1    usually I'm not in it.

2         Q      Is Christina?

3         A      Sometimes.

4         Q      What about at First Baptist?

5    Were you in the choir or a youth group

6    there?

7         A      Youth group.

8         Q      And then what about at

9    Concord?  Were you in any --

10        A      They didn't have one.

11        Q      What about volunteering?  Have

12   you ever volunteered anywhere?

13        A      What you mean?

14        Q      I mean, do you do any sort of

15   community outreach or volunteer work with

16   any sort of --

17        A      We did community stuff with

18   4H, but other than that, no.

19        Q      Is that a club?

20        A      Uh-huh.  Yes, ma'am.

21        Q      When were you a member of the

22   4H Club?

23        A      Fifth grade.

Page 78

```
1        Q      While you were at the
2   intermediate school?
3        A      Yes, ma'am.
4        Q      What sort of activities does
5   the 4H Club do?
6        A      Different things.  They have a
7   cake thingy and different things.  I
8   stayed in it the sixth grade too; half of
9   sixth grade.  But it didn't come to our
10  school.  We had to go to a 4H office.
11       Q      Does that have to do with
12  animals, 4H Club?
13       A      It's a little bit, you could
14  say.  I'm not really for sure.  It's just
15  mostly -- I don't know.
16       Q      Was that something they
17  offered through the school?
18       A      Yes, ma'am.
19       Q      Is that the only volunteer
20  work you've ever done?
21       A      Yes, ma'am.
22       Q      And I'm sorry.  I totally
23  missed what the volunteer work was that
```

**American Court Reporting**
**toll-free (877) 320-1050**

Page 79

1    y'all did for the 4H Club.

2          A       We had to recycle thingies,

3    and then we just did different projects

4    and stuff.

5          Q       Was it something Christina was

6    also involved in?

7          A       In her class, because 4H came

8    to the school.

9          Q       Do you know what you want to

10   be when you grow up?

11         A       Cardiologist.

12         Q       Do you know what a

13   cardiologist does?

14         A       A heart surgeon.

15         Q       Where do you want to go to

16   medical school?

17         A       UAB.

18         Q       Where do you want to go to

19   college?

20         A       I don't know.

21         Q       What makes you want to be a

22   cardiologist?

23         A       I don't know.  I just want to

**American Court Reporting**
**toll-free (877) 320-1050**

Page 80

1  go into the medical field.  Because me

2  being in the hospital so much, it's

3  just -- I don't know.

4       Q       Do you know any

5  cardiologists?

6       A       No, ma'am.

7       Q       It's just the area that you

8  want to practice in?

9       A       Yes, ma'am.

10       Q       Got a lot of school ahead of

11  you.

12       You mentioned a second ago that

13  you've been in the hospital some.  Have

14  you been in the hospital this school year?

15       A       Yes, ma'am.  I just got out.

16       Q       Where were you in the

17  hospital?

18       A       Children's.

19       Q       Is that the first time you've

20  been hospitalized in Children's?

21       A       No, ma'am.  It's probably my

22  thirty-fifth, fortieth time.

23       Q       Is that the first time in the

**American Court Reporting**
**toll-free (877) 320-1050**

Page 81

1    eighth grade you've been hospitalized?

2         A    I was in -- I was in -- the

3    summer going to eighth grade I was in the

4    hospital; in July.

5         Q    So how long were you out in

6    January, out of school?

7         A    Three weeks.

8         Q    And how long have you been

9    back in school now?

10        A    This week was my first full

11   week back.

12        Q    So while you were in the

13   hospital, did you have any class work that

14   you were working on, or is that all

15   something that you're taking care of now

16   that you're back at school?

17        A    Well, Mama went to get it, and

18   they said, well, we'll gather it up, and

19   they sent me, like, three days' worth.

20   But pre-algebra, I got to do most of it or

21   a little bit of it, but now I'm having to

22   make it up now at school, and it's killing

23   my grades because not understanding it.

Page 82

1    Q    And pre-algebra is a class

2    that you took last semester?

3    A    Yes, ma'am.  And it's hard to

4    catch up on when you're out.

5    Q    And so you made a B and a C

6    and an overall semester C in pre-algebra

7    last semester; right?

8    A    Yes, ma'am.

9    Q    Have y'all taken any tests yet

10   so far this semester?

11   A    We took a quiz.

12   Q    Was that this week?

13   A    It was on Wednesday, but it

14   was on what we covered Monday and Tuesday.

15   Q    So you've been back at school

16   for the material that was covered in the

17   quiz?

18   A    Yes, ma'am.

19   Q    So your mother went up to the

20   middle school and got your work while you

21   were in the hospital?

22   A    Yes, ma'am.

23   Q    Were you able to do any of it

Page 83

1    while you were hospitalized?

2         A     A little bit.

3         Q     But you've been working on

4    making up that class work this week?

5         A     Yes, ma'am.

6         Q     And in your seventh grade

7    year, were you ever hospitalized?

8         A     Yes, ma'am.

9         Q     How often?

10         A     I think twice.

11         Q     Do you remember whether you

12    were hospitalized in January of last year?

13         A     I don't remember.

14         Q     Do you remember at any point

15    in the seventh grade where Ms. Bradberry

16    and Ms. Mitchell came to see you in the

17    hospital?

18         A     Yes, ma'am.

19         Q     And they brought some homework

20    to you while you were there?

21         A     Yes, ma'am.

22         Q     Any other time you've been

23    hospitalized and teachers have come to

**American Court Reporting**
**toll-free (877) 320-1050**

Page 84

1  visit you in the hospital?

2    A    When I was at Chilton

3  Christian.

4    Q    But since you've been at the

5  middle school, is the only time that a

6  teacher has ever come to visit you at the

7  hospital when Ms. Bradberry and

8  Ms. Mitchell came?

9    A    Yes, ma'am.  And then they

10  said something to me, and then it got

11  just -- I went down and then all that

12  other happened, and then --

13    Q    Now, when you were in the --

14  when did you try out for the cheerleading

15  team?  Sixth grade?

16    A    Yes, ma'am.

17    Q    And prior to trying out, did

18  you have some sort of meeting where you

19  met with the cheerleading sponsor and all

20  the other girls that were going to try

21  out?

22    A    We did.  We had a thing at

23  seven twenty-five one morning.  We got a

**American Court Reporting**
**toll-free (877) 320-1050**

Page 85

1  little booklet.

2      Q      There was a cheerleading

3  booklet?

4      A      Code of conduct or something

5  like that.

6      Q      Was it in particular to

7  cheerleading, or was it --

8      A      Yes, ma'am, it was in

9  cheerleading.

10      Q      Do you still have that?

11      A      At home.  Yes, ma'am.

12      Q      You do?

13      A      Yes, ma'am.

14      Q      Would you please get that to

15  your attorney?

16      A      Yes, ma'am.

17      Q      And what sort of things were

18  in the cheerleading code of conduct?

19      A      Well, in one book, it was

20  telling the rules of a cheerleader and how

21  many cheerleaders would be on the squad

22  and all that stuff, and then in one it was

23  talking about tryouts.

Page 86

1    Q    So there are two separate

2    books?

3    A    I think they were stapled

4    together.

5    Q    Do you still have that whole

6    packet?

7    A    Yes, ma'am.

8    MS. HORTBERG:  George, could

9    you get me that when she gives it to you,

10   please?

11   MR. JONES:  Certainly.

12   Absolutely.

13   MS. HORTBERG:  That would

14   obviously be another document that's

15   responsive to my request.

16   Q    Was there something you had to

17   sign before you tried out for cheerleading

18   saying that you were going to abide by

19   that code of conduct?

20   A    I think so.  There was

21   something we had to sign from the conduct

22   book.

23   Q    Did you sign it?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 87

1      A      Yes, ma'am.  You had to turn

2  it in.

3      Q      Was it something that your

4  parents had to sign too?

5      A      Yes, ma'am.

6      Q      Did they sign it as well?

7      A      Yes, ma'am.

8      Q      And did you turn that in?

9      A      Yes, ma'am.

10      Q      Do you remember during that

11  meeting that y'all had -- who was the

12  sponsor that year?

13      A      Ms. Bradberry.

14      Q      Ms. Bradberry?

15      A      Yes, ma'am.

16      Q      Was she the one at that

17  meeting?

18      A      Her and Mr. Finlayson.

19      Q      And during that meeting, do

20  you remember Ms. Bradberry discussing who

21  the judges would be at the tryouts?

22      A      No, ma'am.

23      Q      And you said there were, like,

Page 88

1    twenty-five or thirty girls that were

2    trying out for the seventh grade squad?

3         A       First year?

4         Q       Uh-huh.

5         A       Yes, ma'am.

6         Q       And twelve of y'all made it?

7         A       Yes, ma'am.

8         Q       And then when you became a

9    cheerleader, was there a different packet

10   of information you ever received that

11   talked about any different rules?

12        A       We got the qualities of a head

13   cheerleader.  We got that thingy.

14        Q       Is that a booklet, or is that

15   just one page?

16        A       It was just a page.

17        Q       Do you still have that?

18        A       Yes, ma'am.  I have a whole

19   binder.

20        Q       If you can provide the whole

21   binder to your attorney, and he can make a

22   copy and send it to me and give it back to

23   you.  Okay?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 89

1       A     Yes, ma'am.

2       Q     Now, were you ever head

3 cheerleader?

4       A     No, ma'am.

5       Q     Who was the head cheerleader?

6       A     Carly Springer.

7       Q     What does the binder have in

8 it?

9       A     It has all the booklets, all

10 the papers that we got, what to wear to

11 each game.  Everything.

12       Q     Is there a similar binder for

13 the dance team?

14       A     I made one.  Yes, ma'am.

15       Q     Would you provide a copy of

16 that to your attorney as well?

17       A     Yes, ma'am.

18       Q     And was there a meeting like

19 the meeting you were discussing that you

20 had before you tried out for cheerleading

21 in the sixth grade held for when you tried

22 out in the seventh grade for the

23 cheerleading team?

**American Court Reporting**
**toll-free (877) 320-1050**

1    A      Yes, ma'am.

2    Q      And I think you said around
3 the same number of girls tried out that
4 year?

5    A      Yes, ma'am.  I still have the
6 thing.  Yes, ma'am.  I still have the
7 papers from this year in the back of it.

8    Q      So you have all of your
9 cheerleading papers together in that one
10 binder?

11   A      Yes, ma'am.

12   Q      And did you also sign that
13 code of conduct in the seventh grade
14 tryouts?

15   A      Yes, ma'am.

16   Q      And did you get your mom or
17 dad to sign the same sheet of paper you
18 had signed in the sixth grade?

19   A      My mama.

20   Q      Did y'all send that in?

21   A      Yes, ma'am.

22   Q      And you were allowed to try
23 out?

**American Court Reporting**
**toll-free (877) 320-1050**

1    A    Yes, ma'am.

2    Q    And do you remember whether in

3    that discussion or in that meeting in the

4    seventh grade -- let me go back.  Was

5    Ms. Bradberry -- was she the cheerleading

6    sponsor in the seventh grade too?

7    A    Yes, ma'am.

8    Q    And did she have that meeting

9    again where she handed out the code of

10   conduct for the cheerleading?

11   A    Yes, ma'am.

12   Q    Do you remember whether there

13   was a discussion during that meeting about

14   who the judges would be for that tryout?

15   A    No, ma'am.

16   Q    Was there ever any kind of

17   parent meeting before the tryouts where

18   your mom had to come up to the school and

19   meet with anybody about trying out for

20   cheerleading?

21   A    No, ma'am.  I mean, I know

22   during the tryouts I was -- I was fixin'

23   to go in the hospital, and I was -- I had

**American Court Reporting**
**toll-free (877) 320-1050**

Page 92

1    my doubts about trying out.

2        Q      What year was this?  I'm

3    sorry.

4        A      Last year.

5        Q      Seventh grade?

6        A      Yes, ma'am.  I was not going

7    to try out at all because of what

8    Ms. Bradberry had told me and then what

9    happened all -- like, with Mr. Finlayson

10   and stuff.  My -- I was just embarrassed

11   about going out there.  My self-esteem was

12   down.  I just -- I don't know.

13       Q      But you did try out?

14       A      Yes, ma'am.

15       Q      And there were about double

16   the number of girls who tried out who

17   actually made it; right?

18       A      Yes, ma'am.

19       Q      So you weren't the only girl

20   who didn't make it in the seventh grade?

21       A      No, ma'am.

22       Q      Did Christina try out that

23   year for cheerleading?

1    A    No, ma'am.

2    Q    And you weren't the only girl

3 who had made it in the sixth grade who

4 didn't make it in the seventh grade;

5 right?

6    A    Was I the only girl that

7 didn't make it?

8    Q    No.  Right.  You were not the

9 only girl?  There was another girl who

10 didn't make it too; right?

11    A    That had been on there

12 before?

13    Q    Right.

14    A    Yes, ma'am.

15    Q    What's her name?

16    A    Lindsey Glasscock.

17    Q    Is that Ms. Glasscock's

18 daughter?

19    A    Yes, ma'am.

20    Q    And she was on it when you

21 were both in the seventh grade?

22    A    Yes, ma'am.

23    Q    But neither one of y'all made

**American Court Reporting**
**toll-free (877) 320-1050**

Page 94

1    it in the eighth grade?

2        A    Yes, ma'am.

3        Q    Ms. Glasscock's daughter, is

4    she on the dance team with you this year?

5        A    No, ma'am.

6        Q    Did she try out for any other

7    team after that?

8        A    She tried out for dance team.

9        Q    And she didn't make it?

10       A    Yes, ma'am.

11       Q    But you tried out for dance

12    team and did make it; right?

13       A    Yes, ma'am.

14       Q    Have you talked with Lindsey

15    about whether she's going to try out for

16    cheerleading at the high school?

17       A    No, ma'am. We don't really

18    talk.

19       Q    Now, during the time you've

20    been at the middle school, have you ever

21    attended any of the school dances?

22       A    I went to the Valentine's

23    dance last year.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 95

1    Q    Last year?  Did you go with a

2  group of friends, or is this something you

3  take a date to?

4    A    I didn't take nobody.  I just

5  went.

6    Q    Did you go with a group of

7  friends?

8    A    Somebody went with me, but I

9  don't remember who.  I think it was

10 Gracie.

11   Q    Do you remember seeing

12 Mr. Hayden there?

13   A    I remember seeing him this

14 year.

15   Q    You went to a dance this year?

16   A    I went to one, but I didn't

17 stay.  I left.

18   Q    What dance was that?

19   A    The hip-hop sock something.

20   Q    Was that first semester?

21   A    Was it first semester?

22   Q    Was it first semester?  During

23 the fall?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 96

1       A       Yes.

2       Q       And you went for a little

3   while, but you didn't stay?

4       A       Yes, ma'am.

5       Q       Did you tell Mr. Hayden you

6   were spoiled and your parents would do

7   whatever you told them to?

8       A       No, ma'am.

9       Q       You don't remember telling him

10  that?

11      A       I didn't tell him that.

12      Q       Why didn't you stay at that

13  dance?

14      A       Because I was going to wait

15  and see if Ashley Patterson came because

16  that was the reason I was going.

17      Q       I need you to talk a little

18  bit slower.

19      A       I was waiting on Ashley

20  Patterson to get there, and she wasn't

21  there when I was there.  So I called my

22  mama to come back and get me.  And then

23  Stetson Willis was standing beside me when

1   me and Keisha was standing out there

2   waiting on my mama to come get us.  And

3   Mr. Hayden said, your mama is going to

4   come get you after she just brought you?

5   I said, yes, sir.  He said, oh.

6       Q     So you did talk to Mr. Hayden

7   while you were there?

8       A     Yes, ma'am.

9       Q     Those are the only two dances

10  you've been to, the hip-hop dance and the

11  Valentine's dance, at the middle school?

12      A     Yes, ma'am.

13      Q     Do you remember getting a copy

14  of this student handbook at the beginning

15  of the year?

16      A     Yes, ma'am.

17      Q     And did you look through it or

18  flip through it, read through it?

19      A     I read through it, and I had

20  to turn in, like, the medical forms and

21  that sort of stuff.

22      Q     Did you turn in this first

23  page that says student/parent

**American Court Reporting**
**toll-free (877) 320-1050**

Page 98

1    acknowledgment, acknowledging that you've

2    read it?

3            A        Yes, ma'am.

4            Q        Did you get your mom or your

5    dad to sign it too?

6            A        Yes, ma'am.  She's the one

7    that filled it out.

8            Q        So have you done that every

9    year you've been at the middle school?

10           A        I think so.

11           Q        And you've turned that in

12   every year, the student and parent

13   acknowledgment?

14           A        Yes, ma'am.

15           Q        And then I think you were

16   referring earlier to these couple of pages

17   after that that talk about the medical --

18   you get your parents to fill out these

19   medical pages too --

20           A        Yes, ma'am.

21           Q        -- and you turn those in?  Who

22   do you turn those in to?

23           A        My homeroom teacher.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 99

1    Q    And do you let your parents
2  see a copy of this when you bring it
3  home?
4    A    Yes, ma'am.  She gets it when
5  she goes to register me, and she keeps it
6  and just gives me the papers to take to my
7  teacher.
8    Q    Do y'all still have those at
9  your house?
10    A    The booklet?
11    Q    Yeah.  Any booklet from any
12  year you've been at Clanton.
13    A    I don't have one.  She may.
14    Q    What about your report cards
15  from your other schools besides the middle
16  school?  Do you have copies of those?
17    A    I don't think so.  I mean,
18  I've had them.
19    Q    What do you do?  Just throw
20  them away when you get them?
21    A    No, ma'am.  I keep them, but
22  they're just stashed somewhere in my room.
23    Q    Could you go home and look for

Page 100

1    those and give them to your attorney when

2    you find them?

3         A    Yes, ma'am, if I find them.

4    All of them?

5         Q    Yeah.

6         A    Even from second grade?

7         Q    Even from second grade.

8    Have you ever been employed?

9         A    No, ma'am.

10        Q    And I know this isn't true,

11   but I have to ask you.  You've never been

12   in trouble with the law?

13        A    No, ma'am.

14        Q    Have you ever seen Ms. Ellison

15   before today?

16        A    Like, at a ball game or

17   something?

18        Q    Yeah.

19        A    I saw her at ballgames.  I

20   mean, at the fair.  She was giving out arm

21   bands.

22        Q    Have you ever seen her up at

23   the middle school?

Page 101

1       A       Not that I know of.

2       Q       Have you ever come up here and

3  seen her?

4       A       No, ma'am.

5       Q       Have you ever talked to her

6  before?

7       A       Not other than handing her my

8  money and telling her what I wanted.

9       Q       What about Ms. Glasscock?  I

10 know that her daughter is in your school.

11 But have you ever talked to her about

12 anything school-related?

13      A       I mean, when I -- if I went to

14 her house or something, I talked to her.

15 Mama is talking to her.  Other than that,

16 no.

17      Q       What about Mr. Childress?

18 Would you know who he is?

19      A       I don't know who he is.

20      Q       Ms. Thomas, have you ever

21 talked to her?

22      A       I don't know who that is.

23      Q       Mr. Mims, do you know who that

**American Court Reporting**
**toll-free (877) 320-1050**

1    is?

2         A    I don't know who that is.

3         Q    Peggy Harris, do you know who

4    that is?

5         A    I don't know who that is.

6         Q    Curtis Smith?

7         A    Don't know who that is.

8         Q    Michael Gothard?

9         A    I don't know who that is.

10        Q    Darrell Baker?

11        A    He's my teacher.

12        Q    What grade did he teach you?

13        A    Seventh.

14        Q    Seventh grade?  Seventh grade

15   what?

16        A    Geography and history.

17        Q    Had you ever had him before

18   you had him in the seventh grade?

19        A    No, ma'am.

20        Q    Did you know that your parents

21   have sued him in this lawsuit?

22        A    Yes, ma'am.

23        Q    What about Mr. Finlayson?  I

**American Court Reporting**
**toll-free (877) 320-1050**

Page 103

1  believe you've already said that you know

2  who that is?

3        A      Yes, ma'am.

4        Q      And you have talked to him

5  before?

6        A      Yes, ma'am.

7        Q      Do you know how many times

8  you've made an appointment to go see

9  Mr. Finlayson in his office?

10        A      I've never really went and sat

11  down and talked to him other than when I

12  got called up there.  I mean, I've said

13  hey in the hall or something, but other

14  than that, no.

15        Q      Have you ever made an

16  appointment to see Mr. Baker outside of

17  class?

18        A      No, ma'am.

19        Q      Did Mr. Baker ever have, like,

20  a time that he told the students you can

21  come talk to me about questions you have

22  about class or anything like that?

23        A      He just said if you have any

Page 104

1    questions, raise your hand or something.

2        Q    Did he always address your

3    questions if you asked him anything?

4        A    Answer them?

5        Q    Yeah.

6        A    Most of the time.

7        Q    Did you like geography and

8    history?

9        A    I don't really like history,

10   but the class itself, I liked it.

11       Q    You liked it.  And I think you

12   made a B in that class; right?

13       A    I think so.

14       Q    Mr. Baker was a good teacher,

15   wasn't he?

16       A    Yes, ma'am.  He explained

17   stuff.

18       Q    And when you were out from

19   school, Mr. Baker allowed you to make up

20   your work; right?

21       A    Yes, ma'am.

22       Q    Or make up any tests you had

23   missed?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 105

1    A  Yes, ma'am.

2    Q  And you said you don't

3 remember ever actually making an

4 appointment to go talk to Mr. Finlayson;

5 right?

6    A  No, ma'am.

7    Q  Just the one time you were

8 called out of class?

9    A  Yes, ma'am.

10    Q  Do you remember any other

11 times you've ever talked to Mr. Finlayson

12 besides saying hello to him in the hall?

13    A  Not that I remember.

14    Q  So just that one time is all

15 you remember really having a discussion

16 with Mr. Finlayson?

17    A  Yes, ma'am.

18    Q  And you've never had a

19 discussion with Ms. Ellison?

20    A  No, ma'am.

21    Q  And you've never had a

22 discussion with any of the other board

23 members whose names I said, and you said

1   you didn't know who they were; right?

2       A       What kind of discussion?

3       Q       Well, besides Ms. Glasscock,

4   being over at her house.  Any kind of

5   school-related discussion.  Anything

6   having to do with this lawsuit.

7       A       There's something about

8   cheerleading, but other than that, no.

9       Q       You talked to one of the board

10  members about cheerleading?

11      A       I didn't.  Mama did.

12      Q       I'm going to ask her about all

13  that.  I'm saying you.  Any conversations

14  you ever had with anyone?

15      A       No, ma'am.

16          MS. HORTBERG:  I'm going to

17  take a quick break.  We've been going

18  about an hour.

19              10:25 a.m.

20           (Recess taken)

21              10:48 a.m.

22      Q       You understand you're still

23  under oath?

**American Court Reporting**
**toll-free (877) 320-1050**

1     A     Yes, ma'am.

2     Q     You understand you can still

3   tell me if you think I've raised my voice

4   to you?

5     A     Okay.

6     Q     Or if you don't understand a

7   question, you can ask me to rephrase it;

8   right?

9     A     Okay.

10    Q     Have you ever talked to any of

11  your friends about this lawsuit?

12    A     No, ma'am.

13    Q     Does Christina know that

14  you've even sued anyone?

15    A     She knows I've sued somebody.

16  But somebody at my lunch table said that

17  whenever I was in the hospital, I missed a

18  court, and her mama was tired of waiting

19  on me, and they were all ready for me to

20  get back here.  And then -- so Christina

21  knows I'm suing somebody, but -- and I

22  think she said something -- she knows it

23  was the board of education because of her

**American Court Reporting**
**toll-free (877) 320-1050**

Page 108

1    mama.  So...

2        Q     Does Christina know you've

3    sued the superintendent or the principal

4    or Mr. Baker?

5        A     No, ma'am.

6        Q     Does she know you're in a

7    deposition today?

8        A     No.

9        Q     Did you know you didn't miss

10   anything in court while you were at the

11   hospital?

12       A     Now I know because we called

13   Mr. Jones.

14       Q     And I'm not going to ask you

15   anything about your conversations with

16   your attorney.  Okay?

17       A     Okay.

18       Q     Who else have you talked to

19   besides your attorney, besides Christina,

20   besides the lunch table, and besides your

21   parents about this lawsuit?

22       A     Nobody.

23       Q     And I forgot to ask you

Page 109

1    before, but Ann Thomas, do you know that

2    name?

3            A       I don't know that name.

4            Q       Have you ever talked to

5    Ms. Thomas?

6            A       (Witness shook head in the

7    negative.)

8            Q       Do you recognize Ms. Thomas?

9            A       I've never talked to her.

10           Q       Now, I know that recently

11   you -- let's go back.

12           Tell me what your medical diagnoses

13   are.

14           A       All of them?

15           Q       Yes.

16           A       Cystic fibrosis.  Do you want

17   me to tell you what they are -- I mean,

18   like, about them?

19           Q       Sure.

20           A       Cystic fibrosis.  It's where I

21   don't digest food, and I have to go to the

22   bathroom a lot, and I have to eat a lot.

23   And then diabetes.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 110

1    Q    Is that a new diagnosis or a

2    recent diagnosis?

3    A    From July.

4    Q    Of this year?  Of 2005?

5    A    Yes, ma'am.

6    Q    Who made that diagnosis?

7    A    Dr. Grad.

8    Q    Is he a doctor at Children's?

9    A    Yes, ma'am.

10   Q    What does the diabetes cause

11   you to do?

12   A    My sugar is to run low-low.

13   Q    Do you have to prick yourself

14   for your --

15   A    Blood sugar?

16   Q    Yes.

17   A    Yes, ma'am.

18   Q    When do you do that?

19   A    I do it when I wake up.  I do

20   it at lunch -- before I go to lunch.  And

21   even when I go home, I usually do it right

22   before I eat something, and then before I

23   go to bed.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 111

1    Q     And is that a different shot

2  than the one you give yourself at eleven

3  every day?

4    A     Yes, ma'am.  I give myself an

5  insulin shot.

6    Q     That's at eleven?

7    A     Right.

8    Q     Right before lunch you take

9  the medicine for the digestion --

10   A     Yes, ma'am.

11   Q     -- and you check your blood

12 sugar?

13   A     Yes, ma'am.

14   Q     All that is done in front of

15 the nurse this year?

16   A     Yes, ma'am.

17   Q     What other diagnoses?

18   A     Cirrhosis.

19   Q     Cirrhosis?

20   A     Yes, ma'am.

21   Q     When did you have that

22 diagnosis made?

23   A     Two or three years ago, or

1  four.

2      Q    Who made it?

3      A    The liver doctor.

4      Q    Is he at Children's?

5      A    Yes, ma'am.

6      Q    Remember his name?

7      A    I don't remember.

8      Q    Who is your doctor that you go

9  to to see about your CF?

10     A    The main four or just the one

11  I usually go to?

12     Q    You have four doctors for it?

13     A    Yes, ma'am.  And if he ain't

14  there, then I go to them three.

15     Q    What are their names?

16     A    Dr. Matkris (phonetic),

17  Dr. Haygood, and Dr. Grad and Dr. Goutier

18  (phonetic).

19     Q    Are they with a group at

20  Children's?

21     A    Yes, ma'am.  CF team.

22     Q    CFT?

23     A    Team.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 113

1    Q    Oh, team.  And how often do
2  you go visit them for your CF?  I mean, is
3  it a monthly visit?
4    A    I go about every four months
5  unless I'm sick.  I just go.
6    Q    And the hospitalization that
7  you had in January of this year, what was
8  it related to?
9    A    CF.
10    Q    And you said that wasn't the
11  first time you had been hospitalized for
12  CF?
13    A    No.
14    Q    Cirrhosis, diabetes, and CF.
15  What other diagnoses do you have?
16    A    None.
17    Q    Are you diagnosed as
18  asthmatic?
19    A    They said that I may have it,
20  but I don't think they've really ever
21  tested me.  They've got me on inhalers
22  just like an asthma person.  I have the
23  same things as asthma.  I just don't go

1    into an asthma attack.

2        Q    So you don't believe you're

3    diagnosed as asthmatic?

4        A    No.

5        Q    Have you told me all the

6    doctors except the one you can't remember,

7    the liver doctor, who you typically go to

8    see for all your medical conditions?

9        A    Yes, ma'am.

10       Q    Do you have a pediatrician in

11   addition to these other doctors?

12       A    Yes, ma'am.  Dr. Mathison.

13       Q    Is he here in Clanton?

14       A    She's in Alabaster.

15       Q    What sort of things do you go

16   to her for?

17       A    My yearly thingy and my flu

18   shot.

19       Q    When's the last time you saw

20   Dr. Mathison?

21       A    Right before school started.

22       Q    So, like, August or July?

23       A    Yes, ma'am.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 115

```
 1          Q      Any other doctors that you
 2   typically go to see?
 3          A      For my CF?
 4          Q      For anything.
 5          A      I go to an orthodontist
 6   doctor.
 7          Q      What's his name?
 8          A      Dr. Penfield.
 9          Q      Is he in Alabaster?
10          A      Yes, ma'am.
11          Q      How often do you go to see the
12   orthodontist?
13          A      Once a month.
14          Q      Do you have to miss school or
15   check out of school sometimes for that?
16          A      Check out of school.
17          Q      Are you always allowed to
18   check out of school to go to the
19   orthodontist?
20          A      Yes, ma'am.
21          Q      Do you ever have to check out
22   of school to go see any of the other
23   doctors, including Dr. Grad, Dr. Haygood,
```

**American Court Reporting**
**toll-free (877) 320-1050**

Page 116

1   any of them?

2        A        Sometimes.    Sometimes when I

3   have an appointment, they tell me not to

4   go to school at all.

5        Q        The doctors do?

6        A        Yes, ma'am.

7        Q        So you miss school that day?

8        A        Sometimes.

9        Q        Do the doctors send you back

10  to school with a note, or does your mother

11  write a note?

12       A        They send me an excuse.

13       Q        And on the days when you have

14  to miss school for a doctor's appointment,

15  are you allowed to make up any work that

16  you've missed?

17       A        Yes, ma'am.

18       Q        And the times that you're out

19  for the orthodontist appointment, if you

20  miss any class, are you allowed to make up

21  what you've missed?

22       A        Yes, ma'am.

23       Q        As far as any counselors, have

**American Court Reporting**
**toll-free (877) 320-1050**

Page 117

1    you ever gone to see a counselor or a

2    therapist?

3          A      No, ma'am.

4          Q      In your life, never?

5          A      Never.

6          Q      Even when your parents

7    divorced?

8          A      No.

9          Q      What about a psychiatrist or a

10   psychologist?  Have you ever gone to see

11   anybody like that?

12         A      No.  Is that, like, psycho

13   people?  I never went to none.

14         Q      So have you told me

15   essentially all the doctors you've ever

16   seen, that you can remember?

17         A      That I can remember.

18         Q      Of the times that you've been

19   hospitalized, has it always been at

20   Children's?

21         A      Uh-huh.  Yes.

22         Q      And have you ever been

23   hospitalized for anything other than the

**American Court Reporting**
**toll-free (877) 320-1050**

Page 118

1  CF?

2      A      It's always related to CF.

3      Q      When's the first time you

4  remember being hospitalized for CF?

5      A      I don't remember being

6  hospitalized.  I remember being in the

7  hospital when I was about five because I

8  was running down the hall with the nurse.

9      Q      At the hospital?

10     A      (Witness nodded head in the

11  affirmative.)

12     Q      Does your sister have any of

13  these medical condition like you do?

14     A      She has asthma.

15     Q      Does she have to use an

16  inhaler too?

17     A      Yes, ma'am.

18     Q      And I think you said that you

19  are prescribed an inhaler, but you don't

20  actually remember being diagnosed as

21  asthmatic?

22     A      Right.

23     Q      So that inhaler, is that

**American Court Reporting**
**toll-free (877) 320-1050**

Page 119

1    something that the nurse keeps, or is that

2    something you keep in your purse during

3    schooldays?

4        A      I don't keep it at school.

5        Q      Does the nurse have one for

6    you at school?

7        A      I don't think so.

8        Q      Have you ever had one at

9    school?

10       A      Yes.

11       Q      What year was that?

12       A      I don't remember, but I know I

13   had one because -- I think it was at

14   Chilton Christian.

15       Q      And I think you mentioned

16   earlier one of the issues that you have

17   with CF is that you have to drink a lot of

18   water and that you have to go to the

19   bathroom a lot; is that correct?

20       A      Yes.

21       Q      And I think you testified that

22   there was one occasion where you had

23   problems with that after school one day?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 120

1      A      There's one I told you?

2      Q      Right.

3      A      Yes, ma'am.

4      Q      And was that in Mr. Baker's

5  class?

6      A      Yes, ma'am.

7      Q      And was his class the last

8  class of the day?

9      A      Yes, ma'am.

10      Q      And after his class was over,

11  you would have had an opportunity to go to

12  the bathroom at the school; right?

13      A      I had to go get on the bus.

14      Q      Your mom didn't take you home

15  from school that day?

16      A      Yes, ma'am.  But...

17      Q      So you would have had the

18  opportunity from the time that you left

19  Mr. Baker's class to use the restroom at

20  the school before you went out to your

21  mother's car; correct?

22      A      Yes, ma'am.

23      Q      And, then, how far was your

**American Court Reporting**
**toll-free (877) 320-1050**

Page 121

1    house -- what year was that?  Seventh

2    grade?

3         A     Yes, ma'am.

4         Q     How far was your house from

5    Clanton Middle School that year?

6         A     About three or four miles.

7         Q     Took you a couple of minutes

8    to get home?

9         A     Yes, ma'am.  But when I asked

10   him to go -- I can't hold it.  And then I

11   didn't want to go to the bathroom and --

12   if I didn't make it to the bathroom -- I

13   didn't want to use it all in my clothes

14   and then have to go outside and get in the

15   car.

16        Q     But you didn't do that in his

17   classroom; right?

18        A     Right.

19        Q     You passed by a bathroom on

20   your way out of school to get into your

21   mother's car and chose not to go to the

22   bathroom; right?

23        A     Yes, ma'am.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 122

1    Q      Then you got in your mother's
2  car, and that's when you had a problem?
3    A      Yes, ma'am.
4    Q      Is that correct?
5    A      Uh-huh.  Because I didn't want
6  to go to the bathroom --
7    Q      In school?
8    A      -- and use it my britches and
9  then walk out of school with it in my
10  britches.
11    Q      I mean, if you had gone to the
12  bathroom, you wouldn't have used the
13  bathroom in your clothes; right?
14    A      I don't know.  I was running.
15    Q      You ran out to your mother's
16  car and passed a bathroom?
17    A      Yes, ma'am.
18    Q      And after that day, which --
19  do you remember when that was?  First of
20  school sometime, seventh grade year?
21    A      It was sometime in the seventh
22  grade year.  Probably about the middle,
23  maybe.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 123

1    Q    You don't have an exact
2 recollection of when it was?
3    A    No, ma'am.
4    Q    Do you remember if after that
5 you were allowed to use the restroom any
6 time you needed to in Mr. Baker's class?
7    A    Most of the time.
8    Q    Do you remember ever having
9 any other occasion where you were not
10 allowed to use the restroom while you were
11 in Mr. Baker's class?
12    A    Not while I was in Mr. Baker's
13 class.
14    Q    During your seventh grade
15 year, was there any other teacher that did
16 not allow you to use the restroom when you
17 asked?
18    A    Not in seventh grade.
19    Q    What about in the sixth
20 grade?  Was there any teacher ever that
21 did not allow you to use the restroom when
22 you asked?
23    A    Ms. Mitchell.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 124

1    Q    Ms. Mitchell?  What did she
2  teach you?
3    A    PE.
4    Q    She's the one that came to
5  visit you at the hospital?
6    A    Yes, ma'am.  Because when I
7  asked her, may I go to the restroom, she
8  said, this ain't a time to rest.  So no.
9    Q    Was that just on one occasion?
10    A    Yes, ma'am.
11    Q    Did you have the problem like
12  you had when you were in your mother's car
13  where you used the restroom in your
14  pants?
15    A    No, ma'am.  I just kind of --
16  I had the stomach cramps all day, though.
17    Q    But you held it, and you used
18  the restroom when you had the next
19  opportunity?
20    A    Yes, ma'am.
21    Q    At the school?
22    A    Yes, ma'am.  But I had her
23  seventh period, so I went home.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 125

1    Q    Did you report that to anyone,

2    that Ms. Mitchell had not allowed you to

3    go to the restroom?

4    A    I told my mama, and I think

5    she called the school.

6    Q    But did you tell anyone

7    besides your mother at the school?

8    A    No, ma'am.

9    Q    And then in the eighth grade

10    you've always been allowed to use the

11    restroom whenever you've needed to; right?

12    A    Yes, ma'am.

13    Q    And I think we mentioned not

14    only did Ms. Mitchell come to visit you at

15    the hospital, Ms. Bradberry did too?

16    A    Yes, ma'am.

17    Q    And was she your teacher in

18    the sixth grade?

19    A    Ms. Bradberry?

20    Q    Uh-huh.

21    A    I never had her.

22    Q    Oh, you never had her.  Okay.

23    Did she ever teach you for anything?  Or

1    how did she know you to come to the

2    hospital?

3         A       Because I was on -- she was

4    the cheerleading sponsor.  I was a

5    cheerleader.

6         Q       So this is while you were in

7    the seventh grade?

8         A       Yes, ma'am.

9         Q       And you remained on the

10   cheerleading team the entire year that

11   they had a season; right?

12        A       Yes, ma'am.

13        Q       You didn't quit or have any

14   issues with the cheerleading team while

15   you were on it?

16        A       No, ma'am.

17        Q       Were you ever disciplined by

18   Ms. Bradberry while you were a

19   cheerleader?

20        A       No, ma'am.

21        Q       Have you been disciplined this

22   year while you've been on the dance team?

23        A       Like, I had to skip a game or

1    something?

2        Q      Is that --

3        A      I never got in trouble about

4    it.  No, ma'am.

5        Q      Have you ever received any

6    kind of suspension, either in-school

7    suspension or out-of-school suspension?

8        A      No, ma'am.

9        Q      Have you ever been suspended?

10        A      No, ma'am.

11        Q      Have you ever been expelled?

12        A      No, ma'am.

13        Q      Do y'all get some sort of

14    discipline slips or anything like that if

15    something happens at school and the

16    teacher writes you up, or anything like

17    that?

18        A      I don't know.  I think they

19    send something around.  I don't know.

20        Q      You've never received anything

21    like that?

22        A      No, ma'am.

23        Q      And I believe you testified

Page 128

1   the only time you've ever had to go to

2   Mr. Finlayson's office was the one time

3   where you had missed your class to go see

4   your mother; correct?

5        A      Yes, ma'am.

6        Q      Mr. Finlayson, was he the one

7   that disciplined students at the middle

8   school?

9        A      I think it's the assistant

10  principal.

11       Q      Who is that?

12       A      Mr. Griffin.

13       Q      Mr. Griffin?  Did you ever get

14  sent to Mr. Griffin's office for any kind

15  of discipline?

16       A      No, ma'am.

17       Q      Have you ever talked to

18  Mr. Griffin besides just hey in the halls

19  or something?

20       A      No.

21       Q      I think you testified earlier

22  Ms. Bradberry said something that upset

23  you?

Page 129

1    A    Yes, ma'am.  It just kind of

2    bothered me and put it in my head.

3    Q    What did she say?

4    A    Well, she was sitting there.

5    And she may have been just saying this,

6    but it -- she probably shouldn't have told

7    me it.  She said -- she looked at me

8    straight in the eye, and she said, if

9    there -- and she did her little fingers

10   (indicating).  She said, if you was to not

11   make cheerleader this year, you need to go

12   out for dance team to keep your health up.

13   Q    Do you know when that was?

14   A    When she came to the hospital.

15   Q    Oh, that was when you were in

16   the hospital?

17   A    Yes, ma'am.  That's what she

18   said.

19   Q    So that was during your

20   seventh grade year, but after cheerleading

21   season was over?

22   A    Yes, ma'am.  It was right

23   before we tried out for the new year.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 130

1  Q    So she was saying if you don't

2  make cheerleader that year, you could

3  always try out for dance team?

4  A    Yes, ma'am.

5  Q    Did you ever say anything to

6  Ms. Bradberry about what did you mean by

7  that?  Did you ever ask anything else to

8  her about it again?

9  A    No, ma'am.

10  MS. HORTBERG:  I think that's

11  all I have.  Do you have anything?

12  MR. JONES:  Uh-huh.

13

14  EXAMINATION BY MR. JONES:

15  Q    Jessie, I want to go back to

16  something you just testified to about

17  Ms. Bradberry.  You said she said

18  something to upset you.  You've got to

19  speak so the court reporter can get it.

20  What was your answer?

21  A    Yes.

22  Q    When did this happen?

23  A    When I was in the hospital,

Page 131

1    before cheerleading tryouts.

2         Q    Was that your most recent

3    hospitalization or the one before that?

4         A    It was three hospital stays

5    ago.

6         Q    Well, let me ask you this:  Is

7    it your testimony that this was after the

8    seventh grade cheerleading year was over

9    with when you were in the hospital?

10        A    Yes, sir.

11        Q    And she and who else came to

12   see you?

13        A    Ms. Mitchell.

14        Q    So while you were in the

15   hospital and they were talking to you, how

16   long after that would have been the next

17   cheerleader tryouts for the eighth grade?

18        A    It was maybe -- I think I got

19   back to school two or three weeks before

20   cheerleading tryouts actually was.

21        Q    And tell us again what she

22   told you.

23        A    She said -- she looked me

**American Court Reporting**
**toll-free (877) 320-1050**

Page 132

1    straight in the eyes, and she said, if you

2    was to not make cheerleader, go out for

3    dance team because it will help your --

4    she said, it will keep up your health.

5         Q      Do you know why she said

6    that?

7                MS. HORTBERG:   Object to the

8    form.

9         Q      Did she tell you why she was

10   telling you that, other than what she

11   said?

12        A      No.

13        Q      Was she the cheerleader

14   sponsor?

15        A      Was she the cheerleader

16   sponsor?

17        Q      At the time she told you

18   that.

19        A      No, sir.

20        Q      Do you know if she would have

21   been a judge?

22        A      She wasn't the judge, but she

23   was one of the teachers the day of the

**American Court Reporting**
**toll-free (877) 320-1050**

Page 133

1    committee thingy.  She was one of the

2    teachers that day.

3         Q    And who was the other lady

4    with her?  Ms. Mitchell?

5         A    Yes, sir.

6         Q    Did she have anything to do

7    with cheerleading?

8         A    No, sir.

9         Q    All right.  How long was it

10   after you got out of the hospital that

11   time that you participated in cheerleader

12   tryouts for the eighth grade?

13        A    As soon as cheerleading

14   tryouts started, I participated in it.

15        Q    Would that have been a few

16   weeks after your hospital stay or a few

17   months?

18        A    Few weeks.

19        Q    And you tried out for

20   cheerleader?

21        A    Yes, sir.

22        Q    And you didn't make it?

23        A    Yes, sir.

1   Q   And do you have any knowledge
2   of what Ms. Bradberry's role was in the
3   selection process?
4   A   No, sir.
5   Q   But she was the sponsor of the
6   cheerleading squad?
7   A   Yes, sir.
8   Q   Now, I also want to go back to
9   the incident in Mr. Baker's class where he
10   would not let you go to the bathroom.  Do
11   you remember testifying about that a few
12   moments ago?
13   A   Yes, sir.
14   Q   What year was that?  Was that
15   your seventh grade year?
16   A   Yes, sir.
17   Q   What school?
18   A   Clanton Middle.
19   Q   What time of the day did this
20   incident happen?
21   A   Between one forty-three and
22   two thirty-eight.
23   Q   Were you in his room for a

Page 135

1      certain class that period?

2           A      History and geography.

3           Q      What did you tell him?

4           A      I just raised my hand and

5      asked him could I go to the bathroom, and

6      he said no.

7           Q      How much time was left before

8      class got out?

9           A      I don't remember.

10          Q      And what happened after you --

11     how did you leave his classroom?  Did the

12     bell ring, or did he dismiss the class?

13          A      Well, the bell rang and we

14     left.  But before the bell rang, Rachel

15     Mims was, like, screaming, I've got to go

16     to the bathroom, like she was really about

17     to use the bathroom.  And she's a real

18     loud one.  And she was like, I've got to

19     go, I've got to go, I've got to go.  And

20     he said, go.

21          Q      But he wouldn't let you go?

22          A      Right.

23          Q      Was that the first time you

**American Court Reporting**
**toll-free (877) 320-1050**

Page 136

1    had ever had him as a teacher?

2         A     Seventh grade?

3         Q     Uh-huh.

4         A     Yes, sir.

5         Q     Did he know about your -- did

6    you and him ever discuss your illness?

7         A     No, sir.  But when Mama went

8    up there sixth grade year, they were

9    supposed to tell all my teachers.

10        Q     At any time during that year,

11   did Mr. Baker ever say anything to you,

12   favorable or unfavorable, about your

13   illness, or did he make any comments?

14        A     No, sir.

15        Q     And I believe you testified

16   that you did not go to the bathroom after

17   you walked out the door because you were

18   afraid of soiling your clothes?

19        A     Right.

20        Q     Have you ever soiled your

21   clothes at school before?

22        A     Not in school.

23        Q     And so is that why you didn't

**American Court Reporting**
**toll-free (877) 320-1050**

1    go to the bathroom?

2        A    Yes, sir.

3        Q    At first your recollection was

4    that you had to ride the bus, and then I

5    think you said you remembered that your

6    mother picked you up.  Has this refreshed

7    your memory any as to which one it was,

8    whether you had to get on the bus or

9    whether it was your mother?

10        A    No.  Mama picked me up.

11        MS. HORTBERG:  I'm going to

12    object.  I'm sure the testimony will speak

13    for itself.

14        Q    Now, you were asked if you had

15    ever made an appointment to go in and see

16    Mr. Finlayson; is that correct?  Do you

17    remember testifying --

18        MS. HORTBERG:  Object to the

19    form.

20        Q    Do you remember when counsel

21    sitting over there asked you if you had

22    ever made an appointment to go see

23    Mr. Finlayson?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 138

1      A      I remember when she asked me.

2      Q      And I believe your answer was?

3      A      I didn't ever make an

4  appointment with him.

5      Q      And I believe you also

6  testified that he would call you in?

7            MS. HORTBERG:  Object to the

8  form.  She's already provided all this

9  testimony.  I'm sure the record will speak

10 for itself.  If we're just going to go

11 back through it again, George, I think

12 this is --

13           MR. JONES:  Well, I'm entitled

14 to ask her questions after you get

15 through, and your objections are being

16 duly noted.

17     Q      You said in response to her

18 question that he would call you in.

19           MS. HORTBERG:  Object to the

20 form.  It's not what she said.

21     Q      What did you say?

22           MS. HORTBERG:  We can read

23 back the record.

**American Court Reporting**
**toll-free (877) 320-1050**

1    Q    Do you remember what she's

2    talking about?

3        MR. JONES:  First of all, your

4    objection is noted, and I'd appreciate it

5    if you'd quit interrupting.

6    Q    Have you ever been called in

7    to Mr. Finlayson's office by

8    Mr. Finlayson?

9    A    Yes, sir.

10    Q    Do you recall what those were

11    for, why he called you in?

12    A    He called me in to ask me

13    where I was second period.

14    Q    What academic year was that?

15    A    Seventh grade.

16    Q    And what was your response?

17    A    That I took -- I took my

18    Actigall that morning, and I was sick to

19    my stomach, and Mama told me to come get

20    my snack from her.  And when I was in

21    there, I was about to puke, so she told me

22    to sit down and eat it.

23    Q    So this was the day that your

1    mom was subbing?

2         A    Yes, sir.  But it was the day

3    after what had happened with Mr. Baker.

4         Q    And what was that that

5    happened with Mr. Baker again?

6         A    About him not letting me go to

7    the bathroom.

8         Q    Now, you also talked about --

9    in your response to counsel's question

10   about -- you were asked if you had ever

11   talked to any of your friends, and I

12   believe you said no, but you mentioned a

13   lunch table incident.  Do you remember

14   that?  Where you said some girl at the

15   lunch table said something about you

16   missing a court date or deposition?

17        A    Yes, sir.

18        Q    Who was the girl?

19        A    Lindsey Glasscock.

20        Q    Do you know who her mother is?

21        A    Ann Glasscock.

22        Q    Who's a defendant in this

23   lawsuit?

**American Court Reporting**
**toll-free (877) 320-1050**

1          A       Yes, sir.

2          Q       Were you present?

3          A       No, sir.

4          Q       Who reported to you what

5   Lindsey said?

6          A       Christina.

7          Q       And what did Christina tell

8   you?

9          A       She said that Lindsey was at

10  the lunch table telling everybody that her

11  mama was -- and her was tired of waiting

12  on me to get out of the hospital.  They

13  were ready for this court to be over.  And

14  that was it.

15         Q       Do you know of any other

16  students who were at the table that might

17  have heard that?

18         A       All the six people that sit

19  with me.

20         Q       I'm sorry?

21                 MS. HORTBERG:  Object to the

22  form.

23         Q       Go ahead.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 142

1     A     The six people that sit at my
2   side of the table.
3     Q     And who would those six people
4   be, to the best of your knowledge?
5     A     Angela, Christina, Taylor
6   Hughes, Casey Tracey, and Lindsey, and
7   then I usually sit down there.
8     Q     Have any of them ever repeated
9   to you what we're talking about?
10    A     Huh-uh.  I didn't ask them.
11    Q     First of all, do you
12  understand how you -- how the condition of
13  cystic fibrosis hurts you?
14    A     Yes, sir.
15    Q     What are your symptoms?  What
16  sort of things happen to you when it
17  flares up?
18    A     Like, when I don't eat or just
19  when I get sick regularly?
20    Q     All of it.
21    A     Well, when I take my medicine
22  in the morning, I have to eat or else it
23  will make me sick to my stomach.  And then

1  when I puke up my medicine, my body just

2  don't function that day.  And then I have

3  to take my Pancrease to make me try to

4  digest my food, but it don't always help.

5       Q    Do you ever have difficulty

6  breathing?

7       A    I go -- I go into -- sometimes

8  I go into spells where I just need to stop

9  and lay down.  And now that I know I have

10  diabetes, I know why I've been passing

11  out.

12       Q    You said you use something

13  like an inhaler?

14       A    Yes, sir.

15       Q    Do you know what that's for?

16       A    It's for my breathing.

17       Q    To help you breathe?

18       A    Yes, sir.

19       Q    You also testified about

20  makeup work.  And I believe in response to

21  a question from counsel about your recent

22  hospitalization, you said that they only

23  sent three days of work home to make up.

**American Court Reporting**
**toll-free (877) 320-1050**

1    Is that --

2          MS. HORTBERG:   Object to the

3    form.

4          Q     You can answer.

5          A     It was Wednesday, Thursday,

6    and Friday.

7          Q     Were there other days that you

8    missed?

9          A     Well, I went to school that

10   Monday and Tuesday, and Tuesday is the day

11   that I had to go to the doctor.  And they

12   only sent me the rest of that week, but I

13   missed the other two weeks.

14         Q     After that?

15         A     Yes, sir.  I came home on -- I

16   came home fourteen days later, but they

17   told me to stay out of school two days.

18         Q     The doctor did?

19         A     Yes, sir.

20         Q     And so is it your testimony

21   that you didn't receive fourteen days'

22   worth of homework assignments or -- I'm

23   sorry.  Ten days?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 145

1     A     I'm still getting it now.

2     Q     And how long ago was it that

3  you were in the hospital?

4     A     About -- well, this is my only

5  week back.

6     Q     So when you got out of the

7  hospital, you were at home; is that

8  correct?

9     A     Yes, sir.

10     Q     Not going to school?

11     A     Yes, sir.

12     Q     And that's the homework makeup

13  work they did not send you while you were

14  at home?

15     A     No, sir.  They sent me -- they

16  didn't send me -- they sent me my three

17  days, but they didn't send me nothing else

18  until I got back to school.  Then when I

19  got back to school, they started giving me

20  my makeup work.

21     Q     How does your illnesses -- how

22  does that affect your learning?

23           MS. HORTBERG:  Object to the

**American Court Reporting**
**toll-free (877) 320-1050**

1    form.

2         Q     You can answer it.

3         A     Well, with me being out so

4    much --

5         Q     Well, when you're at school.

6         A     I don't know.

7         Q     Would you like to have a tutor

8    at school to help you?

9              MS. HORTBERG:   Object to the

10   form.

11        Q     You can answer.

12        A     It would help in some classes.

13        Q     Which classes is that?

14        A     Pre-algebra and English this

15   year.  And that's the only classes I

16   struggle in really.

17        Q     Now, who is Mr. Norman and

18   Ms. Davis?

19        A     I don't remember if Mr. Norman

20   was the counselor then, but they're

21   counselors.

22        Q     At what school?

23        A     Well, Mr. Norman now is the

1    counselor at the intermediate school, but

2    Ms. Davis is the counselor at the middle

3    school.

4         Q      I believe you testified -- do

5    you remember talking about them earlier

6    when counsel was asking you questions?

7              MS. HORTBERG:   Object to the

8    form.

9         Q      You can answer.

10        A      Yes, sir.

11        Q      I believe you made a statement

12   that one of them started screaming at you;

13   is that correct?

14             MS. HORTBERG:   Object to the

15   form.

16        Q      Has either Mr. Norman or

17   Ms. Davis ever screamed at you?

18   Ms. Johnson?

19        A      About using the phone.

20        Q      And tell us about that.  What

21   were you using the phone for?

22        A      To call my mama.

23        Q      Why were you calling your

Page 148

1    mama?

2         A    Because that day I -- it was

3    the day that I needed some snack money,

4    because I didn't have no snack money.  And

5    I asked her could I call home, and she

6    started yelling at me, why don't you just

7    bring it.

8         Q    Who was that that yelled at

9    you?

10        A    Ms. Johnson.

11        Q    What did she say?

12        A    She said something like, you

13   should bring it when you're here, and

14   stuff like that.  She said the -- I don't

15   really remember, but something about --

16   she just embarrassed me.

17        Q    Who saw it?

18        A    Like, the rest of the people

19   that was in the office.  It was a few

20   workers.

21        Q    Were you able to use the phone

22   for free?

23        A    She told me I needed a

**American Court Reporting**
**toll-free (877) 320-1050**

Page 149

1    quarter.

2         Q     Who told you that?

3         A     Ms. Johnson.

4         Q     Did you give her a quarter?

5         A     No, sir.  I didn't have my

6    purse with me that day, I don't think.

7         Q     So you couldn't give her a

8    quarter?

9         A     No.  So I just waited until I

10   got home.

11        Q     Now, has Lindsey Glasscock

12   ever said anything to you about this

13   lawsuit?

14        A     Not to me.

15        Q     Not to your face?

16        A     Huh-uh.

17        Q     You also testified that on one

18   occasion Mr. Finlayson asked what you were

19   doing back at school so soon after

20   surgery?

21             MS. HORTBERG:  Object to the

22   form.

23        Q     You can answer.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 150

1          MS. HORTBERG:  I do not

2    remember that testimony.

3          A     It was when I had the bronch.

4          Q     Well, strike that and let me

5    ask you this:  Did you ever have any

6    surgery while you were at a school where

7    Mr. Finlayson was principal?

8          MS. HORTBERG:  Object to the

9    form.

10         Q     You can answer it.

11         A     Yes, sir.

12         Q     What kind of surgery was it?

13         A     Well, I've had a few.

14         Q     Name them.

15         A     I had a new port put in.

16         Q     What's a new port?

17         A     An IV in my side.

18         Q     Do you have that right now?

19         A     Yes, sir.

20         Q     What's that for?

21         A     My IVs.

22         Q     Do you know what goes in

23    through the IV?

**www.AmericanCourtReporting.com**
**February 3, 2006**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 151

1      A      My medicines.

2      Q      What are those medicines for?

3      A      To make me better.  But it was

4  over here (indicating), and right before

5  cheerleading tryouts in that hospital

6  stay, I got it moved over here

7  (indicating).  I got a new one.

8      Q      How long was it before you

9  went back to school?

10             MS. HORTBERG:  Object to the

11  form.

12      Q      You can answer.  After the

13  port got moved, how long was it before you

14  went back to school?

15      A      I was -- because they did --

16  when I went in the hospital, my port was

17  messed up, and I was in the hospital two

18  weeks.  So they did surgery the next day

19  and put me a new one in.  So I was up,

20  ready to go when I got out of the

21  hospital.

22      Q      Once you got back to school,

23  did Mr. Finlayson ever say anything to you

**American Court Reporting**
**toll-free (877) 320-1050**

Page 152

1    about the surgery?

2         A    No, sir.  He did say something

3    to me about the bronch, though.

4         Q    What did he say?

5         A    Because I had it one day, and

6    then I came back the next.  And I was

7    walking through the lunch room, and he

8    called me over there, and he said, did you

9    have surgery yesterday?  And I said, yes,

10   sir.  He goes, wow!  I haven't known of

11   anybody having surgery one day and back to

12   school the next.  I don't know if he was

13   meaning he was glad I came back to school

14   or calling me a liar.

15        Q    Well, were you embarrassed?

16        A    Kind of.

17        Q    Who was present when he said

18   that to you?

19        A    A couple of teachers.

20        Q    Do you remember their names?

21        A    I don't remember which ones it

22   was.

23        Q    You don't remember who it

**American Court Reporting**
**toll-free (877) 320-1050**

Page 153

1    was?

2        A    No, sir.

3        Q    Do you take enzymes that the

4    doctor has prescribed for you to take?

5        A    Before I eat?

6        Q    Uh-huh.

7        A    Yes, sir.

8        Q    What are those for?  Do you

9    know why he gives them to you?

10       A    He gives me the Pancrease so

11   my pancreas will work to produce insulin

12   to make me digest my food.

13       Q    And that's what the enzymes

14   are for?

15       A    Yes, sir.

16       Q    And how do you administer

17   those to yourself?

18       A    What you mean?

19       Q    How do you take them?  Do you

20   put them in your mouth or through your

21   port?

22       A    I put them in my hand, and I

23   put them in my mouth.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 154

1      Q    Have you ever been allowed to
2  carry them at school?

3      A    Not with me.  My mama even has
4  to take them to the office.

5      Q    And then you go get them at
6  the office?

7      A    Yes, sir.

8      Q    Other than the incident we've
9  talked about where you were afraid of
10  soiling your clothes, have there ever been
11  any other occasions where a teacher or
12  faculty member would not let you go to the
13  bathroom?

14      MS. HORTBERG:  Object to the
15  form.  Asked and answered.

16      Q    You can answer it.

17      A    Only when Mr. Baker and
18  Ms. Mitchell wouldn't let me go to the
19  bathroom.  That's the only times that I
20  really had to go and -- the other times
21  they let me go sometimes.

22      Q    Was that the same day that he
23  let the other little girl go?

**American Court Reporting**
**toll-free (877) 320-1050**

1      A      Yes, sir.

2      Q      Has Mr. Finlayson ever talked

3   to you about your illness?

4      A      No, sir.

5      Q      Has he ever asked you anything

6   about it?

7      A      No, sir.

8      Q      What about any of your other

9   teachers?

10     A      There's been a few of them

11  that asked me if I needed something, just

12  to tell them or -- and there's been a few

13  that told me if I needed to tell them

14  something about it, to tell them.  Other

15  than that, no.

16     Q      And you've testified that your

17  pills are kept in -- is that your enzymes

18  that you're talking about?

19     A      Yes.

20     Q      Have they ever been

21  contaminated or damaged that you know of?

22         MS. HORTBERG:  Object to the

23  form.

Page 156

1        Q        You can answer it.

2        A        One day Ms. Johnson dropped

3    them on the floor and picked them back up,

4    blew them off, and handed them to me.

5        Q        She didn't wash them?

6        A        She didn't wash them.

7        Q        She didn't get you some

8    more -- other pills out?

9        A        Huh-uh.

10       Q        And who is "she"?

11       A        The secretary.  And it was

12   when we was in the old Adair building in

13   this little bathroom thing with a closet.

14       Q        I want you to tell me about

15   your emotions during the last three years

16   while you've been at school.  Have you

17   ever had any problems with being

18   depressed?

19               MS. HORTBERG:  Object to the

20   form.

21       Q        You can answer.

22       A        I've been depressed.  I just

23   don't want to go nowhere.  I want to know

**American Court Reporting**
**toll-free (877) 320-1050**

Page 157

1   who's talking about me.  I don't -- my
2   self-esteem is down.
3       Q    Why do you think it's down?
4       A    Because of the way I've been
5   treated at school.
6       Q    By who?
7       A    By the teachers.  And what
8   Mr. Finlayson told me just dropped myself.
9       Q    Told you to drop yourself?
10      A    No.  It made me drop myself.
11  It made me --
12      Q    Oh, it made you.  Okay.  And
13  what was that that he told you?
14          MS. HORTBERG:  Object to the
15  form.
16      Q    You can answer it.
17      A    About that if I was going to
18  be a teaty baby, I could stay at home, and
19  that I need to stop being such a pity
20  party, and that if -- I need to stop using
21  my illness as an excuse to miss class.
22  And then he told Mama that --
23          MS. HORTBERG:  Object to the

1  form.

2       Q       You can keep answering.

3       A       He told Mama that if -- that I

4  don't need to take advantage of her, her

5  being a substitute.

6       Q       With what's been going on at

7  school, do you ever cry?

8            MS. HORTBERG:   Object to the

9  form.

10      A       I cry a lot.   When I get home,

11 I just ball.

12      Q       Anything specific that anybody

13 has done at school that has caused that?

14      A       I cry about almost everything

15 that goes on.

16      Q       Do you have any personal

17 knowledge of why your liver medication

18 makes you sick?

19      A       I have no idea.

20      Q       It just makes you sick when

21 you take it?

22      A       Yes, sir.

23      Q       Do you ever have problems

**American Court Reporting**
**toll-free (877) 320-1050**

Page 159

1    coughing?

2        A     Yes, sir.  Sometimes.

3        Q     Do you know what's happening

4    when you cough?  Do you know what's

5    happening in your lungs?

6        A     I'm just bringing all that

7    stuff up to get out.

8        Q     What stuff is that?

9        A     Mucus.

10       Q     The cystic fibrosis?

11       A     Goo.

12             MS. HORTBERG:  Object to the

13   form.

14       Q     Huh?

15       A     The cystic fibrosis goo.

16       Q     It's goo?  I mean, why do you

17   call it goo?

18       A     It looks like goo.

19       Q     And you cough it up?

20       A     Yes, sir.

21             MR. JONES:  Pass the witness.

22

23   FURTHER EXAMINATION BY MS. HORTBERG:

**American Court Reporting**
**toll-free (877) 320-1050**

Page 160

1      Q      Jessica, you understand that

2  you're still under oath?

3      A      Yes, ma'am.

4      Q      And I believe your attorney

5  referred to you as Jessie.  Is that a

6  nickname you go by?

7      A      Yes, ma'am.

8      Q      Who calls you Jessie?

9      A      Almost all my kinfolks and

10  most of my friends.

11     Q      Is your lawyer related to you?

12     A      No, sir.  I mean, no, ma'am.

13     Q      And I think you've had another

14  lawyer besides Mr. Jones; right?

15     A      On this case?

16     Q      On any case.

17     A      I haven't ever had another

18  case.

19     Q      This is your only lawsuit

20  you've ever been involved in?

21     A      Yes, ma'am.

22     Q      Have you ever talked to

23  another attorney besides Mr. Jones?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 161

1    A    Not --

2         MR. JONES: I'm going to

3    object. If you've talked to another

4    attorney --

5         MS. HORTBERG: I'm allowed to

6    ask her if she's ever talked to one. I'm

7    not allowed to get into the --

8         MR. JONES: Well, sure. Let

9    me interpose my objection.

10        MS. HORTBERG: Well, I think

11   you --

12        MR. JONES: May I finish,

13   please? You can tell her if you've talked

14   to another lawyer, but you don't have to

15   tell her what y'all talked about. Do you

16   understand that?

17        THE WITNESS: Yes, sir.

18        MR. JONES: So answer her

19   questions.

20   A    Yes, ma'am.

21   Q    What was his or her name?

22   A    Brandon Blankenship.

23   Q    Does he have an office in

**American Court Reporting**
**toll-free (877) 320-1050**

Page 162

1   Birmingham?

2        A      Yes, ma'am.

3        Q      When is the last time you've

4   seen Mr. Blankenship?

5        A      Two days ago.

6        Q      Does Mr. Blankenship represent

7   you or your family?

8        A      Is he or has he?

9        Q      Has he?

10        A      No, ma'am.

11        Q      Do you know why you went to go

12   see Mr. Blankenship two days ago?

13        A      No, ma'am.

14        Q      Who else went with you?

15        A      My mama and my daddy.  We --

16   it wasn't about this, though.  My mama and

17   daddy are just -- I mean, him and my daddy

18   are just friends.

19        Q      You missed school to go see

20   Mr. Blankenship?

21        A      Yes, ma'am.

22        Q      Was that an excused absence?

23        A      He sent them an excuse.

**American Court Reporting**
**toll-free (877) 320-1050**

1   Q      Who did?

2   A      Mr. Blankenship.

3   Q      Sent the school an excuse?

4   A      Yes, ma'am.

5   Q      Is that the only other

6   attorney you've ever talked to,

7   Mr. Blankenship and Mr. Jones?

8   A      Well, David Gatch used to live

9   down the road from us, and I talked to him

10  before, but it was, like, a long time ago.

11  Q      Did you have to ever go to

12  court during your parents' divorce?

13  A      No, ma'am.

14  Q      Did you ever have to go talk

15  to an attorney or the judge during your

16  parents' divorce?

17  A      No, ma'am.

18  Q      And I think you said you had

19  never been to see a counselor or a

20  therapist ever in your lifetime; right?

21  A      No, ma'am.

22  Q      And you talked about earlier

23  you've been depressed during your middle

**American Court Reporting**
**toll-free (877) 320-1050**

Page 164

1    school years?

2          A      Yes, ma'am.

3          Q      And also during that time, you

4    admit your parents went through a divorce;

5    right?

6          A      They were divorced in sixth

7    grade.

8          Q      Which is while you've been in

9    middle school; right?

10         A      Yes, ma'am.  But I wasn't --

11         Q      You weren't depressed your

12   parents --

13                MR. JONES:  Objection.  Let

14   her finish answering the question.

15         Q      Well, please finish.

16         A      I mean, I didn't get really

17   down to myself till what happened with

18   Mr. Finlayson.

19         Q      So when your parents divorced,

20   that didn't make you sad?

21         A      As long as I got to see my

22   daddy, it didn't really make me sad.

23         Q      It didn't bother you your

**American Court Reporting**
**toll-free (877) 320-1050**

Page 165

1    parents were divorced?

2         A    Not really.

3         Q    And then you said that the man

4    that you went to live with, who you called

5    your stepfather but who actually wasn't

6    married to your mother, was mean to you.

7    Did that make you sad?

8         A    Yes, ma'am.  But he was,

9    like -- he didn't understand why a kid

10   should eat so many times a day.  We tried

11   to explain to him.  He just wasn't getting

12   it.

13        Q    And then during that time --

14   during the time you've been in middle

15   school, your parents got back together

16   again; right?

17        A    Yes, ma'am.

18        Q    Did that make you happy or

19   sad?

20        A    Happy.

21        Q    So it made you happy when they

22   got back together, but it didn't bother

23   you when they divorced?

1      A      No really.

2             MR. JONES:  Can we go off the

3      record for a minute?

4             (Off-the-record discussion)

5      Q      And did you ever talk to

6      Ms. Davis or -- what was the name of the

7      other counselor at the middle school?

8      A      Oh, I said -- Mr. Norman?

9      Q      Mr. Norman.

10     A      I don't remember if he was

11     there in sixth grade or not.

12     Q      Did you ever talk to

13     Mr. Norman or Ms. Davis about being

14     depressed?

15     A      No, ma'am.

16     Q      Have you ever talked to any

17     doctor or therapist or counselor about

18     being depressed?

19     A      I told him my problem, my

20     doctor.  I told him how I was being

21     treated and stuff.

22     Q      What doctor was that?

23     A      Dr. Grad.

Page 167

1    Q    Did he prescribe any sort of
2  medication for your depression?
3    A    No, ma'am.  He told me that he
4  would send stuff to the school trying to
5  help it, and maybe he would try to help me
6  get a tutor and stuff.
7    Q    Did he do that, send something
8  to the school?
9    A    He sent stuff to the school
10 and stuff, but they said I wasn't eligible
11 to be IEP and stuff.
12    Q    When did Dr. Grad send
13 something to the school?
14    A    Maybe at the end of last year
15 sometime.  I'm not sure.
16    Q    Did you deliver it yourself to
17 the school?
18    A    No, ma'am.
19    Q    How did he get it to the
20 school?
21    A    I don't know if he sent it
22 about it, but he was sending stuff to the
23 school trying to help me not -- like, be

**American Court Reporting**
**toll-free (877) 320-1050**

Page 168

1   able to go to the bathroom and stuff.  He

2   was going to send stuff like that to them.

3        Q     But during the seventh grade,

4   after the incident with Mr. Baker, you

5   were allowed to go to the bathroom

6   whenever you wanted to; right?

7        A     Yes, ma'am.

8        Q     Do you know whether the school

9   ever received anything from Dr. Grad?

10       A     No, ma'am.

11       Q     The day that Mr. Finlayson

12  called you to his office to discuss your

13  being out of class because you went to

14  visit your mother, was there anyone else

15  in his office when he was talking to you?

16       A     No, ma'am.

17       Q     Was the door shut, or was the

18  door open?

19       A     It was cracked.  I don't

20  really remember.

21       Q     You don't remember whether the

22  door was open or not?

23       A     No, ma'am.

**American Court Reporting**
**toll-free (877) 320-1050**

1      Q      And the day that you claim

2   that there was a discussion about this

3   lawsuit in the lunch room, you weren't

4   there that day; right?

5      A      No, ma'am.

6      Q      And you've never talked to any

7   of your friends about this lawsuit; right?

8      A      No, ma'am.

9      Q      So you don't know who was

10  sitting at the lunch table that day when

11  whatever was said; right?

12     A      No, ma'am.

13     Q      You just know who normally

14  sits at that table?

15     A      Yes, ma'am.

16     Q      You don't know that they were

17  actually there that day, do you?

18     A      No, ma'am.

19     Q      Do you remember who the

20  teachers were that told you that if you

21  needed something to just tell them, and

22  they would be happy to help you?

23     A      I know Ms. Chaney said

**American Court Reporting**
**toll-free (877) 320-1050**

Page 170

1    something to me about it.

2           Q       What does she teach?

3           A       English.

4           Q       What grade?

5           A       Seventh.

6           Q       Is that the year you liked

7    English so much?

8           A       Uh-huh.  And then Ms. Hayes in

9    sixth grade.

10          Q       What did she teach?

11          A       History.

12          Q       What about your reading

13   teacher that year?

14          A       Ms. Springer?  She never

15   really told me, but when -- if I asked

16   her -- well, she just let everybody really

17   eat and stuff.  She wasn't strict.

18          Q       Any other teachers ever

19   offered to help you if you needed help?

20          A       No, ma'am.

21          Q       What about Ms. Martin?  Did

22   she ever talk to you about if you needed

23   her help, she would help you?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 171

1    A    She told me one day that if I
2  had some trouble in English or something,
3  that -- she said something like that to me
4  one day, but I don't remember exactly.
5         MS. HORTBERG:  I think that's
6  all I have.
7
8  FURTHER EXAMINATION BY MR. JONES:
9    Q    Prior to the filing of this
10 lawsuit, do you have any memory of how
11 many times someone -- a teacher wouldn't
12 let you go to the bathroom?
13        MS. HORTBERG:  Object to the
14 form.
15    Q    You can answer it.  Since
16 you've been in Chilton County Schools.
17        MS. HORTBERG:  Object to the
18 form.
19    Q    You can answer it.  Do you
20 understand my question?
21    A    Not really.
22    Q    Other than the incident we've
23 talked about here today where Mr. Baker

Page 172

1    wouldn't let you go to the bathroom, have

2    there ever been any other occasions since

3    you moved back from Skyline that any other

4    teachers wouldn't let you go to the

5    bathroom?

6        A    Besides Ms. Mitchell, not

7    none -- none that I remember that hurt me

8    in a way.

9        Q    What grade were you in at

10   Skyline?

11       A    Fourth.

12       Q    And so you came back to

13   Clanton for the fifth grade; is that

14   right?

15       A    That was my first time ever in

16   Clanton.

17       Q    Right.  So you came to Clanton

18   in the fifth grade?

19       A    Yes, sir.

20       Q    And so you have been in the

21   Chilton County School System since the

22   fifth grade?

23       A    Yes, sir.

1    Q    And you're in what grade now?

2    A    Eighth.

3    Q    Do you know what an IEP is?

4         MS. HORTBERG:  Object to the

5    form.

6    Q    You can answer it.

7    A    I know that's it where I deal

8    with carrying my own enzymes and that I

9    can have a drink, I can eat, I can go to

10   the bathroom, and I can -- I have help in

11   my work when I'm out and when I miss at

12   least two or three days of school.

13   Q    Since you've been in the

14   school system here, has any teacher or

15   school official ever talked to you about

16   an IEP?

17   A    No, sir.  But Mama tries to go

18   -- when somebody has tried to ask them --

19   like, Brandon, when he tried asking them

20   for me, he said that Ms. Ellison told

21   her -- him that she talked to everybody

22   that -- you know, the school principals

23   and stuff, and that -- she said I didn't

**American Court Reporting**
**toll-free (877) 320-1050**

Page 174

1  qualify; that my disease was a pity party.

2            MR. JONES:   Pass the witness.

3

4  FURTHER EXAMINATION BY MS. HORTBERG:

5        Q       Jessica, do you have a

6  boyfriend this year?

7        A       Yes, ma'am.

8        Q       What's his name?

9        A       Douglas Boldan (phonetic).

10       Q       Does he know where you are

11  today?

12       A       No, ma'am.

13       Q       Does he know you filed this

14  lawsuit?

15       A       No, ma'am.

16       Q       How long have y'all been

17  dating?

18       A       A year yesterday.

19       Q       Does he go to First Baptist?

20       A       No, ma'am.

21       Q       No?

22       A       (Witness shook head in the

23  negative.)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 175

1    Q    Have you ever had any other

2  boyfriends besides Douglas?

3    A    A lot, but I don't know them

4  all.

5    Q    Who was your boyfriend before

6  Douglas?

7    A    Matt Melton.

8    Q    What's his last name?

9    A    Melton.

10    Q    Where does he go to school?

11    A    Clanton.

12    Q    Middle school?

13    A    Yes, ma'am.

14    Q    How long did y'all date?

15    A    Maybe two months.

16    Q    And where does Douglas go to

17  school?

18    A    High school.

19    Q    How old is he?

20    A    Fifteen.

21    Q    Your mom and dad let you

22  actually go out on dates with Mr. Boldan

23  without somebody being there?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 176

1      A      No, ma'am.

2      Q      Mr. Melton, did he go to First

3  Baptist?

4      A      No, ma'am.

5      Q      Now, First Baptist is where

6  Mr. Finlayson goes to church; right?

7      A      Right.

8      Q      Do you remember seeing him the

9  first time y'all went there, and he

10  welcomed you to the church?

11      A      Not the first time because I

12  went on a Wednesday.

13      Q      Sometime when you went there,

14  do you remember seeing Mr. Finlayson?  He

15  was acting as an usher, and he welcomed

16  y'all to the church?

17      A      I think so.

18      Q      So you've never talked to

19  Douglas about this lawsuit?

20      A      No, ma'am.

21      Q      Where does Douglas live?

22      A      Out down past Highland Church.

23      Q      Say it again.

**American Court Reporting**
**toll-free (877) 320-1050**

1      A     Out down past Highland Church.

2      Q     Highland?

3      A     Yes, ma'am.

4      Q     Have you ever talked to

5 Douglas about any of these incidents at

6 school that you've discussed with us here

7 today?

8      A     No, ma'am.

9      Q     Has he ever been a witness to

10 any of these incidents at school that you

11 talked to us about today?

12      A     No, ma'am.

13      Q     Have you ever talked to any of

14 your friends about -- Christina, for

15 instance -- about any of the incidents

16 you've told us about here today?

17      A     No, ma'am.

18      Q     Has anyone ever talked to you

19 about any of -- any student ever talked to

20 you about any of the incidents we've

21 talked about here today?

22      A     Can you repeat that, please?

23      Q     I'm sorry.  I'll rephrase it.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 178

1   My question more is, has any student ever

2   come up to you and said, hey, I heard this

3   teacher say this to you, or anything like

4   that?

5            A      No, ma'am.

6            Q      You've never failed any class;

7   right?

8            A      No.

9            Q      Do you know how many absences

10  you've had from school this year?

11           A      Exactly?  No, ma'am.

12           Q      Do you always turn in some

13  sort of excuse after you're absent?

14           A      Yes, ma'am.

15           Q      Do you always get those signed

16  by the doctor or the orthodontist?

17           A      Yes, ma'am.

18           Q      Do you know how many absences

19  you had last year?

20           A      No, ma'am.

21           MS. HORTBERG:  I think that's

22  all I have.

23           MR. JONES:  I don't have

1  anymore.

2          MS. HORTBERG:  That's it,

3  Jessica.

4

5

6          FURTHER DEPONENT SAITH NOT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**American Court Reporting**
**toll-free (877) 320-1050**

Page 180

```
 1              C E R T I F I C A T E

 2

 3    STATE OF ALABAMA  )

 4    MONTGOMERY COUNTY )

 5         I hereby certify that the above

 6    and foregoing deposition was taken down by

 7    me in stenotype, and the questions and

 8    answers thereto were transcribed by means

 9    of computer-aided transcription, and that

10    the foregoing represents a true and

11    correct transcript of the deposition given

12    by said witness upon said hearing.

13         I further certify that I am

14    neither of counsel nor of kin to the

15    parties to the action, nor am I in anywise

16    interested in the result of said cause.

17

18

                    GWENDOLYN P. TIMBIE, CSR
19                  Certificate No:  AL-CSR-569

20

21    My Commission Expires

      March 4, 2009

22

23
```

**www.AmericanCourtReporting.com**
**February 3, 2006**