**American Court Reporting**
**toll-free (877) 320-1050**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CIVIL ACTION NUMBER
CASE NO: 2:05-CV-0699-C

BENNY L. WRIGHT and KATHERINE E. WRIGHT,
as parents and next friends of JESSICA W.,
a minor,
        Plaintiff(s),
vs.
THE CHILTON COUNTY BOARD OF EDUCATION, et
al.,

        Defendant(s).


            DEPOSITION TESTIMONY OF:

                KATHERINE E. WRIGHT



February 3, 2006

        p.m.                                     12:45


COURT REPORTER:

Gwendolyn P. Timbie, CSR

**www.AmericanCourtReporting.com**
**February 3, 2006**



**American Court Reporting**
**toll-free (877) 320-1050**

1           S T I P U L A T I O N S

2           IT IS STIPULATED AND AGREED by and

3    between the parties through their

4    respective counsel that the deposition of

5    KATHERINE E. WRIGHT, may be taken before

6    Gwendolyn P. Timbie, Certified Shorthand

7    Reporter and Notary Public, State at

8    Large, at the Chilton County Board of

9    Education, Clanton, Alabama, on February

10   3, 2006, commencing at approximately

11   12:45 p.m.

12           IT IS FURTHER STIPULATED AND

13   AGREED that the signature to and the

14   reading of the deposition by the witness

15   is waived, the deposition to have the same

16   force and effect as if full compliance had

17   been had with all laws and rules of Court

18   relating to the taking of depositions.

19           IT IS FURTHER STIPULATED AND

20   AGREED that it shall not be necessary for

21   any objections to be made by counsel to

22   any questions, except as to form or

23   leading questions, and that counsel for

**American Court Reporting**
**toll-free (877) 320-1050**

1    the parties may make objections and assign

2    grounds at the time of trial or at the

3    time said deposition is offered in

4    evidence, or prior thereto.

5          Please be advised that this is the

6    same and not retained by the Court

7    Reporter, nor filed with the Court.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**American Court Reporting**
**toll-free (877) 320-1050**

Page 4

1                          I N D E X

2   EXAMINATION BY:                    PAGE NO.

3   Ms. Hortberg                          7

4   Mr. Jones                            147

5   Ms. Hortberg                         177

6   Certificate                          187

7

8

9               INDEX OF EXHIBITS

10  EXHIBITS                            PAGE NO.

11  DEFENDANTS' 1    Letter                99

12  DEFENDANTS' 2    Letter               114

13

14

15

16

17

18

19

20

21

22

23

**www.AmericanCourtReporting.com**
**February 3, 2006**

**American Court Reporting**
**toll-free (877) 320-1050**

1              A P P E A R A N C E S

2

3    FOR  THE  PLAINTIFF(S):

4         GEORGE  E.  JONES,  III,  Esquire
          Attorney  at  Law

5         711  Alabama  Avenue
          Selma,  Alabama   36702

6

7

     FOR  THE  DEFENDANT(S):

8

          KATHERINE  C.  HORTBERG,  Esquire

9         Boardman,  Carr,  Weed  &  Hutcheson,  P.C.
          400  Boardman  Drive

10        Chelsea,  Alabama   35043

11

12   ALSO  PRESENT:

13        MILDRED  ELLISON

14        ANN  GLASSCOCK

15        ANN  THOMAS

16        PEGGIE  S.  HARRIS

17        DARRELL  BAKER

18        DONNY  FINLAYSON

19        BENNY  WRIGHT

20        JESSICA  W.

21

22

23

**www.AmericanCourtReporting.com**
**February 3, 2006**

**American Court Reporting**
**toll-free (877) 320-1050**

1    I, Gwendolyn P. Timbie, Certified

2 Shorthand Reporter and Notary Public for

3 the State of Alabama at Large, acting as

4 Commissioner, certify that on this date,

5 pursuant to the Federal Rules of Civil

6 Procedure, and the foregoing stipulation

7 of counsel, there came before me at the

8 Chilton County Board of Education,

9 Clanton, Alabama, commencing at

10 approximately 12:45 p.m., on February 3,

11 2006, Katherine E. Wright, plaintiff in

12 the above cause, for oral examination,

13 whereupon the following proceedings were

14 had:

15

16    MR. JONES: I want the record

17 to reflect that I just presented counsel

18 for the defendants with a copy of a letter

19 dated March 9, 2005, sent to Mr. John

20 Hollis Jackson by Brandon L. Blankenship,

21 an attorney in Birmingham, concerning this

22 matter. And if there is a second letter,

23 we will get it to you immediately.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 7

1              MS. HORTBERG:  Is he going to

2    look for that today?

3              MR. JONES:  Yes.

4              MS. HORTBERG:  Do you have any

5    idea who this John Shivick is?

6              MR. JONES:  I think it's his

7    legal assistant that did the faxing.

8              MS. HORTBERG:  And this is an

9    unsigned version of this March 9th letter.

10

11         KATHERINE E. WRIGHT,

12   having been first duly sworn, was examined

13   and testified as follows:

14

15   EXAMINATION BY MS. HORTBERG:

16        Q    Mrs. Wright, my name is

17   Katherine Hortberg.  I go by Kate.  And I

18   understand your full name is Katherine as

19   well, but you go by Kathy?

20        A    Kathy.

21        Q    Is it okay if I call you

22   Kathy?

23        A    Yes.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 8

1      Q      I'm here today to take your
2  deposition on behalf of all the defendants
3  that you and your husband have sued in
4  this matter on behalf of your daughter.
5      A      Yes, ma'am.
6      Q      I'll lay out the same ground
7  rules for you that I did for your
8  daughter.  If you need to take a break at
9  any time, please just let me know.  I'll
10  be happy to do that.  I think there's
11  water right there behind you.  If you need
12  to take a break for any other reason, just
13  let me know.  If I ask you a question that
14  in any way confuses you or you don't
15  understand the question, would you please
16  ask me to rephrase it?
17      A      Yes.
18      Q      And you're also going to have
19  to give a verbal answer every time you
20  give an answer.
21      A      Right.
22      Q      And the same thing that I
23  asked of Jessica.  If you ever feel like

**American Court Reporting**
**toll-free (877) 320-1050**

Page 9

1   I'm raising my voice to you, would you

2   please just let me know, and I'll lower

3   it?

4       A    Okay.

5       Q    And if I ask you a question

6   and you give me an answer, I'm going to

7   assume that you understood it.  Is that

8   fair?

9       A    That's fair.

10      Q    And you sat through -- this

11   morning we started at nine and took the

12   deposition of your daughter Jessica;

13   correct?

14      A    Yes, ma'am.

15      Q    You and your husband were both

16   present for that?

17      A    Yes.

18      Q    I guess we'll go to that right

19   now.  Are you currently married to Benny

20   Wright?

21      A    No, we are not.

22      Q    So when I called him your

23   husband, I was incorrect?  He is actually

1  your ex-husband?

2      A      Well, we -- I call him my

3  husband too.

4      Q      But legally you all are not

5  married?

6      A      Legally we are not married.

7      Q      Is Benny Wright the only

8  husband you've ever had?

9      A      No.  I was married to my son's

10  father, who's dead.  His name was Louis

11  Carden.

12      Q      Say his last name again.

13      A      Carden, C-A-R-D-E-N.

14      Q      What is your son's name?

15      A      Jonathan.

16      Q      Carden?

17      A      Carden, yes, ma'am.

18      Q      Was he ever adopted by

19  Mr. Wright?

20      A      No.

21      Q      When is the last time Jonathan

22  Carden lived with you and Jessica?

23      A      The year he graduated; '97, I

1    think.

2         Q      And where was he graduating

3    from in 1997?

4         A      Chilton County High School.

5         Q      Did he also go to Chilton

6    County Middle School -- or Clanton Middle

7    School?

8         A      It was Adair then.  So he

9    started -- we moved to Clanton during his

10   sixth or seventh grade year there.

11        Q      Mr. Finlayson, was he the

12   principal at Adair when your son was

13   there?

14        A      I believe so, yes.

15        Q      Is Jonathan the only child

16   that you and Mr. Carden had together?

17        A      Yes.

18        Q      And when did you two divorce

19   or separate?  Or did he pass away while

20   you were married?

21        A      He's dead.  No.  We were

22   divorced when he passed away.  But we

23   divorced in probably about '82 or '83.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 12

1       Q      And then at what point did you

2  marry Mr. Wright?

3       A      Benny and I married in May of

4  1990.  Now, I was married a second time.

5  Did I give you his name?  Paul Russo.

6       Q      What year were you and

7  Mr. Russo married?

8       A      Oh, gosh, I don't even

9  remember.  We were married for about five

10  years.

11      Q      Between '82 and '90?

12      A      Yes.  Yes.

13      Q      Where were y'all married?

14      A      In Jackson County.

15      Q      Is that where y'all lived?

16      A      Yes.

17      Q      Jackson County, Alabama?

18      A      Well, it's Scottsboro,

19  Alabama, but it's Jackson County, Alabama.

20      Q      Did you and Mr. Russo have any

21  children together?

22      A      No.

23      Q      Did Jonathan Carden live with

**American Court Reporting**
**toll-free (877) 320-1050**

Page 13

1   you when you were married to Mr. Russo?

2        A     Yes.

3        Q     Have you always maintained

4   custody over Mr. Jonathan Carden?

5        A     Yes.

6        Q     And did you divorce Mr. Russo,

7   or did he pass away while y'all were

8   married?

9        A     We were divorced.

10       Q     And then in May of 1990 you

11  married Mr. Wright?

12       A     Yes, ma'am.

13       Q     And the two of y'all have two

14  children together?

15       A     Yes.

16       Q     So all in total you have three

17  children?

18       A     Yes, ma'am.

19       Q     And Jessica, did she give us

20  her correct birth date?

21       A     Yes.   February 13th of 1992.

22       Q     And then did she give us her

23  correct address, current address?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 14

```
1        A       Yes.

2        Q       What is your Social Security

3    number?

4        A       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.

5        Q       And as far as the time frame

6    for your living at the County Road 41

7    address, was Jessica correct that you all

8    moved to the house on Ola Street while she

9    was in the sixth grade?

10       A       I believe it was the sixth

11   grade.

12       Q       And then you all moved back to

13   the County Road 41 house while she was,

14   like, mid year seventh grade?

15       A       We were only in Ola Street

16   maybe six, seven months.  We weren't there

17   a very long period of time.

18       Q       And was Jessica correct that

19   Mr. Beach bought that home for you?

20       A       Yes, he did.

21       Q       Were you and Mr. Beach ever

22   legally married?

23       A       No.  He was never her
```

**American Court Reporting**
**toll-free (877) 320-1050**

1    stepfather, and we didn't live together.

2    He never lived at that house.

3         Q    He stayed at that house,

4    though; is that correct?

5         A    No.  He had a house in

6    Birmingham.  He might come down for a

7    weekend or something and stay, but he

8    didn't live there.

9         Q    But he would stay at the home

10   where you and Jessica and her sister were

11   living?

12        A    On occasions.

13        Q    And during the time you were

14   living on Ola Street, were you divorced at

15   that point or separated?

16        A    Divorced.

17        Q    What was the date of the

18   divorce to Mr. Wright?

19        A    In October.  October the 10th,

20   I think.

21        Q    Of what year?

22        A    19 -- no.  October 10th of --

23   let me think what year that would have

**American Court Reporting**
**toll-free (877) 320-1050**

Page 16

1   been.  I guess 2002.

2        Q     And so in October, is that

3   when you moved to the Ola Street house?

4        A     No.  I moved right before

5   Christmas of that same year.

6        Q     Did you stay in the home with

7   Mr. Wright after the time of your

8   divorce --

9        A     No.

10       Q     -- and until the time you

11   moved to Ola Street?

12       A     No.

13       Q     Where did y'all live in

14   between?

15       A     He stayed in an office right

16   there, his business.  He just stayed

17   there.  And I stayed in the home just long

18   enough to get moved into the other home.

19       Q     And did Mr. Beach buy you that

20   home on Ola Street?

21       A     Uh-huh.

22       Q     Why is that?

23       A     He just -- we thought -- we

**www.AmericanCourtReporting.com**
**February 3, 2006**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 17

thought we would go together and be
together.  And then after we -- Mr. Beach
and I were together -- he was much, much
older than me, and I think he just swept
me off my feet with lots of gifts and
whatever.  But he didn't understand
that -- we had lots of problems over the
fact that he did not want me to be with my
children.  He did not want my children to
get to eat except for a certain meal; like
three meals a day, which I cannot do that
with Jessica.  So we just didn't make it.
It was just one fight after another over
just silly things actually.

    Q    So if you moved in there in
December of '02, when did y'all move out?

    A    About March or April of the
next year.  We were only there about six
months; five or six months.

    Q    So that would have been about
the time that Jessica was trying out for
cheerleading in the sixth grade, for the
seventh grade year?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 18

```
1        A       No.  We had already moved back
2   in with her father before cheerleading
3   tryouts and all.
4        Q       The sixth grade year?
5        A       No.  She made it sixth grade
6   year.  Right.
7        Q       That's what I'm asking.  You
8   had already moved back into the County
9   Road 41 house --
10       A       Yes.  Yes.
11       Q       -- before she --
12       A       Yes.
13       Q       You and Mr. Wright, did y'all
14  have a formal divorce?  Did you go to
15  court over it?
16       A       No.
17       Q       Did you have a divorce
18  attorney?
19       A       Yes.  We used the same one.
20       Q       Who was that?
21       A       Liz Huntley.
22       Q       And where was the divorce
23  filed?
```

**American Court Reporting**
**toll-free (877) 320-1050**

Page 19

1      A      The what?

2      Q      The divorce filed.

3      A      Here in Chilton County.

4      Q      And when you moved back into

5  the home in March or April of 2003 on

6  County Road 41, was Mr. Wright also living

7  there?

8      A      He was there, yes.  He moved

9  back into the home as soon as we moved

10  out.

11      Q      At that point in time, you and

12  he were formally divorced; is that

13  correct?

14      A      Yes.

15      Q      And since that time you all

16  have never remarried?

17      A      No.  I guess we just consider

18  ourselves married.

19      Q      The law doesn't consider y'all

20  married, though; correct?

21          MR. JONES:  Object to the

22  form.

23      Q      You're not legally married;

**www.AmericanCourtReporting.com**
**February 3, 2006**

**American Court Reporting**
**toll-free (877) 320-1050**

1    correct?

2              MR. JONES:  They may have a

3    common-law marriage.  Object to the form

4    to the extent that it calls for a legal

5    conclusion.  You can go ahead and answer

6    it.

7         Q      Have you ever been before a

8    justice of the peace or a minister and

9    gotten remarried to Benny Wright?

10        A      No.

11        Q      That's all I'm asking.  And

12   you and Mr. Wright have been together

13   since your divorce, since March or April

14   of 2003; correct?

15        A      Yes.

16        Q      Now, the house on County Road

17   41, do y'all own or rent that?

18        A      We own the house.  We built it

19   before Jessica was born.

20        Q      What year was that?

21        A      In 1991.

22        Q      Are there problems with the

23   mortgage or the bank over that house right

1    now?

2          A      The house is paid for.

3          Q      Is there a house that's being

4    foreclosed upon right now?

5          A      Not that we own.

6          Q      Was there something in the

7    newspaper recently about a house that you

8    were involved with that was being

9    foreclosed upon?

10         A      Not that I know of.  I mean,

11   not one that I know of.  That's the only

12   home I have.

13         Q      Besides the divorces that you

14   have had in your life, what other court

15   proceedings have you been involved in?

16         A      My younger child was molested

17   by the gentleman that I had -- was dating.

18         Q      Mr. Beach?

19         A      Mr. Beach.

20         Q      What's your younger child's

21   name?

22         A      Emily.

23         Q      How old is she?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 22

```
1        A        She's ten.

2        Q        So would this have been when

3   she was seven or eight?

4        A        Eight.   That's the only one

5   I've ever...

6        Q        Did you file criminal charges

7   against him?

8        A        Yes.   We -- yes.

9        Q        Was he convicted?

10       A        I got him to where he -- all I

11  was after was for him to not touch another

12  child.

13       Q        Was he criminally prosecuted?

14       A        It wasn't -- he wasn't -- I

15  don't really understand what you're

16  saying.   He did not go to jail.   He did

17  not go to jail.   Is that what you mean?

18       Q        Well, does he have to register

19  as a sex offender now?

20       A        I don't know.

21       Q        Were there any charges brought

22  against him?   Did you go to the police

23  station and file charges against
```

**American Court Reporting**
**toll-free (877) 320-1050**

Page 23

1    Mr. Beach?

2        A    Yes, I did go to the police

3    station.  They sent me to the DA, and from

4    there, it went to the attorney, and then

5    that was the last person -- that was the

6    last that we went to.

7        Q    Did you go to court over it?

8        A    Yes.

9        Q    Did Emily testify against

10   Mr. Beach?

11       A    Yes.

12       Q    And you're saying he did not

13   serve any jail time?

14       A    The attorney we had didn't

15   have anyone else -- such as the teachers

16   who had noticed Emily's changes.  He

17   didn't realize that we were meeting him

18   there.  He did not call anybody as a

19   witness.  And so the jury said they knew

20   he did it, but there was no evidence, so

21   they could not convict him at that time.

22   We can bring it back up.

23       Q    Was there ever any civil suit

Page 24

1    filed against Mr. Beach for money

2    damages?

3         A      I think that's what that one

4    was instead of him going to jail on that.

5    But I think that's what it ended up being.

6    I think it was a civil --

7         Q      You were suing him for money

8    for Emily?

9         A      Yes.  Yes.

10        Q      And did that case settle out

11   of court?

12        A      That was the only case.  That

13   was the case.

14        Q      Did y'all reach any sort of

15   settlement agreement where you were paid

16   some money?

17        A      No.  I didn't ask for money.

18        Q      So whose name would that

19   lawsuit have been filed under?

20        A      I think me on behalf of my

21   daughter, somehow it's worded; Katherine

22   Wright on behalf of minor child, Emily

23   Wright.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 25

1        Q       When was that filed?

2        A       It must have been 2003.

3        Q       What attorney did you use?

4        A       Calvin Rockefeller.

5        Q       Is he here in Clanton?

6        A       No. He's from Tuscaloosa.

7        Q       How recently did that case go

8 to trial?

9        A       Several months back.

10       Q       So in the fall of this year or

11 summer?

12       A       I'd say the fall. Summer,

13 fall.

14       Q       Did Jessica have to testify?

15       A       No.

16       Q       Did you hear Jessica tell me

17 this morning that her sister was pretty

18 laid back, and she doesn't remember

19 Mr. Beach ever doing anything to her?

20       A       Yes, I did hear her say that.

21 I don't know if she -- I think she thought

22 you meant was he mean to Emily, was Emily

23 complaining about not eating. Emily, she

**American Court Reporting**
**toll-free (877) 320-1050**

Page 26

1    doesn't have the same problems as Jessie.

2    Q    Wouldn't you consider

3    molestation being mean to a child?

4    A    Yes, I do.  And once I found

5    out about molestation, that was different.

6    But Jessica was not even aware of that at

7    the time.

8    Q    She's aware of it now because

9    you went to court, though; right?

10   A    Yes.

11   Q    So when she sat here this

12   morning and told me she doesn't remember

13   Mr. Beach doing anything to Emily, would

14   she have been wrong?

15   A    I think she was referring to

16   the eating and things that he would not

17   allow her to do.

18   Q    But Jessica knows about her

19   sister being molested; right?

20   A    Yes, she does.  Yes, she does.

21   Q    And your family hasn't gotten

22   any kind of counseling because of that

23   molestation?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 27

1      A      We are not in counseling now,
2  no, not over molestation.
3      Q      Have you ever been?
4      A      Emily saw a former pastor of
5  ours.
6      Q      Who provided counseling
7  services to her?
8      A      We didn't -- we didn't go to a
9  counselor.  He was just someone for her to
10  talk to for her own spiritual peace of
11  mind.
12      Q      What pastor was that?
13      A      Pastor Bruce Peyton.
14      Q      Where is he?
15      A      Clanton.
16      Q      What church?
17      A      He's a retired pastor.  He's
18  not a pastor.
19      Q      Did you ever let Jessica talk
20  to that pastor?
21      A      No.  We didn't involve Jessica
22  in that case.
23      Q      She knew that her sister had

**American Court Reporting**
**toll-free (877) 320-1050**

Page 28

1    been molested, though; right?

2            MR. JONES: Objection. Asked

3    and answered.

4        Q    You can still answer.

5            MR. JONES: You can answer it.

6        A    Yes. Now she does. Yes.

7    Afterwards.

8        Q    How long has she known about

9    her sister being molested?

10       A    Since I -- since we found out

11   and started to file the case. And I don't

12   remember exactly the time.

13       Q    You think that was about

14   2003?

15       A    I think 2003.

16       Q    So for the last -- between two

17   and three years, Jessica has known this,

18   about how her sister was molested?

19       A    Yes.

20       Q    Any other lawsuits you've been

21   involved in?

22       A    Huh-uh.

23       Q    Just three divorces and then

**American Court Reporting**
**toll-free (877) 320-1050**

Page 29

1    the lawsuit that you don't know whether

2    it's criminal or civil against Mr. Beach.

3    Anybody else you sued in that lawsuit

4    besides Mr. Beach?

5         A    No.  He's the only person.

6         Q    And why did you say earlier

7    that you made sure he would never do that

8    to anybody else?

9         A    I just feel like if he did it

10   to my child, he would do it to someone

11   else, and I feel like he's probably done

12   it before.  He's a very old man.  He's in

13   his sixties.  And I just -- he never --

14   his own daughters won't speak to him.  I

15   feel like there was a reason for that once

16   I met him and found out what he did to

17   Emily.

18        Q    But I guess my question was

19   more whatever you did as far as filing a

20   lawsuit against him.  But you said there

21   was no -- he never went to jail for it,

22   and you don't -- he didn't pay any money

23   for it.  Why do you think that will cause

**American Court Reporting**
**toll-free (877) 320-1050**

Page 30

1   him to never do it again?

2       A     Wouldn't you be ashamed if you

3   had to go to court in front of everybody?

4       Q     So you feel like the shame of

5   it --

6       A     I just feel like -- I just

7   feel like he's ashamed now, and I just

8   feel like he will not do that anymore.  I

9   mean, I feel like the shame of it and

10  embarrassment --

11              MR. JONES:  Kathy, you need to

12  answer her questions.  Listen carefully to

13  her questions, and make sure you

14  understand her questions before you answer

15  them.  Okay.  She's asked you several

16  direct questions, and you need to think --

17              MS. HORTBERG:  I'm going to

18  object to --

19              MR. JONES:  You need to listen

20  to her questions.  Okay?

21      Q     Have you seen a copy of this

22  lawsuit that was filed on behalf of your

23  daughter?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 31

1    A    Yes.

2    Q    I think you're listed on here

3    as Katherine E. Wright.  Is that the legal

4    name that you go by?

5    A    Uh-huh.

6    Q    As parent and next friend of

7    Jessica W., a minor child.

8    A    Yes, ma'am.

9    Q    And you realize you don't have

10    any individual claims in this lawsuit for

11    yourself; right?

12    MR. JONES:  I object to the

13    extent that it calls for a legal

14    conclusion and that the suit speaks for

15    itself, what's in the complaint.  You can

16    answer it.

17    A    I went to my attorney and

18    turned everything over to him.  I don't --

19    I do not understand all the wording in

20    that legal matter.

21    Q    Did he explain to you, though,

22    that you're just bringing a suit on behalf

23    of your daughter, and you don't make any

Page 32

1    individual claims in this lawsuit?  Did he

2    explain that to you?  Do you understand

3    that?

4         A    I don't really -- I don't

5    really understand what you mean.  I went

6    to him and gave him my case, and then he

7    filed it for me.

8         Q    Do you know who all you've

9    sued in this lawsuit?

10        A    It will be board members, a

11   principal, and also one teacher.  He's

12   only in there because of the incident that

13   came out.

14        Q    Do you know the teacher's

15   name?

16        A    Darrell Baker.

17        Q    Had you ever met Mr. Baker

18   before today?

19        A    Yes.

20        Q    You have?

21        A    Yes.

22        Q    When did you have an

23   opportunity to meet Mr. Baker?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 33

1    A    At the beginning of the school

2    year when I walked from room to room to

3    meet the teachers.

4    Q    What grade was that?

5    A    Seventh grade.  Beginning of

6    seventh grade year.

7    Q    Had your son had Mr. Baker at

8    the middle school?

9    A    Huh-huh.

10    Q    So the first time you met him

11    was at the beginning of seventh grade with

12    --

13    A    Was for Jessica.  Yes.  I

14    didn't know Mr. Baker personally before

15    that year.

16    Q    Had you been a substitute up

17    at the middle school the year before when

18    Jessica was in the sixth grade?

19    A    I don't think that I subbed in

20    -- I can't remember if I subbed in the

21    sixth grade, seventh grade.  I started at

22    the very end of her sixth grade year, I

23    think is how it was, and then the entire

**American Court Reporting**
**toll-free (877) 320-1050**

Page 34

1  seventh grade year.  I did not -- I have

2  not subbed this year.  They don't call me.

3      Q    As far as the sixth grade

4  year, though, did you sub up at the middle

5  school that year?

6      A    I think so at the very end.

7  It wasn't a long time before school was

8  out, though.

9      Q    So you had the opportunity to

10  meet Mr. Baker while you were up there?

11  You just didn't meet him until the seventh

12  grade there?

13      A    I do not remember Mr. Baker at

14  all the sixth grade year.

15      Q    Do you remember who you subbed

16  for the sixth grade year?

17      A    I don't.  I don't recall.  I'm

18  sorry.

19      Q    Do you remember how many times

20  you would have subbed at the end of that

21  last school year, sixth grade?

22      A    I don't recall how many.

23      Q    More than one?

**American Court Reporting**
**toll-free (877) 320-1050**

1    A    Oh, yeah, I think so.  Wasn't

2    always at the middle school, though.  I

3    subbed also at the intermediate school.

4    Q    The seventh grade year, do you

5    remember how many times you would have

6    subbed at the middle school?

7    A    Several.  I don't remember how

8    many.  I'm sorry.

9    Q    More than five?

10    A    Yeah, I'm sure.

11    Q    And then Jessica said you also

12    subbed at the alternative school; is that

13    right?

14    A    The middle school.  The

15    alternative school is at the middle

16    school.  That's where I would have been at

17    that time, but it was just -- and it was

18    just down below the building.  Same place.

19    Q    So you're on the school campus

20    when you're at the alternative school?

21    You're on the middle school campus when

22    you're --

23    A    Yes.  In a different building,

**American Court Reporting**
**toll-free (877) 320-1050**

Page 36

1    but it's there at the same property.

2        Q    Mr. Finlayson, is he also the

3    principal of the alternative school?

4        A    Yes.

5        Q    Prior to being a substitute

6    here in the Chilton County School System,

7    have you ever been employed?

8        A    I did.  I was a sub and also

9    worked in the lunch room at the Chilton

10   Christian Academy she went to.  I worked

11   there every day.  I was there -- most

12   every day there.

13       Q    What years would those have

14   been?

15       A    That would have been her

16   kindergarten year through the beginning of

17   fourth grade.  I think '97 through 2001 or

18   2002.

19       Q    And then when y'all lived in

20   Skyline, were you employed there?

21       A    No.

22       Q    Was Jessica correct that y'all

23   moved there in the fourth grade -- when

Page 37

1    she was in fourth grade?

2         A    Yes, the fourth grade; the

3    beginning of fourth grade year.

4         Q    And then y'all moved back by

5    the time she got to the fifth grade at the

6    intermediate school?

7         A    Uh-huh.

8         Q    And I'm sorry.  Go back.  Did

9    you just say you were not employed while

10   you lived in Skyline?

11        A    I did try -- I did work at a

12   factory for a short amount of time.  But

13   because of Jessie being sick, I was having

14   to miss three weeks of work, and so I

15   couldn't hold down a job.

16        Q    Do you have your substitute

17   teaching license?

18        A    I didn't go to classes to do

19   that.  I had to pay seventy-five dollars

20   here at the board, and then they added me

21   to the list.  I mean, I didn't go to any

22   kind of classes.

23        Q    Do you have a high school or

**American Court Reporting**
**toll-free (877) 320-1050**

Page 38

1    college degree?

2        A    I graduated high school, and

3    I've got about eighteen or twenty hours of

4    college.

5        Q    What high school did you

6    graduate from?

7        A    Skyline High School.

8        Q    What year?

9        A    '79.

10       Q    What college did you go to to

11   get eighteen or twenty hours?

12       A    There's a Northeast College

13   there in Scottsboro, where I lived at that

14   time, that I did my first couple of

15   classes, and now I'm attending Wallace

16   here, Clanton.

17       Q    Currently you are?

18       A    I'm not in it right now, but I

19   only quit last summer.  I mean, my

20   last class was last summer.

21       Q    Wallace State?  Is that the

22   place you're saying?

23       A    It's George C. Wallace.

Page 39

1    Q    George C. Wallace Community

2    College?

3    A    Yes.

4    Q    And what sort of courses have

5    you taken there?

6    A    I've taken two English

7    courses.  I had a sociology class, a

8    history class.  It was Western Civ, I

9    think.  I don't think it was really

10   history.  I think they call it Western

11   Civ.  I think that's the only four classes

12   I've taken in the summer.

13   Q    And what have you taken those

14   classes towards?  Some sort of degree?

15   A    I haven't picked a degree.  I

16   just wanted to go back.  I mean, I've not

17   decided what degree I want to take.

18   Q    Do you plan on taking further

19   courses?

20   A    I hope to, yes.

21   Q    And then Scottsboro, is that a

22   different school than George C. Wallace?

23   A    Yes.  Northeast is on Sand

**American Court Reporting**
**toll-free (877) 320-1050**

Page 40

1    Mountain.   That was from way back when I

2    first graduated high school.

3          Q     And what sort of degree were

4    you working towards then?

5          A     I think I was going to go for

6    a science degree then.   But they did

7    transfer those two courses here.

8          Q     Have you ever taken any kind

9    of education courses, teaching courses?

10         A     No, ma'am.

11         Q     What does Mr. Wright do for a

12   living?

13         A     Sells cars.

14         Q     Does he own his own car

15   dealership?

16         A     He's self-employed.

17         Q     Is he incorporated?

18         A     Uh-huh.

19         Q     What's the name of that

20   corporation?

21         A     Matrix.

22         Q     Do you know whether that's --

23   does it have Inc. after it or L.L.C.?  Do

```
 1   you know what kind of corporation it is?

 2        A     I don't.  I'm sorry.

 3        Q     Is he the only employee of

 4   Matrix?

 5        A     Yes.

 6        Q     Did you say he does own a car

 7   lot?

 8        A     He's starting back a car lot.

 9   Yes.

10        Q     He's what?

11        A     Starting a car lot.  It's not

12   very big right now, but he is starting a

13   car lot.

14        Q     Where is that property that

15   the car lot is on?

16        A     2176 County Road 41.

17        Q     Is that near where y'all live?

18        A     Yes.

19        Q     Is that where y'all live?

20        A     It's, like, the next lot from

21   us.

22        Q     Do y'all own that piece of

23   property?
```

**American Court Reporting**
**toll-free (877) 320-1050**

Page 42

1      A      Yes.  I mean, it's all
2  connected right there.
3      Q      So that piece of property --
4      A      It's actually two separate
5  lots.  Like, my house is on a particular
6  lot that's deeded like that, and then the
7  car lot sits right there beside of it.
8      Q      So right beside y'all's home.
9  Is there any barrier in between your home
10 and the car lot?
11     A      Like, a fence?  No.
12     Q      How long has that car lot been
13 there?
14     A      Several months.  I don't
15 remember exactly the date when he built
16 his office and started.  I don't remember.
17     Q      Sometime in 2005?
18     A      Yes.
19     Q      Where was he employed prior to
20 that?
21     A      He had a car lot at Thorsby.
22     Q      Under the Matrix name?
23     A      No.  Ben Wright Automotives.

Page 43

1    Q    What happened to that car lot?

2    A    That was when I had divorced

3    him and moved in with Rocky, and he just

4    quit work.  And it just -- he quit work.

5    We had problems.

6    Q    Did you ever receive any sort

7    of counseling after your divorce?

8    A    No.  I didn't feel I needed

9    it.

10    Q    And then after your breakup

11    with Mr. Beach, you never had any

12    counseling?

13    A    No.

14    Q    So, then, how long was

15    Mr. Wright out of work after you two

16    divorced?

17    A    I really don't know.

18    Q    You moved back in with him six

19    months later; right?

20    A    And then he started -- he's

21    tried to start back to working on this car

22    lot since then.  Of course, we only got to

23    build the building, I think, in 2005.  I

**American Court Reporting**
**toll-free (877) 320-1050**

Page 44

1  think he actually got a new license and

2  got everything.

3      Q      Was that after that lawsuit

4  had been filed?

5      A      After this one?

6      Q      No.  After the other one.  The

7  one on behalf of your other daughter.

8      A      No.  He was already selling

9  cars before the other lawsuit.

10     Q      Do you work for that car

11 dealership --

12     A      No.

13     Q      -- the Matrix one?

14     A      No.

15     Q      Are those the only places

16 you've ever worked, the ones you've

17 already told me about?

18     A      When I graduated high school,

19 I worked at a doctor's office and then

20 transferred over to the hospital.

21     Q      What hospital?

22     A      Jackson County Hospital.

23     Q      What did you do there at

**American Court Reporting**
**toll-free (877) 320-1050**

Page 45

1    Jackson County?

2        A       Worked in a lab.  I took blood

3    samples.

4        Q       Are you a registered nurse?

5        A       No.  I was a phlebologist.

6        Q       Sorry?

7        A       I was a phlebologist.  I only

8    went around and collected the blood

9    samples.  I wasn't a nurse.

10       Q       These medical conditions that

11   Jessica told us about during her

12   deposition, are any of those

13   hereditary-type conditions?

14       A       Her cystic fibrosis is a

15   genetic disease.  The cirrhosis has came

16   about because of the CF, but it wasn't

17   hereditary.  The mucus that she's talking

18   about causes sludging in her liver, and it

19   can't function.  So everything just backs

20   up, and it causes cirrhosis.

21       Q       But that's not hereditary?

22       A       No.  It's caused from CF.

23       Q       The diabetes, does that run in

**American Court Reporting**
**toll-free (877) 320-1050**

Page 46

1   your family?

2        A     All CFs eventually become CFs

3   -- I mean, become diabetics too.  That's a

4   very -- we knew one day she would anyway.

5                    1:10 p.m.

6                 (Recess taken)

7                    1:19 p.m.

8        Q     Mrs. Wright, we're back on the

9   record now.  So you understand that means

10  you're back under oath?

11       A     Yes.

12       Q     And you said diabetes was

13  something that occurs with pretty much

14  every CF person?

15       A     Yes.

16       Q     Did Jessica give us her

17  correct chronology of schools when she

18  went through each of the schools she had

19  been through and the grades that she had

20  been there?

21       A     Yes.

22       Q     So she went to the private

23  school from kindergarten through third

Page 47

1    grade and then Skyline in fourth,

2    intermediate school in the fifth, and then

3    sixth through eighth at the middle

4    school?

5         A      Yes, that is correct.

6         Q      When she was at the Christian

7    private school, did she have an IEP at

8    that school?

9         A      They did some kind of special

10   something.  But that's a very small

11   school.

12        Q      So she had no IEP there?

13        A      I don't know if they call it

14   an IEP or just a special program.

15        Q      Do you have any of those

16   records that would show whatever --

17        A      No, I don't have any of those.

18        Q      Where would they be?

19        A      At the school.

20        Q      Is that school here in town?

21        A      Jemison.

22               MS. HORTBERG:  I don't know

23   how you want to do that, George; whether

**American Court Reporting**
**toll-free (877) 320-1050**

Page 48

1    you want me to subpoena those or whether

2    y'all will give those --

3                MR. JONES:  We'll do you a

4    release.  We'll do you a release.

5                MS. HORTBERG:  And then I'll

6    subpoena them and attach that.

7        Q      Would you agree to sign a

8    release so that I can get those records

9    from that school?

10       A      Oh, yes.  Yes.

11       Q      And what was the special

12   program that they had for Jessica at the

13   private school?

14       A      Jessica there was allowed to

15   use the restroom when needed.  She did get

16   to eat snacks when needed.

17       Q      But this is when she was in

18   kindergarten through third grade; right?

19       A      Right.

20       Q      All students have snacks in

21   kindergarten through third grade; right?

22       A      Well, she was allowed to have

23   them even if it wasn't -- they have a

1   certain time -- I worked in the lunch room

2   there.  Everyone had a certain time for

3   their snacks.  Hers was any time during

4   the day.

5        Q     And was this a written program

6   for her?

7        A     I don't remember exactly what

8   all would be written or what would be -- I

9   took the information to them that I took

10  the other principals at the other schools

11  that the hospital sent.

12       Q     When did you first receive any

13  information from the hospital to be given

14  to any educator?

15       A     The very first time she goes

16  to school.

17       Q     So in kindergarten?

18       A     Yes.

19       Q     At the private school?

20       A     Yes.

21       Q     And did they institute the

22  special program for Jessica at the private

23  school for the kindergarten year?

1      A      In kindergarten you don't --
2  there is no set time for anything.  She
3  didn't learn -- I mean -- I don't know
4  what you mean.  I don't understand that.
5      Q      Well, you're saying that they
6  allowed her to use the restroom any time
7  she wanted, and she was allowed to eat a
8  snack any time she wanted while she was at
9  the --
10     A      Yes.
11     Q      So every year between
12 kindergarten and third grade she was
13 allowed to do those two things?
14     A      Yes.
15     Q      What else was part of the
16 special program at the private school that
17 you're aware of?
18     A      If Jessica was sick, they
19 called me.  I'm trying to remember
20 anything that would happen during those
21 years.
22     Q      What were her grades like at
23 the private school?

Page 51

1      A      Very good.  She had -- I think
2  she was mostly all As at the private
3  school.
4      Q      And that was kindergarten
5  through third grade?
6      A      Uh-huh.
7      Q      So she passed every year?
8      A      Oh, yeah.
9      Q      Was she hospitalized during
10  those years?
11      A      Yes.
12      Q      More often than she's being
13  hospitalized nowadays or less often?
14      A      Some years she may go in the
15  hospital twice a year, some years could be
16  three or four times a year.
17      Q      Do you have a distinct
18  recollection of her going in the hospital
19  three or four times in one year?
20      A      She has.  I can't remember
21  exactly which year it was.  She has been
22  in the hospital three times in a year's
23  time.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 52

1    Q    Do you remember what school

2  she was at when she had to do that?

3    A    I don't recall which one.  I'm

4  sorry.

5    Q    And when y'all moved to

6  Skyline, did you ever request an IEP from

7  the Skyline school?

8    A    Yes.  She had IEP at Skyline.

9    Q    She did?

10    A    Also a 504, something like

11  that, plan.

12    Q    Did you attend an IEP

13  meeting?

14    A    Yes.

15    Q    Do you still have those IEP

16  records from Skyline?

17    A    No.  They will have them.

18    Q    Will you sign another release

19  so I can get those documents?

20    A    Yes, I will.

21    MR. JONES:  Yes, we will.

22    Q    You don't have any of her

23  school records before she got to the

1    Clanton schools?

2         A    No.  They don't give me copies

3    of records at the end of the year.  I

4    mean, I don't know what you're asking for,

5    I guess.

6         Q    Any school record before she

7    got to the Chilton County Schools.  You

8    have none of those?

9         A    No.

10        Q    You don't keep report cards?

11        A    I used to, and then I just --

12   I just throw them away.  She was a

13   straight A and B student, you know.  I

14   just -- I do not save those.  I will be

15   happy to look for those and see if I have

16   anything that I might find.

17        Q    Your attorney was supposed to

18   have asked you to look for --

19        A    He did, and I've already

20   searched my house.  Since you're asking

21   again, I'll research.

22        Q    Let me just ask you while I'm

23   here and find out what other documents you

**American Court Reporting**
**toll-free (877) 320-1050**

Page 54

1  may have.  Did you ever make a claim about

2  anything related to this lawsuit to any

3  state agency?

4      A    No.

5      Q    Did you ever make any claim

6  related to the allegations in this lawsuit

7  to any county agency?

8      A    No.

9      Q    Any city agency?

10     A    No.

11     Q    Any other federal or

12 governmental organization?

13     A    No.

14     Q    And you don't have copies of

15 Jessica's school transcripts, but you may,

16 so you're going to go home and look for

17 them?

18     A    I don't have them, but I'll

19 look again.

20     Q    Do you have any statements

21 taken from any educator regarding any of

22 the allegations in this lawsuit?

23     A    No.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 55

1      Q     You never tape recorded any of
2  your conversations with any educator?
3      A     No.
4      Q     Any statements, tape recorded
5  or otherwise, of any person who claims to
6  have knowledge about any of the
7  allegations in your lawsuit?
8      A     No.
9      Q     So copies of all medical bills
10 and other expenses claimed by you and your
11 husband to be the result of the incidence
12 made the basis of this lawsuit?
13     A     No.  I will sign any release
14 you need to get any medical bills that you
15 need -- or medical records.
16     Q     Are there any medical bills
17 that you claim evidence expenses which are
18 the result of incidence made the basis of
19 this lawsuit?
20     A     I do not have any, no.  I have
21 no documents of those, no statements of
22 those.
23     Q     I'm asking are you making such

**www.AmericanCourtReporting.com**
**February 3, 2006**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 56

1    a claim.

2         A    I don't understand what you

3    mean.  I'm sorry.

4         Q    Well, I know that Jessica

5    testified she has never seen a counselor

6    or a therapist or anything like that

7    regarding any of the issues alleged in

8    this lawsuit; right?  You have no

9    out-of-pocket expenses for any sort of

10   therapy for Jessica?

11        A    Right.

12        Q    And as far as any other

13   medical bills, are you claiming that any

14   -- there is any medical expense related to

15   the incidence made as part of this

16   lawsuit?

17        A    I don't really know how to

18   answer that.  I'm sorry.  I really don't

19   know what you're -- I'm afraid you're

20   going to try to catch me in something that

21   -- I don't want to say something that's

22   not true.

23        Q    I don't want you to say

**American Court Reporting**
**toll-free (877) 320-1050**

Page 57

1  anything that's not true either, and I'm

2  not here to trick you.  My question is,

3  are you claiming that you or your husband

4  or any insurance company has had to pay

5  any medical bills on behalf of your

6  daughter that are the result of any

7  allegation in this lawsuit?

8       A      The allegations in this

9  lawsuit affects her CF, and she has been

10  hospitalized many times due to that.

11      Q      Well, tell me all the times

12  she's been hospitalized, which I've

13  been -- will be the effect of anything

14  that's alleged in this lawsuit, because

15  that's not in your complaint.

16      A      I don't really -- I'm sorry,

17  but I don't really understand what you're

18  trying to -- what you want me to say.  I

19  don't understand what you're asking.

20      Q      Are you claiming any medical

21  expenses in this lawsuit?

22      A      That I paid any medical

23  expenses?

Page 58

1       Q      Anyone paid any medical

2   expenses.  Are you claiming --

3              THE WITNESS:  George, I don't

4   understand what she's saying.

5              MR. JONES:  Just answer the

6   question as best -- just listen.  She's

7   asking you questions.  If you don't know

8   the answer, tell her you don't know.  If

9   you know, testify truthfully yes or no.

10      A      I don't know.  I don't know.

11  I don't know what to say.

12      Q      Are you claiming any lost

13  wages or lost time from work because of

14  any incidence related to this lawsuit?

15      A      I have not been called to sub

16  any this year, and I'm sure it's due to

17  this lawsuit.

18      Q      Are you claiming those as

19  damages in this lawsuit?

20      A      Yes.

21      Q      Even though that's not

22  mentioned in your complaint either?

23             MR. JONES:  Object to the

Page 59

1    form.   The complaint will speak for

2    itself.

3         Q      Are you aware that your

4    complaint makes no such allegation that

5    you are no longer being called to

6    substitute because of any incident alleged

7    in this complaint?

8              MR. JONES:  Why don't you show

9    her the complaint and let her look at it?

10        A      I don't know how it's worded.

11   I'm sorry.  I mean, I've read it, but I

12   don't understand all the legal --

13        Q      Is that something that you

14   told your attorney to include in the

15   complaint?

16             MR. JONES:  Object to what she

17   told the attorney.

18             MS. HORTBERG:  Well, she told

19   me earlier she told her attorney all of

20   her allegations, and that he was the one

21   that drafted this.

22        Q      Do you understand that you

23   told your attorney that one of your claims

**American Court Reporting**
**toll-free (877) 320-1050**

Page 60

1    is that you are not being asked to

2    substitute for the Chilton County Board

3    anymore?

4          A     At the time when this was

5    done, when I talked to him, I -- this

6    lawsuit had not been filed, and I was not

7    being not called.

8          Q     You were being called at the

9    time --

10         A     Do you not understand that up

11   until this was filed, I was called?

12         Q     Okay.

13         A     It was after it was -- I mean,

14   after it was filed that they didn't call

15   me.

16         Q     And you understand your

17   attorney has never amended that complaint

18   to add that sort of allegation in there?

19         A     I don't know.

20         Q     Are you subbing for any other

21   school system right now?

22         A     No.

23         Q     Have you put in your

**American Court Reporting**
**toll-free (877) 320-1050**

Page 61

1  application to sub for any other school

2  system?

3         A      No.

4         Q      Why is that?

5         A      I was subbing at this school

6  to try to be around with the girls.

7         Q      What about any and all reports

8  of doctors or practitioners at the Medical

9  Arts expressing an opinion on Jessica's

10  alleged injury or disability that resulted

11  from the incidence made the basis of this

12  lawsuit?

13         A      No.

14         Q      You don't have any copies of

15  any of her medical records that you claim

16  are the result of the incidence in this

17  lawsuit?

18         A      No.

19         Q      Has anyone ever investigated

20  on your behalf the incidence made the

21  basis of this lawsuit, besides anything

22  from your attorney?

23         A      No.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 62

1    Q    Have you provided copies of

2    your federal and state income tax returns

3    for the last five years to your attorney?

4        MR. JONES:  They're going to

5    provide them to me, and then I'm going to

6    provide them to you to the extent

7    otherwise objectionable.

8        MS. HORTBERG:  You've waived

9    your objection by now.  I mean, thirty

10   days has come and gone.

11       MR. JONES:  Well, that's your

12   position, but we'll deal with that later.

13       MS. HORTBERG:  I was told they

14   had two documents, George, and now all of

15   a sudden I'm finding out there's all these

16   documents out there.

17       MR. JONES:  Well, we intend to

18   make an objection with respect to income

19   tax.  I mean, you're right.  We would

20   waive the objection and --

21       MS. HORTBERG:  Yeah.  But

22   we'll argue that in front of the judge, I

23   guess.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 63

1          MR. JONES:  That's fine.

2    That's fine.

3          Q    (By Ms. Hortberg)  Have you

4    and your husband filed joint income tax

5    returns for the last five years?

6          A    Yes.

7          Q    How about the time you were

8    living with Mr. Beach?  Who filed your

9    income tax that year?

10         A    The same gentleman filed the

11   income tax.  But because we had been

12   together more than six months of that

13   year, they filed us jointly again.

14         Q    So what about the next year

15   when you weren't together?

16         A    We were together by the next

17   year.  I moved back in with him in March

18   of the next year.

19         Q    Did Mr. Beach sell that house

20   once you moved out?

21         A    I think so.

22         Q    What is your date of birth?

23         A    June 26th of 1961.

1    Q    Driver's license number?

2    A    I don't know.  I'll have to go

3  get them.  I don't know it by heart.

4    Q    When we take the next break,

5  will you go out to your car and get it?

6    A    Yes, I will.  Sure will.

7    Q    And I think you testified

8  you've been married to Mr. Russo.  Were

9  you then known as Katherine Russo?

10    A    Or Kathy.

11    Q    Kathy Russo?  Legally, though,

12  is what I'm asking you.

13    A    Legally it was Katherine.

14    Q    Were you also known as

15  Katherine Carden?

16    A    Yes.

17    Q    And what was your maiden name?

18    A    Elliot.

19    Q    Did you have your name changed

20  back to Elliot every time in between a

21  divorce?

22    A    No.

23    Q    So it went from Russo -- went

**American Court Reporting**
**toll-free (877) 320-1050**

1    from Elliot to Russo, Carden to Wright?

2        A      Carden was the first, Russo

3    was second.

4        Q      Elliot, Carden, Russo,

5    Wright?

6        A      Yes.

7        Q      And right now are you still

8    going by Wright?

9        A      Yes.

10       Q      Do you have plans to change

11   your name back to your maiden name since

12   you are no longer married?

13       A      No.

14       Q      Since Jessica's birth, you all

15   have lived at the County Road 41 house,

16   and you've lived at the Ola Street.

17   What's the address in Skyline that you

18   lived at?

19       A      I don't remember the street

20   address.  It's Scottsboro, Alabama.

21       Q      Did you live with your

22   mother?

23       A      We stayed with my mother.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 66

1      Q      What's her address?

2      A      I don't remember that.  I'll

3  have to get that from her.  We weren't

4  there very long.

5      Q      You were there for her fourth

6  grade year; right?

7      A      Part of her fourth grade

8  year.  We were in this Chilton Christian

9  Academy part of the year.  We moved during

10  that school year.

11      Q      Prior to --

12      A      We came back -- nevermind.  Go

13  ahead.

14      Q      Prior to moving to Skyline,

15  where did y'all live in Clanton?  Or did

16  y'all live in Clanton?

17      A      2174 County Road 41.

18      Q      Is that the only house that --

19  besides the Ola Street that y'all have

20  lived in since Jessica's birth --

21      A      Uh-huh.

22      Q      -- besides the house in

23  Skyline?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 67

```
 1          A       Right.
 2          Q       Did Jessica go to day care
 3  before she went to the private school?
 4          A       No.
 5          Q       Who is the principal of the
 6  private school?  Who was when Jessica was
 7  there?
 8          A       Braxton Baker.
 9          Q       Braxton Baker?
10          A       Uh-huh.  And then later it
11  became Donald Jones.
12          Q       And who was the principal at
13  Skyline School when she was there?
14          A       Mr. Graden and Mr. Kinnemer
15  (phonetic).
16          Q       Say the other name again,
17  please.
18          A       Graden, G-R-A-D-E-N, I think.
19          Q       What was the other one?
20          A       Kinnemer.
21          Q       When you worked in the lunch
22  room at the private school, did you do any
23  other sort of work at the school?
```

**American Court Reporting**
**toll-free (877) 320-1050**

Page 68

1    A    I would also sub and things

2    like that.  Yes.

3    Q    Tell me everybody you know to

4    be a witness to any of the incidence you

5    allege in this lawsuit.

6    A    You mean, like, anyone that

7    I've talked to?  Anyone that --

8    Q    That's a different question.

9    We'll come back to that one.  Anyone you

10   know who witnessed anything that Jessica

11   described to us earlier.

12   A    The teachers.

13   Q    What teachers?

14   A    All of her teachers that she

15   would have had that -- that would not have

16   let her go to the bathroom or have the

17   snacks.

18   Q    What teachers are those, I

19   guess is my question?

20   A    The ones from, I think,

21   seventh grade.  The ones out of sixth and

22   seventh grade.  Probably just seventh

23   grade.  I don't remember which teachers

Page 69

1  she had.  I'm sorry.  Did she not call

2  those out?

3       Q     Well, didn't you hear your

4  daughter say that there had only been two

5  occasions where she had not been allowed

6  to use the restroom in the --

7       A     Two occasions where she had

8  been hurt by soiling her pants.

9       Q     She testified she never soiled

10  her pants at the school.  Did you hear her

11  say that?

12       A     No.  When she told you when

13  she ran out to my car -- when she was

14  running to my car, her pants was soiling

15  as she ran.  I'm sorry, but they were.

16       Q     That's not her testimony,

17  ma'am, but that's-

18            MR. JONES:  Please quit

19  arguing with the counsel, and just answer

20  her questions.  Okay?

21       Q     Do you have knowledge that

22  there were other incidents that Jessica

23  did not describe to us earlier this

**American Court Reporting**
**toll-free (877) 320-1050**

Page 70

1    morning that she left out?

2        A    Almost daily something would

3    -- well, not daily, but very often.  She

4    would not be allowed to go to the

5    restroom, but she would not -- I mean, it

6    would not be an occasion where she would

7    mess -- soil her pants or anything, and

8    she got through it.

9        Q    Did you hear your daughter say

10   this morning there were only two occasions

11   she remembers that that happened?  Did you

12   hear her say that?

13       A    No.  I heard that -- I thought

14   she meant to soil her pants, that hurt

15   her.  Harmed her I think is how she said

16   it.  I don't know how she worded it.

17       Q    Were you ever up at the school

18   at any point where any teacher denied

19   Jessica the ability to use the restroom?

20       A    No, I don't think I was there.

21       Q    All your information about any

22   time that Jessica would have been denied

23   access to a restroom came from Jessica;

**American Court Reporting**
**toll-free (877) 320-1050**

Page 71

1    correct?

2        A        Correct.

3        Q        So her testimony this morning

4    comes from a person who was actually there

5    in the school when all that happened;

6    correct?

7        A        Correct.

8        Q        Do you agree that there was

9    only one occasion in which you were a

10    substitute teacher at the middle school in

11    one of Jessica's classes?

12        A        At the middle school?

13        Q        Correct.

14        A        That's probably true.

15        Q        What Jessica told us this

16    morning is probably true?

17        A        I don't remember exactly which

18    class, but I subbed quite a bit at the

19    middle school.  But I only remember being

20    in her class one time.

21        Q        She said that was sixth grade

22    in English.

23        A        Okay.

1     Q     Does that sound right?

2     A     Yes.

3     Q     Do you find your daughter to

4  be a pretty truthful teenager?

5     A     Yes.

6     Q     Have there ever been occasions

7  that she's lied to you?

8     A     Not that I recall.

9     Q     So usually she's telling you

10  the truth?

11     A     Yes.

12     Q     And so she understood -- when

13  she took that oath this morning, she knew

14  what the truth was; right?

15           MR. JONES:  I'm going to

16  object to the form of the question to what

17  this witness thinks another witness

18  understood, but answer if you can.

19     Q     Does Jessica know what the

20  truth is?

21     A     Yes, she does.

22     Q     And she usually tells it;

23  right?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 73

1     A     Yes, she does.

2     Q     You've not known her to be an

3  untruthful daughter?

4     A     Right.

5     Q     Jessica has never had to be in

6  any special education classes; right?

7     A     In Skyline, when she was in

8  the IEP, they gave her extra classes.  I

9  mean, I don't know what they were.

10     Q     Were there other special

11  education students in those classes, or

12  were those regular education classes?

13     A     I don't know.

14     Q     We'll have to look at that IEP

15  and see what it says?

16     A     Right.

17     Q     Now, was Jessica in any

18  extracurricular activities in the fourth

19  grade at Skyline school, such as dance or

20  cheer, whatever?

21     A     I don't think they offered

22  anything in fourth grade there.

23     Q     That cheerleading group she

Page 74

1    was talking about where you paid money and

2    you got to go cheer twice a week and do

3    tumbling and all that, was that something

4    she did when she was at Skyline?

5         A    No.   That's here in Clanton.

6         Q    She started that when she came

7    back in the fifth grade?

8         A    Uh-huh.

9         Q    Was she right that she had

10   never danced before this year on the dance

11   team?

12        A    You know, when she was a tiny,

13   tiny baby, one time I enrolled her in,

14   like, a little gymnastics/cheer/dance

15   class, whatever, but it closed within a

16   month or so.  So she's not going to recall

17   any of that.  It was never anything to...

18        Q    When she was at Skyline, did

19   she make good grades?

20        A    Yes.

21        Q    What sort of grades did she

22   make in the fourth grade?

23        A    I think all As and Bs.  May

Page 75

1    have even been all As.

2         Q     And then when she moved here

3    and went to Clanton Intermediate School,

4    she made good grades still; right?

5         A     Yes.  Fifth grade was very

6    good.

7         Q     And then as she's progressed

8    up to the middle school, she's continued

9    to make As, Bs, and some Cs; right?

10        A     She's dropping down to some

11   Cs, yes.

12        Q     But as she discussed, you

13   would expect classes to get harder as you

14   go up in higher grades; correct?

15        A     Yes.

16        Q     And I think I asked your

17   daughter earlier this morning, and she

18   said she did remember receiving a copy of

19   this student/parent information guide.  Do

20   you also remember seeing this?

21        A     Yes, I do.

22        Q     And I don't know whether it's

23   always this pink or orange cover like this

Page 76

1    or whether it changes every year.  But do

2    you remember seeing this this year,

3    2005/2006?

4         A    Yes, I did.

5         Q    Do you remember sending -- or

6    filling out these forms at the beginning

7    and sending them back with Jessica?

8         A    I do.

9         Q    This first one acknowledges

10   that you have received and read the

11   student/parent information guide?

12        A    Yes.

13        Q    And you filled that in and

14   sent it in?

15        A    Yes, I did.

16        Q    Do you remember doing that

17   every year that she's been in the Clanton

18   schools?

19        A    I do.

20        Q    They had this same one at the

21   intermediate school?

22        A    I think so.

23        Q    Or similar version?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 77

1        A       Yes.   Similar, yes.

2        Q       And then there's also these

3   documents in here called -- several

4   medical -- authorization, school medical

5   prescriber, parent authorization,

6   parent/legal guardian for student's

7   self-administration of asthma medication.

8   Do you fill all those out as well and send

9   back with Jessica?

10       A       Yes, I do.

11       Q       Do you have a recollection of

12  doing that ever since she's been at the

13  middle school?

14       A       Yes.   Also, they -- some that

15  comes from the hospital, they mail that to

16  the hospital to be signed.

17       Q       And does Dr. Grad -- does he

18  do that for y'all?   Or who do you send it

19  to at the hospital?

20       A       I'm sure it goes to Dr. Grad

21  or someone within that team.

22       Q       You have a recollection that

23  Dr. Grad has signed -- or someone from his

1  team has signed it every year she's been

2  at the middle school?

3      A    Yes.

4      Q    You get this same version -- I

5  guess this is for the whole Chilton County

6  School System -- for Emily?

7      A    Yes.

8      Q    And you always sign it and

9  read it with her too?

10     A    Yes.

11     Q    Did your son get that when he

12  was coming through the school system, or

13  something similar?  Do you remember?

14     A    He's twenty-seven.  That's

15  been so many years, I don't really

16  remember.  I'm sure he did, but I don't

17  remember it.

18     Q    Do you also remember the

19  packet of information that Jessica

20  received when she tried out for the

21  cheerleading twice where she talked about

22  she got sent home a code of conduct for

23  cheerleaders?  Do you remember receiving

**American Court Reporting**
**toll-free (877) 320-1050**

Page 79

1    that?

2         A    I don't.  The little notebook

3    she's talking about, that has to be stuff

4    that she's just done on her own.  I don't

5    know about that.

6         Q    Do you remember ever having

7    any sort of medical release that you had

8    to sign before she could try out for

9    cheerleader?

10        A    I did.  I did sign that.

11        Q    Both years that she tried out?

12        A    Yes, I think so.

13        Q    Did you also have to sign that

14   same thing when she tried out for the

15   dance team?

16        A    I think so.

17        Q    Did you ever attend any sort

18   of meeting before she tried out for either

19   cheerleading or the dance team?

20        A    I don't remember.  I don't

21   remember the mothers being there before.

22   The year when she did make cheerleader, we

23   had a meeting shortly after to discuss

**American Court Reporting**
**toll-free (877) 320-1050**

Page 80

1    uniforms, socks, and things like that.

2         Q       But never before do you

3    remember --

4         A       I don't remember right off.

5         Q       And when you went to have that

6    meeting about uniforms and socks and

7    stuff, was Ms. Bradberry -- was she the

8    one that sort of ran the meeting?

9         A       Yes.

10        Q       Had you met her prior to that

11   meeting?

12        A       I don't remember meeting her.

13   I mean, I knew she was at the school.  I'm

14   sure I passed her in the hall.

15        Q       Did you know her as anything

16   different than the cheerleading sponsor?

17        A       Huh-uh.

18        Q       Is that a no?

19        A       No.  Sorry.  Sorry.

20        Q       Were you at the hospital the

21   day that Jessica was telling us about

22   Ms. Bradberry and Ms. Mitchell coming

23   there to visit her last year?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 81

1       A       Yes, I was.

2       Q       You were in the room?

3       A       Yes.

4       Q       Were you in the room with her

5   the whole time they were there?

6       A       Yes.

7       Q       And did you understand that

8   they had come to bring her some school

9   work and to see how she was doing?

10      A       Yes.

11      Q       And this was after the

12  cheerleading season was over for the

13  seventh grade year; right?

14      A       Correct.

15      Q       Did you also hear

16  Ms. Bradberry say something to Jessica

17  about if she did not make cheerleading,

18  she should try out for the dance team?

19      A       Yes, I did.

20      Q       Did you hear anything else

21  that Ms. Bradberry said?

22      A       I don't recall the whole

23  conversation, but I was in there the

**American Court Reporting**
**toll-free (877) 320-1050**

Page 82

1    entire time.

2         Q     Now, I think you talked

3    earlier about going to meet all of her

4    teachers -- all of Jessica's teachers at

5    the beginning of the seventh grade year.

6    Did you go and meet all of her teachers at

7    the beginning of the fifth grade year when

8    you all first went to the Chilton County

9    Schools?

10        A     Yes.

11        Q     And what was your purpose of

12   going to meet all the teachers at the

13   beginning of the school year?

14        A     Just because she would have

15   been nervous starting the new school in

16   fifth grade.  And in Adair, she just

17   wanted me to walk around and meet them.

18   She also had not met them -- some of them,

19   I think.

20        Q     So you did that with her at

21   the beginning of the fifth grade year?

22        A     Uh-huh.

23        Q     The beginning of the sixth

1    grade year?

2          A      Yes.

3          Q      Did you do it at the beginning

4    of the seventh grade year?

5          A      Yes.

6          Q      Eighth grade year?

7          A      Yes.

8          Q      So essentially at the

9    beginning of every school year, you

10   will -- you have made a concerted effort

11   to meet every one of her teachers?

12         A      Yes.

13         Q      Do you discuss with them

14   anything related to Jessica's CF when you

15   go talk to them?

16         A      If there's ample time, yes.  I

17   give information to the principal, and he

18   distributes that.

19         Q      Do you have a recollection of

20   giving information to Mr. Finlayson about

21   Jessica's CF?

22         A      Yes.  Papers from the

23   hospital.

Page 84

1     Q     Is that something Dr. Grad

2   gives to you, and you then give it to the

3   principal, or is that something you pick

4   up from the waiting room or --

5     A     Dr. Grad or one of his

6   associates, someone at the hospital, will

7   give those to me.

8     Q     And what exactly is that?

9     A     Explanations of what CF is and

10  certain things that she will need during

11  the year.

12    Q     And what sort of things are

13  those?

14    A     Such as frequent -- very

15  frequent bathroom breaks, snacks because

16  of her illness, things like that.

17    Q     So do you have a

18  recollection -- I know you don't keep

19  report cards, but do you have a

20  recollection of what Jessica's grades were

21  like in the sixth grade?

22    A     Very good grades; As, Bs.

23    Q     That was the same year Jessica

**American Court Reporting**
**toll-free (877) 320-1050**

Page 85

1   first found out that her sister had been

2   molested; right?  2003/2004?

3       A     I'm not sure about the years.

4       Q     Around that time.

5       A     Around that time, I think.

6       Q     And then in the seventh grade

7   she was also making As, Bs, and Cs.  Is

8   that your recollection?

9       A     I don't remember what she

10  had.  I'm sorry.  I think this is her

11  first year with Cs.  I could be wrong.

12      Q     Last year she made As and Bs,

13  and then this year she has some Cs in

14  pre-algebra and English and science.  Is

15  that to your best recollection as well?

16      A     Yes.

17      Q     And Jessica told us about a

18  couple of different occasions that she

19  remembers being out of school to be

20  hospitalized while she's been at the

21  middle school.  I think she said there was

22  at least one occasion last year, the time

23  that Ms. Bradberry and Ms. Mitchell came

Page 86

1   to the hospital, and then there was one

2   occasion this year, this January.  And I

3   think she might have mentioned a third, or

4   else she referred to three times ago when

5   she was in the hospital or something.

6         How many times during the time she's

7   been at the middle school has she been

8   hospitalized?

9         A     That would have been starting

10  with the sixth grade; right?  It's usually

11  at least twice a year during the school

12  time.  Sometimes it might fall during the

13  summer and then maybe during the school

14  time.  But it's at least once a year,

15  maybe twice a year.

16        Q     And during the time that she's

17  hospitalized, is it usually for the two to

18  three weeks that she was telling us she

19  was hospitalized this past time?

20        A     Yes, ma'am.  It's always two

21  weeks.  At least two weeks.

22        Q     And during that time that

23  she's been at the middle school, is it

**American Court Reporting**
**toll-free (877) 320-1050**

Page 87

1  pretty fair to say that usually she is

2  either brought school work or you go to

3  the school and get some of her class work

4  to take to her, so that she can be working

5  on that while she's out of school?

6          A       I go to the school and pick

7  that up.

8          Q       And do they usually have you

9  call them to let them know that she's in

10 the hospital and you're coming to pick up

11 her work?  Or how does that usually work?

12         A       I call ahead because they say

13 it takes a couple of days to get it

14 together.  So I call ahead and then go

15 pick it up.

16         Q       Usually when she's in the

17 hospital, is she well enough to do school

18 work while she's there?

19         A       When she's feeling really bad,

20 she cannot do the work.  Once she starts

21 feeling better, she starts doing it right

22 away, trying to catch up.

23         Q       And she's never failed a class

**American Court Reporting**
**toll-free (877) 320-1050**

Page 88

1    because she's been out of school and been

2    hospitalized; right?

3         A     No.  She's really struggled.

4         Q     But she's never failed?

5         A     She's never failed.

6         Q     And she usually does catch up,

7    or else they just waive that -- whatever

8    she missed, right, the teachers?

9         A     I don't know what they waive.

10   I don't know how that works when she gets

11   back to school.

12        Q     Do you understand that she is

13   usually allowed to make up class work or

14   tests if the teacher requires that?

15        A     I think so, yes.

16        Q     I think she told us about the

17   activities that she's been in in the

18   seventh and eighth grades; the band, the

19   cheerleading, the Beta Club, the church

20   youth groups, the 4H Club, the Science

21   Club.  Do you have any other knowledge

22   about any other activities she's belonged

23   to in the last two years?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 89

1       A     I can't think of any.

2       Q     Sounds like she's pretty busy,

3 though?

4       A     Yes.

5       Q     Did you know she had a

6 boyfriend before she told us today?

7       A     Oh, yes.

8       Q     Is that someone that you and

9 your husband allow for her to bring into

10 the home, and you all have met him

11 before?

12      A     She's not old enough to bring

13 boys into the home.  I mean, I know that

14 she likes him.  They talk on the phone.

15 They write notes.

16      Q     Do they do e-mailing back and

17 forth, or is that --

18      A     I don't even think they

19 e-mail.  I don't even think they have that

20 down yet.

21      Q     But you knew that he is a high

22 school student, and she's still in middle

23 school?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 90

1      A      Yes, I do.

2      Q      And do you go with her to her

3  new church that she was talking about

4  going to with Christina?

5      A      No.  That -- I do not.

6      Q      Do you still go to First

7  Baptist, or do you go to a different

8  church?

9      A      We have not attended the last

10  few Sundays.  We're in between trying to

11  decide a home church.  We're still members

12  at Providence.  Our membership is at

13  Providence.

14      Q      Was Providence one that y'all

15  belonged to before the First Baptist?

16      A      Concord is our home church.

17      Q      That's the one she --

18      A      That church went down to

19  nothing.  There was no kids anymore.

20  There was no activities for children.  We

21  didn't leave there on bad terms.  It's

22  just there was nothing for children.

23      Q      And then you moved to

Page 91

1    Providence Church?

2         A      Uh-huh.

3         Q      And then from there you went

4    to First Baptist?

5         A      Uh-huh.

6         Q      And then after that -- now

7    you're looking?  And Jessica is --

8         A      We're just visiting around.

9    Yeah.

10        Q      Does Emily attend church with

11   you and Mr. Wright, or does she go with

12   Jessica and Christina?

13        A      She goes with us.  She's a

14   member at First Baptist.  She was saved

15   there.

16        Q      Now, Jessica was telling us

17   about some of her medical appointments

18   where sometimes her doctors will tell her

19   just to be absent the entire day, or her

20   orthodontist appointment where she'll have

21   to check out of school to go.  I guess

22   with braces, you have to go.

23        A      Right.

1    Q    What is that?  A monthly-type

2  visit?

3    A    Braces are once a month.

4    Q    Are you typically the one to

5  take her to those visits?

6    A    Yes.

7    Q    So you check her in and out of

8  school?

9    A    We try to make those late in

10  the afternoons so she doesn't have to

11  check out very early.

12    Q    But, I mean, if someone is

13  going to check her out of school, it's

14  typically going to be you?

15    A    Yes.

16    Q    And as far as providing the

17  excuses from the doctors, is that

18  typically something that you get and then

19  give to Jessica to give to the office?

20    A    Yes.

21    Q    Have y'all ever had any

22  problems with having absences excused for

23  Jessica when you provide those medical

**American Court Reporting**
**toll-free (877) 320-1050**

Page 93

1    excuses?

2        A    No.

3        Q    Did Jessica provide us with

4    the names of all the doctors -- did you

5    know the doctor that's the cirrhosis

6    doctor, the liver doctor?

7        A    At Children's, there's a --

8    it's a big team of pulmonary specialists.

9    I don't even recall all their names.  They

10   may send a particular stomach doctor in

11   there during one of our visits or

12   whatever.  I do not recall the exact

13   doctor we see for the liver problem.  It's

14   being treated by her pulmonary

15   specialist.  He gives her the medication

16   for it.  And he would call on someone else

17   if something extra is needed.  It wouldn't

18   be my place to.

19       Q    Who's the pulmonary

20   specialist?

21       A    Dr. Grad.

22       Q    That's sort of the main doctor

23   that y'all see?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 94

```
 1         A       Uh-huh.
 2         Q       Does he coordinate with
 3   Dr. Mathison as far as --
 4         A       Yes.  They respond back and
 5   forth.
 6         Q       Now, does Emily also go to see
 7   Dr. Mathison?
 8         A       Yes.
 9         Q       Emily does not also have CF,
10   though; right?
11         A       No, she did not.
12         Q       And some of the days that
13   Jessica has been absent during the time
14   she's been at the middle school, you all
15   have had family members or friends pass
16   away, and you've let her attend the
17   funerals; is that correct?
18         A       My mother passed away in
19   September.
20         Q       Of this year?  I'm sorry to
21   hear that.
22               MR. JONES:  Do you need a
23   break?
```

**American Court Reporting**
**toll-free (877) 320-1050**

Page 95

1            THE WITNESS:  Yes.

2            MR. JONES:  Is that all right

3    with you?

4            MS. HORTBERG:  Absolutely.

5                1:56 p.m.

6              (Recess taken)

7                2:02 p.m.

8        Q      We're back on the record,

9    Mrs. Wright.  Are you okay to continue?

10       A      Yes.  I'm fine.

11       Q      I believe there's been mention

12   about physical therapy for Jessica.  Does

13   she attend physical therapy right now?

14       A      She has it every day at home.

15       Q      Oh, it's something you

16   administer?

17       A      Uh-huh.

18       Q      What is that?

19       A      She has a vest at home that we

20   do forty minutes a day.

21       Q      I'm sorry?

22       A      It's a machine that breaks the

23   mucus up inside her lungs that she has to

**www.AmericanCourtReporting.com**
**February 3, 2006**

1    wear for forty minutes a day.

2        Q    And is that something that

3    she's done continuously since she was

4    born?  How long have y'all been doing that

5    every day?

6        A    Since she was born.

7        Q    Has there ever been a point in

8    her life that she's not had to do that

9    every day?

10       A    No.  She'll always do it.

11       Q    No matter how much physical

12   exertion she has during the day, that's

13   still a required physical therapy she has?

14       A    Should she have real strenuous

15   exercise treatment, you know, such as

16   cheering was, she could skip one of those

17   treatments.

18       Q    But when she cheered in the

19   seventh grade, she still had it every day;

20   right?

21       A    During the time of practices

22   in the afternoon, she would have her

23   morning therapy, not the afternoon.

Page 97

1    Q    So how often does she have
2  that therapy every day?
3    A    Twice.
4    Q    So while she's been on the
5  dance team, has she also been able to skip
6  her afternoon therapy?
7    A    No, not really.  She gets it
8  most every day.
9    Q    Do you understand that the
10 dance team is not quite as strenuous an
11 activity as the cheerleading squad?
12   A    Uh-huh.  Yes, I do.
13   Q    Is there something where you
14 sign off on a checklist that says we have
15 done this therapy twice today, we skipped
16 it this time, or anything like that?
17   A    No.  That's just -- that's a
18 personal thing between you and your
19 children, whatever.
20   Q    And the doctor?
21   A    And the doctor.
22   Q    Did the doctor ever write
23 anything out during the time that Jessica

**American Court Reporting**
**toll-free (877) 320-1050**

Page 98

1    was a cheerleader that says she is allowed

2    to skip her second therapy for the day?

3        A    I don't recall him writing

4    anything like that.  We talked about those

5    things, though.

6        Q    But there's nothing --

7        A    Written?  No.

8        Q    Does she ever go to a physical

9    therapist to get any kind of work like

10   that done, Jessica?

11       A    Not when she's at home.  In

12   the hospital, a physical therapist does it

13   there.

14       Q    Twice a day still?

15       A    Three to four times a day.

16       Q    Now, this morning I was given

17   a copy of a letter that supposedly was

18   written by Mr. Blankenship to Mr. Jackson,

19   but it was not signed.  Have you ever seen

20   a copy of this letter?

21       A    Yes.

22       Q    Were you shown a copy of that

23   letter before it was sent to Mr. Jackson,

1  or is this morning the first time you've

2  seen this letter?

3      A    I've seen the letter before.

4  This morning isn't the first time.  I was

5  not in Mr. Blankenship's office, I don't

6  believe, the day that that was sent.  But

7  I discussed that with him.

8      Q    My question is, did you see it

9  before it was sent?

10     A    I don't remember.  I really

11  don't remember.

12     Q    Have you had an opportunity to

13  review this letter today?

14     A    Not since you handed -- only

15  when you handed it to me just now.

16     Q    Would you read it over for me,

17  please?

18     A    Yes.

19     MS. HORTBERG:  And we're going

20  to submit this as Defendants' Exhibit 1.

21     (WHEREUPON, a document was

22  marked as Defendants' Exhibit Number 1 and

23  is attached to the original transcript.)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 100

1    Q    So you do have a recollection
2  of seeing this letter before today?
3    A    Oh, yes.
4    Q    But you don't remember whether
5  you saw it before or after Mr. Blankenship
6  sent it to Mr. Jackson?
7    A    I don't recall.  I don't know.
8    Q    Do you have a recollection of
9  meeting with Mr. Blankenship -- and I'm
10  not asking you what you discussed with
11  Mr. Blankenship.  But do you have a
12  recollection of meeting with him prior to
13  March 9th of 2005 to discuss him sending
14  this letter?
15    A    Oh, yes.
16    Q    Is Mr. Blankenship your
17  family's personal attorney?
18    A    We've consulted with him for
19  years.
20    Q    So he is your personal
21  attorney?
22    A    Uh-huh.
23    Q    Do you understand whether

Page 101

1   Mr. Blankenship ever wrote another letter

2   like this?

3       A      There should have been two.

4       Q      Do you have a copy of the

5   second?

6       A      No, I do not have a copy.

7       Q      When do you understand that

8   there was a second letter written?

9       A      I don't know the date.  I'm

10  sorry.  I don't even know if that's the

11  first or the second.  I don't remember the

12  dates.  I'm sorry.

13      Q      Did you ever get sent a copy

14  of this letter by Mr. Blankenship?

15      A      I don't recall.  I've received

16  lots of things.  I don't recall that I

17  have ever received it.  I don't have

18  anything -- I have looked for everything I

19  have at home, and I have nothing.  I'm

20  sorry.

21      Q      So you don't have a copy of

22  this or any other letter?

23      A      No, I don't.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 102

1   Q    So you don't have any evidence

2   that there even is a second letter;

3   right?

4   A    Do I have a copy of the second

5   letter?

6   Q    No, ma'am.  I'm asking do you

7   have any evidence that there is a second

8   letter?

9   A    No.  I do not hold nothing,

10  no.

11  Q    When you saw this letter prior

12  to today, did you disagree with anything

13  in it?

14  A    No, I guess not.

15  Q    Did you ask Mr. Blankenship to

16  revise this letter, to correct anything in

17  it?

18  A    I don't recall.  I don't

19  recall their exact conversations.  I've

20  talked with him many times.

21  Q    Did you ever tell

22  Mr. Blankenship, I disagree with part of

23  this letter; I want you to rewrite it and

1    resend it?

2        A      I don't -- I don't recall.

3        Q      You don't recall ever doing

4    that?

5        A      Huh-uh.  I don't recall.  I'm

6    sorry.

7        Q      Is this letter truthful?  Does

8    it state the facts as they are?

9        A      I would think so, yes.

10        Q      You agree with it?

11        A      Uh-huh.

12        Q      Have you ever prepared any

13    written correspondence to John Hollis

14    Jackson?

15        A      No.

16        Q      Have you ever prepared any

17    written correspondence to Mildred

18    Ellison?

19        A      No.

20        Q      Have you ever prepared any

21    written correspondence to Mr. Finlayson?

22        A      No, not that I recall.

23        Q      What about to any of the board

Page 104

1    members that you've sued in this lawsuit?

2    Have you ever prepared any written

3    correspondence to any of them?

4         A    No.

5         Q    Have you ever prepared any

6    written correspondence to be read out loud

7    during any board meeting about your

8    daughter?

9         A    No.

10        Q    Have you ever prepared any

11   written correspondence to Mr. Baker?

12        A    No.

13        Q    What about any other teacher?

14        A    No.  Not that I remember, no.

15        Q    So you never made a request in

16   writing for an IEP meeting to anyone at

17   the Chilton County Board of Education;

18   right?

19        A    No.

20        Q    Did you ever make a verbal

21   request for an IEP meeting to anyone at

22   the Chilton County Board of Education?

23        A    I did not come here to the

Page 105

1   board of education.  But, yes, I have

2   mentioned -- I didn't call it IEP.  Maybe

3   not.  But I have mentioned special

4   programs or something I felt that Jessie

5   is entitled to that she's not getting at

6   this school system.

7        Q    But you don't remember ever

8   making a verbal request for an IEP

9   meeting?

10       A    I made a verbal request for

11  the type of program that she is entitled

12  to.  I'm not going to say I called it an

13  IEP.  I do not remember what I called it.

14       Q    You don't have a recollection

15  of using the words "IEP meeting" with

16  anyone at the Chilton County Board of

17  Education or any educator employed by the

18  Chilton County Board of Education?

19       A    Yes.  Now, I could have said

20  IEP to someone, yes.

21       Q    Do you have a specific

22  recollection of that?  I'm not asking you

23  to speculate.  I'm asking for your

**American Court Reporting**
**toll-free (877) 320-1050**

Page 106

1    specific recollection of that.  Tell me

2    who the discussion was with, when you had

3    it, and what you told that person.

4         A     I don't remember specifically

5    saying IEP.

6         Q     Did you ever obtain a copy of

7    what you understood was an IEP from the

8    Skyline School System and bring it to

9    anyone at the Chilton County Board of

10   Education?

11        A     No.  I assume they would mail

12   that with her records.

13        Q     Did you ever ask anyone at

14   Skyline to mail that to anyone at the

15   Chilton County Board of Education?

16        A     I may have even signed

17   something from this school to send to them

18   to get her records.

19        Q     Did you ever contact the

20   special education coordinator here at the

21   Chilton County Board of Education about an

22   IEP for Jessica?

23        A     I have spoke with the lady at

**American Court Reporting**
**toll-free (877) 320-1050**

Page 107

1    the school about Jessie's condition of the

2    IEPs, yes.

3         Q    Do you know whether that is

4    the special education coordinator?

5         A    She handles those at the

6    middle school.

7         Q    What's her name?

8         A    Ms. Sanders.

9         Q    Ms. Sanders?

10        A    Uh-huh.

11        Q    When did you first have a

12   discussion with Ms. Sanders about Jessica?

13        A    I don't remember the exact

14   time. But any time I would be subbing or

15   be there to meet Ms. Sanders, we'd discuss

16   Jessica's situation.

17        Q    When was the first meeting?

18        A    I don't recall. She and I

19   have had several conversations about

20   Jessica's health and her disabilities.

21        Q    Do you know whether she is the

22   proper person to discuss those issues

23   with?

**American Court Reporting**
**toll-free (877) 320-1050**

1     A     I believe she is.

2     Q     But you don't know?

3     A     I'm not for sure.

4     Q     And what is Ms. Sanders' title

5   at the middle school?  Is she a teacher?

6     A     She works for the special --

7   like, she works with handicapped children

8   or special classes.

9     Q     Have you ever made a written

10  complaint to Ms. Sanders about any sort of

11  services that you think are being denied

12  to Jessica?

13    A     No.

14    Q     Have you ever made a verbal

15  complaint to Ms. Sanders about any sort of

16  services that you believe are being denied

17  to Jessica?

18    A     Yes.  Discussions, yes, I

19  would have.

20    Q     Tell me when those were.

21    A     I don't remember the exact

22  times.  I just remember having

23  conversations with her.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 109

1      Q      Tell me what those

2   conversations consisted of.

3      A      Just when -- I would express

4   that Jessie was considered a disabled

5   child.  She is disabled, and she would be

6   entitled to things such as the bathroom

7   breaks, which she was scared -- had become

8   scared to ask for.  I wanted her to eat

9   during the day because the doctor said she

10  had to.  Just any of the needs that she

11  would have for particular days.

12     Q      I need to know what all those

13  are.

14     A      If an episode had happened

15  maybe the day before, I might would call

16  that one to her.  I don't recall which

17  things we would have discussed.

18     Q      Do you have a specific

19  recollection of talking with her about

20  Jessica needing bathroom breaks?

21     A      Yes.  She is aware of that,

22  yes.

23     Q      What about the snacks?  Do you

**American Court Reporting**
**toll-free (877) 320-1050**

Page 110

1    also have a specific recollection of --

2         A    Yes.

3         Q    What other issues have you

4    brought to Ms. Sanders' attention?

5         A    She's aware of the stomach

6    pains that Jessie can have, gas problems

7    that Jessie has.  She becomes ill in the

8    mornings after medications, and night.  I

9    don't believe I spoke to her about the

10   diabetes.

11        Q    When's the last time you

12   talked to Ms. Sanders?

13        A    It would have been last year

14   during the school year.

15        Q    Would you talk to Ms. Sanders

16   every time you would substitute at the

17   school?

18        A    No.  I wouldn't see her every

19   time.

20        Q    Do you know approximately how

21   many times you talked to Ms. Sanders about

22   Jessica's health?

23        A    I don't.

**American Court Reporting**
**toll-free (877) 320-1050**

1    Q    Was it more than once?

2    A    Oh, yes, I'm sure.  Several.

3    Q    Did you ever go talk to

4  Mr. Finlayson about -- did you ever go

5  make a verbal complaint to Mr. Finlayson

6  about any services you believed Jessica

7  was being denied?

8    A    I verbally told Mr. Finlayson

9  and handed him papers from the hospital on

10  what Jessica would need for the school

11  year.

12    Q    The papers that Jessica was

13  saying Dr. Grad would give?

14    A    Yes.  The ones that we'd get

15  from the hospital that they -- they give

16  us -- they give to us to give to the

17  school.  It may be called a school care

18  pack or something.  I don't know how they

19  title it.

20    Q    Is it more than one page?

21    A    Yes, I think so.

22    Q    Have you ever made a written

23  request for a due process hearing for

**American Court Reporting**
**toll-free (877) 320-1050**

Page 112

1    Jessica?

2        A      No.

3        Q      Have you ever made a verbal

4    request for a due process hearing for

5    Jessica?

6        A      What is a due process?

7        Q      You've never made such a

8    request?

9        A      No, I guess not.

10       Q      Have you ever asked anyone to

11   make a request for you for a due process

12   hearing?

13       A       Is that not what the letter

14   from Brandon would be?

15       Q      No.

16       A      Well, then, no.

17       Q      Who was Ms. Martin?

18       A      She's a teacher at the middle

19   school.

20       Q      Is that someone that you knew

21   from your days of subbing there?  Or how

22   did you know her?

23       A       I suppose that's how I met

**American Court Reporting**
**toll-free (877) 320-1050**

Page 113

1  her, was subbing, or either when she

2  became Jessie's teacher.

3        Q    Is that the one that Jessica

4  said that she was an aide for her?

5        A    Yes.

6        Q    Would you ever go in

7  Ms. Martin's room while Jessica was the

8  aide in that class while you were subbing

9  at the middle school?

10        A    No.

11        Q    What about Mr. White?  Who is

12  he?

13        A    He was an assistant principal.

14        Q    Do you remember writing

15  Mr. White a letter last year -- August of

16  2004 about Ms. Martin?

17        A    I don't remember it.  I'm

18  sorry.

19        Q    She really does love all of

20  you there at Adair.  You have all been so

21  understanding and gotten us through some

22  tough times.  Thanks, Kathy Wright.  Is

23  that your handwriting?

Page 114

1    A    Yes, that is.

2    Q    Is that a letter you remember

3    writing?

4        MR. JONES:  Take a minute and

5    read it, and see if it's your writing and

6    your signature.

7    A    Yes, I do remember this

8    letter.

9    Q    And that's your signature and

10    your handwriting?

11    A    Yes.

12        MS. HORTBERG:  Mark this as

13    Defendants' Exhibit 2.

14        (WHEREUPON, a document was

15    marked as Defendants' Exhibit Number 2 and

16    is attached to the original transcript.)

17    Q    So August of 2004 would have

18    been around the time that Jessica started

19    the seventh grade?

20    A    Yes, I think so.

21    Q    At the beginning of that

22    seventh grade school year where Jessica

23    had the incident where Mr. Baker did not

**American Court Reporting**
**toll-free (877) 320-1050**

Page 115

1    allow her to use the restroom, did you

2    bring that to anyone's attention at the

3    school?

4         A    I called Mr. Finlayson.

5         Q    Did you go in and meet with

6    him, or did you just talk to him about it

7    over the phone?

8         A    I believe I talked to him over

9    the phone.  I don't believe I came in.  I

10   think I called him on the phone.

11        Q    Do you remember whether or not

12   you were upset during that telephone

13   conversation?

14        A    Yes, I was.

15        Q    You do remember being upset?

16        A    Yes.

17        Q    Do you remember a resolution

18   coming about because of that telephone

19   conference?

20        A    He told me that he would go to

21   Mr. Baker and be sure that he knew about

22   Jessie's problem.

23        Q    And from then on out, Jessica

**American Court Reporting**
**toll-free (877) 320-1050**

Page 116

1  didn't have a problem with Mr. Baker

2  allowing her to go to the bathroom;

3  right?

4      A      I don't recall her

5  specifically saying anything about

6  Mr. Baker.

7      Q      So was the answer to that

8  yes?

9      A      I think that's yes.

10      Q      Did you ever call

11  Mr. Finlayson about any other teacher who

12  would not allow Jessica to use the

13  restroom?

14      A      I believe there was a time

15  that I called about a Ms. Mitchell.

16      Q      Is that the incident that

17  Jessica was telling us about earlier in

18  PE?

19      A      Uh-huh.  That was another time

20  Jessie --

21      Q      Do you remember what grade

22  that was?

23      A      I don't know if that was sixth

**American Court Reporting**
**toll-free (877) 320-1050**

1    or seventh.  I'm sorry.

2        Q    And after that you never had

3    any other complaints about Ms. Mitchell

4    not allowing Jessica to use the restroom;

5    right?

6        A    I don't believe so.

7        Q    So both times that you called

8    Mr. Finlayson with -- you know, to alert

9    him that Jessica had not been allowed to

10   use the restroom, he was receptive and

11   contacted those teachers; correct?

12       A    I believe so.

13       Q    And those situations were

14   resolved?

15       A    I think so.

16       Q    You never had any complaints

17   about those two teachers again; right?

18       A    I don't think about those two

19   particular ones.  Now, Ms. Mitchell about

20   other things, but not the restroom.

21       Q    Ms. Mitchell is the same one

22   that came to see Jessica at the hospital

23   while you were in the room?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 118

1        A       Yes, she did.

2        Q       Was there anything that was a

3   problem while she was at the hospital

4   delivering the school work?

5        A       No.

6        Q       And the time that you called

7   Mr. Finlayson about Ms. Mitchell, was that

8   something where you went in to see him, or

9   was that a telephone call?

10       A       I believe it was a phone call.

11       Q       Were you upset during that

12  phone call?

13       A       Yes.

14       Q       During the last three years

15  that Jessica has been at the junior -- I

16  mean, the middle school, how many other

17  occasions have you had to call

18  Mr. Finlayson about Jessica?

19       A       I don't remember specific

20  incidents.  I do not remember which ones I

21  would have called him on.  I'm sorry.

22       Q       Do you have any specific

23  recollection of calling him besides those

Page 119

1    two times about any sort of issue related

2    to Jessica's health besides, hey, she's

3    going to be in the hospital or she's going

4    to be out, those sort of things?

5        A    I don't recall specific

6    incidents.  I'm sorry.  I don't.

7        Q    Do you keep notes of any of

8    these conversations that you have with

9    Mr. Finlayson?

10        A    No.

11        Q    Did you ever call

12    Mr. Finlayson's office and ask to make an

13    appointment so you could go in and

14    personally speak to him about any issue

15    related to Jessica's health?

16        A    No.  I had spoke to him at the

17    beginning of the year.

18        Q    And you gave him the

19    information that was provided to you by

20    Dr. Grad?

21        A    Uh-huh.

22        Q    Did you elaborate on any of

23    that information that was provided by

**American Court Reporting**
**toll-free (877) 320-1050**

Page 120

1    Dr. Grad?

2         A       I tried to explain anything

3    that might not be self-explanatory inside

4    the papers, but most of it is

5    self-explanatory.

6         Q       And I know that Jessica has

7    said there were several teachers that

8    commented to her that if she ever needed

9    any help or assistance, let them know.

10   They would be happy to help her.

11        A       That was in fifth grade, and

12   they were very good to her that year, in

13   intermediate school.

14        Q       You don't remember her

15   teachers in sixth and seventh and eighth

16   grades -- any teachers during those years

17   making those same sort of offers?

18        A       I don't recall specific ones.

19   She may have made those comments about

20   some of them, but I don't remember those

21   specific ones.

22        Q       What about Ms. Martin?  Did

23   you understand that she was very

**American Court Reporting**
**toll-free (877) 320-1050**

Page 121

1    understanding, as you stated in your

2    letter?

3         A    Uh-huh.  That letter was

4    written for a reason.  Yes.

5         Q    To inform Mr. White that the

6    teachers had been very understanding of

7    Jessica?

8         A    No.  That -- no.  Jessica

9    was --

10         Q    Well, isn't that what you say

11    here at the bottom?  She really loves all

12    of you there at Adair.  You have all been

13    so understanding.

14         A    He transferred her to that

15    class out of a PE class that she was

16    having to go in and out of the cold, and

17    she was becoming sick from it.  So he

18    transferred her to Ms. Martin.

19         Q    So you had called Mr. White to

20    alert him that she needed to be

21    transferred --

22         A    Yes.

23         Q    -- to another class?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 122

1          A       Yes.

2          Q       And he was receptive to that

3     and did that?

4          A       Yes.

5          Q       And you appreciated that he

6     had done that?

7          A       Yes, I did.  Yes, I did.

8          Q       And any other issues you ever

9     brought to Mr. White's attention about

10    anything going on at the school with

11    Jessica?

12         A       Not that I recall.

13         Q       I guess Jessica thought that

14    Ms. Martin had asked her to be the aide

15    while they -- while she was in

16    cheerleading.  Was this a different time

17    that she was her aide, that you asked for

18    her to be the aide?

19         A       I don't know.  I don't know.

20    Now, I believe that -- I believe that's

21    the same incident right there.

22         Q       Have you or your husband ever

23    filed for bankruptcy?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 123

1    A    No.

2    Q    Have you ever requested any

3    sort of restraining order on your husband?

4    A    Yes.  When we divorced in

5    October of 2000 -- whatever year it was.

6    Q    '02 I think you said.  Was

7    that restraining order -- was it granted

8    or -- I mean, it was issued?

9    A    I don't think Mr. Wright ever

10   received a copy of that.

11   Q    What made you request a

12   restraining order against your ex-husband?

13   A    So that he would not bother

14   me.

15   Q    While you were living with

16   your --

17   A    I was not living with the

18   other man.

19   Q    While you were living in the

20   other man's house?

21   A    Yes.

22   Q    Did you have a restraining

23   order against Mr. Beach at any point in

**American Court Reporting**
**toll-free (877) 320-1050**

Page 124

1  time?

2      A      After I had left him, I did,

3  yes.

4      Q      Have you ever had a

5  restraining order against your other --

6      A      It wasn't a restraining order,

7  I don't think.  It was -- it was to keep

8  him from driving by my house, yelling at

9  the kids.

10     Q      Mr. Beach would do that?

11     A      Uh-huh.

12     Q      After you had moved out of his

13  house?

14     A      Uh-huh.

15     Q      Did the molestation only occur

16  while you all lived at Ola Street?

17     A      No.  I believe that it was

18  also at Drury Inn, which was a place that

19  he stayed.

20     Q      He molested your daughter at a

21  hotel room?

22     A      I believe that was the first

23  time she had brought it up.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 125

1    Q    Did you leave your daughter
2  alone with him in a hotel room?
3    A    Only that once.
4    Q    When she was seven?
5    A    Eight.
6    Q    Eight.  How old was he?  In
7  his sixties?
8    A    Yes.
9    Q    Where were you and Jessica
10 when your daughter was alone with
11 Mr. Beach?
12   A    We had driven up the street to
13 pick up some bathing suits.
14   Q    So you've asked for or
15 requested two restraining orders in your
16 life?  You think one for Mr. Beach and
17 Mr. Wright?
18   A    If it was a restraining order
19 for Mr. Beach.  I really don't know what
20 it was.  But yes.
21   Q    Have the police ever been
22 called out to your house, either at Ola
23 Street or County Road 41?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 126

1        A        The police went with me to Ola

2    Street to get my stuff from Mr. Beach,

3    just to get clothes so there would be no

4    problems.  And at County Road 41, I

5    believe it was during the time we were

6    getting our divorce, and Benny and I were

7    having -- he didn't want the divorce, and

8    I did, and I called them.

9        Q        And you called the police?

10       A        Yes, I called them then.

11       Q        Is that when he moved into his

12   business?

13       A        Uh-huh.

14       Q        You make a claim in the

15   lawsuit for loss of services of Jessica.

16   What services have you lost of hers?

17       A        Do you mind if I relook at it,

18   what you're asking me about?

19       Q        Sure.

20       A        Since all this has came up, I

21   feel like our family isn't the same.  I

22   lay in the bed many nights with Jessie and

23   cry.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 127

1    Q    Since she didn't make

2    cheerleading?

3    A    We don't go places anymore

4    because of people talking and things that

5    go around.  Yes, I do believe we've lost a

6    lot.  I'm sorry, but I do.

7    Q    What services of hers have you

8    lost?

9    A    Chance of going out to all the

10   different games, her being friends with

11   everybody and we're -- not making fun,

12   pointing us out, putting us in a special

13   place.  That's important to a child, and

14   it's important to a mother to see her

15   child with other children as part of a

16   group.

17   Q    So when she was a cheerleader,

18   she was a part of a group, but now that

19   she's on the dance team --

20   A    Oh, they were very good to

21   her.  The group loved her then.

22   Q    As a cheerleader?

23   A    Uh-huh.

Page 128

1    Q    And after she didn't make

2  cheerleading, you feel like your family

3  has changed?

4    A    I feel like my family started

5  changing when she got into the argument

6  with Mr. Finlayson that day in the office.

7    Q    What day was that?

8    A    When he called her a teaty

9  baby --

10   Q    What day was that?

11   A    -- this is going to be a pity

12 party, and she needed to quit coming to me

13 as an excuse.  She didn't use me as an

14 excuse.

15   Q    Ma'am, what day was that, is

16 my question?

17   A    I don't remember the exact

18 day.

19   Q    Was it during her sixth grade

20 or seventh grade years?

21   A    Seventh.

22   Q    So since the seventh grade,

23 the day that you were a substitute and

**American Court Reporting**
**toll-free (877) 320-1050**

Page 129

1    Jessica missed class to come down to your

2    class is the day that you claim things

3    have changed?

4        A     Yes.  Everything has changed

5    since then, I believe.

6        Q     I mean, she was a cheerleader

7    that year; right?  Part of this group?

8        A     Cheerleading may have been

9    already over by that time.  I don't

10   remember.

11       Q     And you just said that group

12   was very good to her; right?

13       A     Uh-huh.

14       Q     And Jessica testified nobody

15   saw that incident with Mr. Finlayson, and

16   she hasn't talked to anybody about it.

17       A     This entire thing has been

18   talked about at that school.  Maybe not by

19   Jessica, but it's been talked.

20       Q     So the loss of services is

21   that you're not allowed to go out to games

22   with your daughter anymore?

23       A     We've lost a lot of services.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 130

1  We don't even enjoy being a family.

2       Q      That has nothing to do with

3  your divorce and you moving in with

4  another man and your daughter being

5  molested and y'all --

6       A      I made a bad choice.  I made a

7  bad choice, and I had to pay for it.

8       Q      And that's had some effect on

9  your family; right?

10      A      No.  I believe our family

11 pulled itself right back together from

12 that.  I'm sorry, but I do.  I don't think

13 -- that may -- I'm sure that upset my

14 children.  But we're now back with their

15 dad.  I don't think that's a problem with

16 them anymore.

17      Q      But you've never provided

18 Jessica any sort of counseling because of

19 any issue; right?

20      A      No.

21      Q      Did you speak with

22 Mr. Finlayson on the day that he talked to

23 Jessica in his office?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 131

1       A       Yes, I did.

2       Q       Did you make an appointment or

3   did you call him?  Did you go to his

4   office?

5       A       I was on my way up to the

6   office to see why they were calling in my

7   room looking for Jessie.  I met her coming

8   down the hallway just hysterical.  She was

9   telling me about the incident.

10  Mr. Finlayson walked up during the time

11  I'm in the hall with Jessica and proceeds

12  to tell me that he does not want her using

13  me as an excuse because I'm a substitute.

14  And I was trying to explain to him that --

15  what it was, and he didn't want to hear

16  it.  He said, she missed school work.  She

17  missed work.  She had a sub that day in

18  band.  All they had was a worksheet, and

19  Mr. Binion let her make that up later.

20      She wasn't using me as an excuse.

21  She was sick that day.  She had been sick

22  all that night before, and she was sick

23  that day.  I was in a little reading class

**American Court Reporting**
**toll-free (877) 320-1050**

Page 132

1   with two or three students, and I was a

2   sub.  All they had was a little worksheet

3   to do.

4        Q     So you left them alone to go

5   find Jessica when --

6        A     No.  She came to my room on

7   her own.

8        Q     I thought you said that you

9   left --

10        A     I have a work period.  You

11   have -- one particular class you have a

12   work period, and you're free that class.

13        Q     And that just happened to

14   coincide with the time that Jessica was in

15   Mr. Finlayson's office?

16        A     I got up to go to the office

17   and met her in the hall.

18        Q     Did you check her out of

19   school that day and take her home?

20        A     I was working that day.  I had

21   to stay.  I called her father, and he came

22   and spoke with Mr. Finlayson.

23        Q     Did he check her out of

Page 133

1    school?

2         A    No.  We tried to keep her in

3    school.

4         Q    So she was able to calm down

5    enough to stay in school that day?

6         A    She walked back in that room

7    crying in front of everyone.

8         Q    Well, she told me she hadn't

9    talked to anybody about this lawsuit.

10        A    To be crying, she doesn't have

11   to discuss the lawsuit.

12        Q    Do you know whether she has

13   talked to any of her friends or her

14   boyfriend about the lawsuit?

15        A    I've told her not to discuss

16   this.  I don't want a lot of talk going

17   on.  I've asked her not to discuss this

18   with everybody.

19        Q    Did you attend the meeting

20   with Mr. Blankenship two days ago with

21   Jessica when she missed school?

22        A    Yes, I did.

23        Q    And that's unrelated to this

**American Court Reporting**
**toll-free (877) 320-1050**

Page 134

1    case?  Your reason for going to see

2    Mr. Blankenship was unrelated to this

3    case?

4         A      Does that matter why I saw

5    Mr. Blankenship?

6         Q      Well, if it's related to this

7    case, I need to know about it.

8         A      I have spoke to

9    Mr. Blankenship about this case.

10         Q      Two days ago did you speak to

11    Mr. Blankenship about this case?

12         A      You know, I --

13              MR. JONES:  I'm going to

14    object to the question to the extent that

15    it calls for attorney/client privilege.

16    Listen to what she's asking you, and if

17    you -- you know, whatever you've talked

18    about, you can say you talked with him,

19    but you can't say what you talked about.

20              MS. HORTBERG:  Well, my

21    objection there would be you are their

22    attorney of record in this lawsuit.  Now,

23    if there's another attorney out there that

**American Court Reporting**
**toll-free (877) 320-1050**

Page 135

1    they've retained who hasn't made an

2    appearance, I'm not aware of that.

3            MR. JONES:  Well, you're not

4    entitled to know what they tell that

5    attorney anyway.  It's absolutely

6    privileged.  They can have two dozen

7    lawyers if they want to.

8        Q    (By Ms. Hortberg)  Well, my

9    next question is, two days ago you should

10   have been made aware that you were to ask

11   for any document related to this lawsuit.

12   And you were in Mr. Blankenship's office,

13   and you didn't get a copy of this letter

14   while you were there?

15       A    I didn't realize that that

16   wasn't already something that was supplied

17   to you.

18       Q    You had asked Mr. Blankenship

19   to provide that to your attorney before

20   two days ago?

21       A    Mr. Jones, I'm sure, has asked

22   for all the documents.  He came to me

23   asking for everything.  I've looked and

Page 136

1    I've looked to try to find everything I

2    have.

3         Q     Did you ask Mr. Blankenship

4    for a copy of this when you were there two

5    days ago?

6         A     I did not ask for that

7    document two days ago.

8         Q     Are y'all friends with

9    Mr. Blankenship?  Your daughter referred

10   to him by his first name.

11        A     We've known him forever; for a

12   long, long time.

13        Q     Did he help y'all with your

14   divorce?

15        A     No.

16        Q     Has he helped you with any of

17   these temporary restraining orders -- or

18   restraining orders you've ever gotten

19   against any man?

20        A     I may have discussed with him

21   legal processes with it.  I did not go to

22   him.

23        Q     Did you get him to help in

**American Court Reporting**
**toll-free (877) 320-1050**

Page 137

1  that case against Mr. Beach?

2      A      I discussed the case about

3  Mr. Beach.

4      Q      But he was not your attorney

5  in that case?

6      A      No.  No.

7      Q      What sort of work does

8  Mr. Blankenship do?

9      A      An attorney.

10     Q      What sort of work?  Criminal?

11 Civil?  Defense?  Plaintiffs?

12     A      I don't know.

13            MS. HORTBERG:  I just need to

14 take a quick break.

15                2:38 p.m.

16            (Recess taken)

17                2:53 p.m.

18     Q      We're back on the record.  You

19 understand you're still under oath?

20            MR. JONES:  Just one statement

21 for the record.  Defendant Ann Glasscock

22 has left the room and is no longer in the

23 room while the deposition is being taken.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 138

1    Q    I believe you testified
2  earlier about speaking to a Ms. Sanders
3  when you were subbing at the middle
4  school.  Was Ms. Sanders one of Jessica's
5  teachers?
6    A    She -- I don't really know
7  that she was a teacher for Jessica.  She
8  helps all of the children that have
9  special needs that did extra.
10    Q    What does she help Jessica
11  with?
12    A    I don't remember her being a
13  specific teacher for Jessica.  I don't
14  remember.
15    Q    Do you know why you would have
16  talked to her about Jessica, then, if she
17  wasn't one of Jessica's teachers?
18    A    Because I thought she was the
19  one that -- since she's the one who
20  handles the children with those kind of
21  needs and stuff, I thought that -- I
22  thought she would be able to help get that
23  for Jessica.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 139

1    Q    But you never made a verbal
2    request for any kind of special services
3    for Jessica to Mr. Finlayson; right?  You
4    only discussed her health issues with
5    Ms. Sanders?
6    A    No.  Her health issues have
7    been discussed with Mr. Finlayson also.
8    Q    Through the information that
9    you provided from Children's Hospital?
10    A    No.  He and I have had other
11    conversations besides that first day.  Is
12    that what you're talking about?
13    Q    Yes.
14    A    We've had other conversations,
15    yes.
16    Q    Have you ever had any
17    discussions with Lynn Boyd about Jessica's
18    health issues?
19    A    Who is Lynn Boyd?
20    Q    She's an educator employed by
21    the Chilton County Board of Education.
22    Have you ever discussed anything about
23    Jessica with her?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 140

1      A      Is she the nurse?

2      Q      No, ma'am.  I think Jessica

3  said the nurse's name was --

4      A      I spoke with a nurse or

5  someone that's over that here at the

6  board.  She met me at the school.

7      Q      Someone from the board met you

8  at the school?

9      A      Uh-huh.

10      Q      Was that person a nurse?

11      A      I thought she was.  She was --

12  she was there before Ms. Blackman was

13  hired.

14      Q      And what did she meet you at

15  the school about?

16      A      To discuss special needs for

17  Jessica with Mr. Finlayson.

18      Q      When was that meeting?

19      A      At the beginning of the school

20  year.

21      Q      Which school year?

22      A      This one that she's in now,

23  eighth grade.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 141

1    Q    But you don't remember what

2    that lady's name was?

3    A    I don't.  I'm sorry.  She met

4    us at the school.  She was with me the day

5    that we made the provisions for Jessica

6    for this year.

7    Q    Did you come up here to the

8    board and request to speak with this

9    woman, or did she contact you?

10    A    I contacted her.  I don't

11    remember how I got her name.  I don't

12    remember how I knew who to call.  Maybe I

13    just come up here and asked the lady in

14    the front who I would talk with, and they

15    transferred me back.

16    Q    And you don't have any

17    recollection of this woman's name.  What

18    did she look like?

19    A    Short hair.  My understanding

20    is, she's the -- she's over the nursing

21    part of the board of education.

22    Q    So did this come up after

23    Jessica was diagnosed with diabetes?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 142

1    A    Yes.  Because I only met with

2  her the first of this year.

3    Q    And she's only been diagnosed

4  with diabetes since this past summer?

5    A    Since July.

6    Q    And then after your meeting

7  with this woman from the board and

8  Mr. Finlayson about her diabetes, a nurse

9  was hired to be at the school at all

10  times?

11    A    Yes.

12    Q    Was there any discussion about

13  Jessica's CF on the day that you met with

14  that woman and Mr. Finlayson?

15    A    Yes.  We talked about her

16  having her snacks, and that's when they

17  allowed her to put the snacks inside the

18  rooms for this year, and for her to be

19  allowed to go to the restroom often,

20  frequent.

21    Q    Any other requests that you

22  made that were resolved during that

23  meeting?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 143

1    A    I think we spoke about she

2   would need water from time to time,

3   another thing for her diabetes. I don't

4   think we discussed anything else.

5    Q    And at that point, was it

6   discussed about her checking her blood

7   sugar at noon when she went to go get her

8   other medication?

9    A    Yes. Yes.

10    Q    And the eleven o'clock shot,

11   is that something new for this year?

12    A    Yes. She was only -- she only

13   started taking these in July of this past

14   summer.

15    Q    Do you remember when that was

16   the beginning of the eighth grade year, a

17   specific day?

18    A    No. But it was probably in

19   August. They started back in August.

20    Q    Since your discussion with

21   Mr. Finlayson and this woman, and after

22   the hiring of the nurse, you've had no

23   complaints about Jessica being allowed to

Page 144

1    go to the restroom whenever she wants,

2    getting water whenever she wants it, or

3    having snacks whenever she wants them?

4         A      No.   It's been very good since

5    then.

6         Q      Did you ever request an

7    appointment with the counselor up at the

8    middle school to discuss any issues about

9    Jessica?

10        A      No.   But she and I have

11   discussed Jessica, but I didn't make an

12   appointment for that.

13        Q      Which counselor is that?

14        A      Ms. Davis.

15        Q      What year did y'all talk about

16   Jessica?

17        A      We discuss her every time we

18   see each other.

19        Q      Do you have any specific

20   recollections of any discussions with

21   Ms. Davis?

22        A      She stopped me at the school

23   when I walked in the week Jessie got out

**American Court Reporting**
**toll-free (877) 320-1050**

1  of the hospital, I believe.

2      Q      This past time?

3      A      Uh-huh.

4      Q      What did you all talk about

5  that time?

6      A      How she had progressed or not

7  progressed and just how her situation was.

8      Q      How she had progressed or not

9  progressed health-wise?

10      A      Yes.  How she was doing.

11      Q      Health-wise?

12      A      Health-wise.

13      Q      Have you ever had a

14  parent/teacher conference with any

15  teachers about Jessica's grades?

16      A      Not that I recall.

17      Q      You've never made a verbal or

18  written request for any kind of tutoring

19  help for Jessica; right?

20      A      Verbal, yes.

21      Q      To who?

22      A      Written, no.  I don't recall

23  exactly who it would have been to.  That's

**American Court Reporting**
**toll-free (877) 320-1050**

Page 146

1   in some of the things that we were

2   thinking was in with the IEP.  She's out

3   two weeks at a time.

4        Q    Who did you make a verbal

5   request for any kind of tutoring help for

6   Jessica?

7        A    I don't recall exactly.

8        Q    Do you recall when that was?

9        A    It would have been this school

10  year.  No.  It would have been last school

11  year.  This year has gone fairly good.

12       Q    Do you recall if it was a

13  teacher or an administrator or a counselor

14  that you made that request to?

15       A    I believe a teacher.

16       Q    Do you know who that was?  And

17  I don't want you to speculate.

18       A    No, I don't.

19       Q    What were you requesting

20  tutoring in?

21       A    Any of her subjects that she

22  would have to catch up while in the

23  hospital.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 147

1    Q    And she was out twice last
2  year for being hospitalized?
3    A    I believe so.  No.  One of the
4  visits may have been June or July, during
5  the summer after school.
6    Q    So she was only out the one
7  time in the second semester when she was
8  no longer cheering, when Ms. Mitchell and
9  Ms. --
10    A    Yes.  She wasn't in at all, I
11  don't believe, during any of the cheering
12  time.  She was not in the hospital during
13  any of that time.  That would have been
14  first semester.
15    Q    And then by the end of the
16  school year, she made two As and four Bs,
17  right, in seventh grade?
18    A    That sounds right.
19    MS. HORTBERG:  I think that's
20  all I have.
21
22  EXAMINATION BY MR. JONES:
23    Q    Do you know a lady named Ann

1   Glasscock?

2          A       Yes, I do.

3          Q       How do you know her?

4          A       We were friends.  Her daughter

5   is friends with my daughter, and I know

6   that she's on the board of education.

7          Q       And, in fact, she's one of the

8   defendants in this lawsuit; is that

9   correct?

10         A       Yes.

11         Q       Have you ever had any

12  discussions with her -- and by the way,

13  she just left a minute ago.  Have you ever

14  had any discussions with her about

15  Jessica's needs?

16         A       Ann and I have discussed

17  Jessie many, many times.

18         Q       Well, I want you to tell me

19  when you think the first time was that you

20  discussed it with her.

21         A       Probably as soon as Jessie and

22  Lindsey met to become a cheerleader, which

23  was in seventh grade.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 149

1     Q    That would have been the

2  2004/2005 academic year?

3     A    Uh-huh.

4     Q    Do you recall the substance of

5  the conversation?

6     A    We would just talk about how

7  Jessie should be allowed to have bathroom

8  breaks and eating.  And Ann was very

9  understanding.  She always agreed that she

10  understood Jessie was sick, and she should

11  be allowed to have whatever.  And with

12  this lawsuit before it got filed -- I had

13  told her we were filing this lawsuit

14  because of these needs for Jessie.

15     Q    And what was her response to

16  that?

17     A    She knew that her name would

18  be on it, and she said that was okay; that

19  that's routine.  That's the way that they

20  normally did them.

21     Q    So that was the seventh grade

22  school year of '04/'05.  How many

23  conversations did you have with her?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 150

1      A      Ann and I have talked many,

2  many times.

3      Q      Did she ever offer to do

4  anything to help Jessie?

5              MS. HORTBERG:  Object to the

6  form.

7      Q      You can answer.

8      A      Not to my knowledge.  Not

9  anything that she came to me and did.

10     Q      Did y'all ever talk about an

11 IEP?

12             MS. HORTBERG:  Object to the

13 form.

14     Q      You can answer it.

15     A      We did talk about the -- I

16 don't know if I called it an IEP, but I

17 did say that Jessie had something in

18 Skyline School that was -- I wish that she

19 could have it in here, because of her

20 grades dropping and because she's falling

21 behind.  Because it is getting tougher,

22 she cannot keep up.

23     Q      Did she ever say anything

1  critical of other school employees about

2  how Jessie was being treated?

3            MS. HORTBERG:  Object to the

4  form.

5       Q     You can answer it.

6       A       Yes, she did.  She agreed with

7  me that any time -- these particular

8  situations that I might mention such as

9  with Mr. Finlayson.  She also -- I

10 discussed with her about Mr. Baker.  And

11 she had told me that -- I do believe she

12 said she would speak with Mr. Baker

13 because she knew him and was friends with

14 him; that maybe he didn't know about

15 Jessie's situation at that moment.  But

16 she was supposed to go also and speak with

17 him; that Jessie has these needs.

18       Q     Did she ever make any kind of

19 a statement about how Jessie was being

20 treated?

21            MS. HORTBERG:  Object to the

22 form.

23       Q     You can answer it.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 152

1      A      Yes.  As a matter of fact,

2   one -- one conversation -- it was the

3   conversation over Jessie, what he had said

4   to her.  We had a banquet at the school

5   right after that; football banquet, I

6   believe.  And she said if it was her

7   daughter, she would have clawed his eyes

8   out.  But, you know, I -- she understood

9   me being upset and mad.  She did

10  understand my side.

11      Q      To your knowledge, has

12  Ms. Glasscock ever taken any action on

13  what you told her?

14          MS. HORTBERG:  Object to the

15  form.

16      Q      You may answer it.

17      A      No.

18      Q      Tell me about Jessie's

19  illnesses.  And let's start with the CF.

20  What sort of restrictions are there on

21  her?  What has the doctor told her that

22  she shouldn't do?

23      A      Her CF is a lung disease.  She

**www.AmericanCourtReporting.com**
**February 3, 2006**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 153

1    has -- her immune system is nothing.

2    She -- as a matter of fact, when we are in

3    the hospital, she has to wear a mask

4    across her face to keep from picking up

5    any other germs that might be there from

6    the other children.

7         Q      Right.

8         A      She has thick mucus that stays

9    inside her lungs.  Where ours comes out,

10   hers does not.  That's what causes the

11   lung infections.  Due to the CF, she

12   doesn't digest her food.  She doesn't

13   boost the insulin correctly.  She has an

14   enlarged kidney.  He wants her to have --

15        Q      Who is "he"?

16        A      The doctor.  The doctor would

17   like for her to have all the exercise that

18   she can have.  That's why I -- that's why

19   I put her in CAC, which was a strenuous

20   class.  I paid for her to have that each

21   month.  I first enrolled her in the little

22   one that shut down, you know.  And they

23   shut down, so I went to CAC.  I was very

**American Court Reporting**
**toll-free (877) 320-1050**

Page 154

1   happy when she was a cheerleader because

2   that was good for her.  The doctor even

3   said that's probably why she did so well

4   that year.  He wants her to do anything

5   that would be exercise.

6          Q      Let me go back to your

7   conversation with Ms. Glasscock.  Do you

8   recall asking her for the school to make

9   any accommodations for Jessie?

10              MS. HORTBERG:  Object to the

11   form.

12          Q      You can answer.

13          A      I don't remember exactly

14   how -- if I came out and said can you go

15   do that.  But I did tell her what I wanted

16   for Jessie.  And, you know, I was advised

17   by her to bring the stuff from the doctor

18   to Mr. Finlayson, and I did do that.  I

19   did get that each year and brought it to

20   him as she told me to.

21          Q      Well, you say each year.  Do

22   you think the first conversation occurred

23   during the 2004/2005 school year?  Is that

**American Court Reporting**
**toll-free (877) 320-1050**

Page 155

1    your testimony?

2            MS. HORTBERG:  Object to the

3    form.

4        Q    You can answer it.

5        A    I don't believe I met her

6    until Jessie and her were cheering

7    together.

8        Q    And you don't have a

9    recollection as exactly how many times you

10   talked with her?

11       A    No.  We were friends at the

12   time.

13       Q    Was she in Jessie's presence

14   during the time that y'all were friends?

15           MS. HORTBERG:  Object to the

16   form.

17       Q    Was she ever in the company of

18   Jessie?

19           MS. HORTBERG:  Object to the

20   form.

21       A    Yes.

22       Q    In your presence?

23       A    Yes.

**American Court Reporting**
**toll-free (877) 320-1050**

Page 156

1    Q    Was her daughter friends with
2    Jessie?
3    A    Yes.
4    Q    At any time before this
5    lawsuit was filed, has she ever made a --
6    given you any kind of explanation as to
7    why no action was taken of the things you
8    talked about?
9         MS. HORTBERG:  Object to the
10   form.
11   Q    You can answer it.
12   A    No.  She stated to me she
13   disagrees with how things were handled
14   with Jessie.
15   Q    When did she say that?
16        MS. HORTBERG:  Object to the
17   form.
18   A    During many of the
19   conversations that she and I would have
20   had.
21   Q    Did she tell you why she
22   objected?
23        MS. HORTBERG:  Same

**American Court Reporting**
**toll-free (877) 320-1050**

Page 157

1    objection.

2        A    Because it's obvious Jessie is

3    sick if she's in the hospital for two

4    weeks at a time.  Then, that's not a pity

5    party, and that's not something made up.

6    She definitely does have something wrong

7    with her.

8        Q    Did that conversation take

9    place before a lawsuit was filed?

10            MS. HORTBERG:  Object to the

11    form.

12        Q    You may answer it.

13        A    I don't -- I don't remember

14    exactly.  I'm sorry.  You know, I take

15    that back.  I'm sure it was.  Because when

16    we filed the lawsuit, I called Ann and

17    told her we were filing a lawsuit.  She

18    knew about the lawsuit.

19        Q    Do you ever remember Jessica

20    exaggerating her condition?

21        A    No.  Jessica isn't even aware

22    of how bad the condition is.

23        Q    So when she's in the hospital,

**American Court Reporting**
**toll-free (877) 320-1050**

Page 158

1     she's there for a medical reason.  Is that
2     your testimony?
3          A     Yes.
4          Q     Now, do you know if there are
5     any other children at Jessica's school who
6     have handicaps or disabilities of any
7     kind?
8               MS. HORTBERG:  Object to the
9     form.
10          Q     You may answer it.
11          A     Yes, there are children.  I
12     don't know them personally, but there are
13     children.
14          Q     Would you happen to know how
15     many?
16               MS. HORTBERG:  Object to the
17     form.
18          A     Several.
19          Q     Can you tell Judge Thompson
20     what their disabilities are?
21               MS. HORTBERG:  Object to the
22     form.
23          A     Some are in wheelchairs.  We

**American Court Reporting**
**toll-free (877) 320-1050**

1    have some that are in wheelchairs.

2         Q     So you've seen children in

3    wheelchairs?

4         A     Yes.

5         Q     Is that your testimony?

6         A     Some are in wheelchairs.

7    There's some -- there's one I spoke with

8    in the hall the other day, and she's a

9    diabetic.  There's several, several needs

10   there at the school.

11        Q     Now, you talked about a

12   Ms. Sanders while ago.  Does she have

13   anything to do with those students to your

14   knowledge?

15        A     I believe she's the one who

16   would help each student.  I spoke to

17   her -- I thought she was my friend too.

18   Those were conversations --

19        Q     Right.  Okay.  I want to

20   direct your attention back to Skyline

21   Elementary School when Jessica, I believe,

22   was in the fourth grade there.  Is that

23   correct?

Page 160

1      A      Yes.

2      Q      Did the school provide her

3   with a nurse?

4      A      Yes.

5      Q      Do you remember the name of

6   the nurse?

7      A      I do not.  That school already

8   had a nurse there because there was

9   another diabetic child there.  And then

10  when Jessie came, she was just there every

11  day for each student there.  They told me

12  that she would be -- that the nurse was

13  there during the I -- what y'all call the

14  IEP -- this IEP meeting.

15     Q      Right.

16     A      I was told that the nurse

17  would be there every day for Jessica.

18     Q      What prescription drugs is

19  Jessica on right now?

20     A      She takes Pancreate.  She

21  takes Actigall.

22     Q      What is that?

23     A      For her liver.  She takes

**American Court Reporting**
**toll-free (877) 320-1050**

Page 161

1    Tobi.

2          Q      T-O-B what --

3          A      T-O-B-I.

4          Q      What kind of drug is that?

5          A      That's an antibiotic that she

6    does through a breathing machine to try to

7    get into her lungs.  She does Albuterol.

8          Q      What is that?

9          A      It's also -- she has

10   Pulmozyme.  It also does --

11         Q      What's Albuterol?

12         A      It opens up the -- Jessie

13   wheezes.  Even though she doesn't have

14   asthma, she wheezes due to the illness.

15         Q      Anything else?

16         A      Advek.

17         Q      How do you spell that?

18         A      A-D-V-E-K.  She takes a

19   medicine that's spelled O-Z something.

20   It's for her stomach.  I do not know how

21   to spell it.

22         Q      What's the Advek?

23         A      It's a vitamin.  It's -- that

**American Court Reporting**
**toll-free (877) 320-1050**

Page 162

1  you can only get from the CF pharmacy.

2  Rhinocort.

3        Q     What's that?

4        A     That's for her sinus problems.

5        Q     Anything else?

6        A     I know there is.  I just can't

7  think right offhand.

8        Q     Would these drugs have been

9  prescribed to her by the doctors at

10  Children's Hospital?

11        A     Yes.

12        Q     Including Dr. Grad?

13        A     Yes.

14        Q     You said that Advek is a

15  vitamin?

16        A     Uh-huh.  It's a specialized

17  vitamin for CF patients.

18        Q     Has Dr. Grad ever told you

19  that he wanted her to take that to school?

20        A     No.  But she's -- I left off

21  three.  From this last admission, she's

22  having to start three antibiotics at

23  home.  She takes a Vitamin K, Bactrim, and

**American Court Reporting**
**toll-free (877) 320-1050**

Page 163

1  I think it's called Minocycline or

2  something like that.

3       Q      How has this affected you

4  emotionally, the matters that are asserted

5  in the lawsuit?

6       A      About the way Jessie was

7  treated?

8       Q      Yes.

9       A      I find it hard to believe that

10  someone would treat a child that way

11  and -- especially when she cared so much

12  for those people at that time.  But, now,

13  since that's happened, Jessie cries all

14  the time, no self-esteem.  She doesn't

15  even -- she no longer hangs around Lindsey

16  Glasscock and the girls who were

17  cheerleaders.  Now, that's reaping her

18  just -- they're not even friends anymore.

19  She does still hang out with Christina and

20  Keisha and them.  After our -- our whole

21  family seems to be falling apart.

22       Q      Let me ask you this:  Has

23  Jessie been less affectionate at home?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 164

1    MS. HORTBERG:  Object to the

2  form.

3       Q     You can answer it.

4       A     She and I don't share things

5  anymore.  She goes to her room almost

6  every afternoon when she comes in from

7  school, and she does her homework and goes

8  to sleep.

9       Q     Have you ever given her an

10  explanation as to why her needs haven't

11  been met until up to this academic year?

12                MS. HORTBERG:  Object to the

13  form.

14       A     I have tried to explain to her

15  the different situations.  And I'm very

16  happy that now she has her snacks and that

17  she goes.  I appreciate that very much.

18  It does upset me to think that a grown

19  person can think that a child is making up

20  a disease.

21       Q     I want to direct your

22  attention back to your conversations with

23  Ms. Glasscock.  During any of your

**American Court Reporting**
**toll-free (877) 320-1050**

Page 165

1    conversations with her, did she ever

2    explain or describe the decision-making

3    process for issuing an IEP?

4              MS. HORTBERG:  Object to the

5    form.

6         Q     You can answer.

7         A     I believe she told me that

8    that comes from -- like, the principal

9    would do it from her school records.

10   Since Jessie had been under the IEP at

11   Jackson County Schools, that she would

12   just be carried on through by these

13   schools.

14        Q     Does Jessie receive any kind

15   of disability benefits?

16        A     Yes.

17        Q     Where do those come from?

18        A     Social Security

19   Administration, federal government.

20        Q     What was her condition that

21   the government granted her benefits for?

22        A     She will not be able to hold

23   down a -- by the time -- they were

1  thinking at that time that she would not

2  be able to hold down a job when she got

3  old enough to have them.  At some time in

4  her life, she will carry around an oxygen

5  tank, and you can't work like that.

6      Q    Right.  I guess what I'm

7  asking you is, do you have any knowledge

8  of who the doctor is, or doctors, that

9  reported to the SSI Administration before

10  they decided to grant or deny it?

11      A    Yes.  Children's Hospital and

12  also the pediatrician, Diane Mathison.

13      Q    So it's your testimony that

14  after -- you applied for the benefits?

15      A    Yes.

16      Q    And that Dr. Grad and the

17  others at Children's Hospital supplied

18  information?

19      A    I was advised by her

20  pediatrician to do the disability.  As a

21  matter of fact, she -- I think she did

22  most of that paperwork for us.  She was

23  aware of it.

**American Court Reporting**
**toll-free (877) 320-1050**

1    Q    At any time has Dr. Grad ever

2    told you that she has a mental

3    impairment?

4        MS. HORTBERG:  Object to the

5    form.

6    Q    You can answer.

7    A    No.

8    Q    Has he ever used the term

9    "hypochondria" in your presence?

10   A    No.

11   Q    Has he ever used the word

12   "conversion disorders", or words?

13   A    No.

14   Q    Ever used the word

15   "psychosomatic"?

16   A    No.

17   Q    You recall testifying about

18   your conversations with Mr. Finlayson here

19   today?

20   A    Yes.

21   Q    Did he ever make any kind of

22   statement to you about his son?

23   A    No, not to me.  I had found

Page 168

1    out -- I think it was Ms. -- I don't

2    remember which teacher, but someone told

3    me he has a child with Down syndrome.

4         Q    The year she was a

5    cheerleader, which was the 2004/2005

6    academic school year, how many times did

7    she have to go to the hospital that year?

8         A    We didn't.  She went at the

9    very end of the year.  I believe right

10   before they were dismissed from school.

11        Q    Do you know a Mrs. Finlayson?

12        A    Yes.

13        Q    Have you ever had the

14   opportunity to talk about the matters

15   which are the subject of this lawsuit with

16   her?

17        A    Have I ever discussed Jessie?

18        Q    Uh-huh.

19        A    Yes.  Before we started into

20   Adair School -- it was Adair in the

21   beginning before it was middle -- we went

22   up to the school, and Mrs. Finlayson -- I

23   didn't know her -- I didn't know that's

**American Court Reporting**
**toll-free (877) 320-1050**

Page 169

1    who she was at the moment.  But she was in

2    the office.  I told her about the problems

3    with Jessie and how it was, and she was

4    just very kind, and assured me that, you

5    know, everything would be fine; that

6    everything would be handled and taken care

7    of just fine.

8         Q    Do you recall specifically

9    what you requested?

10        A    I told her then that Jessie

11   requires extra bathroom breaks; that she

12   has to eat during different times, needs

13   the water.  Just the different needs that

14   she has that isn't normally allowed.

15        Q    Would that be the 2003/2004

16   academic year?

17        A    In the beginning of sixth

18   grade.

19        Q    Was there any special reason

20   you went to the school that day?

21             MS. HORTBERG:  Object to the

22   form.

23        A    Yes.  Because the first day of

**American Court Reporting**
**toll-free (877) 320-1050**

Page 170

1    school when you're trying to walk around

2    and meet the teachers, you don't -- they

3    don't have time to stand and let you

4    explain everything about every child.

5    They're very busy, and you don't get the

6    opportunity to talk to anyone there.

7         Q     What is Mrs. Finlayson's

8    position?

9         A     She's a teacher.  She's

10   Jessie's teacher.

11        Q     After you made the request,

12   what was her response?

13             MS. HORTBERG:  Object to the

14   form.

15        A     Very nice.  Assured me that

16   Jessie would be fine; that, you know,

17   there would be no problem with the snacks,

18   no problem with the bathroom.

19        Q     Well, was there ultimately a

20   problem with the snacks?

21             MS. HORTBERG:  Object to the

22   form.

23        A     This year there's not, but

**American Court Reporting**
**toll-free (877) 320-1050**

1    there has been.  Yes, there was.

2         Q     You've testified that

3    Mrs. Finlayson said fine -- everything

4    will be fine --

5         A     Uh-huh.

6         Q     -- about the snacks.  Were

7    there any problems with her getting her

8    snacks that year?

9              MS. HORTBERG:  Object to the

10   form.

11        Q     You can answer.

12        A     Yes.  She -- I would have her

13   carry the snacks in her purse.  I'd want

14   her to go ahead and eat them anyways.  But

15   because she weren't -- they weren't

16   allowed to eat in those classes, she

17   just -- she'd come back home with them

18   still in her pocket because she wouldn't

19   be allowed to eat them.

20        Q     Well, what about bathroom

21   breaks?  Did your child ever tell you that

22   she wasn't allowed to go to the bathroom

23   when she needed to?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 172

1          MS. HORTBERG:   Object to the

2     form.

3          A     Many times.

4          Q     During the 2003/2004 year?

5          MS. HORTBERG:   Same

6     objection.

7          A     Which grade?

8          Q     Sixth grade year.

9          A     I don't remember as many in

10    sixth grade as there was in seventh.

11    Some of her teachers are very

12    understanding.

13         Q     Which ones are those?

14         A     When she was in fifth grade at

15    the middle school.  I don't -- I don't

16    know any complaints of anything.  That

17    would have been Ms. Evans, Ms. Hayden,

18    Ms. Carn, and Ms. Cleckler.  I don't

19    specifically remember which teachers at

20    the middle school.  I don't remember which

21    ones were -- I don't remember specifically

22    particular teachers.

23         Q     Prior to this suit being

1  filed, did Jessie ever complain to you

2  about stomach pains?

3      A      She came home most every day

4  with stomach pains.  They -- when she

5  doesn't go to the bathroom correctly, then

6  that's just one of the -- the bowels build

7  up, and she just -- we've sat many times

8  and I've watched her just cry; just

9  doubled over and just cry.  And it would

10  make me mad because I knew that could be

11  prevented.

12      Q      Does she have a problem

13  vomiting when she takes her medication?

14      A      Uh-huh.  The Actigall makes

15  her very sick.  The Bactrim makes her very

16  sick.  Many mornings before we even get to

17  school, she may throw up, and we have to

18  go home and rechange.

19      Q      Now, you mentioned a machine

20  that you had at home that helps flush out

21  her lungs?

22      A      Yes.

23      Q      How often does she have to use

**American Court Reporting**
**toll-free (877) 320-1050**

Page 174

1  that?

2      A      Twice a day, mornings and

3  nights.

4      Q      Is she presently administering

5  a drug by syringe for herself?

6      A      Yes.

7      Q      What drug is that?

8      A      Lantus.  I didn't name it

9  while ago.

10      Q      Have you ever seen her having

11  difficulty, you know, relieving herself in

12  the bathroom?

13      A      Yes.  She can -- she has sat

14  there many times an hour at a time.

15      Q      And do you know what causes

16  that, or has the doctor ever explained

17  that to you?

18      A      It's dealt with her CF.  It's

19  from the digestive problems that she has.

20      Q      She talked about a port, which

21  I believe is some sort of mechanism for

22  delivery of medicine.  What do you

23  understand a port to be?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 175

1    A    It's a permanent IV.  Through

2    the years as she was stuck for the IV, her

3    veins no longer would carry the

4    medications.  So they put a permanent port

5    inside her side, and it's threaded through

6    up to her heart, and all the medications

7    are put through that now.

8    Q    Who administers those

9    medications?

10   A    Her nurses at the hospital,

11   and then I access it once a month at home.

12   Q    Anybody at school ever

13   delivered them to her?

14   A    Huh-uh.

15   Q    Does she have a problem with

16   coughing?

17   A    Yes.  People back away from --

18   when she coughs, it sounds -- she's not

19   contagious, but she sounds like she could

20   be.

21   Q    Anybody at the school ever

22   told you she was contagious?

23        MS. HORTBERG:  Object to the

1  form.

2      A     She's been made fun of at

3  school.  Not directly to me.  But she's

4  came home crying before about different

5  remarks.

6      Q     Do you ever see her weep?

7      A     Cry?

8          MS. HORTBERG:  I'm sorry.

9  What did you say?

10          MR. JONES:  Weep.

11          MS. HORTBERG:  Weep?

12          MR. JONES:  Yes.

13          MS. HORTBERG:  Object to the

14  form.

15      A     Yes.

16      Q     And has she ever told you why

17  she was weeping?

18          MS. HORTBERG:  Object to the

19  form.

20      A     There would be something

21  happen at school that day, someone saying

22  something, or she'd be hurting because

23  just -- she's not the same.  It's not the

**American Court Reporting**
**toll-free (877) 320-1050**

1  same anymore.  Well, this year it's doing

2  better.  She still comes home crying about

3  things that are said and the way she's

4  made to feel.

5              MR. JONES:  Pass the witness.

6

7  FURTHER EXAMINATION BY MS. HORTBERG:

8       Q     You said a minute ago that

9  there are remarks that are made about

10 Jessica being contagious.  Those remarks

11 are from students; right?

12      A     At the school.  And, now, I've

13 been around parents also that -- but they

14 don't understand.  But, yes, she sounds

15 like she's contagious.

16      Q     And we've talked several times

17 today about Dr. Mathison being Jessica's

18 pediatrician.  But Dr. Mathison is

19 retired; right?

20      A     She did retire for a short

21 time and opened up her own practice right

22 up from where she was practicing to start

23 with.

**www.AmericanCourtReporting.com**
**February 3, 2006**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 178

1    Q      Is she practicing today?

2    A      Yes.

3    Q      Who treated Jessica during the

4    time that Dr. Mathison was retired?

5    A      Dr. Joe Sharpe.

6    Q      What did he treat her for

7    during that time?

8    A      He's with Greenbelt

9    Pediatrics.  Just the same thing I would

10   take her to Dr. Mathison for.

11   Q      The yearly physical and the

12   flu shot?

13   A      No.  Well, if there was a

14   simple cold or something, she might could

15   go there.  She has to go to Children's

16   Hospital once every three months or so

17   anyway, whether -- we always -- we go more

18   because of every time she's sick.

19   Q      So quarterly she has to have

20   some sort of checkup from Children's,

21   though?

22   A      Uh-huh.

23   Q      Even if she's not sick?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 179

1      A      Correct.

2      Q      And I think either you or

3  Jessica testified about Jessica

4  participating in -- and I probably won't

5  remember this.  Was it CAC something, the

6  cheerleading group?

7      A      Yes.

8      Q      And she did that for several

9  years?

10     A      We did it for about one year.

11  That no longer exists either.

12     Q      Was that fifth grade or sixth

13  grade she did that?

14     A      It must have been sixth grade

15  because it was right before cheer --

16  before she became a cheerleader at school,

17  and we could no longer do both.

18     Q      Because the CAC was two days a

19  week?

20     A      It was two days a week and --

21  but shortly after we -- I don't think it

22  was a week after we no longer could go

23  there, they shut down anyway.  He went to

**American Court Reporting**
**toll-free (877) 320-1050**

Page 180

1  practice somewhere else.

2      Q      During the time that she was

3  doing the CAC twice a week, was she still

4  doing the physical therapy twice a day?

5      A      The days that she had the

6  CAC -- we could skip therapy at night

7  after she had been to CAC.

8      Q      You forgot about that earlier,

9  telling me about that.

10     A      I'm sorry.  I'm sorry.

11     Q      What other activities can she

12 do which would substitute for the physical

13 therapy in the afternoon?

14     A      Swimming is a very good

15 exercise for her.  But unless she's had

16 just a really rigorous -- a really busy,

17 busy time, I would give her therapy

18 anyways.

19     Q      Has she ever been on a swim

20 team?

21     A      No.

22     Q      What other activities?

23     A      I think I told you before,

**American Court Reporting**
**toll-free (877) 320-1050**

Page 181

1  during cheerleading I would not make her

2  do it at night if she had had the practice

3  that afternoon.  We still do it during

4  dance.  Those are probably the only two

5  that is enough exercise for her not to do

6  that.  A normal day she would have to do

7  it.  I can't just not do it.

8      Q      Have you ever discussed with

9  Dr. Grad about any other activities she

10  could participate in besides swimming or

11  cheerleading which would require her not

12  doing physical therapy twice a day?

13     A      When she was playing the

14  flute, he said that he did feel like

15  that -- he couldn't say that it did, but

16  that probably would be also a good thing

17  for her lungs, blowing into the flute.

18     Q      Did you also skip the therapy

19  in the afternoon while she was in the

20  band?

21     A      No.  I still do it anyways.

22     Q      Even though the doctor said

23  you could?

**American Court Reporting**
**toll-free (877) 320-1050**

1    A    He didn't say I could.  He

2  just said that was -- he was proud that

3  she was in there.  That was a very good

4  exercise for her.  I don't believe that --

5  he didn't stress that that would be

6  enough.  That wasn't enough, I don't

7  think.

8    Q    Did you all inform him that

9  she had quit the band?

10    A    Yes.

11    Q    Did he say he was disappointed

12  that she no longer was doing that

13  activity?

14    A    No.  He -- no.  Didn't seem to

15  be.

16    Q    You discussed with your

17  attorney a lot about some discussions you

18  had with Ms. Glasscock.  You've also

19  called her daughter about this lawsuit,

20  haven't you?

21    A    Not that I recall.

22    Q    You don't recall calling her

23  daughter?

**American Court Reporting**
**toll-free (877) 320-1050**

Page 183

1    A    My daughter called her from
2  the hospital the day that she was called
3  there, but I did not speak to Lindsey.
4  No.
5    Q    So you deny ever talking to
6  Lindsey?
7    A    Anything that I can recall.  I
8  don't recall any.
9    Q    Why did Jessica call Lindsey
10 from the hospital?
11   A    She had received a phone call
12 saying that we had missed court.  At that
13 -- Lindsey said we missed court.  So she
14 just called her to ask her what was going
15 on.
16   Q    And I guess what I'm
17 understanding from your testimony is, you
18 don't understand that Jessica and Lindsey
19 are still friends?  Is that what you were
20 saying?  Or they are still friends?
21   A    I don't believe they're
22 friends, no.
23   Q    But they do still sit at the

**American Court Reporting**
**toll-free (877) 320-1050**

Page 184

1    same lunch table every day?

2         A    You're required to sit at

3    certain lunch tables.  You have assigned

4    seats.

5         Q    That's your understanding from

6    your daughter?

7         A    Yes.

8         Q    And she still sits at

9    Lindsey's table?

10        A    I don't think you're allowed

11   to just change tables.  My understanding

12   is, I don't think you can change.

13        Q    Lindsey Glasscock did not make

14   cheerleader the same year that Jessica

15   didn't make it; right?

16        A    No, she did not.

17        Q    And she actually didn't make

18   the dance team that year that Jessica did

19   make it; right?

20        A    No, she did not.  We were told

21   they were thinking that the dance team

22   only let Jessie on afraid we were going to

23   sue them.  That was just something that

**American Court Reporting**
**toll-free (877) 320-1050**

Page 185

1  was thrown out there.

2         Q      Who told you that?

3         A      Just some of the kids were

4  making remarks in front of my daughter and

5  I standing outside afterwards when they

6  were giving out the forms of who won -- I

7  mean, who made dance team.

8         Q      Had you threatened to sue

9  anybody prior to that?

10        A      No.  That was just some talk.

11  I suppose they had heard that we were

12  talking about this other one.  I don't

13  know.

14        Q      Jessica told me she's never

15  talked to anybody about this lawsuit.

16        A      They didn't say Jessica talked

17  to them.  That was something a child just

18  threw out there while we were standing

19  there.

20        Q      That who was afraid y'all were

21  going to sue?

22        A      I think the exact remark was,

23  did you hear someone made dance team

**American Court Reporting**
**toll-free (877) 320-1050**

Page 186

1  because they were afraid they'd be sued if

2  they didn't make dance team?

3        Q      And who said that?

4        A      And it was behind us, so I

5  knew it was through to us.  I don't even

6  know if Jessie heard that remark.  I did

7  not discuss that we Jessie.  I just --

8        Q      And what child said it?

9        A      I don't recall.  I didn't even

10  look around.  Wasn't worth it.

11        Q      Did you ever report that

12  comment to anyone or investigate it?

13        A      I don't recall.

14        Q      Jessica has enjoyed being on

15  the dance team, though; right?

16        A      I don't think she wants to do

17  it anymore.  She enjoyed cheerleading much

18  more.

19              MS. HORTBERG:  I think that's

20  all I have.

21              MR. JONES:  I'm through.

22

23        FURTHER DEPONENT SAITH NOT

Page 187

C E R T I F I C A T E

STATE OF ALABAMA    )

MONTGOMERY COUNTY )

        I hereby certify that the above
and foregoing deposition was taken down by
me in stenotype, and the questions and
answers thereto were transcribed by means
of computer-aided transcription, and that
the foregoing represents a true and
correct transcript of the deposition given
by said witness upon said hearing.

        I further certify that I am
neither of counsel nor of kin to the
parties to the action, nor am I in anywise
interested in the result of said cause.


                    GWENDOLYN P. TIMBIE, CSR
                    Certificate No:   AL-CSR-569


My Commission Expires
March 4, 2009