IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of J. W., a minor child, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv699-MHT |
| THE CHILTON COUNTY BOARD OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion for enlargement of time (Doc. No. 21) and request that response be accepted as timely (Doc. No. 21) are set for submission, without oral argument on March 22, 2006, with all briefs due by said date.

DONE, this the 16th day of March, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE