IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILTON COUNTY BOARD OF EDUCATION, et al. | )<br>)<br>)<br>)<br>)<br>) Case No. 2:05-CV-0699-C<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' FIRST AMENDED AND VERIFIED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT AND REQUEST THAT RESPONSE BE ACCEPTED AS TIMELY FILED**

COME NOW the defendants identified as Chilton County Board of Education, Mildred Ellison, Ann Glasscock, Alan Childress, Ann Thomas, Joe Mims, Peggy Harris, Curtis Smith, Michael Gothard, Daryl Baker, and Donnie Finlayson and provide the following response to plaintiffs' First Amended and Verified Motion for Enlargement of Time to File Response to Motion for Summary Judgment and Request that Response be Accepted as Timely Filed:

1. Defendants timely filed their Motion for Summary Judgment and supporting brief on February 14, 2006.

2. Pursuant to this court's Order, plaintiffs' response was due on March 6, 2006.

3. On March 3, 2006, plaintiffs' counsel filed a Motion for Enlargement of Time to File Response to Motion for Summary Judgment. This motion merely states that the plaintiffs had been without sufficient funds to purchase the transcripts of their depositions, and thus, unable to begin their response to the motion for summary judgment.

4. Plaintiffs did not file a response on March 6, 2006, the day the response was due, even though they had been in possession of the deposition transcripts for three days.

5. Plaintiffs' Motion for Enlargement of Time to File Response to Motion for Summary Judgment was denied on March 7, 2006.

6. Plaintiffs then waited until March 14, 2006 to contact defendants' counsel to request an enlargement of time for the filing of their response. No agreement was reached between the parties as to such an extension.

7. On March 15, 2006, plaintiffs filed their First Amended and Verified Motion for Enlargement of Time, which provides a more thorough explanation of the plaintiffs' failure to timely file a responsive brief.

8. The amended motion implies that the request for an extension was caused by the plaintiff parents' failure to prosecute this case.

9. The amended motion clarifies that the plaintiffs' attorney was not the cause of the request for an extension and/or failure to timely respond to defendants' motion for summary judgment.

10. The plaintiff parents' failure to prosecute their case is not a valid ground for extending the time for filing a responsive brief.

11. This Court's September 20, 2005 Scheduling Order specifically states that "All parties are expected to comply with each and every provision of this order in a timely manner, and extensions will be granted in only extraordinary and unforeseeable circumstances," and "The failure to file a response to any motion– either dispositive or non-dispositive– within the time allowed by the court shall indicate that there is no opposition to the motion."

12. To be clear, the defendants are sympathetic to the plaintiffs' counsel's plight. Nevertheless, given that the Court has made it clear that extensions will only be granted in unforeseen and unavoidable circumstances (and the plaintiffs should have been aware that there would be substantial expense involved in obtaining three deposition transcripts, which depositions occurred over the course of almost eight hours), the defendants will be extremely prejudiced if the plaintiffs' First Amended and Verified Motion for Enlargement of Time to File Response to Motion for Summary Judgment and Request that Response be Accepted as Timely Filed is granted.

13. Accordingly, defendants respectfully request that plaintiffs' First Amended and Verified Motion for Enlargement of Time to File Response to Motion for Summary Judgment and Request that Response be Accepted as Timely Filed be denied.

14. If, however, this Court determines that the motion for enlargement of time is due to be granted, and thus, the plaintiffs' response to defendants' Motion for Summary Judgment is then accepted as timely filed, defendants respectfully request the opportunity to file a reply brief within 14 days of the Order.

15. Simultaneously with the filing of this Response in Opposition to plaintiffs' First Amended and Verified Motion for Enlargement of Time to File Response to Motion for Summary Judgment and Request that Response be Accepted as Timely Filed, defendants have filed their Motion to Strike Plaintiffs' Consolidated Response to their Motion for Summary Judgment and Affidavit of Brandon L. Blankenship.

WHEREFORE, PREMISES CONSIDERED, Defendants identified as Chilton County Board of Education, Mildred Ellison, Ann Glasscock, Alan Childress, Ann Thomas, Joe Mims, Peggy Harris, Curtis Smith, Michael Gothard, Daryl Baker, and Donnie Finlayson respectfully request that this

Court deny Plaintiffs' First Amended and Verified Motion for Enlargement of Time to File Response to Motion for Summary Judgment and Request that Response be Accepted as Timely Filed, or in the alternative, allow them 14 days in which to file a reply to the plaintiffs' response.

        Respectfully submitted,

        *s/Katherine C. Hortberg*
        Mark S. Boardman (ASB-8572-B65M)
        *E-mail: mboardman@boardmancarr.com*
        Katherine C. Hortberg (ASB-5374-B34K)
        *E-mail: khortberg@boardmancarr.com*
        Counsel for Defendants
        BOARDMAN, CARR & HUTCHESON, P.C.
        400 Boardman Drive
        Chelsea, Alabama 35043-8211
        Telephone: (205) 678-8000
        Facsimile: (205) 678-0000

**CERTIFICATE OF SERVICE**

     I hereby certify that on **March 22, 2006** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*VIA U.S. MAIL*
George E. Jones, III
Post Office Box 9
Selma, AL 36702-0009

        *s/Katherine C. Hortberg*
        Of Counsel