IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BENNY L. WRIGHT and         )
KATHERINE E. WRIGHT, as     )
parents and next friends    )
of J. W., a minor child,    )
                            )
    Plaintiffs,             )
                            )
    v.                      )    CIVIL ACTION NO.
                            )      2:05cv699-MHT
CHILTON COUNTY BOARD        )
OF EDUCATION, et al.,       )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that defendants' alternative motion for leave to file a reply brief (Doc. No. 26) is granted, with the defendants' reply brief due by April 7, 2006, at 4:00 p.m.  This should not serve as any indication that the court intends to grant plaintiffs' motion to extend time; the court merely wishes to keep this case moving in the meantime.

It is further ORDERED that defendants' motion to strike (Doc. No. 27) is set for submission, without oral

argument on April 7, 2006, with all briefs due by said date.

    DONE, this the 24th day of March, 2006.

                                         /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**