**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT   RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION              2006 APR 18  A 9: 55

|  |  |
|---|---|
| BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CHILTON COUNTY BOARD OF EDUCATION, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>2:05cv699-T |

## PLAINTIFFS' RESPONSE TO MOTION(S) TO STRIKE

COME NOW THE PLAINTIFFS, by and through their undersigned counsel of record, and for their response to DEFENDANTS' MOTION(S) TO STRIKE the PLAINTIFFS' CONSOLIDATED RESPONSE TO MOTION FOR SUMMARY JUDGMENT, heretofore filed with the Clerk of the Court out of time, say as follows:

1. The DEFENDANTS' objections notwithstanding, this Honorable Court has the inherent authority under notions of equity and good conscience to accept PLAINTIFFS' response in opposition to summary judgment as timely filed for grounds shown.

2. DEFENDANTS' argument(s), that the form and text of PLAINTIFFS' CONSOLIDATED RESPONSE IN OPPOSITION TO SUMMARY JUDGMENT fail to comply with the Court's Scheduling Order and/or <u>Fed. R. Civ. Pro.</u>, are without substance. The PLAINTIFFS' narrative summary of facts contains appropriate citations to the

*complaint as well as the depositions taken in this matter. The PLAINTIFFS' sworn testimony in their depositions affirmatively sets forth evidence which contradicts the defenses and arguments of the respective DEFENDANTS so as to thereby preclude the entry of summary judgment. Moreover, the format of PLAINTIFFS' Memorandum Brief is the same as that of other memorandum briefs customarily filed in the Middle District of Alabama.*

3. *PLAINTIFFS again pray this Honorable Court shall accept their* CONSOLIDATED RESPONSE IN OPPOSITION TO SUMMARY JUDGMENT *as timely filed.*

Respectfully submitted this the __17__ day of April, 2006.

_____
GEORGE E. JONES, III
Ala. Bar I.D. ASB-9546-S82G
*Attorney for the Plaintiff*

**ADDRESS OF COUNSEL:**

**GEORGE E. JONES, III
ATTORNEY & COUNSELOR AT LAW
711 Alabama Avenue
P. O. Box 9
Selma, Alabama 36702-0009
(334) 874-6617**

## CERTIFICATE OF SERVICE

I hereby certify that I have this the ___17___ day of April, 2006, served a copy of the foregoing by hand delivery upon:

>Mark S. Boardman, Esquire
>Katherine C. Hortberg, Esquire
>BOARDMAN, CARR & WEED, P.C.
>P. O. Box 382886
>Birmingham, Alabama 35238-2886
>ATTORNEYS FOR DEFENDANTS

_/s/_
OF COUNSEL