IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE CHILTON COUNTY BOARD OF EDUCATION, et al. | ) ) ) |

Case No. 2:05-CV-0699-C

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COME NOW the parties and jointly notify this Court that a face-to-face settlement conference was held by counsel on May 4, 2006. A settlement agreement between the parties was not reached during this conference. The parties do not believe that mediation will assist them in resolving this case.

Respectfully submitted,

*s/ George E. Jones, III*
George E. Jones, III
Post Office Box 9
Selma, AL 36702-0009

*s/Mark S. Boardman*
Mark S. Boardman (ASB-8572-B65M)
*s/Katherine C. Hortberg*
Katherine C. Hortberg (ASB-5374-B34K)
Counsel for Defendants
BOARDMAN, CARR & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
Telephone: (205) 678-8000
Facsimile: (205) 678-0000