IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE CHILTON COUNTY BOARD OF EDUCATION, et al. ) | Case No. 2:05-CV-0699-C |

### DEFENDANTS' WITNESS AND EXHIBIT LIST

COME NOW the defendants identified as Chilton County Board of Education, Mildred Ellison, Ann Glasscock, Alan Childress, Ann Thomas, Joe Mims, Peggy Harris, Curtis Smith, Michael Gothard, Daryl Baker, and Donnie Finlayson and pursuant to this Court's pretrial scheduling Order, and submits this, their witness and exhibit list, for trial:

I.  At Trial, the Defendants Currently Plan to Call the Following Witnesses:

1. Defendant Mildred Ellison, employee of Chilton County Board of Education

2. Defendant Daryl Baker, employee of Chilton County Board of Education

3. Defendant Donnie Finlayson, employee of Chilton County Board of Education

4. Defendant Ann Glasscock, member of the Chilton County Board of Education

5. Michelle Coppedge, employee of Chilton County Board of Education

6. Records custodian from the Chilton County Board of Education

II.  At Trial, the Defendants May Call the Following Witnesses:

1. Defendant Alan Childress, member of the Chilton County Board of Education

2. Defendant Ann Thomas, member of the Chilton County Board of Education

3. Defendant Joe Mims, member of the Chilton County Board of Education

4. Defendant Peggy Harris, member of the Chilton County Board of Education

5. Defendant Curtis Smith, member of the Chilton County Board of Education

6. Defendant Michael Gothard, member of the Chilton County Board of Education

7. Diane H. Sanders, employee of Chilton County Board of Education

8. Valerie Bradberry, employee of Chilton County Board of Education

9. Sandra Mitchell, employee of Chilton County Board of Education

10. Debra Davis, employee of Chilton County Board of Education

11. Geraldine Sorrell, employee of Chilton County Board of Education\

12. Becky Hayes, employee of Chilton County Board of Education

13. Shannon Wright, employee of Chilton County Board of Education

14. Cindy Blackmon, employee of Chilton County Board of Education

15. J. C. Dover, employee of Chilton County Board of Education

16. Sandra Martin, employee of Chilton County Board of Education

17. Aimee Latham, employee of Chilton County Board of Education

18. Amy Easterling, employee of Chilton County Board of Education

19. Pamela Jackson, employee of Chilton County Board of Education

20. Judy Finlayson, employee of Chilton County Board of Education

21. Faye Johnson, employee of Chilton County Board of Education

22. Judy Mahaffey, employee of Chilton County Board of Education

23. Gail Smitherman, employee of Chilton County Board of Education

24. Mr. White, employee of Chilton County Board of Education

25.     Clifford L. Neely, employee of Chilton County Board of Education

26.     Shellie Smith, employee of Chilton County Board of Education

Any other witnesses needed for rebuttal, impeachment, authentication, corroboration, and/or to address issues previously not raised in this case, but raised by plaintiffs at trial, in accordance with the Court's rulings, Pretrial Order, the Federal Rules of Civil Procedure and Federal Rules of Evidence

By disclosing the witnesses above, the defendants do not agree or stipulate that any or all of the testimony of any such witness or any deposition the witness may have given (in its entirety) is admissible and reserves its right to object as allowed by the Court's pretrial Order, the Federal Rules of Evidence and the Federal Rules of Civil Procedure. Though the defendants do not anticipate any other witnesses, as their right, the defendants reserve the right to call any witnesses listed or called by any other party to which the defendants do not object or witnesses for rebuttal, impeachment, corroboration or authentication of evidence or testimony, and in addition, for any unanticipated general or specific issue which may arise at trial concerning any aspect of the allegations.

III.  Documents and Exhibits the Defendants Plan to Use at Trial:

At this time, the defendants have not decided the format of exhibits they plan to use at trial, and reserve the right to use each of the following in document form, projection form or the original document form:

1.      Student records of Plaintiff student Jessica W. from the Chilton County school system

IV.  Documents the Defendants May Use at Trial:

1. Only to the extent and for those parts admissible and required by this Court to be listed as an Exhibit, the exhibits attached to the depositions of the parties taken in this case

    2.        Policies and procedures of the Chilton County Board of Education

    3.        Student handbook for Clanton Middle School for 2003-04, 2004-05 and 2005-06 school years

Any other documents needed for rebuttal, impeachment, authentication, corroboration, and/or to address issues previously not raised in this case, but raised by plaintiffs at trial, in accordance with the Court's rulings, Pretrial Order, the Federal Rules of Civil Procedure and Federal Rules of Evidence

By disclosing the exhibits above, the defendants do not agree or stipulate that any or all of the exhibits are admissible and reserves their right to object as allowed by the Court's pretrial Order, the Federal Rules of Evidence and the Federal Rules of Civil Procedure. Though the defendants do not anticipate any other exhibits, as their right, the defendants reserve the right to utilize any exhibits listed or used by any other party to which the defendants do not object or exhibits for rebuttal, impeachment, corroboration or authentication of evidence or testimony, and in addition, for any unanticipated general or specific issue which may arise at trial concerning any aspect of the allegations.

                            Respectfully submitted,

                            *s/ Mark S. Boardman*
                            Mark S. Boardman (ASB-8572-B65M)
                            *E-mail: mboardman@boardmancarr.com*
                            Katherine C. Hortberg (ASB-5374-B34K)
                            *E-mail: khortberg@boardmancarr.com*
                            BOARDMAN, CARR & HUTCHESON, P.C.
                            400 Boardman Drive
                            Chelsea, Alabama 35043-8211
                            Telephone: (205) 678-8000
                            Facsimile: (205) 678-0000

## CERTIFICATE OF SERVICE

I hereby certify that on the **May 17th**, **2006** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

***VIA U.S. MAIL***
George E. Jones, III
Post Office Box 9
Selma, AL 36702-0009

                                        *s/ Mark S. Boardman*
                                        Of Counsel