ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CHILTON COUNTY BOARD OF EDUCATION, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>2:05cv699-T |

## MOTION FOR LEAVE OF COURT
## TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS

COMES NOW GEORGE E. JONES, III of the Dallas County bar and respectfully moves this Honorable Court for leave to withdraw as counsel of record for all of PLAINTIFFS in the above-captioned matter which is presently scheduled for trial on your Honor's Civil Jury Docket of June 26, 2006. As grounds therefor it is shown unto the Court as follows:

1.

The ADULT PLAINTIFFS and the undersigned attorney have a written attorney-client contract in this matter and the contract contain a provision with respect to the payment of attorney's fees and litigation expenses. The ADULT PLAINTIFFS are currently in breach of that provision of the contract. Continued representation in this matter shall therefore result in an unreasonable financial burden on the undersigned attorney.

2.

The said attorney-client contract also contains the following provisions:

> "The client[s] expressly agree and convenant[s] that [they] shall . . . cooperate at all times in the preparation and trial of the case . . . and to appear upon reasonable notice to the client[s] for meetings with the attorney . . . [t]he client[s] further agree to comply with all reasonable requests made to [them] in connection with the preparation and presentation of the client's case."

The undersigned attorney avers that the adult PLAINTIFFS are also presently in breach of this provision of the attorney-client contract as well.

3.

Based on the foregoing, the ADULT PLAINTIFFS have substantially failed to fulfill obligations to the undersigned regarding the attorney's services, and continued representation by the attorney has been rendered unreasonably difficult by the ADULT PLAINTIFFS.

4.

The undersigned attorney further avers that the ADULT PLAINTIFFS have pursued an objective that the attorney considers to be imprudent.

5.

The undersigned attorney thus requests permission from the Court to terminate his representation of all of the PLAINTIFFS and for leave to withdraw as counsel of record in this matter.

6.

Because one of the PLAINTIFFS in this matter is a minor child, a separate pleading

*addressing this issue has been filed contemporaneously with the filing of this motion.*

WHEREFORE, THE PREMISES CONSIDERED, *the undersigned attorney prays this Honorable Court shall grant this motion and enter an appropriate Order granting him leave to withdraw as counsel of record for the PLAINTIFFS in the above-captioned matter.*

Respectfully submitted this the ___31___ day of May, 2006.

_____
GEORGE E. JONES, III
Attorney Code JON066
Attorney for Plaintiffs

**ADDRESS OF COUNSEL:**

GEORGE E. JONES, III
ATTORNEY & COUNSELOR AT LAW
711 Alabama Avenue
P. O. Box 9
Selma, Alabama 36702-0009
(334) 874-6617

## CERTIFICATE OF SERVICE

*I hereby certify that I have this the ___31___ day of May, 2006, served a copy of the foregoing by placing same in the United States Mail, postage prepaid and addressed to:*

Katherine C. Hortberg, Esquire
BOARDMAN, CARR & WEED, P.C.
P. O. Box 382886
Birmingham, Alabama 35238-2886
ATTORNEYS FOR DEFENDANTS

Mr. Benny L. Wright
Mrs. Katherine Wright
2174 County Road 41
Clanton, Alabama 35046
(205) 280-3748

_____
OF COUNSEL