IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**ORIGINAL**

RECEIVED
2006 JUN -1 A 9:56

| | |
|---|---|
| BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor child,  )<br>  )<br>  )<br>Plaintiffs,  )<br>  )<br>vs.  )<br>  )<br>THE CHILTON COUNTY BOARD OF EDUCATION, et al.,  )<br>  )<br>Defendants.  )<br>  ) | CIVIL ACTION NO.<br>2:05cv699-T |

---

**MOTION OF PLAINTIFFS' ATTORNEY FOR
(i) CONTINUANCE OF TRIAL; (ii) ENTRY
OF STAY OF PROCEEDINGS; AND (iii) REQUEST FOR
APPOINTMENT OF A G.A.L. FOR THE MINOR CHILD PLAINTIFF**

---

COMES NOW GEORGE E. JONES, III of the Dallas County bar and, contemporaneously with the filing of his MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR THE PLAINTIFFS, respectfully moves this Honorable Court as follows:

1.

To continue the trial of this cause which is presently scheduled for the Court's Civil Jury Term commencing on June 26, 2006.

2.

To enter a temporary stay of all further proceedings in this matter pending the appearance, if any, of new and substituted counsel for the PLAINTIFFS.

3.

To appoint a guardian-ad-litem to evaluate and represent the interests of the minor child in this matter, PLAINTIFF JESSICA W., who is presently fourteen (14) years of age.

Respectfully submitted this the ___31___ day of May, 2006.

>   _____
>   GEORGE E. JONES, III
>   Ala. Bar I.D. ASB-9546-5826
>   Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have this the ___31___ day of May, 2006, served a copy of the foregoing by placing same in the United States Mail, postage prepaid and addressed to:

> Mark S. Broadman, Esquire
> Katherine C. Hortberg, Esquire
> BOARDMAN, CARR & WEED, P.C.
> P. O. Box 382886
> Birmingham, Alabama 35238-2886
> ATTORNEYS FOR DEFENDANTS
>
> Mr. Benny L. Wright
> Mrs. Katherine Wright
> 2174 County Road 41
> Clanton, Alabama 35046
> (205) 280-3748

_____
OF COUNSEL

**ADDRESS OF COUNSEL:**

**GEORGE E. JONES, III**
**ATTORNEY & COUNSELOR AT LAW**
**711 Alabama Avenue**
**P. O. Box 9**
**Selma, Alabama 36702-0009**