# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Benny L. Wright, et al | 2:05cv699-MHT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Chilton Co Bd of Ed, et al | Order of 6/1/06 |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Katherine E. Wright

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2174 County Rd 41, Clanton, AL 35046

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

US District Ct
P.O. Box 711
Mont. AL 36101

| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

*[RECEIVED 2006 JUN -1 P stamp]*

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | No. 2 | No. 2 | K. Chavers | 6/1/06 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):   *RETURNED AND FILED*   ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Hwy 31 (Peach Park)
Clanton, AL.

*JUN - 6 2006 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.*

| Date of Service | Time | |
|---|---|---|
| 6/6/06 | 2:45 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 90.00 | 22.25 | 0 | 112.25 | | |

REMARKS:

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| Field | Value |
|---|---|
| PLAINTIFF | Benny L. Wright, et al |
| DEFENDANT | Chilton Co. Bd of Ed, et al |
| COURT CASE NUMBER | 2:05CV699-MHT |
| TYPE OF PROCESS | ORDER of 6/1/06 |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Benny L. Wright

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 2174 County Rd 41, Clanton, AL 35046

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
U.S. District Ct.
P.O. Box 711
Mont., AL 36101

- Number of process to be served with this Form - 285: 2
- Number of parties to be served in this case: 1
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT  TELEPHONE NUMBER  DATE

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
- Total Process: 2
- District of Origin No.: 2
- District to Serve No.: 2
- Signature of Authorized USMS Deputy or Clerk: K. Chavers
- Date: 6/1/06

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Katherine Wright

Address (complete only if different than shown above): Hwy 31 (Peach Park) Clanton, AL

RETURNED AND FILED
JUN - 6 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

- Date of Service: 6/6/06
- Time: 2:45 pm
- Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 90.00 | 0 | 0 | 90.00 | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**       **1. CLERK OF THE COURT**       FORM USM-285 (Rev. 12/15/80)