IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


BENNY L. WRIGHT and          )
KATHERINE E. WRIGHT, as      )
parents and next friends     )
of J. W., a minor child,     )
                             )
     Plaintiffs,             )
                             )
     v.                      )         CIVIL ACTION NO.
                             )           2:05cv699-MHT
CHILTON COUNTY BOARD         )
OF EDUCATION, et al.,        )
                             )
     Defendants.             )


ORDER

Based on the representations in open court on June 8, 2006, it is ORDERED as follows:

(1) The motion to withdraw filed by plaintiffs' counsel (Doc. No. 39) is granted.

(2) The plaintiffs' motion to continue trial (Doc. No. 41) is granted, and the jury selection and trial in this case are continued generally.

(3) The plaintiffs' motion to stay (Doc. No. 41) is denied.

(4) The resolution of the motion to appoint a guardian ad litem (Doc. No. 41) is continued generally.

(5) The defendants' motion to dismiss (Doc. No. 5) is denied without prejudice.   It is subsumed by the defendants' motion for summary judgment (Doc. No. 15).

(6) The submission of the defendants' motion for summary judgment (Doc. No. 15) is continued to June 14, 2006.   The parties have until then to attempt to set a procedure to resolve this case administratively; after then, the court will rule on the motion for summary judgment (Doc. No. 15), and, if denied in whole or in part, will then reset this case for trial.

(7) On or before June 21, 2006, the plaintiffs are to inform the court whether they have retained an attorney to represent them and their daughter.

DONE, this the 9th day of June, 2006.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE