# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE           AT MONTGOMERY ALABAMA

DATE COMMENCED June 8, 2006                 AT  4:02  A.M./P.M.

DATE COMPLETED June 8, 2006                 AT  4:45  A.M./P.M.

BENNY WRIGHT et al.                         Civil Action
    plaintiff                              2:05-cv-699-MHT
      VS.

The Chilton County BOE et al.
    defendant

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty George E. Jones | X | Atty Katherine C. Hortberg |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | David Sapp, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:     MOTIONS HEARING
                          RE: MOTION TO WITHDRAW, MOTION TO CONTINUE
                          MOTION TO STAY, MOTION TO APPOINT
                          GUARDIAN AD LITEM

| | |
|---|---|
| 4:02 p.m. | Hearing commenced. Atty Jones heard regarding motions. Plaintiff Benny Wright's oral responses to Atty Jones' motion to withdraw. Plaintiff's request for 10 day extension to retain another attorney. Court will allow the plaintiff 10 days to retain counsel. Court will continue case, allow Atty Jones to withdraw and decide whether to appoint guardian ad litem. |
| 4:25 p.m. | Recess. |
| 4:43 p.m. | Hearing continues. Plaintiff will attempt to resolve the case through the administrative process. Defendant will notify the court by Tuesday of the status of the case. |
| 4:45 | Hearing concluded. |