IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BENNY L. WRIGHT and | ) | |
| KATHERINE E. WRIGHT, as | ) | |
| parents and next friends | ) | |
| of J. W., a minor child, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:05cv699-MHT |
| CHILTON COUNTY BOARD | ) | |
| OF EDUCATION, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

The court having been orally informed by both parties that this case has settled, it is ORDERED as follows:

(1) All outstanding motions are denied as moot.

(2) The parties have until June 28, 2006, to submit to the court the appropriate settlement or dismissal papers.

DONE, this the 20th day of June, 2006.

                                            /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE