IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| BENNY L. WRIGHT and KATHERINE E. WRIGHT, as parents and next friends of JESSICA W., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILTON COUNTY BOARD OF EDUCATION, et al. | )<br>)<br>)<br>)<br>)<br>) Case No. 2:05-CV-0699-C<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

COME NOW the parties jointly and knowing that the plaintiff student, Jessica W., is now attending a new school, show unto this Honorable Court that they have resolved this matter and stipulate that this case is to be dismissed with prejudice, costs taxed to the party that incurred them.

FOR THE PLAINTIFFS

/s/ Benny L. Wright
Benny L. Wright, individually and on behalf
of minor Jessica W.

/s/ Katherine E. Wright
Katherine E. Wright, individually and on behalf
of minor Jessica W.
2174 County Road 41
Clanton, AL 35046

FOR THE DEFENDANTS

/s/ Katherine C. Hortberg
Mark S. Boardman, Esq.
Katherine C. Hortberg, Esq.
BOARDMAN, CARR & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, AL 35043