IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BENNY L. WRIGHT and ) | |
| KATHERINE E. WRIGHT, as ) | |
| parents and next friends ) | |
| of J. W., a minor child, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv699-MHT |
| ) | (WO) |
| THE CHILTON COUNTY BOARD ) | |
| OF EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the stipulation for dismissal (doc. no. 47), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed with prejudice, with costs taxed as incurred.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 28th day of June, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE